IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| SPRINT NEXTEL CORPORATION, ) | Case No. 02:08-CV-02063-KHV/JPO |
| et al., ) | |
| ) | |
| Defendants. ) | |

### JOINT MOTION TO FURTHER STAY PROCEEDINGS PENDING MEDIATION

Plaintiffs and Defendants hereby request that the Court continue the stay of all deadlines in this matter through April 1, 2011 to allow the parties to continue mediating this action.

In support of this Joint Motion, the Parties state as follows:

1. On October 18, 2010, the parties held an initial mediation with the mediator, the Honorable James R. Zazzali. At the mediation, the parties gave each other an overview of the each party's data analysis, discussed the calculations from the commission plans in effect during the period of analysis in order to reach agreement on them, and addressed several outstanding data questions. At the time of the mediation, the parties had not yet completed their damages analyses for the sample set of employees being used for mediation.

2. As explained to the Court previously, due to the quantity of the data involved and the complexity of the commissions analysis, the parties are engaged in an interactive process for purposes of mediation. This process is intended to minimize the potential for error or surprise in either side's analysis so that the final mediation may be conducted efficiently and effectively. The parties continue to work in good faith to resolve issues that arise regarding the data and their respective analyses and have had several discussions and correspondence to further those efforts.

3. On January 10, 2011, the parties held a second mediation session with the Honorable Zazzali. At that mediation the parties went into a more detailed discussion of the various components and variables relating to the commission plans in order to reach agreement on how the commission plans should be interpreted for the purpose of determining commissions due. The parties also discussed in more detail the way in which they were analyzing the data for their respective damage calculations, differences in their methodology and the reasons for those differences, and other issues relating to those calculations. The parties also made efforts to work through their differences to reach agreement where agreement was possible. As a result of this meeting, the Parties are exchanging additional information regarding their analyses and areas where their respective analyses diverge.

4. Due to the complexity of the analyses involved, the volume of data, and the interactive process in which the parties have been involved, the parties were unable to complete their damage calculations prior to the January 10th mediation. The parties are however, in the process of finalizing their damage calculations at this time.

5. The parties have scheduled a third mediation session to take place on February 22-23, 2011. They have also scheduled a fourth mediation session to take place on March 3-4, 2011. The parties plan to exchange their damage calculations prior to those mediation sessions and hope to resolve this action during these mediation sessions.

6. The Court previously stayed this matter until February 1, 2011, and the parties are hereby requesting a continuation of that stay through April 1, 2011, at which time the Parties will present the Court with a report on the status of the mediation, and should the mediation fail, a revised scheduling order.

WHEREFORE, Plaintiffs and Defendants respectfully request that the Court stay this action to and including April 1, 2011 and order the Parties to report back to the Court immediately upon the expiration of that stay, or earlier if the case is resolved or it becomes apparent that the mediation has failed, about the status of the mediation and if the mediation fails, a revised proposed scheduling order.

Dated:  January 11, 2011

| | |
|---|---|
| */s/ George A. Hanson* | */s/ Michael L. Blumenthal* |
| **STUEVE SIEGEL HANSON LLP** | **SEYFERTH, BLUMENTHAL & HARRIS LLC** |
| George A. Hanson | Michael L. Blumenthal |
| KS Bar No. 16805 | KS Bar No.18582 |
| 460 Nichols Road, Suite 200 | 300 Wyandotte, Suite 430 |
| Kansas City, MO 64112 | Kansas City, MO  64104 |
| Tel: 816-714-7100 | Tel: 816-756-0700 |
| Fax: 816-714-7101 | Fax:  816-756-3700 |

**NICHOLS KASTER, PLLP**
Michele R. Fisher*
Paul J. Lukas*
Charles G. Frohman*
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: 612-256-3200
Fax: 612-215-6870
(*Admitted *Pro Hac Vice*)

*Attorneys for Plaintiffs*

**ROGERS & HARDIN LLP**
J. Timothy Mc Donald*
2700 International Tower
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA  30303
Tel:  404-522-4700
Fax:  404-525-2224

(*Admitted *Pro Hac Vice*)

**PROSKAUER ROSE LLP**
Elise M. Bloom*
1585 Broadway
New York, NY 10036
Tel: 212-969-3410
Fax: 212-969-2900
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendants*