PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------x
ROXIE SIBLEY, et al, :
: Case No.:02:08-CV-02063-KHV/JPO
Plaintiffs, :
:
against :  ECF Case
:
SPRINT NEXTEL CORPORATION, et al, :  NOTICE OF CHANGE OF
:  **ADDRESS**
Defendants. :
:
:
------------------------------------x

PLEASE TAKE NOTICE that, effective January 18, 2011, the law firm of Proskauer Rose LLP, attorneys for defendants, will be moving from 1585 Broadway, New York, New York 10036 to Eleven Times Square, New York, New York 10036-8299. The telephone numbers, fax numbers and e-mail addresses remain the same. The new contact information for Proskauer Rose LLP will be:

**PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036-8299**
(212) 969-3000

Dated: New York, New York
January 13, 2011

PROSKAUER ROSE, LLP

By: /s/ Elise M. Bloom
Elise M. Bloom
Eleven Times Square
New York, New York 10036-8299
(212) 969-3000

*Attorney for Defendants*

TO:   **STUEVE SIEGEL HANSON LLP**
George A. Hanson
Ashlea G. Schwarz
KS Bar No. 16805
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: 816-714-7100
Fax: 816-714-7101

**NICHOLS KASTER, PLLP**
Michele R. Fisher
Paul J. Lukas
Charles G. Frohman
Donald H. Nichols
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: 612-256-3200
Fax: 612-215-6870

**SEYFERTH, BLUMENTHAL & HARRIS LLC**
Michael L. Blumenthal
KS Bar No. 18582
300 Wyandotte, Suite 430
Kansas City, MO 64104
Tel: 816-756-0700
Fax: 816-756-3700

**ROGERS & HARDIN LLP**
J. Timothy Mc Donald
Christopher J. Willis
Hunter R. Hughes, III
Thomas Joseph Mew, IV
Georgia Bar No. 489420
2700 International Tower

Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA 30303
Tel: 404-522-4700
Fax: 404-525-2224

Joseph H. Knittig
3000 NW 50th St.
Kansas City, MO 64150
816-547-1495
Email: joek@c3missions.org

I hereby certify that on January 20, 2011 a true and correct copy of NOTICE OF CHANGE OF ADDRESS was served via ECF and the Court's electronic filing system will serve notice upon the following:

>George A. Hanson, KS Bar # 16805
>Stueve Siegel Hanson LLP
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>
>Nichols Kaster, PLLP
>Donald H. Nichols
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402

>*/s/ Michael L. Blumenthal*
>Michael L. Blumenthal

I hereby certify that on January 20, 2011 a true and correct copy of NOTICE OF CHANGE OF ADDRESS was filed via ECF and the Court's electronic filing system will serve notice upon the following:

>George A. Hanson, KS Bar # 16805
>Stueve Siegel Hanson LLP
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>
>Nichols Kaster, PLLP
>Donald H. Nichols
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402

>/s/ Michael L. Blumenthal
>Michael L. Blumenthal