PROSKAUER ROSE LLP
1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Attorneys for Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
------------------------------------x
ROXIE SIBLEY, et al,

                Plaintiffs,

    against

SPRINT NEXTEL CORPORATION, et al,

                Defendants.
------------------------------------x

Case No.:02:08-CV-02063-KHV/JPO

**ECF Case**

**NOTICE OF CHANGE OF ADDRESS**

      PLEASE TAKE NOTICE that, effective January 18, 2011, the law firm of Proskauer Rose LLP, attorneys for defendants, will be moving from 1585 Broadway, New York, New York 10036 to Eleven Times Square, New York, New York 10036-8299. The telephone numbers, fax numbers and e-mail addresses remain the same. The new contact information for Proskauer Rose LLP will be:

        **PROSKAUER ROSE LLP**
        **Eleven Times Square**
        **New York, New York 10036-8299**
        **(212) 969-3000**

Dated: New York, New York
       January 13, 2011

PROSKAUER ROSE, LLP

By: /s/ Jacqueline M. Dorn
    Jacqueline M. Dorn
    Eleven Times Square
    New York, New York 10036-8299
    (212) 969-3000

*Attorney for Defendants*

TO: **STUEVE SIEGEL HANSON LLP**
    George A. Hanson
    Ashlea G. Schwarz
    KS Bar No. 16805
    460 Nichols Road, Suite 200
    Kansas City, MO 64112
    Tel: 816-714-7100
    Fax: 816-714-7101

    **NICHOLS KASTER, PLLP**
    Michele R. Fisher
    Paul J. Lukas
    Charles G. Frohman
    Donald H. Nichols
    4600 IDS Center
    80 South 8th Street
    Minneapolis, MN 55402
    Tel: 612-256-3200
    Fax: 612-215-6870

    **SEYFERTH, BLUMENTHAL & HARRIS LLC**
    Michael L. Blumenthal
    KS Bar No. 18582
    300 Wyandotte, Suite 430
    Kansas City, MO 64104
    Tel: 816-756-0700
    Fax: 816-756-3700

    **ROGERS & HARDIN LLP**
    J. Timothy Mc Donald
    Christopher J. Willis
    Hunter R. Hughes, III
    Thomas Joseph Mew, IV
    Georgia Bar No. 489420
    2700 International Tower

Peachtree Center
229 Peachtree Street, N.E.
Atlanta, GA 30303
Tel: 404-522-4700
Fax: 404-525-2224

Joseph H. Knittig
3000 NW 50th St.
Kansas City, MO 64150
816-547-1495
Email: joek@c3missions.org

I hereby certify that on January 20, 2011 a true and correct copy of NOTICE OF CHANGE OF ADDRESS was filed via ECF and the Court's electronic filing system will serve notice upon the following:

> George A. Hanson, KS Bar # 16805
> Stueve Siegel Hanson LLP
> 460 Nichols Road, Suite 200
> Kansas City, Missouri 64112
>
> Nichols Kaster, PLLP
> Donald H. Nichols
> Paul J. Lukas
> Michele R. Fisher
> 4600 IDS Center, 80 South 8th Street
> Minneapolis, Minnesota 55402

/s/ *Michael L. Blumenthal*
Michael L. Blumenthal