the **Voice** for employees

**Nichols Kaster, PLLP**
**Attorneys at Law**

Minneapolis • San Francisco

April 28, 2011

**VIA EMAIL**
Elise M. Bloom
Greg Rasin
Proskauer Rose, LLP
Eleven Times Square
New York, New York 10036-8299

Re:   **Sibley v. Sprint Nextel Corp.**
      **Court File No.: 2:08-cv-02063-KHV-JPO**

Dear Counsel:

Now that the litigation of this case has resumed, we thought it was important for us to correspond with you about various issues relating to the scope of the class. These issues also relate directly to Sprint's class-wide Stage 3 production.

1.   **Updating Who Is In the Class**

The class certified by the Court on November 24, 2008, includes: "All persons nationwide who worked for Defendants' retail stores since their merger with Nextel, including Retail Store District Managers, Retail Store Managers, Assistant Retail Store Managers, Lead Retail Consultants, Retail Consultants, Retail Sales Representatives, and other retail employees whose compensation was based in full or in part on commissions."

In March 2009, we sent the Notice of Class Action to over 34,000 class members identified on the class list produced by Sprint. It is our position that the claims of the class members who were on that class list span from anytime they were employed in a relevant position on or after August 12, 2005 to the present. We were assuming that at some point during this litigation, that class list would be updated to include those who started their employment after the November 2008 class certification order. We believe that now is an appropriate time to discuss who should be in the class for the purpose of litigation. We understand that there has to be a cut-off date for the timeframe covered in this class action. We propose that the class include any individual who worked in a relevant position from August 12, 2005 to May 1, 2011. We similarly suggest May 30, 2011 as cut off for damages that can be claimed in this action. Updating the class list would keep Sprint's liability for commissions confined to this case and allow for Sprint to eventually get a global resolution for its employees on these commission issues.

Please let us know your thoughts on this issue.


EXHIBIT C

4600 IDS Center, 80 South 8th Street, Minneapolis, MN 55402 • Toll Free Telephone (877) 448-0492 • Facsimile (612) 215-6870
Direct Dial (612) 256-3229 • Email fisher@nka.com • Web www.nka.com and www.overtimecases.com

Page 2 of 2
April 28, 2011

2.  **Format of the Class List and Information Provided**

In July 2009, Sprint produced a class list containing the class members' name, employee ID, address, phone number, job code, worksite, date the class members started in each job code, and last day worked. On February 24, 2011, Sprint updated that class list for the purpose of mediation. This updated list contained the class members' name, job code, effective date for each job code, job title, employee status, and a relevant job indicator. Although the February 2011 list is missing certain necessary information, such as address, telephone number, employee ID, social security number, and worksite, it was provided in a more useable format. To the extent the parties are able to reach agreement on updating the class list, we request that Sprint provide the information in the February 2011 format, plus the additional fields mentioned above that were missing.

The February 2011 class list had over 8,000 additional class members on it. When we compared the February 2011 list to the July 2009 list, we noticed it was missing many individuals previously identified as class members by Sprint. We would like to work with you to ensure we all agree on who is in the class and what their periods of employment and job codes were. This is another reason that class member social security numbers are needed in this action.

3.  **Issues Raised in March 3 and 4, 2011 Correspondence Re Class List**

We raised several issues we found with the February 2011 class list produced for mediation. I identify those issues again below. Any updated class list should take into account these issues we found.

- 466 class members for whom Sprint only produced a termination date and no start date. (See Ex. A to March 3, 2011 letter.)
- 81 class members shown as "Active" in a non-relevant position, but then "Terminated" in a relevant position. We are missing when they started in the relevant position. (See Ex. B to March 3, 2011 letter.)
- 52 class members who we need to confirm were on leave status the entire class period. (See March 3, 2011 letter.)
- 23 class members who signed severance releases and should be excluded from the calculations but could not be identified on the most recent class list. (See March 4, 2011 email).

We thought it was important to discuss these issues with you now, while we are finalizing the details of the Stage 3 production. We are still working on our letter to you regarding the Stage 3 data and queries and will provide that under separate cover.

Sincerely,

*[signature]*

Michele R. Fisher