# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated, | Case No. 02:08-CV-02063-KHV/JPO |
| Plaintiffs, | **CERTIFICATE OF SERVICE OF PLAINTIFFS' DISCOVERY RESPONSES** |
| v. | |
| SPRINT NEXTEL CORPORATION, a Kansas corporation, | |
| and | |
| SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation, | |
| Defendants. | |

I hereby certify that on June 16, 2011, true and correct copies of the following documents:

- Plaintiff Roxie Sibley's Answers to Defendants' Third Interrogatories;
- Plaintiff Jeanne Noel's Answers to Defendants' Third Interrogatories;
- Plaintiff Ernesto Bennett's Answers to Defendants' Third Interrogatories;
- Plaintiff Jamie Williams' Answers to Defendants' Third Interrogatories;
- Plaintiff Greg St. Julien's Answers to Defendants' Third Interrogatories;
- Plaintiff John Jasinski's Answers to Defendants' Third Interrogatories;
- Plaintiff Tracie Hernandez's Answers to Defendants' Third Interrogatories;
- Plaintiff Jay Richie's Answers to Defendants' Third Interrogatories;
- Plaintiff Teisha King's Answers to Defendants' Third Interrogatories;
- Plaintiff Roxie Sibley's Responses to Defendants' Third Request for Production of Documents;
- Plaintiff Jeanne Noel's Responses to Defendants' Third Request for Production of Documents;
- Plaintiff Ernesto Bennett's Responses to Defendants' Third Request for Production of Documents;

- Plaintiff Jamie Williams' Responses to Defendants' Third Request for Production of Documents;
- Plaintiff Greg St. Julien's Responses to Defendants' Third Request for Production of Documents;
- Plaintiff John Jasinski's Responses to Defendants' Third Request for Production of Documents;
- Plaintiff Tracie Hernandez's Responses to Defendants' Third Request for Production of Documents;
- Plaintiff Jay Richie's Responses to Defendants' Third Request for Production of Documents;
- Plaintiff Teisha King's Responses to Defendants' Third Request for Production of Documents;
- Class Member Jorge Esquivel's Answers to Defendant's First Interrogatories (executed) (NKA167280-85);
- Responsive Documents to Defendant's Third Request for the Production of Documents (NKA000355-421; NKA50471-84; NKA167257-79; NKA167286-321; NKA167488-511; NKA167513-563; NKA167586-682; NKA168683-706; NKA168708-715); and
- Exhibit A to Plaintiffs' Answers to Defendants' Third Interrogatories (NKA168707).

were served via FedEx upon the following:

Elise M. Bloom
Gregory Rasin
Proskauer Rose LLP
1585 Broadway
New York, NY 10036
ebloom@proskauer.com
grasin@proskauer.com

and notice of this Certificate of Service, filed with the Court electronically on June 17, 2011, will be provided via ECF to all attorneys of record:

J. Timothy McDonald
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
tmcdonald@rh-law.com

Hunter Hughes
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
hrh@rh-law.com

Christopher Willis
Rogers & Hardin
2700 International Tower,
Peachtree Center

Thomas Mew
Rogers & Hardin
2700 International Tower,
Peachtree Center

229 Peachtree Street, N.E.
Atlanta, Georgia 30303
ewillis@rh-law.com

Michael L. Blumenthal
Seyferth, Blumenthal & Harris LLC
300 Wyandotte, Suite 430
Kansas City, MO 64104
mike@sbhlaw.com

229 Peachtree Street, N.E.
Atlanta, Georgia 30303
TMew@rh-law.com

Elise M. Bloom
Gregory Rasin
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
ebloom@proskauer.com
grasin@proskauer.com

Dated:  June 17, 2011

**STUEVE SIEGEL HANSON LLP**
*/s/ George A. Hanson*
George A. Hanson, KS Bar # 16805
Email: hanson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: 816-714-7100
Fax: 816-714 7101

**NICHOLS KASTER, PLLP**
Charles G. Frohman
Email:  frohman@nka.com
Paul J. Lukas
Email: lukas@nka.com
Michele R. Fisher
Email: fisher@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: 612-256-3200
Fax: 612-215-6870
(All Admitted Pro Hac Vice)

ATTORNEYS FOR PLAINTIFFS