# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

```
----------------------------------- X
ROXIE SIBLEY, JEANNE NOEL, ERNESTO       :
BENNETT, JAMIE WILLIAMS, GREG ST.        :
JULIEN, TRACIE HERNANDEZ, JOHN           :
JASINSKI, JAY RICHIE, and TEISHA KING,   :
individually and on behalf of a class of others :
similarly situated,                      :
                                         :
                 Plaintiffs,             :
                                         :
        v.                               :   Case No. 02:08-CV-02063-KHV/JPO
                                         :
SPRINT NEXTEL CORPORATION, a Kansas      :
corporation                              :
                                         :
        and                              :
                                         :
SPRINT/UNITED MANAGEMENT                 :
COMPANY, a Kansas corporation            :
                                         :
                 Defendants.             :
----------------------------------- X
```

## DEFENDANTS' MOTION TO COMPEL RESPONSES TO THEIR
## THIRD INTERROGATORIES

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and District of Kansas Local Rule 37.1, Defendants Sprint Nextel Corporation and Sprint/United Management Company move to compel Named Plaintiffs Roxie Sibley, Jeanne Noel, Ernesto Bennett, Jamie Williams, Greg St. Julien, Tracie Hernandez, John Jasinski, Jay Richie, and Teisha King to answer Defendants' Third Set of Interrogatories, Nos. 3 and 4, which seek non-privileged information and information that by law the Plaintiffs are required to provide.

The grounds in support of this motion and the specific interrogatories at issue are more fully set forth in the accompanying memorandum of law and attached Declaration of Elise M.

Bloom, Esq. The certification of counsel with respect to the duty to confer, as required by Local Rule 37.2, is set forth in the Declaration of Elise M. Bloom, Esq.

Respectfully submitted this 18th day of July, 2011.

/s/ Michael L. Blumenthal
**SEYFERTH, BLUMENTHAL & HARRIS LLC**
Michael L. Blumenthal
KS Bar No.18582
300 Wyandotte Street, Suite 430
Kansas City, Missouri 64105
Tel: 816-756-0700
Fax: 816-756-3700

/s/ Elise M. Bloom
**PROSKAUER ROSE LLP**
Elise M. Bloom*
Eleven Times Square
New York, New York 10036
Tel: 212-969-3410
Fax: 212-969-2900
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2011, the foregoing **Defendants' Motion to Compel Responses to Their Third Interrogatories** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>George A. Hanson
>Stueve Siegel Hanson LLP
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>
>Nichols Kaster, PLLP
>Donald H. Nichols
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402

>Respectfully submitted,
>
>/s/ Michael L. Blumenthal
>Michael L. Blumenthal
>Kansas Bar No. 18582
>SEYFERTH, BLUMENTHAL & HARRIS LLC
>300 Wyandotte Street, Suite 430
>Kansas City, Missouri 64105
>Telephone: 816-756-0700
>Facsimile:  816-756-3700
>E-mail:  mike@sbhlaw.com