# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, et al,<br><br>                  Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, et al<br><br>                  Defendants. | Case No. 02:08-CV-02063-KHV/JPO<br><br>**CERTIFICATE OF SERVICE OF PLAINTIFFS' SUPPLEMENTAL ANSWERS TO DEFENDANTS' THIRD INTERROGATORIES NOS. 3 & 4** |

      I hereby certify that on July 29, 2011, a true and correct copy of Plaintiffs' Supplemental Answers to Defendants' Third Interrogatories Nos. 3 & 4 was served via email upon the following:

      Elise M. Bloom
      Nici Eichberger
      Proskauer Rose LLP
      1585 Broadway
      New York, NY 10036
      ebloom@proskauer.com
      neichberger@proskauer.com

and notice of this Certificate of Service, filed with the Court electronically July 29, 2011, will be provided via ECF to all attorneys of record:

| | |
|---|---|
| J. Timothy McDonald<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>tmcdonald@rh-law.com | Hunter Hughes<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>hrh@rh-law.com |
| Christopher Willis<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>ewillis@rh-law.com | Thomas Mew<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>TMew@rh-law.com |
| Michael L. Blumenthal | Elise M. Bloom |

| | |
|---|---|
| Seyferth, Blumenthal & Harris LLC<br>300 Wyandotte, Suite 430<br>Kansas City, MO 64104<br>mike@sbhlaw.com | Gregory Rasin<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036-8299<br>ebloom@proskauer.com<br>grasin@proskauer.com |

Dated:  July 29, 2011

**STUEVE SIEGEL HANSON LLP**
*/s/ George A. Hanson*
George A. Hanson, KS Bar # 16805
Email: hanson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: 816-714-7100
Fax: 816-714 7101

**NICHOLS KASTER, PLLP**
Charles G. Frohman
Email:  frohman@nka.com
Paul J. Lukas
Email: lukas@nka.com
Michele R. Fisher
Email: fisher@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: 612-256-3200
Fax: 612-215-6870
(All Admitted Pro Hac Vice)

ATTORNEYS FOR PLAINTIFFS