IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---------------------------------- X
ROXIE SIBLEY, JEANNE NOEL, ERNESTO :
BENNETT, JAMIE WILLIAMS, GREG ST. :
JULIEN, TRACIE HERNANDEZ, JOHN :
JASINSKI, JAY RICHIE, and TEISHA KING, :
individually and on behalf of a class of others :
similarly situated, :
:
               Plaintiffs, :
:
            v. : Case No. 02:08-CV-02063-KHV/JPO
:
SPRINT NEXTEL CORPORATION, a Kansas :
corporation :
:
            and :
:
SPRINT/UNITED MANAGEMENT :
COMPANY, a Kansas corporation, :
:
              Defendants. :
---------------------------------- X

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2011, I served via electronic mail a true and correct copy of the following documents:

    1.    Defendants' Fourth Request for Production of Documents to Plaintiff Roxie Sibley;

    2.    Defendants' Fourth Request for Production of Documents to Plaintiff Jeanne Noel;

    3.    Defendants' Fourth Request for Production of Documents to Plaintiff Ernesto Bennett;

1

4. Defendants' Fourth Request for Production of Documents to Plaintiff Jamie Williams;

5. Defendants' Fourth Request for Production of Documents to Plaintiff Greg St. Julien;

6. Defendants' Fourth Request for Production of Documents to Plaintiff Tracie Hernandez;

7. Defendants' Fourth Request for Production of Documents to Plaintiff John Jasinski;

8. Defendants' Fourth Request for Production of Documents to Plaintiff Jay Richie; and

9. Defendants' Fourth Request for Production of Documents to Plaintiff Teisha King,

upon the following attorneys of record:

> George A. Hanson
> Stueve Siegel Hanson LLP
> 460 Nichols Road, Suite 200
> Kansas City, Missouri 64112
> hanson@stuevesiegel.com
>
> Nichols Kaster, PLLP
> Donald H. Nichols
> Paul J. Lukas
> Michele R. Fisher
> 4600 IDS Center, 80 South 8th Street
> Minneapolis, Minnesota 55402
> nichols@nka.com
> lukas@nka.com
> fisher@nka.com

Respectfully submitted this 11th day of August, 2011.

/s/ Michael L. Blumenthal
**SEYFERTH, BLUMENTHAL & HARRIS LLC**
Michael L. Blumenthal
KS Bar No.18582
300 Wyandotte Street, Suite 430
Kansas City, MO 64105
Tel: 816-756-0700
Fax:  816-756-3700


/s/ Elise M. Bloom
**PROSKAUER ROSE LLP**
Elise M. Bloom*
Eleven Times Square
New York, NY 10036
Tel: 212-969-3410
Fax: 212-969-2900
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of August, 2011, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

> George A. Hanson
> Stueve Siegel Hanson LLP
> 460 Nichols Road, Suite 200
> Kansas City, Missouri 64112
> hanson@stuevesiegel.com
>
> Nichols Kaster, PLLP
> Donald H. Nichols
> Paul J. Lukas
> Michele R. Fisher
> 4600 IDS Center, 80 South 8th Street
> Minneapolis, Minnesota 55402
> nichols@nka.com
> lukas@nka.com
> fisher@nka.com

> Respectfully submitted,
>
> /s/ Michael L. Blumenthal
> Michael L. Blumenthal
> Kansas Bar No. 18582
> SEYFERTH, BLUMENTHAL & HARRIS LLC
> 300 Wyandotte Street, Suite 430
> Kansas City, MO 64105
> Telephone: 816-756-0700
> Facsimile:  816-756-3700
> E-mail:  mike@sbhlaw.com

4