# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

ROXIE SIBLEY, et al., )
)
　　　　　　　Plaintiffs, )
vs. )
) Civil No. 08-cv-2069 KHV/JPO
SPRINT NEXTEL CORPORATION, et al., )
)
　　　　　　　Defendants. )
)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 11, 2011, Plaintiffs' Second Amended Notice of Deposition Pursuant to Federal Rules of Civil Procedure 30(b)(6) was served via electronic mail on the following:

J. Timothy McDonald
Christopher Willis
Hunter Hughes
Thomas Mew
Rogers & Hardin
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
tmcdonald@rh-law.com
ewillis@rh-law.com
hrh@rh-law.com
TMew@rh-law.com

Elise M. Bloom
Gregory Rasin
Proskauer Rose LLP
Eleven Times Scquare
New York, NY 10036
ebloom@proskauer.com
grasin@proskauer.com

Michael L. Blumenthal
Seyferth, Blumenthal & Harris LLC
300 Wyandotte, Suite 430
Kansas City, MO 64104
mike@sbhlaw.com

| | |
|---|---|
| Dated:  August 12, 2011 | **STUEVE SIEGEL HANSON LLP** |//

Dated:  August 12, 2011               **STUEVE SIEGEL HANSON LLP**

/s/ George A. Hanson
George A. Hanson          KS Bar # 16805
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: 816-714-7100
Fax: 816-714 7101
hanson@stuevesiegel.com


**NICHOLS KASTER, PLLP**
Michele R. Fisher*
Paul J. Lucas*
Charles G. Frohman*
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: 612-256-3200
Fax: 612-215-6870
(*Admitted Pro Hac Vice)

ATTORNEYS FOR PLAINTIFFS


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 12, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.


/s/ George A. Hanson
George A. Hanson