**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation,<br><br>and<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,<br><br>                    Defendants. | Case No. 02:08-CV-02063-KHV/JPO<br><br>**CERTIFICATE OF SERVICE OF PLAINTIFFS' DISCOVERY RESPONSES** |

I hereby certify that on August 11, 2011, true and correct copies of the following documents:

- **Plaintiffs' Interrogatories to Defendants, Set V**; and
- **Plaintiffs' Requests for Production to Defendants, Set IV**

were served via email upon the following:

  Elise M. Bloom
  Steven D. Hurd
  Proskauer Rose LLP
  Eleven Times Square
  New York, NY 10036-8299
  ebloom@proskauer.com
  grasin@proskauer.com

and notice of this Certificate of Service, filed with the Court electronically on August 12, 2011, will be provided via ECF to all attorneys of record:

  J. Timothy McDonald                Hunter Hughes
  Rogers & Hardin                    Rogers & Hardin
  2700 International Tower,          2700 International Tower,
  Peachtree Center                   Peachtree Center

| | |
|---|---|
| 229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>tmcdonald@rh-law.com | 229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>hrh@rh-law.com |
| Christopher Willis<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>ewillis@rh-law.com | Thomas Mew<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>TMew@rh-law.com |
| Michael L. Blumenthal<br>Seyferth, Blumenthal & Harris LLC<br>300 Wyandotte, Suite 430<br>Kansas City, MO 64104<br>mike@sbhlaw.com | Elise M. Bloom<br>Gregory Rasin<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036-8299<br>ebloom@proskauer.com<br>grasin@proskauer.com |
| Steven D. Hurd<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036-8299<br>shurd@proskauer.com | Jacqueline M. Dorn<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036-8299<br>jdorn@proskauer.com |

Dated:  August 12, 2011      **STUEVE SIEGEL HANSON LLP**
*/s/ George A. Hanson*
George A. Hanson, KS Bar # 16805
Email: hanson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: 816-714-7100
Fax: 816-714 7101

**NICHOLS KASTER, PLLP**
Charles G. Frohman
Email:  frohman@nka.com
Paul J. Lukas
Email: lukas@nka.com
Michele R. Fisher
Email: fisher@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402

2

3

       Tel: 612-256-3200  
       Fax: 612-215-6870  
       (All Admitted Pro Hac Vice)

       ATTORNEYS FOR PLAINTIFFS