## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated, | |
| Plaintiffs, | |
| v. | Case No. 02:08-CV-02063-KHV/JPO |
| SPRINT NEXTEL CORPORATION, a Kansas corporation | |
| and | |
| SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation | |
| Defendants. | |

## NOTICE OF CORRECTION

PLEASE TAKE NOTICE that, Defendants, Sprint Nextel Corporation and Sprint/United Management Company ("Sprint" or "Defendants"), by and through their undersigned counsel, hereby correct the following typographical errors regarding two dates in the Declaration of Elise M. Bloom, Esq. (Doc. No. 229-1) and Defendants' Memorandum in Support of Their Motion to Compel Responses to Their Third Interrogatories (Doc. No. 230):

- Paragraph 2 of the Declaration of Elise M. Bloom, Esq. and page 2 of Defendants' Memorandum in Support of Their Motion to Compel Responses to Their Third Interrogatories incorrectly state that Defendants served their Third Interrogatories and

Requests for Production on each of the Named Plaintiffs on **May 17, 2010**. The correct date is **May 17, 2011**.

- Paragraph 3 of the Declaration of Elise M. Bloom, Esq. and page 2 of Defendants' Memorandum in Support of Their Motion to Compel Responses to Their Third Interrogatories incorrectly state that Plaintiffs provided answers and responses to Defendants' Third Interrogatories and Requests for Production on each of the Named Plaintiffs on **June 17, 2010**. The correct date is **June 17, 2011**.

Respectfully submitted this 12th day of August, 2011.

*/s/ Michael L. Blumenthal*
**SEYFERTH, BLUMENTHAL & HARRIS LLC**
Michael L. Blumenthal
KS Bar No. 18582
300 Wyandotte Street, Suite 430
Kansas City, Missouri 64105
Tel: 816-756-0700
Fax:  816-756-3700


*/s/ Elise M. Bloom*
**PROSKAUER ROSE LLP**
Elise M. Bloom*
Eleven Times Square
New York, New York 10036
Tel: 212-969-3410
Fax: 212-969-2900
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August, 2011, the foregoing **Notice of Correction** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>Stueve Siegel Hanson LLP
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Donald H. Nichols
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>nichols@nka.com
>lukas@nka.com
>fisher@nka.com

>Respectfully submitted,
>
>/s/ Michael L. Blumenthal
>Michael L. Blumenthal
>Kansas Bar No. 18582
>SEYFERTH, BLUMENTHAL & HARRIS LLC
>300 Wyandotte Street, Suite 430
>Kansas City, Missouri 64105
>Telephone: 816-756-0700
>Facsimile:  816-756-3700
>E-mail:  mike@sbhlaw.com