## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

ROXIE SIBLEY, JEANNE NOEL,
ERNESTO BENNETT, JAMIE WILLIAMS,
GREG ST. JULIEN, TRACIE HERNANDEZ,
JOHN JASINSKI, JAY RICHIE, and TEISHA
KING, individually and on behalf of a class of
others similarly situated,

                    Plaintiffs,                    Case No. 02:08-CV-02063-KHV/JPO

v.

SPRINT NEXTEL CORPORATION,
a Kansas corporation,

and

SPRINT/UNITED MANAGEMENT
COMPANY, a Kansas corporation,

                    Defendants.

## PLAINTIFFS' MOTION TO COMPEL RELATING TO REQUEST FOR PRODUCTION NO. 4

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and the District of Kansas Local Rule 37.1, Plaintiffs move to compel Defendants to supplement Defendants' Response to Plaintiffs' Request for Production, Set I, No. 4, with the Master Incentive Compensation Guides and Commission Acknowledgement Forms applicable to the class during the time period of October 1, 2009 through January 31, 2010.

Accompanying this motion is a memorandum of law, and supporting documents. Moreover, counsel certifies pursuant to Local Rule 37.2 that they met and conferred with defense counsel but were unable to resolve this matter.

Dated:  <u>August 12. 2011</u>

**STUEVE SIEGEL HANSON LLP**

*/s/ George A. Hanson*

George A. Hanson, KS Bar # 16805
Email: hanson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: 816-714-7100
Fax: 816-714 7101

**NICHOLS KASTER, PLLP**

*/s/ Charles G. Frohman*

Charles G. Frohman
Email: frohman@nka.com
Michele R. Fisher
Email: fisher@nka.com
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: 612-256-3200
Fax: 612-215-6870
(Admitted *Pro Hac Vice*)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2011, a true and correct copy of **Plaintiffs' Motion to Compel Relating to Request for Production No. 4,** and all supporting documents, were electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

J. Timothy McDonald
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
tmcdonald@rh-law.com

Hunter Hughes
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
hrh@rh-law.com

Christopher Willis
Thomas Mew
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
ewillis@rh-law.com
TMew@rh-law.com

Mark W. Batten
Proskauer Rose LLP
One International Place
Boston, MA 02110
617-526-9850
Fax: 617-526-9899
mbatten@proskauer.com

Michael L. Blumenthal
Seyferth, Blumenthal & Harris LLC
300 Wyandotte, Suite 430
Kansas City, MO 64104
mike@sbhlaw.com

Elise M. Bloom
Gregory Rasin
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
ebloom@proskauer.com

Steven D. Hurd
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
shurd@proskauer.com

Jacqueline M. Dorn
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
jdorn@proskauer.com

Dated: <u>August 12, 2011</u>

**STUEVE SIEGEL HANSON LLP**
*/s/ George A. Hanson*
George A. Hanson, KS Bar # 16805
Email: hanson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: 816-714-7100
Fax: 816-714 7101

**NICHOLS KASTER, PLLP**
Charles G. Frohman
Email: frohman@nka.com
Paul J. Lukas
Email: lukas@nka.com
Michele R. Fisher