IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SPRINT NEXTEL CORPORATION, et al., <br><br> Defendants. | Case No. 08-cv-2063 KHV/JPO |

**PLAINTIFFS' THIRD AMENDED NOTICE OF DEPOSITION
PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 30(b)(6)**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Defendants Sprint Nextel Corporation and Sprint/United Management Company (collectively referred to as "Sprint") through one or more of their corporate representatives most knowledgeable about the topics listed herein. These depositions will take place on the dates and at the locations identified herein and will continue thereafter by adjournment until completed. The depositions will be taken before a qualified court reporter and will be recorded stenographically and by video.

Deponent(s) provided by Sprint shall be knowledgeable about and prepared to answer questions relating to:

1.     Sprint's commissions department structure (generally who worked where, in what positions, doing what jobs, and when and who they reported to) for the Retail Sales Channel from August 12, 2005 to September 30, 2009.

This deposition will be taken at Headlight Audio-Visual, 74 Evergreen Drive, Portland, ME, 04103, on September 20, 2011, beginning at 9:00 a.m. and continuing thereafter until adjournment.

2. How Sprint's Retail Sales Channel commission plans were interpreted and implemented by Sprint and what obligations the plans imposed on Sprint's Retail Sales Channel employees from August 12, 2005 to September 30, 2009.

This deposition will be taken at Headlight Audio-Visual, 74 Evergreen Drive, Portland, ME, 04103, on September 20, 2011, beginning at 9:00 a.m. and continuing thereafter until adjournment.  Any items remaining from this deposition will continue to a deposition that will be taken at Conference Technologies, Inc., 8900 Nieman Road, Overland Park, KS, 66214, on October 12, 2011, beginning at 9:00 a.m. and continuing thereafter until adjournment.

3. Sprint's Retail Sales Channel's overall process, in general terms, of what happens to transactions from the point of sale and order entry through the payment of commissions, and what systems and departments are involved in that process from August 12, 2005 to September 30, 2009.

This deposition will be taken at Conference Technologies, Inc., 8900 Nieman Road, Overland Park, KS, 66214, on October 5, 2011, beginning at 9:00 a.m. and continuing thereafter until adjournment.  Any items remaining from this deposition will continue to a deposition that will be taken at Conference Technologies, Inc., 8900 Nieman Road, Overland Park, KS, 66214, on October 14, 2011, beginning at 9:00 a.m. and continuing thereafter until adjournment.

4. Sprint's overall appeals process for Retail Sales Channel employees from August 12, 2005 to September 30, 2009.

This deposition will be taken at a Conference Technologies, Inc., 8900 Nieman Road, Overland Park, KS, 66214, on October 13, 2011 beginning at 9:00 a.m. and continuing thereafter until adjournment.

5. Sprint's efforts to ensure that Retail Sales Channel employees were paid accurate commissions, including CPMO, Incentive Compensation Excellence PMO, Sales Operations Compensation Project, and the ACT PMO, and who took part in these task forces/projects, what they did, what findings and/or recommendations they made, and whether such findings and/or recommendations were implemented by Sprint from August 12, 2005 to September 30, 2009.

This deposition will be taken at Conference Technologies, Inc., 8900 Nieman Road, Overland Park, KS, 66214, on October 20, 2011, beginning at 9:00 a.m. and continuing thereafter until adjournment.

6. Sprint's problems, issues, or system complications from August 2005 to the present that affected the proper tracking and paying of commissions for activations, contract renewals, handset upgrades, add-ons, recurring revenue, prepaid phone cards, and C-SAT.

This deposition will be taken at Conference Technologies, Inc., 8900 Nieman Road, Overland Park, KS, 66214, on November 21, 2011 beginning at 9:00 a.m. and continuing thereafter until adjournment.

7. Sprint's policies and practices relating to recoupment and recalculations related to over- and underpayments in the Retail Sales Channel from August 12, 2005 to January 31, 2010.

