## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| vs. | ) |
| | ) Civil No. 08-cv-2069 KHV/JPO |
| SPRINT NEXTEL CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 2, 2011, Plaintiffs' Third Amended Notice of Deposition Pursuant to Federal Rules of Civil Procedure 30(b)(6) was served via electronic mail on the following:

J. Timothy McDonald
Christopher Willis
Hunter Hughes
Thomas Mew
Rogers & Hardin
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
tmcdonald@rh-law.com
ewillis@rh-law.com
hrh@rh-law.com
TMew@rh-law.com

Elise M. Bloom
Gregory Rasin
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036
ebloom@proskauer.com
grasin@proskauer.com

Michael L. Blumenthal
Seyferth, Blumenthal & Harris LLC
300 Wyandotte, Suite 430
Kansas City, Missouri 64104
mike@sbhlaw.com

Dated:  September 2, 2011                                   **STUEVE SIEGEL HANSON LLP**

*/s/ Ashlea G. Schwarz*
Ashlea G. Schwarz          KS Bar# 23491
George A. Hanson           KS Bar # 16805
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714 7101
hanson@stuevesiegel.com


**NICHOLS KASTER, PLLP**
Michele R. Fisher*
Paul J. Lucas*
Charles G. Frohman*
4600 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Tel: 612-256-3200
Fax: 612-215-6870
(*Admitted Pro Hac Vice)

ATTORNEYS FOR PLAINTIFFS


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 2, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.


/s/ *Ashlea G. Schwarz*
Ashlea G. Schwarz