IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

```
------------------------------- X
ROXIE SIBLEY, JEANNE NOEL, ERNESTO     :
BENNETT, JAMIE WILLIAMS, GREG ST.      :
JULIEN, TRACIE HERNANDEZ, JOHN         :
JASINSKI, JAY RICHIE, and TEISHA KING, :
individually and on behalf of a class of others :
similarly situated,                    :
                                       :
                Plaintiffs,            :
                                       :
        v.                             :   Case No. 02:08-CV-02063-KHV/JPO
                                       :
SPRINT NEXTEL CORPORATION, a Kansas    :
corporation                            :
                                       :
        and                            :
                                       :
SPRINT/UNITED MANAGEMENT               :
COMPANY, a Kansas corporation,         :
                                       :
                Defendants.            :
------------------------------- X
```

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of September, 2011, I served via electronic mail a true and correct copy of the following documents:

1.      Defendants' Objections and Responses to Plaintiffs' Requests for Production to Defendants, Set IV; and

2.      Defendants' Objections and Answers to Plaintiffs' Interrogatories to Defendants, Set V;

upon the following attorneys of record:

Stueve Siegel Hanson LLP
George A. Hanson
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
hanson@stuevesiegel.com

Nichols Kaster, PLLP
Donald H. Nichols
Paul J. Lukas
Michele R. Fisher
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
nichols@nka.com
lukas@nka.com
fisher@nka.com

Respectfully submitted this 12th day of September, 2011.

*/s/ Michael L. Blumenthal*
**SEYFERTH, BLUMENTHAL & HARRIS LLC**
Michael L. Blumenthal
KS Bar No.18582
300 Wyandotte Street, Suite 430
Kansas City, MO 64105
Tel: 816-756-0700
Fax:  816-756-3700

*/s/ Elise M. Bloom*
**PROSKAUER ROSE LLP**
Elise M. Bloom*
Eleven Times Square
New York, NY 10036
Tel: 212-969-3410
Fax: 212-969-2900
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendants*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2011, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

> Stueve Siegel Hanson LLP
> George A. Hanson
> 460 Nichols Road, Suite 200
> Kansas City, Missouri 64112
> hanson@stuevesiegel.com
>
> Nichols Kaster, PLLP
> Donald H. Nichols
> Paul J. Lukas
> Michele R. Fisher
> 4600 IDS Center, 80 South 8th Street
> Minneapolis, Minnesota 55402
> nichols@nka.com
> lukas@nka.com
> fisher@nka.com

> Respectfully submitted,
>
> /s/ Michael L. Blumenthal
> Michael L. Blumenthal
> Kansas Bar No. 18582
> SEYFERTH, BLUMENTHAL & HARRIS LLC
> 300 Wyandotte Street, Suite 430
> Kansas City, Missouri 64105
> Telephone: 816-756-0700
> Facsimile:  816-756-3700
> E-mail:  mike@sbhlaw.com