# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation,<br><br>and<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,<br><br>           Defendants. | Case No. 02:08-CV-02063-KHV/JPO<br><br>**CERTIFICATE OF SERVICE OF PLAINTIFFS' DISCOVERY RESPONSES** |

I hereby certify that on September 12, 2011, a true and correct copy of **Plaintiffs' Responses to Defendants' Fourth Set of Requests for Production of Documents to All Named Plaintiffs** was served via electronic mail upon the following:

    Elise M. Bloom
    Gregory Rasin
    Proskauer Rose LLP
    Eleven Times Square
    New York, NY 10036-8299
    ebloom@proskauer.com
    grasin@proskauer.com

and notice of this Certificate of Service, filed with the Court electronically on September 13, 2011, will be provided via ECF to all attorneys of record:

| | |
|---|---|
| J. Timothy McDonald<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>tmcdonald@rh-law.com | Hunter Hughes<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>hrh@rh-law.com |

| | |
|---|---|
| Christopher Willis<br>Thomas Mew<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>ewillis@rh-law.com<br>TMew@rh-law.com | Mark W. Batten<br>Proskauer Rose LLP<br>One International Place<br>Boston, MA 02110<br>617-526-9850<br>Fax: 617-526-9899<br>mbatten@proskauer.com |
| Michael L. Blumenthal<br>Seyferth, Blumenthal & Harris LLC<br>300 Wyandotte, Suite 430<br>Kansas City, MO 64104<br>mike@sbhlaw.com | Elise M. Bloom<br>Gregory Rasin<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036-8299<br>ebloom@proskauer.com |
| Joseph H. Knittig<br>3000 NW 50th St.<br>Kansas City, MO 64150<br>816-547-1495<br>joek@c3missions.org | Jacqueline M. Dorn<br>Steven D. Hurd<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036-8299<br>jdorn@proskauer.com<br>shurd@proskauer.com |

Dated: September 13, 2011

**STUEVE SIEGEL HANSON LLP**

*/s/ Ashlea G. Schwarz*
Ashlea G. Schwarz, KS Bar No. 23491
Email: ashlea@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100

**NICHOLS KASTER, PLLP**
Charles G. Frohman
Email: frohman@nka.com
Paul J. Lukas
Email: lukas@nka.com
Michele R. Fisher
Email: fisher@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: 612-256-3200

Fax: 612-215-6870
(All Admitted Pro Hac Vice)

ATTORNEYS FOR PLAINTIFFS