**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation,<br><br>and<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,<br><br>                Defendants. | Case No. 02:08-CV-02063-KHV/JPO<br><br>**CERTIFICATE OF SERVICE OF PLAINTIFFS' DISCOVERY REQUESTS** |

      I hereby certify that on September 21, 2011, a true and correct copy of **Plaintiffs' Interrogatories to Defendants, Set VI** was served via electronic mail upon the following:

      Elise M. Bloom
      Gregory Rasin
      Proskauer Rose LLP
      Eleven Times Square
      New York, NY 10036-8299
      ebloom@proskauer.com
      grasin@proskauer.com

and notice of this Certificate of Service, filed with the Court electronically on September 21, 2011, will be provided via ECF to all attorneys of record:

| | |
|---|---|
| J. Timothy McDonald<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>tmcdonald@rh-law.com | Hunter Hughes<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>hrh@rh-law.com |

Christopher Willis
Thomas Mew
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
ewillis@rh-law.com
TMew@rh-law.com

Michael L. Blumenthal
Seyferth, Blumenthal & Harris LLC
300 Wyandotte, Suite 430
Kansas City, MO 64104
mike@sbhlaw.com

Joseph H. Knittig
3000 NW 50th St.
Kansas City, MO 64150
816-547-1495
joek@c3missions.org

Mark W. Batten
Proskauer Rose LLP
One International Place
Boston, MA 02110
617-526-9850
Fax: 617-526-9899
mbatten@proskauer.com

Elise M. Bloom
Gregory Rasin
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
ebloom@proskauer.com

Jacqueline M. Dorn
Steven D. Hurd
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036-8299
jdorn@proskauer.com
shurd@proskauer.com

Dated: September 21, 2011             **STUEVE SIEGEL HANSON LLP**

*/s/ Ashlea G. Schwarz*
Ashlea G. Schwarz, KS Bar No. 23491
George A. Hanson, KS Bar No. 16805
Email: ashlea@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100

**NICHOLS KASTER, PLLP**
Charles G. Frohman
Email: frohman@nka.com
Paul J. Lukas
Email: lukas@nka.com
Michele R. Fisher
Email: fisher@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402

2

Tel: 612-256-3200
Fax: 612-215-6870
(All Admitted Pro Hac Vice)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 21, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ *Ashlea G. Schwarz*
Ashlea G. Schwarz