IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, et al.,<br><br>                 Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, et al.,<br><br>                 Defendants. | Case No. 08-cv-2063 KHV/JPO |

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 10, 2011, a true and correct copy of **Plaintiffs' Fifth Amended Notice of Deposition Pursuant to Federal Rules of Civil Procedure 30(b)(6)**, was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send an email notification to the following attorneys:

J. Timothy McDonald
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
tmcdonald@rh-law.com

Hunter Hughes
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
hrh@rh-law.com

Christopher Willis
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
ewillis@rh-law.com

Thomas Mew
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
TMew@rh-law.com

Steven D. Hurd
Jacqueline M. Dorn
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
jdorn@proskauer.com
shurd@proskauer.com

Elise M. Bloom
Gregory Rasin
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
ebloom@proskauer.com
grasin@proskauer.com

| | |
|---|---|
| Michael L. Blumenthal<br>Seyferth, Blumenthal & Harris LLC<br>300 Wyandotte, Suite 430<br>Kansas City, Missouri 64104<br>mike@sbhlaw.com | Mark W. Batten<br>Proskauer Rose LLP<br>One International Place<br>Boston, Massachusetts  02110<br>mbatten@proskauer.com |

Dated: October 10, 2011

**STUEVE SIEGEL HANSON LLP**
*/s/ Ashlea G. Schwarz*
Ashlea Schwarz, KS Bar # 23491
Email: hanson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714 7101

**NICHOLS KASTER, PLLP**
Charles G. Frohman
Email:  frohman@nka.com
Paul J. Lukas
Email: lukas@nka.com
Michele R. Fisher
Email: fisher@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Tel: 612-256-3200
Fax: 612-215-6870
(All Admitted Pro Hac Vice)

ATTORNEYS FOR PLAINTIFFS