IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated, | |
| Plaintiffs, | |
| v. | Case No. 02:08-CV-02063-KHV/JPO |
| SPRINT NEXTEL CORPORATION, a Kansas corporation | |
| and | |
| SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation | |
| Defendants. | |

**DEFENDANTS' MOTION TO COMPEL RESPONSES TO THEIR
FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and District of Kansas Local Rule 37.1, Defendants Sprint Nextel Corporation and Sprint/United Management Company move to compel Named Plaintiffs Roxie Sibley, Jeanne Noel, Ernesto Bennett, Jamie Williams, Greg St. Julien, Tracie Hernandez, John Jasinski, Jay Richie, and Teisha King to appropriately respond to Defendants' Fourth Set of Requests for Production of Documents No. 1, which seeks non-privileged information and documents that by law the Plaintiffs are required to provide.

The grounds in support of this motion and the specific document request at issue are more fully set forth in the accompanying memorandum of law and attached Declaration of

1

Steven D. Hurd, Esq.  The certification of counsel with respect to the duty to confer, as required by Local Rule 37.2, is set forth in the Declaration of Steven D. Hurd, Esq.

Respectfully submitted this 12th day of October, 2011.

*/s/ Michael L. Blumenthal*
**SEYFERTH, BLUMENTHAL & HARRIS LLC**
Michael L. Blumenthal
KS Bar No.18582
300 Wyandotte Street, Suite 430
Kansas City, Missouri 64105
Tel: 816-756-0700
Fax:  816-756-3700

*/s/ Elise M. Bloom*
**PROSKAUER ROSE LLP**
Elise M. Bloom*
Eleven Times Square
New York, New York 10036
Tel: 212-969-3410
Fax: 212-969-2900
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of October, 2011, the foregoing **Defendants' Motion to Compel Responses to Their Fourth Set of Requests for Production of Documents** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>George A. Hanson
>Stueve Siegel Hanson LLP
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>
>Nichols Kaster, PLLP
>Donald H. Nichols
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402

>Respectfully submitted,
>
>/s/ Michael L. Blumenthal
>Michael L. Blumenthal
>Kansas Bar No. 18582
>SEYFERTH, BLUMENTHAL & HARRIS LLC
>300 Wyandotte Street, Suite 430
>Kansas City, Missouri 64105
>Telephone: 816-756-0700
>Facsimile:  816-756-3700
>E-mail:  mike@sbhlaw.com