# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

---------------------------------- X
ROXIE SIBLEY, JEANNE NOEL, ERNESTO :
BENNETT, JAMIE WILLIAMS, GREG ST. :
JULIEN, TRACIE HERNANDEZ, JOHN :
JASINSKI, JAY RICHIE, and TEISHA KING, :
individually and on behalf of a class of others :
similarly situated, :
 :
         Plaintiffs, :
 :
    v. : Case No. 02:08-CV-02063-KHV/JPO
 :
SPRINT NEXTEL CORPORATION, a Kansas :
corporation :
 :
        and :
 :
SPRINT/UNITED MANAGEMENT :
COMPANY, a Kansas corporation :
 :
         Defendants. :
---------------------------------- X

## DECLARATION OF STEVEN D. HURD, ESQ.

Steven D. Hurd, Esq. declares, pursuant to 28 U.S.C. § 1746, and under penalty of perjury, that the following is true and correct:

1.    I am a partner of the law firm Proskauer Rose, LLP, one of the counsel of record for the Defendants in this action.  I make this Declaration on personal knowledge and submit it in support of Defendants' Motion to Compel Responses to Their Fourth Set of Requests for Production of Documents.

2.    On May 17, 2011, Defendants served their Third Set of Requests for Production of Documents on each of the Named Plaintiffs.  Attached hereto as Exhibit A are true and correct

1

copies of Defendants' Third Set of Requests for Production of Documents served on each of the Named Plaintiffs.

3. On June 17, 2011 (although dated June 16, 2011), Plaintiffs provided a set of identical responses. Attached hereto as Exhibit B are true and correct copies of each Named Plaintiff's Responses to Defendants' Third Set of Requests for Production of Documents.

4. In response to Defendants' Third Set of Requests for Production of Documents No. 3, Plaintiffs produced the blank survey identified at NKA168709-715. Attached hereto as Exhibit C is a true and correct copy of the survey identified at NKA168709-715 that Plaintiffs produced.

5. On June 30, 2011, Defendants sent Plaintiffs' counsel, Michele R. Fisher, Esq. (one of the attorneys of record for Plaintiffs in this action), a comprehensive letter outlining the specific deficiencies in Plaintiffs' discovery responses, including Plaintiffs' responses to Defendants' document requests. A true and correct copy of this letter is attached hereto as Exhibit D.

6. On July 12, 2011 (although dated July 11, 2011), Plaintiffs responded by letter supplementing some their responses and reiterating several objections. A true and correct copy of this letter is attached hereto as Exhibit E.

7. On August 11, 2011, Defendants served their Fourth Set of Requests for Production of Documents on each of the Named Plaintiffs. Attached hereto as Exhibit F are true and correct copies of Defendants' Fourth Set of Requests for Production of Documents served on each of the Named Plaintiffs.

3

8.     On September 12, 2011, Plaintiffs provided a set of identical – and deficient – responses.  Attached hereto as Exhibit G are true and correct copies of each Named Plaintiff's Responses to Defendants' Fourth Set of Requests for Production of Documents.

9.     On September 30, 2011, Defendants' counsel spoke with Plaintiffs' counsel via telephone to attempt to resolve the waiver issue and the discoverability of the survey responses.  Despite their best efforts, the parties were unable to reach agreement on these issues.

10.    I certify pursuant to Local Rule 37.2 that Defendants have conferred, or at the very least, made a reasonable effort to confer, with Plaintiffs concerning the matters in dispute prior to filing Defendants' Motion to Compel Responses to Their Fourth Set of Requests for Production of Documents.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 12, 2011                           */s/ Steven D. Hurd*
                                                  Steven D. Hurd, Esq.