# EXHIBIT C



Exit this survey

## Sprint Class Action Survey - Retail Employees

This survey was prepared by and for Class Counsel, Nichols Kaster, PLLP. Your responses will only be used for the purpose of this lawsuit.

This survey will take approximately 5 minutes to complete. At the end you will be able to update your contact information. It is very important that we have your current contact information so we can notify you of developments in the lawsuit.

To navigate through this survey:
- Click Next to move to the next question
- Click Back to go back to the previous question
- Click Submit to submit your answers

   **1. You should have received a letter from Class counsel notifying you of this survey. The letter contained your Survey ID Code. If you received this letter please enter your Survey ID Code below.**

Survey ID Code: [_____]

If you did not receive the letter, click next to begin the survey without entering an ID.

[ 14% ]

[ Next ]



**Exit this survey**

# Sprint Class Action Survey - Retail Employees

## 2. During your employment, did Sprint pay you for all the commissions you earned?

○ Yes, Sprint has paid my commissions correctly, and all the appeals I made for missed commissions have been resolved correctly and to my satisfaction.

○ No, Sprint still owes me money in missed commissions.

○ I am not sure.

| | 29% |
|---|---|

[Back]   [Next]



**Exit this survey**

## Sprint Class Action Survey - Retail Employees

**If Sprint did not pay you all the commissions you earned:**

**3. Why do you believe Sprint did not pay you all your commissions?**

**4. How much do you believe Sprint owes you in unpaid commissions?**

$ Per Month: 

**5. If you weren't denied commissions on a monthly basis, or have other comments about unpaid commissions, please explain:**

43%

Back    Next



**Exit this survey**

# Sprint Class Action Survey - Retail Employees

**6. Did you appeal all of your unpaid commissions?**

○ Yes

○ No

If you answered no, please explain why. For example, it was too difficult, was not worth it, I did not keep track, etc.

[                                                                                          ]

**7. How much time did you spend per month on payment issues such as filing or tracking appeals?**

Hours spent per month: [        ]

**8. How would you rate the appeals procedure?**

|  | Very Ineffective | Ineffective | Effective | Very Effective | N/A |
|---|---|---|---|---|---|
| The appeals procedure was | ○ | ○ | ○ | ○ | ○ |

Please enter any comments about the appeals procedure:

[                                                                                          ]

| 57% |



**Exit this survey**

# Sprint Class Action Survey - Retail Employees

**9. Do you have any documents that show you were not paid your commissions or show Sprint's problems paying commissions correctly—for example, appeals records, emails with managers, emails from Sprint about commission problems, etc?**

○ Yes

○ No

As a class member you are not required at this time to produce any documents as proof of commissions you were shorted. However, any information that you can provide regarding commission issues may be beneficial to the case. If you have documentation of commissions issues related to problems with Sprint's commissions system, please contact Class Counsel at (612) 256-3217 or toll-free at (877)448-0492 ext. 217 to speak with the clerk on this case. Contact information for Class Counsel will be listed at the end of this survey as well.

| | 71% |
|---|---|

[ Back ]   [ Next ]



**Exit this survey**

# Sprint Class Action Survey - Retail Employees

It is very important that we have your current contact information so that we can notify you of developments in the lawsuit.

Your contact information will only be used for the purpose of this lawsuit.

**10. Please provide your current contact information:**

| | |
|---|---|
| Last Name | |
| First Name | |
| Middle Initial | |
| Address | |
| City | |
| State | |
| Zip Code | |
| Email | |
| Phone | |
| Emergency/Alternate Contact Name and Phone | |

86%

[ Back ]   [ Next ]

NKA168714



**Exit this survey**

## Sprint Class Action Survey - Retail Employees

**Thank you for taking this survey. Use the back button if you wish to review or change any of your answers.**

**If you are done, click the Submit button to submit your answers.**

| | 100% |

[ Back ]   [ Submit ]