**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation,<br><br>and<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,<br><br>    Defendants. | Case No. 02:08-CV-02063-KHV/JPO |

**PLAINTIFFS' MOTION TO COMPEL DEPOSITION OF RULE 30(b)(6) CORPORATE DESIGNEE AND ANSWERS TO WRITTEN DISCOVERY REQUESTS**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure and the District of Kansas Local Rules 37.1, Plaintiffs move to compel Defendants to produce a corporate designee to testify as to topics 6-12 requested in Plaintiffs' Notice of Deposition pursuant to Federal Rule of Civil Procedure 30(b)(6); to answer Plaintiffs' Interrogatories, Set V, Nos. 28 and 31; and to produce all responsive documents to Plaintiffs' Requests for Production of Documents, Set IV, Nos. 28, 29, 32, 34, 35 and 36.

Accompanying this motion is a memorandum of law and supporting documents. Counsel certifies that pursuant to Local Rule 37.2, class counsel met and conferred with defense counsel, but were unable to resolve this matter.

| | |
|---|---|
| Dated: October 12, 2011 | STUEVE SIEGEL HANSON LLP |
| | |
| | */s/ Ashlea G. Schwarz* |
| | Ashlea G. Schwarz |
| | KS Bar No. 23491 |
| | 460 Nichols Road, Suite 200 |
| | Kansas City, Missouri 64112 |
| | Tel: 816-714-7100 |
| | Fax: 816-714-7101 |
| | |
| | NICHOLS KASTER, PLLP |
| | |
| | Michele R. Fisher* |
| | Paul J. Lukas* |
| | Charles G. Frohman* |
| | 4600 IDS Center |
| | 80 South 8th Street |
| | Minneapolis, Minnesota  55402 |
| | Tel: 612-256-3200 |
| | Fax: 612-215-6870 |
| | (*Admitted *Pro Hac Vice*) |
| | |
| | ATTORNEYS FOR THE CLASS |
| | U.S. District Court of Kansas |