**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ROXIE SIBLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SPRINT NEXTEL CORPORATION, et al., <br><br> Defendants. | Case No. 08-cv-2063 KHV/JPO |

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2011, true and correct copies of **Plaintiffs' Motion to Compel Deposition of Rule 30(b)(6) Corporate Designee and Answers to Written Discovery Requests** and all supporting documents, were electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send an email notification to the following attorneys:

    J. Timothy McDonald
    Rogers & Hardin
    2700 International Tower,
    Peachtree Center
    229 Peachtree Street, N.E.
    Atlanta, Georgia 30303
    tmcdonald@rh-law.com

    Hunter Hughes
    Rogers & Hardin
    2700 International Tower,
    Peachtree Center
    229 Peachtree Street, N.E.
    Atlanta, Georgia 30303
    hrh@rh-law.com

    Christopher Willis
    Rogers & Hardin
    2700 International Tower,
    Peachtree Center
    229 Peachtree Street, N.E.
    Atlanta, Georgia 30303
    ewillis@rh-law.com

    Thomas Mew
    Rogers & Hardin
    2700 International Tower,
    Peachtree Center
    229 Peachtree Street, N.E.
    Atlanta, Georgia 30303
    TMew@rh-law.com

    Steven D. Hurd
    Jacqueline M. Dorn
    Proskauer Rose LLP
    Eleven Times Square
    New York, New York 10036-8299
    jdorn@proskauer.com

    Elise M. Bloom
    Gregory Rasin
    Proskauer Rose LLP
    Eleven Times Square
    New York, New York 10036-8299
    ebloom@proskauer.com
    grasin@proskauer.com

shurd@proskauer.com
Michael L. Blumenthal
Seyferth, Blumenthal & Harris LLC
300 Wyandotte, Suite 430
Kansas City, Missouri 64104
mike@sbhlaw.com

Mark W. Batten
Proskauer Rose LLP
One International Place
Boston, Massachusetts  02110
mbatten@proskauer.com

Nicole A. Eichberger
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
neichberger@proskauer.com

Dated: October 12, 2011

**STUEVE SIEGEL HANSON LLP**
*/s/ Ashlea G. Schwarz*
Ashlea Schwarz, KS Bar # 23491
Email: hanson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714 7101

**NICHOLS KASTER, PLLP**
Charles G. Frohman
Email:  frohman@nka.com
Paul J. Lukas
Email: lukas@nka.com
Michele R. Fisher
Email: fisher@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Tel: 612-256-3200
Fax: 612-215-6870
(All Admitted Pro Hac Vice)

ATTORNEYS FOR PLAINTIFFS