## TABLE OF EXHIBITS

Exhibit 1.     Plaintiffs' Response to Defendants' Request for Production of Documents, Set I

Exhibit 2.     June 30, 2011 Letter from Elise M. Bloom

Exhibit 3.     July 11, 2011 Letter from Charles G. Frohman

Exhibit 4.     Plaintiffs' Response to Defendants' Request for Production of Documents, Set IV