# Exhibit 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated, <br><br>         Plaintiffs, <br><br> v. <br><br> SPRINT NEXTEL CORPORATION, a Kansas corporation, <br><br> and <br><br> SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation, <br><br>         Defendants. | Case No. 08-cv-2063 KHV/JPO |

**PLAINTIFFS' RESPONSES TO DEFENDANTS' FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO ALL NAMED PLAINTIFFS**

1. Any and all surveys completed by Class Members or prospective Class Members regarding this action, including, but not limited to, responses to the survey identified at NKA168709-15.

**ANSWER:** Plaintiffs object to this request on the grounds that it is duplicative and cumulative and seeks information protected by the attorney-client privilege and/or work product doctrine. This request seeks documents already requested and encompassed in Defendants' requests 4, 5 and 6 of Defendants' Second Set of Requests for Production of Documents. Plaintiffs objected to those requests, and Defendants did not move to compel responses. "Any motion to compel discovery . . . must be filed and served within 30 days of the default or service of the response, answer, or objection that is the subject of the motion, unless the court extends

the time for filing such motion for good cause.  Otherwise, the objection to the default, response, answer, or objection is waived." L.R. 37.1(b).  Defendants have waived their objection to Plaintiffs' response to requests seeking these documents.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: <u>September 12, 2011</u>  **STUEVE SIEGEL HANSON LLP**

*/s/ Ashlea G. Schwarz*
Ashlea G. Schwarz, KS Bar No. 23491
Email: ashlea@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714-7101

**NICHOLS KASTER, PLLP**

*/s/ Charles G. Frohman*
Charles G. Frohman
Email: frohman@nka.com
Michele R. Fisher
Email: fisher@nka.com
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: 612-256-3200
Fax: 612-215-6870
(Admitted Pro Hac Vice)

ATTORNEYS FOR PLAINTIFFS