**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

ROXIE SIBLEY, et al.,

        Plaintiffs,

v.

SPRINT NEXTEL CORPORATION, et al.,

        Defendants.

Case No. 08-cv-2063 KHV/JPO

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2011, true and correct copies of **Plaintiffs' Reply in Support of Motion to Compel Deposition of Rule 30(b)(6) Corporate Designee and Answers to Written Discovery Requests** and all supporting documents, were electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send an email notification to the following attorneys:

J. Timothy McDonald
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
tmcdonald@rh-law.com

Christopher Willis
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
ewillis@rh-law.com

Steven D. Hurd
Jacqueline M. Dorn
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
jdorn@proskauer.com
shurd@proskauer.com

Hunter Hughes
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
hrh@rh-law.com

Thomas Mew
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
TMew@rh-law.com

Elise M. Bloom
Gregory Rasin
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
ebloom@proskauer.com
grasin@proskauer.com

| | |
|---|---|
| Michael L. Blumenthal<br>Seyferth, Blumenthal & Harris LLC<br>300 Wyandotte, Suite 430<br>Kansas City, Missouri 64104<br>mike@sbhlaw.com | Mark W. Batten<br>Proskauer Rose LLP<br>One International Place<br>Boston, Massachusetts  02110<br>mbatten@proskauer.com |

Nicole A. Eichberger
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
neichberger@proskauer.com

| | |
|---|---|
| Dated: November 9, 2011 | **STUEVE SIEGEL HANSON LLP**<br>*/s/ Ashlea G. Schwarz*<br>Ashlea Schwarz, KS Bar # 23491<br>Email: hanson@stuevesiegel.com<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Tel: 816-714-7100<br>Fax: 816-714 7101<br><br>**NICHOLS KASTER, PLLP**<br>Charles G. Frohman<br>Email:  frohman@nka.com<br>Paul J. Lukas<br>Email: lukas@nka.com<br>Michele R. Fisher<br>Email: fisher@nka.com<br>4600 IDS Center<br>80 South 8th Street<br>Minneapolis, Minnesota 55402<br>Tel: 612-256-3200<br>Fax: 612-215-6870<br>(All Admitted Pro Hac Vice)<br><br>ATTORNEYS FOR PLAINTIFFS |