IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
ROXIE SIBLEY, JEANNE NOEL, ERNESTO            :
BENNETT, JAMIE WILLIAMS, GREG ST.             :
JULIEN, TRACIE HERNANDEZ, JOHN                :
JASINSKI, JAY RICHIE, and TEISHA KING,        :
individually and on behalf of a class of others :
similarly situated,                           :
                                              :
                 Plaintiffs,                  :
                                              :
           v.                                 :   Case No. 02:08-CV-02063-KHV/JPO
                                              :
SPRINT NEXTEL CORPORATION, a Kansas           :
corporation                                   :
                                              :
           and                                :
                                              :
SPRINT/UNITED MANAGEMENT                      :
COMPANY, a Kansas corporation,                :
                                              :
                 Defendants.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of November, 2011, I served via electronic mail a true and correct copy of the following documents:

1.    Defendants' Objections and Second Supplemental Answers to Plaintiffs' Interrogatories to Defendants, Set VI,

upon the following attorneys of record:

>Stueve Siegel Hanson LLP
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Donald H. Nichols
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>nichols@nka.com
>lukas@nka.com
>fisher@nka.com

Respectfully submitted this 21st day of November, 2011.

>*/s/ Michael L. Blumenthal*
>**SEYFERTH, BLUMENTHAL & HARRIS LLC**
>Michael L. Blumenthal
>KS Bar No.18582
>300 Wyandotte Street, Suite 430
>Kansas City, MO 64105
>Tel: 816-756-0700
>Fax:  816-756-3700
>
>
>*/s/ Elise M. Bloom*
>**PROSKAUER ROSE LLP**
>Elise M. Bloom*
>Eleven Times Square
>New York, NY 10036
>Tel: 212-969-3410
>Fax: 212-969-2900
>(*Admitted *Pro Hac Vice*)
>
>*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November, 2011, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

    Stueve Siegel Hanson LLP
    George A. Hanson
    460 Nichols Road, Suite 200
    Kansas City, Missouri 64112
    hanson@stuevesiegel.com

    Nichols Kaster, PLLP
    Donald H. Nichols
    Paul J. Lukas
    Michele R. Fisher
    4600 IDS Center, 80 South 8th Street
    Minneapolis, Minnesota 55402
    nichols@nka.com
    lukas@nka.com
    fisher@nka.com

    Respectfully submitted,

    */s/ Michael L. Blumenthal*
    Michael L. Blumenthal
    Kansas Bar No. 18582
    SEYFERTH, BLUMENTHAL & HARRIS LLC
    300 Wyandotte Street, Suite 430
    Kansas City, Missouri 64105
    Telephone: 816-756-0700
    Facsimile:  816-756-3700
    E-mail:  mike@sbhlaw.com