## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

ROXIE SIBLEY, JEANNE NOEL,
ERNESTO BENNETT, JAMIE WILLIAMS,
GREG ST. JULIEN, TRACIE HERNANDEZ,
JOHN JASINSKI, JAY RICHIE, and TEISHA
KING, individually and on behalf of a class of
others similarly situated,

                Plaintiffs,

v.

SPRINT NEXTEL CORPORATION,
a Kansas corporation,

and

SPRINT/UNITED MANAGEMENT
COMPANY, a Kansas corporation,

                Defendants.

Case No. 02:08-CV-02063-KHV/JPO

**PLAINTIFFS' SUPPLEMENT TO MOTION TO COMPEL
DEPOSITION OF RULE 30(b)(6) CORPORATE DESIGNEE AND
ANSWERS TO WRITTEN DISCOVERY REQUESTS**

Pending before the Court is Plaintiff's motion to compel discovery regarding their

Federal Rule of Civil Procedure 30(b)(6) deposition notice, interrogatories and document

requests.  (ECF No. 262.)  The motion is fully briefed, but the parties have continued to meet and

confer as to certain topics in Plaintiff's motion.  The parties have reached agreement as to

Defendants' responses to Plaintiffs' Interrogatories 28 and 31 and Document Requests 28 and

29.  Accordingly, Plaintiffs withdraw Interrogatories 28 and 31 and Document Requests 28 and

29 from Plaintiff's motion to compel and advise the Court that it need not address them.

Dated:  December 2, 2011                    **STUEVE SIEGEL HANSON LLP**

                                            */s/ Ashlea G. Schwarz*
                                            Ashlea G. Schwarz,    KS Bar# 23491
                                            George A. Hanson,    KS Bar # 16805
                                            460 Nichols Road, Suite 200
                                            Kansas City, Missouri 64112
                                            Tel: 816-714-7100
                                            Fax: 816-714-7101
                                            ashlea@stuevesiegel.com
                                            hanson@stuevesiegel.com


                                            **NICHOLS KASTER, PLLP**
                                            Michele R. Fisher*
                                            Paul J. Lukas*
                                            Charles G. Frohman*
                                            4600 IDS Center
                                            80 South 8th Street
                                            Minneapolis, Minnesota 55402
                                            Tel: 612-256-3200
                                            Fax: 612-215-6870
                                            *Admitted Pro Hac Vice

                                            ATTORNEYS FOR PLAINTIFFS


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 2, 2011, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such

filing to all counsel of record.


                                            /s/ *Ashlea G. Schwarz*
                                            Attorney for Plaintiffs


2