IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation,<br><br>and<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,<br><br>　　　　　　　Defendants. | Case No. 02:08-CV-02063-KHV/JPO |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE TIME TO FILE
A MOTION TO COMPEL RELATED TO TOPIC 2 SET FORTH IN FEDERAL
RULE OF CIVIL PROCEDURE 30(B)(6) NOTICE OF DEPOSITION, PURSUANT
TO LOCAL RULE 37.1(B)**

Plaintiffs, with the consent of Defendants, hereby request an extension of time to move to compel the production of a corporate designee or designees regarding topic 2 in Plaintiffs' notice of deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) ("Notice").  Topic 2 is "How Sprint's Retail Sales Channel commission plans were interpreted and implemented by Sprint and what obligations the plans imposed on Sprint's Retail Sales Channel employees from August 12, 2005 to September 30, 2009."  Defendants produced two witnesses on this topic, one who addressed the interpretation of Sprint's commission plans and another who addressed the implementation of those plans in Sprint's systems.  The depositions of Defendants' "interpretation" witness took place on September 15, 2011 and November 20, 2011 and are

1

complete.  The deposition of Defendants' "implementation" witness took place November 10, 2011.  On November 15, Plaintiffs requested that Defendants produce another witness regarding the implementation of Sprint's commission plans.  On November 30, 2011, Defendants offered to produce additional witnesses if Plaintiffs provided additional detail on the areas to be covered.  The parties are continuing to meet and confer on this issue.

Accordingly, Plaintiffs respectfully request an extension to bring any necessary motion to compel relating to the implementation of Sprint's commission plans, as specified in Topic 2, until January 15, 2011.

Dated:  December 12, 2011                    STUEVE SIEGEL HANSON LLP

*/s/ Ashlea G. Schwarz*
Ashlea G. Schwarz
KS Bar No. 23491
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714-7101

NICHOLS KASTER, PLLP
*/s/ Charles G. Frohman*
Michele R. Fisher*
Paul J. Lukas*
Charles G. Frohman*
4600 IDS Center
80 South 8th Street
Minneapolis, Minnesota  55402
Tel: 612-256-3200
Fax: 612-215-6870
(*Admitted *Pro Hac Vice*)

ATTORNEYS FOR THE CLASS

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 12, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                              /s/ *Ashlea G. Schwarz*
                              Attorney for Plaintiffs