IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

----------------------------------- X
ROXIE SIBLEY, JEANNE NOEL, ERNESTO     :
BENNETT, JAMIE WILLIAMS, GREG ST.      :
JULIEN, TRACIE HERNANDEZ, JOHN         :
JASINSKI, JAY RICHIE, and TEISHA KING, :
individually and on behalf of a class of others :
similarly situated,                    :
                                       :
           Plaintiffs,             :
                                       :
           v.                      :  Case No. 02:08-CV-02063-KHV/JPO
                                       :
SPRINT NEXTEL CORPORATION, a Kansas    :
corporation                            :
                                       :
           and                     :
                                       :
SPRINT/UNITED MANAGEMENT               :
COMPANY, a Kansas corporation          :
                                       :
           Defendants.             :
----------------------------------- X

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Sprint Nextel Corporation and Sprint/United Management Company (collectively referred to as "Sprint" or "defendants") move this Court for summary judgment pursuant to FED. R. CIV. P. 56.

Plaintiffs allege that due to systematic problems with Sprint's computer systems, Plaintiffs were not paid proper commissions pursuant to Sprint's contractual obligations. Contrary to Plaintiffs' claims, a comprehensive review of every transaction recorded by or attributable to each of the named plaintiffs during the pertinent time frame reveals that Sprint owes them nothing. Indeed, every one of the named plaintiffs received *more* than they were entitled to receive, ranging from hundreds to thousands of dollars. Because there are no genuine

issues of material fact, defendants are entitled to summary judgment.  Further, the named plaintiffs' inability to sustain their claims renders them incapable of serving as class representatives, and the class should be decertified.

A memorandum setting forth in detail the grounds for this motion has been filed herewith.

Respectfully submitted this 22nd day of December 2011.

>*/s/ Michael L. Blumenthal*
>**SEYFERTH, BLUMENTHAL & HARRIS LLC**
>Michael L. Blumenthal
>KS Bar No.18582
>300 Wyandotte, Suite 430
>Kansas City, MO  64104
>Tel: 816-756-0700
>Fax:  816-756-3700
>
>
>*/s/ Elise M. Bloom*
>**PROSKAUER ROSE LLP**
>Elise M. Bloom*
>Eleven Times Square
>New York, NY 10036
>Tel: 212-969-3410
>Fax: 212-969-2900
>(*Admitted *Pro Hac Vice*)
>
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December 2011, the foregoing **Defendants' Motion for Summary Judgment** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

    George A. Hanson
    Steve Siegel Hanson LLP
    460 Nichols Road, Suite 200
    Kansas City, Missouri 64112

    Nichols Kaster, PLLP
    Donald H. Nichols
    Paul J. Lukas
    Michele R. Fisher
    4600 IDS Center, 80 South 8th Street
    Minneapolis, Minnesota 55402

    Respectfully submitted,

    /s/ Michael L. Blumenthal
    Michael L. Blumenthal
    Kansas Bar No. 18582
    SEYFERTH, BLUMENTHAL & HARRIS LLC
    300 Wyandotte, Suite 430
    Kansas City, MO  64104
    Telephone: 816-756-0700
    Facsimile:  816-756-3700
    E-mail:  mike@sbhlaw.com