**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
ROXIE SIBLEY, JEANNE NOEL, ERNESTO         :
BENNETT, JAMIE WILLIAMS, GREG ST.          :
JULIEN, TRACIE HERNANDEZ, JOHN             :
JASINSKI, JAY RICHIE, and TEISHA KING,     :
individually and on behalf of a class of others   :
similarly situated,                        :
                                           :
              Plaintiffs,                  :
                                           :
        v.                                 :    Case No. 02:08-CV-02063-KHV/JPO
                                           :
SPRINT NEXTEL CORPORATION, a Kansas        :
corporation                               :
                                           :
              and                          :
                                           :
SPRINT/UNITED MANAGEMENT                   :
COMPANY, a Kansas corporation,             :
                                           :
              Defendants.                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 30th day of December, 2011, I served via electronic mail a true and correct copy of the following documents:

1.      Defendants' Objections and Third Supplemental Responses to Plaintiffs' Requests for Production to Defendants, Set I;

2.      Defendants' Objections and Supplemental Responses to Plaintiffs' Requests for Production to Defendants, Set III;

3.      Defendants' Objections and Second Supplemental Responses to Plaintiffs'
Requests for Production to Defendants, Set IV;

4.      Defendants' Objections and Second Supplemental Responses to Plaintiffs'
Interrogatories to Defendants, Set I;

5.      Defendants' Objections and Sixth Supplemental Responses to Plaintiffs'
Interrogatories to Defendants, Set IV; and

6.      Defendants' Objections and Supplemental Answers to Plaintiffs' Interrogatories
to Defendants, Set V,

upon the following attorneys of record:

> Stueve Siegel Hanson LLP
> George A. Hanson
> 460 Nichols Road, Suite 200
> Kansas City, Missouri 64112
> hanson@stuevesiegel.com
>
> Nichols Kaster, PLLP
> Donald H. Nichols
> Paul J. Lukas
> Michele R. Fisher
> 4600 IDS Center, 80 South 8th Street
> Minneapolis, Minnesota 55402
> nichols@nka.com
> lukas@nka.com
> fisher@nka.com

Respectfully submitted this 30th day of December, 2011.

*/s/ Michael L. Blumenthal*
**SEYFERTH, BLUMENTHAL &
HARRIS LLC**
Michael L. Blumenthal
KS Bar No.18582
300 Wyandotte Street, Suite 430
Kansas City, MO 64105
Tel: 816-756-0700
Fax:  816-756-3700


*/s/ Elise M. Bloom*
**PROSKAUER ROSE LLP**
Elise M. Bloom*
Eleven Times Square
New York, NY 10036
Tel: 212-969-3410
Fax: 212-969-2900
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 30th day of December, 2011, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Stueve Siegel Hanson LLP
George A. Hanson
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
hanson@stuevesiegel.com

Nichols Kaster, PLLP
Donald H. Nichols
Paul J. Lukas
Michele R. Fisher
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
nichols@nka.com
lukas@nka.com
fisher@nka.com

Respectfully submitted,

/s/ Michael L. Blumenthal
Michael L. Blumenthal
Kansas Bar No. 18582
SEYFERTH, BLUMENTHAL & HARRIS LLC
300 Wyandotte Street, Suite 430
Kansas City, Missouri 64105
Telephone: 816-756-0700
Facsimile:  816-756-3700
E-mail:  mike@sbhlaw.com