IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SPRINT NEXTEL CORPORATION, a Kansas corporation, <br><br> and <br><br> SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation, <br><br> Defendants. | Case No. 02:08-CV-2063-KHV/JPO |

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS'
INITIAL RULE 26(a) EXPERT DISCLOSURE**

Pursuant to this Court's scheduling order, Plaintiffs submit their objections to Defendants' Initial Rule 26(a) Expert Disclosure. In its Amended Scheduling order,[1] the Court ordered that the parties shall serve any objections to such disclosure within 11 days after service of the disclosures upon them. (ECF No. 114 ¶ 2q.) Consistent with the Court's order, Plaintiffs' objections are confined to technical objections related to the sufficiency of the written expert disclosures (e.g., whether all of the information required by Rule 26(a)(2)(B) has been provided)

---

[1] The schedule for this case is currently governed by the Fourth Amended Scheduling Order (ECF No. 227). All other provisions of the previous scheduling orders remain in effect. (Id. at 5.)

and do not extend to the admissibility of the expert's proposed testimony.  (Id.)  Plaintiffs reserve the right to object separately to the admissibility of Defendants' expert disclosures.

    1.        Plaintiffs object that Defendants' expert disclosures do not include a statement of the compensation to be paid to their expert for the study and testimony in the case.  Fed. R. Civ. P. 26(a)(2)(B)(vi). Plaintiffs object further that Defendants have not disclosed communications between their attorneys and Defendants' expert related to compensation for the expert's study or testimony.  Fed. R. Civ. P. 26(b)(4)(C)(i).

    2.        Plaintiffs' object that Defendants have not provided all the facts or data considered by the witness in forming her opinions.  Fed. R. Civ. P. 26(a)(2)(B)(ii).  In particular, Plaintiffs object that Defendants' expert disclosures do not include all correspondence with Defendants or their attorneys that identify facts or data that the party's attorney provided and that the expert considered in forming the opinions to be expressed.  Fed. R. Civ. P. 26(b)(4)(C)(ii).

Dated: January 3, 2012

**STUEVE SIEGEL HANSON LLP**
*/s/ Ashlea G. Schwarz*
Ashlea Schwarz, KS Bar # 23491
Email: ashlea@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714 7101

**NICHOLS KASTER, PLLP**
Charles G. Frohman
Email: frohman@nka.com
Paul J. Lukas
Email: lukas@nka.com
Michele R. Fisher
Email: fisher@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Tel: 612-256-3200
Fax: 612-215-6870
(All Admitted Pro Hac Vice)
**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 3, 2012, **Plaintiffs' Objections to Defendants' Initial Rule 26(a) Expert Disclosure** was filed electronically with the Clerk of Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

| | |
|---|---|
| Hunter Hughes<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>hrh@rh-law.com | Thomas Mew<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>tmew@rh-law.com |
| Steven D. Hurd<br>Jacqueline M. Dorn<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>jdorn@proskauer.com<br>shurd@proskauer.com | Elise M. Bloom<br>Gregory Rasin<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>ebloom@proskauer.com<br>grasin@proskauer.com |
| Nicole A. Eichberger<br>Proskauer Rose LLP<br>650 Poydras Street, Suite 1800<br>New Orleans, Louisiana 70130<br>neichberger@proskauer.com | Michael L. Blumenthal<br>Seyferth, Blumenthal & Harris LLC<br>300 Wyandotte, Suite 430<br>Kansas City, Missouri 64104<br>mike@sbhlaw.com |

Dated: January 3, 2012                        **STUEVE SIEGEL HANSON LLP**
                                                       */s/ Ashlea G. Schwarz*
                                                         Ashlea Schwarz, KS Bar # 23491
                                                         Email: ashlea@stuevesiegel.com
                                                         460 Nichols Road, Suite 200
                                                         Kansas City, Missouri 64112
                                                         Tel: 816-714-7100
                                                         Fax: 816-714 7101

                                                         **NICHOLS KASTER, PLLP**
                                                         Charles G. Frohman
                                                         Email: frohman@nka.com
                                                         Paul J. Lukas
                                                         Email: lukas@nka.com
                                                         Michele R. Fisher

Email: fisher@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Tel: 612-256-3200
Fax: 612-215-6870
(All Admitted Pro Hac Vice)

**ATTORNEYS FOR PLAINTIFFS**

4