IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation,<br><br>And<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,<br><br>　　　　　　　　Defendants. | Case No. 08-cv-2063 KHV/JPO |

## ENTRY OF APPEARANCE

Lee R. Anderson with the law firm of Stueve Siegel Hanson LLP hereby enters his appearance on behalf of Plaintiffs in the above referenced matter.

**STUEVE SIEGEL HANSON LLP**

*/s/Lee R. Anderson*
Lee R. Anderson, KS Bar # 22755
Email: anderson@stuevesiegel.com
George A. Hanson, KS Bar # 16805
Email: hanson@stuevesiegel.com
Ashlea G. Schwarz, KS Bar #23491
Email: ashlea@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Fax: (816) 714-7101

        Donald H. Nichols, MN Bar No. 78918*
        Email: nichols@nka.com
        Paul J. Lukas, MN Bar No. 22084X*
        Email: lukas@nka.com
        Michele R. Fisher, MN Bar No. 303069*
        Email: fisher@nka.com
        Charles G. Frohman, MN Bar No. 386695*
        Email: frohman@nka.com
        **NICHOLS KASTER, PLLP**
        4600 IDS Center, 80 South 8th Street
        Minneapolis, Minnesota 55402
        Telephone: (612) 256-3200
        Fax: (612) 215-6870
        *admitted pro hac vice

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 11, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

| | |
|---|---|
| Hunter Hughes<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>hrh@rh-law.com | Thomas Mew<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>tmew@rh-law.com |
| Steven D. Hurd<br>Jacqueline M. Dorn<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>jdorn@proskauer.com<br>shurd@proskauer.com | Elise M. Bloom<br>Gregory Rasin<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>ebloom@proskauer.com<br>grasin@proskauer.com |
| Nicole A. Eichberger<br>Proskauer Rose LLP<br>650 Poydras Street, Suite 1800<br>New Orleans, Louisiana 70130<br>neichberger@proskauer.com | Michael L. Blumenthal<br>Seyferth, Blumenthal & Harris LLC<br>300 Wyandotte, Suite 430<br>Kansas City, Missouri 64104<br>mike@sbhlaw.com |

Dated: January 11, 2012

**STUEVE SIEGEL HANSON LLP**
*/s/ Lee R. Anderson*
Lee R. Anderson, KS Bar # 22755
Email: anderson@stuevesiegel.com
George A. Hanson, KS Bar # 16805
Email: hanson@stuevesiegel.com
Ashlea Schwarz, KS Bar # 23491
Email: ashlea@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714 7101

**NICHOLS KASTER, PLLP**
Charles G. Frohman
Email: frohman@nka.com
Paul J. Lukas
Email: lukas@nka.com
Michele R. Fisher
Email: fisher@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Tel: (612) 256-3200
Fax: (612) 215-6870
(All Admitted Pro Hac Vice)

**ATTORNEYS FOR PLAINTIFFS**