## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

ROXIE SIBLEY, JEANNE NOEL,
ERNESTO BENNETT, JAMIE WILLIAMS,
GREG ST. JULIEN, TRACIE HERNANDEZ,
JOHN JASINSKI, JAY RICHIE, and TEISHA
KING, individually and on behalf of a class of
others similarly situated,

                 Plaintiffs,

v.

SPRINT NEXTEL CORPORATION,
a Kansas corporation,

and

SPRINT/UNITED MANAGEMENT
COMPANY, a Kansas corporation,

                 Defendants.

Case No. 02:08-CV-02063-KHV/JPO

## JOINT MOTION TO EXTEND DEADLINE FOR FED. R. CIV. P.  DEPOSITION (TOPICS 6-12)

WHEREAS, Plaintiffs brought a motion to compel Defendants to produce a witness to testify in response to Plaintiffs' Fed. R. Civ. P. 30(b)(6) deposition notice (specifically topics 6-12 of that notice).  (ECF No. 262.)

WHEREAS, on December 9, 2011 the Court ordered Defendants to produce a witness for this Fed. R. Civ. P. 30(b)(6) deposition (topics 6-12) by January 27, 2012.  (ECF No. 279.)

WHEREAS, due to scheduling conflicts, the parties were unable to schedule these depositions to take place prior to January 27, 2012.

WHEREAS, the parties have scheduled the deposition for topics 6-10 for February 29, 2012.

WHEREAS, the parties have agreed to schedule the deposition for topics 11 and 12 to take place on or before March 15, 2012.

WHEREAS, an extension for Defendants to produce witnesses for these depositions does not affect any of the deadlines in place pursuant to the current Scheduling Order.  (ECF. No. 227.)

THEREFORE, although the Court's prior order instructed Defendants to produce the Fed. R. Civ. P. 30(b)(6) witness(es) for a deposition on topics 6-12 by January 27, 2012, the parties respectfully request that the Court extend that deadline to March 15, 2012.

Dated this 24th day of January 2012.

/s/ Lee R. Anderson
**STUEVE SIEGEL HANSON LLP**
Lee R. Anderson, KS Bar # 22755
Email: anderson@stuevesiegel.com
George A. Hanson, KS Bar # 16805
Email: hanson@stuevesiegel.com
Ashlea Schwarz, KS Bar # 23491
Email: ashlea@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714 7101

/s/ Michael L. Blumenthal
**SEYFERTH, BLUMENTHAL & HARRIS LLC**
Michael L. Blumenthal, KS Bar # 18582
Email: mike@sbhlaw.com
300 Wyandotte, Suite 430
Kansas City, MO  64104
Tel: (816) 756-0700
Fax:  (816) 756-3700

**NICHOLS KASTER, PLLP**
Donald H. Nichols, MN Bar No. 78918*
Email: nichols@nka.com
Paul J. Lukas, MN Bar No. 22084X*
Email: lukas@nka.com
Michele R. Fisher, MN Bar No. 303069*
Email: fisher@nka.com
Charles G. Frohman, MN Bar No. 386695*
Email: frohman@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Tel: (612) 256-3200
Fax: (612) 215-6870
*admitted pro hac vice

*Attorneys for Plaintiffs*

**PROSKAUER ROSE LLP**
Elise M. Bloom*
Email: ebloom@proskauer.com
Gregory Rasin*
Email: grasin@proskauer.com
Eleven Times Square
New York, NY 10036
Tel: (212) 969-3410
Fax: (212) 969-2900
Nicole A. Eichberger*
Email: neichberger@proskauer.com
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
*admitted pro hac vice

*Attorneys for Defendants*