# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
ROXIE SIBLEY, JEANNE NOEL, ERNESTO      :
BENNETT, JAMIE WILLIAMS, GREG ST.       :
JULIEN, TRACIE HERNANDEZ, JOHN          :
JASINSKI, JAY RICHIE, and TEISHA KING,  :
individually and on behalf of a class of others  :
similarly situated,                     :
                                        :
                 Plaintiffs,            :
                                        :
            v.                          :   Case No. 02:08-CV-02063-KHV/JPO
                                        :
SPRINT NEXTEL CORPORATION, a Kansas     :
corporation                             :
                                        :
            and                         :
                                        :
SPRINT/UNITED MANAGEMENT                :
COMPANY, a Kansas corporation           :
                                        :
                 Defendants.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

## DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' EXPERT AFFIDAVIT AND EXCLUDE TESTIMONY FROM PLAINTIFFS' EXPERT

Defendants Sprint Nextel Corporation and Sprint/United Management Company (collectively referred to as "Sprint" or "defendants"), through undersigned counsel, file this motion pursuant to Fed. R. Civ. P. 37 to strike Plaintiffs' expert affidavit and to exclude testimony from Nile L. Nickel in Support of their Opposition to Defendants' Motion for Summary Judgment, and for appropriate sanctions against Plaintiffs, including the reasonable costs, expenses and attorneys' fees incurred in connection with bringing this motion.

A memorandum setting forth in detail the grounds for this motion has been filed concurrently herewith.

Respectfully submitted this 26th day of January 2012.

*/s/ Michael L. Blumenthal*
**SEYFERTH, BLUMENTHAL &**
**HARRIS LLC**
Michael L. Blumenthal
KS Bar No.18582
300 Wyandotte, Suite 430
Kansas City, MO  64104
Tel: 816-756-0700
Fax:  816-756-3700


*/s/ Elise M. Bloom*
**PROSKAUER ROSE LLP**
Elise M. Bloom*
Eleven Times Square
New York, NY 10036
Tel: 212-969-3410
Fax: 212-969-2900
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 26th day of January, 2012, the foregoing Defendants'

Motion To Strike Plaintiffs' Expert Affidavit And Exclude Testimony From Plaintiffs'

Expert was electronically filed with the Clerk of Court using the CM/ECF system, which

will automatically send email notification of such filing to the following attorneys of

record:

George A. Hanson
Steve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112

Nichols Kaster, PLLP
Donald H. Nichols
Paul J. Lukas
Michele R. Fisher
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402

Respectfully submitted,

/s/ Michael L. Blumenthal
Michael L. Blumenthal
Kansas Bar No. 18582
SEYFERTH, BLUMENTHAL & HARRIS
LLC
300 Wyandotte, Suite 430
Kansas City, MO  64104
Telephone: 816-756-0700
Facsimile:  816-756-3700
E-mail:  mike@sbhlaw.com