IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated,

     Plaintiffs,

v.

SPRINT NEXTEL CORPORATION, a Kansas corporation

and

SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation

     Defendants.

Case No. 02:08-CV-02063-KHV/JPO

---

### DECLARATION OF NICOLE A. EICHBERGER, ESQ. IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Nicole A. Eichberger, Esq. declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true and correct:

1. I am an attorney at the law firm Proskauer Rose, LLP, one of the counsel of record for the Defendants in this action. I make this Declaration on personal knowledge and submit it in further support of Defendants' Motion for Summary Judgment.

2. Attached hereto as Exhibit A is a true and correct copy of Defendants' counsel's July 9, 2008 letter to Plaintiffs' counsel regarding Defendants' production of commission plan documents and employee help line documents.

1

3. Attached hereto as Exhibit B is a true and correct copy of Defendants' counsel's July 11, 2008 letter to Plaintiffs' counsel regarding Defendants' production of compensation statements, order detail reports and data, payroll data, and various e-mails.

4. Attached hereto as Exhibit C is a true and correct copy of Defendants' counsel's July 16, 2008 letter to Plaintiffs' counsel regarding Defendants' production of e-mails, Web Portal banners, pleadings, employee help line calls, ISTS tickets, RMS transaction data, and other documents.

5. Attached hereto as Exhibit D is a true and correct copy of Defendants' counsel's July 28, 2008 letter to Plaintiffs' counsel regarding Defendants' production of RMS transaction data, Web Portal appeals data, I.T. tickets data, and other documents.

6. Attached hereto as Exhibit E is a true and correct copy of Defendants' counsel's February 27, 2009 letter to Plaintiffs' counsel regarding Defendants' production of Stage 1 data relating to the named plaintiffs.

7. Attached hereto as Exhibit F is a true and correct copy of the relevant portions of the transcript from Melinda Burrow's deposition, taken on October 5, 2011.

8. Attached hereto as Exhibit G is a chart entitled, Documents Attached to Plaintiffs' Opposition Do Not Create a Genuine Issue of Material Fact That The Nine Named Plaintiffs Were Overpaid ("Chart of Plaintiffs' Documents).

9. A teleconference between counsel for Sprint and counsel for Plaintiffs was held on Wednesday, January 18, 2012, wherein Sprint objected to Plaintiffs' failure to provide Rule 26 expert disclosures contemporaneously with the filing of the Declaration of Nile Nickel, Doc. No. 292-18. Counsel for Plaintiffs stated that a response to the identified deficiencies was forthcoming. To date, Plaintiffs have not provided a response.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 26, 2011

_____
Nicole A. Eichberger, Esq.

3