# EXHIBIT A

# ROGERS & HARDIN

### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

J. TIMOTHY MC DONALD
DIRECT: (404) 420-4621
DIRECT FAX: (404) 230-0955
EMAIL: JTM@RH-LAW.COM

2700 INTERNATIONAL TOWER, PEACHTREE CENTER
229 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA 30303-1601
(404) 522-4700
FACSIMILE: (404) 525-2224

July 9, 2008

**VIA FEDERAL EXPRESS**

Michele R. Fisher, Esq.
Nichols Kaster & Anderson, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN  55402

Re:    Roxie Sibley, et al. v. Sprint Nextel Corporation

Dear Michele:

As mentioned in our email exchange, we are producing documents as they are processed electronically and ready for production.  This set includes commission plan documents and employee help line documents.  Other types of documents and data will be produced subsequently.  We still hope to have the substantial bulk of the material produced by July 16.

Enclosed is a CD containing confidential documents Bates labeled SPRSIB-0000004 to SPRSIB-0001504.  Per the terms of the Parties' Report of the Planning Meeting, the CD includes a Concordance load file with the specified metadata fields, a .tif image collection with an .lfp load file, and extracted OCR text at the document level located in the same folder as their respective document images.

Very truly yours,

J. Timothy Mc Donald

JTM/sm
Enclosures
c:    Mike Blumenthal, Esq. (w/encl.) (via Federal Express)