# EXHIBIT B

# ROGERS & HARDIN

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP

J. TIMOTHY MC DONALD
DIRECT: (404) 420-4621
DIRECT FAX: (404) 230-0955
EMAIL: JTM@RH-LAW.COM

2700 INTERNATIONAL TOWER, PEACHTREE CENTER
229 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA 30303-1601
(404) 522-4700
FACSIMILE: (404) 525-2224

July 11, 2008

<u>VIA FEDERAL EXPRESS</u>

Michele R. Fisher, Esq.
Nichols Kaster & Anderson, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402

    Re:   <u>Roxie Sibley, et al. v. Sprint Nextel Corporation</u>

Dear Michele:

    Following my letter of July 9, 2008, we continue to produce documents as they are processed electronically and ready for production. This set includes compensation statements, order detail reports and data, payroll data, and emails. Other types of documents and data will be produced subsequently. We still hope to have the substantial bulk of the material produced by July 16.

    Enclosed is a CD containing confidential documents Bates labeled SPRSIB-0001507 to SPRSIB-0007723 and SPRSIB-1000001 to SPRSIB-1013449. Per the terms of the Parties' Report of the Planning Meeting, the CD includes a Concordance load file with the specified metadata fields, a .tif image collection with an .lfp load file, extracted OCR text at the document level located in the same folder as their respective document images, and database extractions in delimited .txt files. There is one exception on the extraction of OCR text. We could not OCR the order detail reports and compensation statements due to the colors and formatting on those documents. The OCR came out with no text readable, so we have not included extracted OCR text for those documents.

                                              Very truly yours,

                                              J. Timothy Mc Donald

JTM/sm