# EXHIBIT C

# ROGERS & HARDIN

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP

J. TIMOTHY MC DONALD
DIRECT: (404) 420-4621
DIRECT FAX: (404) 230-0955
EMAIL: JTM@RH-LAW.COM

2700 INTERNATIONAL TOWER, PEACHTREE CENTER
229 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA 30303-1601
(404) 522-4700
FACSIMILE: (404) 525-2224

July 16, 2008

**VIA ELECTRONIC MAIL AND FEDERAL EXPRESS**
Michele R. Fisher, Esq.
Nichols Kaster & Anderson, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Re:   Roxie Sibley, et al. v. Sprint Nextel Corporation

Dear Michele:

Following my letter of July 11, 2008, we continue to produce documents as they are processed electronically and ready for production. This set includes emails, Web Portal banners, pleadings, employee help line calls, ISTS tickets, RMS transaction data, and other documents. Other types of documents and data will be produced subsequently.

Enclosed is a CD containing confidential documents Bates labeled SPRSIB-0007724 to SPRSIB-0015232. Per the terms of the Parties' Report of the Planning Meeting, the CD includes a Concordance load file with the specified metadata fields, a .tif image collection with an .lfp load file, and extracted OCR text at the document level located in the same folder as their respective document images.

We also enclose a current draft of the privilege log. We will supplement that as is called for.

Very truly yours,

J. Timothy Mc Donald