# EXHIBIT D

# ROGERS & HARDIN

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP

J. TIMOTHY MC DONALD
DIRECT: (404) 420-4621
DIRECT FAX: (404) 230-0955
EMAIL: JTM@RH-LAW.COM

2700 INTERNATIONAL TOWER, PEACHTREE CENTER
229 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA 30303-1601
(404) 522-4700
FACSIMILE: (404) 525-2224

July 28, 2008

Michele R. Fisher, Esq.
Nichols Kaster & Anderson, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Re: <u>Roxie Sibley, et al. v. Sprint Nextel Corporation</u>

Dear Michele:

Following my letter of July 16, 2008, we continue to produce documents as they are processed electronically and ready for production. This set includes RMS transaction data, Web Portal appeals data, I.T. tickets data, and other documents. Other types of documents and data will be produced subsequently. As with prior productions, where necessary for an economical production, the scope of the production has exceeded that to which we have not objected. Production in that manner is not a waiver of any objections. Please also note that where not relevant, customer names, social security numbers and email addresses have been redacted in addition to redactions we understand to be required with respect to CPNI.

Enclosed is a CD containing confidential documents Bates labeled SPRSIB-0015233 to SPRSIB-0017309. Per the terms of the Parties' Report of the Planning Meeting, the CD includes a Concordance load file with the specified metadata fields, a .tif image collection with an .lfp load file, and extracted OCR text at the document level located in the same folder as their respective document images.

Very truly yours,

J. Timothy Mc Donald

JTM/sm
Enclosures