# EXHIBIT E

# ROGERS & HARDIN

**ATTORNEYS AT LAW**
A LIMITED LIABILITY PARTNERSHIP

J. TIMOTHY MC DONALD
DIRECT: (404) 420-4621
DIRECT FAX: (404) 230-0955
EMAIL: JTM@RH-LAW.COM

2700 INTERNATIONAL TOWER, PEACHTREE CENTER
229 PEACHTREE STREET, N.E.
ATLANTA, GEORGIA 30303-1601
(404) 522-4700
FACSIMILE: (404) 525-2224

February 27, 2009

**VIA FEDERAL EXPRESS**

Michele R. Fisher, Esq.
Nichols Kaster PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Re: <u>Sibley, et al. v. Sprint Nextel Corporation and Sprint/United Management Company</u>

Dear Michele:

Pursuant to the Court's Amended Scheduling Order, I enclose a hard drive that contains documents Bates labeled SPRSIB-4000001 – SPRSIB-4000091. This production includes Defendants' production of the Stage 1 data, i.e., the "data the parties agree is necessary for the six named plaintiffs who held non-supervisory positions." (Doc. No. 114 ¶ 2.e.). As described in my letters of February 13 and 27, 2009, that Stage 1 data consists of the following data sets:

- Order data for the six Production Plaintiffs, including data from (i) the point-of-sale, walk-in, service-change, and contract feeds from the RMS system; (ii) the GERS system; and (iii) the Daily Sales Collector;

- one month of all billing data nationwide from the Ensemble billing system, and three months of all billing data nationwide from the P2K billing system (the Ensemble data is from February 2007, and the P2K data is from February to April 2007);

- Order Detail Report data for the Production Plaintiffs;

- Valid Transaction data for the Production Plaintiffs;

- quota data for the Production Plaintiffs;

# ROGERS & HARDIN
A LIMITED LIABILITY PARTNERSHIP

Michele R. Fisher, Esq.
February 27, 2009
Page 2

- appeals data from February through September 2008 for the Production Plaintiffs;

- compensation data for the Production Plaintiffs; and

- human-resources data for the six Production Plaintiffs.[1]

Also included on the hard drive is a specification file called "Data Specification.xls." We provide this document—which was not created by Defendants, but rather was created by *our Firm* as a courtesy for Plaintiffs—merely as an informational guide to the data sets that are included in the Stage 1 production.

With regard to the appeals data, while preparing the Stage 1 production, we learned that Plaintiff Williams was inadvertently left off of the extraction for the appeals data from August 2005 to February 2008 that Defendants have already produced to Plaintiffs. See SPRSIB-00173307. Plaintiff Williams was included in the extraction of appeals data for the Stage 1 production, and we are currently investigating whether Plaintiff Williams submitted any appeals between August 2005 and February 2008. If any such appeals were submitted, we will produce electronic records of those appeals.

Finally, this production includes an electronic copy of records of the Production Plaintiffs' calls to Sprint's employee helpline, as well as additional documents Defendants have recently identified as responsive to Plaintiffs' other document requests.

Defendants have produced all of the files in this production set in their native format. Nevertheless, the external hard drive contains a Concordance load file, a .tif image collection with an .lfp load file, and extracted OCR text at the document level.

Very truly yours,

*[signature]*

J. Timothy Mc Donald

---

[1] Some of these data sets contain data for all nine Plaintiffs, rather than just the Production Plaintiffs. By including such data, Defendants do not waive any of their rights under the Amended Schedule Order or any of their objections to Plaintiffs' discovery requests.