# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

ROXIE SIBLEY, et al.,       )
       Plaintiffs,         )
       vs.                 )  Case No.
SPRINT NEXTEL                )  08-cv-2063-KHV/JPO
CORPORATION, a Kansas        )
Corporation, et al.,         )
       Defendants          )


VIDEOCONFERENCE STREAMING

DEPOSITION OF MELINDA KAY BURROW,

DESIGNATED CORPORATE REPRESENTATIVE OF

NEXTEL CORPORATION AND SPRINT/UNITED MANAGEMENT

COMPANY TAKEN PURSUANT TO RULE 30(b)(6)

produced, sworn, and examined on Wednesday, the 5th day of October, 2011 between the hours of 8:00 o'clock in the forenoon and 6:00 o'clock in the afternoon of that day at Conference Technologies, 8900 Nieman Road, in the City of Overland Park, County of Johnson, State of Kansas, before:

    PEGGY E. CORBETT, RDR-CSR-CRR-CLR
      Registered Diplomate Reporter
      Certified Livenote Reporter

a Certified Court Reporter within and for the State of Kansas.

Taken on behalf of Plaintiffs pursuant to Notice to Take Deposition.

1     Q.    (BY MS. FISHER)  What else does the retail
2  employee enter into the POS system related to the
3  sale of a product or service?
4     A.    Well, they have to log in so we have who
5  they are.  That's required.
6     Q.    They log in what?  What do they log in
7  with to know who they are?
8     A.    They are assigned log-in information by
9  the sales rep.  They have a -- you know, RMS log-in
10 I.D. that's password-controlled, and they are
11 supposed to, based on corporate policy, keep that to
12 themselves and not share passwords.
13    Q.    Is their RMS log-in I.D. the same as their
14 employee I.D. or different?
15    A.    I don't know.
16    Q.    Employees, as far as you're aware, do they
17 ever list transactions under other employees'
18 log-ins?
19    A.    I don't have knowledge.
20    Q.    But what they're supposed to do is log in
21 with their own I.D.?
22    A.    Yes.
23    Q.    Correct?
24    A.    That is the process, go log in with their
25 own --

1    Q.    And what is the reason why they are
2    supposed to log in with their own I.D. first before
3    doing a transaction?
4    A.    The sale of the transaction to be recorded
5    for them for the purpose of commission.
6    Q.    So it benefits them to go log in under
7    their own I.D.; is that correct?
8    A.    Correct.
9    Q.    Okay.  So they log in under their own
10   I.D., they enter some of the information that you've
11   already described related to the sale of a product
12   or service.  Is there any other information that you
13   haven't testified to that you may have to enter into
14   the point of sale system to do the sale of a product
15   or service?
16   A.    Not that I can think of.
17   Q.    Okay.  And is this process that you
18   described, was it the same for Triversity as it was
19   for iRMS?
20         MR. HURD:  Objection.  You can answer.
21   A.    Yes, basically.  I can't think of any
22   specific differences.  The process was the sales rep
23   had to log in.
24         They rang through transactions using SKU
25   information, put on plan information, and tendered

# CERTIFICATE

I, PEGGY E. CORBETT, Certified Shorthand Reporter within and for the State of Kansas, hereby certify that the within-named witness was first duly sworn to testify the truth, and that the deposition by said witness was given in response to the questions propounded, as herein set forth, was first taken in machine shorthand by me and afterwards reduced to writing under my direction and supervision, and is a true and correct record of the testimony given by the witness.

I further certify that I am not a relative or employee or attorney or counsel of any of the parties, or relative or employee of such attorneys or counsel, or financially interested in the action.

WITNESS my hand and official seal at Overland Park, Johnson County, Kansas, this 6th day of October, 2011.

*Peggy E. Corbett*

PEGGY E. CORBETT, RDR, CSR, CRR
Certified Shorthand Reporter