# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

```
------------------------------------  X
ROXIE SIBLEY, JEANNE NOEL, ERNESTO    :
BENNETT, JAMIE WILLIAMS, GREG ST.     :
JULIEN, TRACIE HERNANDEZ, JOHN        :
JASINSKI, JAY RICHIE, and TEISHA KING,:
individually and on behalf of a class of others :
similarly situated,                   :
                                      :
                   Plaintiffs,        :
                                      :
         v.                           :   Case No. 02:08-CV-02063-KHV/JPO
                                      :
SPRINT NEXTEL CORPORATION, a Kansas   :
corporation                           :
                                      :
         and                          :
                                      :
SPRINT/UNITED MANAGEMENT              :
COMPANY, a Kansas corporation,        :
                                      :
                   Defendants.        :
------------------------------------  X
```

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of January, 2012, I served via electronic mail a true and correct copy of the following documents:

1.  Defendants' Objections and Third Supplemental Responses to Plaintiffs' Requests for Production to Defendants, Set IV;

2.  Defendants' Objections and Second Supplemental Answers to Plaintiffs' Interrogatories to Defendants, Set V; and

1

3. Defendants' Objections and Third Supplemental Answers to Plaintiffs' Interrogatories to Defendants, Set VI,

upon the following attorneys of record:

>Stueve Siegel Hanson LLP
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Donald H. Nichols
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>nichols@nka.com
>lukas@nka.com
>fisher@nka.com

Respectfully submitted this 27th day of January, 2012.

>*/s/ Michael L. Blumenthal*
>**SEYFERTH, BLUMENTHAL & HARRIS LLC**
>Michael L. Blumenthal
>KS Bar No.18582
>300 Wyandotte Street, Suite 430
>Kansas City, MO 64105
>Tel: 816-756-0700
>Fax:  816-756-3700

3

        <u>*/s/ Elise M. Bloom*</u>
        **PROSKAUER ROSE LLP**
        Elise M. Bloom*
        Eleven Times Square
        New York, NY 10036
        Tel: 212-969-3410
        Fax: 212-969-2900
        (*Admitted *Pro Hac Vice*)

        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January, 2012, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Stueve Siegel Hanson LLP
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Donald H. Nichols
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>nichols@nka.com
>lukas@nka.com
>fisher@nka.com

>Respectfully submitted,
>
>*/s/ Michael L. Blumenthal*
>Michael L. Blumenthal
>Kansas Bar No. 18582
>SEYFERTH, BLUMENTHAL & HARRIS LLC
>300 Wyandotte Street, Suite 430
>Kansas City, Missouri 64105
>Telephone: 816-756-0700
>Facsimile:  816-756-3700
>E-mail:  mike@sbhlaw.com