IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ROXIE SIBLEY, JEANNE NOEL,
ERNESTO BENNETT, JAMIE WILLIAMS,
GREG ST. JULIEN, TRACIE HERNANDEZ,
JOHN JASINSKI, JAY RICHIE, and TEISHA
KING, individually and on behalf of a class of
others similarly situated,

        Plaintiffs,

v.

SPRINT NEXTEL CORPORATION,
a Kansas corporation,

and

SPRINT/UNITED MANAGEMENT
COMPANY, a Kansas corporation,

        Defendants.

Case No. 02:08-CV-02063-KHV/JPO

## DECLARATION OF CHARLES G. FROHMAN

1. My name is Charles G. Frohman and I am one of the attorneys representing the class in this action.

2. Plaintiffs filed their opposition to Defendants' motion for summary judgment on January 12, 2012, which included a declaration from Plaintiffs' expert, Nile Nickel. On January 18, 2012, Defendants' counsel contacted Plaintiffs' counsel to ask if Plaintiffs planned to make expert disclosures in conjunction with Mr. Nickel's declaration. Plaintiffs responded by letter dated January 20, 2012, and explained that "Mr. Nickel's declaration is not an expert report as contemplated either by Rule 26(a)(2) or the scheduling order. We will of course, provide our

expert report and corresponding disclosures in the time frame permitted by the scheduling order."

3. Defendants failed to object to the sufficiency of the Mr. Nickel's declaration on Rule 26(a)(2)(B) grounds within ten days after January 12, 2012, the date it was filed, as required by the scheduling order. Defendants have not filed objections to any declarations filed in this matter on the basis of Rule 26(a)(2)(B).

4. Attached are true and correct copies of the following:

Exhibit 1:  Letter from Plaintiffs' Counsel to Defendants' Counsel Dated January 20, 2012.

Exhibit 2:  Letter from Defendants' Counsel to Plaintiffs' Counsel Dated February 27, 2009.

Exhibit 3:  Letter from Defendants' Counsel to Plaintiffs' Counsel Dated February 13, 2009.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: 2/8/2012

Charles G. Frohman