# Exhibit 1



| | |
|---|---|
| **Charles G. Frohman** | 4600 IDS Center |
| Direct: (612) 256-3231 | 80 South Eighth Street |
| Fax: (612) 215-6870 | Minneapolis, MN 55402 |
| frohman@nka.com | (877) 448-0492 |

January 20, 2012

**VIA EMAIL**
Nicole Eichberger
Proskauer Rose, LLP
Poydras Center
650 Poydras Street, Suite 1800
New Orleans, LA 70130-6146

Re:     <u>Sibley v. Sprint Nextel Corp.</u>, No.: 2:08-cv-02063-KHV-JPO

Dear Niki:

I am writing to follow up on our conversation regarding expert disclosures.  We do not dispute the adequacy of Defendants' expert disclosures at this time in light of their supplementation (Jan. 9, 2012, ECF No. 289) and Defendants' agreement to supplement in the future consistent with the Federal Rules of Civil Procedure.  I have attached a document request pertaining to Defendants' communications with their expert(s).

You asked if Plaintiffs were planning to make expert disclosures in conjunction with Mr. Nickel's declaration filed in conjunction with our response to Defendants' summary judgment motion.  Mr. Nickel's declaration is not an expert report as contemplated either by Rule 26(a)(2) or the scheduling order.  We will, of course, provide our expert report and corresponding disclosures in the time frame permitted by the scheduling order.

Regards,

Charles G. Frohman

Encl.