This deposition will be taken at Conference Technologies, Inc., 8900 Nieman Road, Overland Park, KS, 66214, on November 21, 2011 beginning at 9:00 a.m. and continuing thereafter until adjournment

8. Sprint's problems, issues, or system complications from August 12, 2005 to January 31, 2010 involving data scrubs and data feeds affecting the Retail Sales Channel and its employees' commissions.

This deposition will be taken at Conference Technologies, Inc., 8900 Nieman Road, Overland Park, KS, 66214, on November 21, 2011 beginning at 9:00 a.m. and continuing thereafter until adjournment.

9. Sprint's problems, issues, or system complications from August 12, 2005 to the January 31, 2010 with employee or sales rep related identifiers and sales channel IDs that affected the accurate payment of commissions and resolution of appeals.

This deposition will be taken at Conference Technologies, Inc., 8900 Nieman Road, Overland Park, KS, 66214, on November 21, 2011 beginning at 9:00 a.m. and continuing thereafter until adjournment.

10. Sprint's problems, issues, or system complications from August 12, 2005 to the January 31, 2010 relating to Retail Sales Channel employees' quotas that affected the accurate payment of commissions.

This deposition will be taken at Conference Technologies, Inc., 8900 Nieman Road, Overland Park, KS, 66214, on November 21, 2011 beginning at 9:00 a.m. and continuing thereafter until adjournment.

11. Investigations, complaints, inquiries, or communications through the Department of Labor or other governmental agencies regarding Sprint's compensation practices relating to Retail Sales Channel employee commissions from August 12, 2005 to present.

This deposition will be taken at Conference Technologies, Inc., 8900 Nieman Road, Overland Park, KS, 66214, on November 21, 2011 beginning at 9:00 a.m. and continuing thereafter until adjournment.

12. Lawsuits, or threatened lawsuits by Sprint's employees, third party dealers, or others regarding Sprint's compensation practices relating to commissions.

This deposition will be taken at Conference Technologies, Inc., 8900 Nieman Road, Overland Park, KS, 66214, on November 21, 2011 beginning at 9:00 a.m. and continuing thereafter until adjournment.

Dated: September 2, 2011                          STUEVE SIEGEL HANSON LLP

*/s/ Ashlea G. Schwarz*
Ashlea G. Schwarz
KS Bar No. 23491
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714-7101


NICHOLS KASTER, PLLP

Michele R. Fisher*
Paul J. Lukas*
Charles G. Frohman*
4600 IDS Center
80 South 8th Street
Minneapolis, Minnesota  55402
Tel: 612-256-3200
Fax: 612-215-6870
(*Admitted *Pro Hac Vice*)


ATTORNEYS FOR THE CLASS

5

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2011, a true and correct copy of **Plaintiffs' Third Amended Notice of Deposition Pursuant to Federal Rules of Civil Procedure 30(b)(6)**, was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send an email notification to the following attorneys:

J. Timothy McDonald
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
tmcdonald@rh-law.com

Hunter Hughes
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
hrh@rh-law.com

Christopher Willis
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
ewillis@rh-law.com

Thomas Mew
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
TMew@rh-law.com

Steven D. Hurd
Jacqueline M. Dorn
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
jdorn@proskauer.com
shurd@proskauer.com

Elise M. Bloom
Gregory Rasin
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
ebloom@proskauer.com
grasin@proskauer.com

Michael L. Blumenthal
Seyferth, Blumenthal & Harris LLC
300 Wyandotte, Suite 430
Kansas City, Missouri 64104
mike@sbhlaw.com

Mark W. Batten
Proskauer Rose LLP
One International Place
Boston, Massachusetts 02110
mbatten@proskauer.com

Dated: September 2, 2011

**STUEVE SIEGEL HANSON LLP**
*/s/ Ashlea G. Schwarz*
Ashlea Schwarz, KS Bar # 23491
Email: hanson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714 7101

**NICHOLS KASTER, PLLP**
Charles G. Frohman
Email: frohman@nka.com
Paul J. Lukas
Email: lukas@nka.com
Michele R. Fisher
Email: fisher@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Tel: 612-256-3200
Fax: 612-215-6870
(All Admitted Pro Hac Vice)

ATTORNEYS FOR PLAINTIFFS