## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

```
-------------------------------- X
ROXIE SIBLEY, JEANNE NOEL, ERNESTO       :
BENNETT, JAMIE WILLIAMS, GREG ST.        :
JULIEN, TRACIE HERNANDEZ, JOHN           :
JASINSKI, JAY RICHIE, and TEISHA KING,   :
individually and on behalf of a class of others :
similarly situated,                      :
                                         :
                 Plaintiffs,             :
                                         :
        v.                               :   Case No. 02:08-CV-02063-KHV/JPO
                                         :
SPRINT NEXTEL CORPORATION, a Kansas      :
corporation                              :
                                         :
        and                              :
                                         :
SPRINT/UNITED MANAGEMENT                 :
COMPANY, a Kansas corporation,           :
                                         :
                 Defendants.             :
-------------------------------- X
```

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of February, 2012, I served via electronic mail a true and correct copy of the following documents:

1. Defendants' Objections and Responses to Plaintiffs' Requests for Production to Defendants, Set V,

1

upon the following attorneys of record:

    Stueve Siegel Hanson LLP
    George A. Hanson
    460 Nichols Road, Suite 200
    Kansas City, Missouri 64112
    hanson@stuevesiegel.com

    Nichols Kaster, PLLP
    Donald H. Nichols
    Paul J. Lukas
    Michele R. Fisher
    4600 IDS Center, 80 South 8th Street
    Minneapolis, Minnesota 55402
    nichols@nka.com
    lukas@nka.com
    fisher@nka.com

Respectfully submitted this 21st day of February, 2012.

    */s/ Michael L. Blumenthal*
    **SEYFERTH, BLUMENTHAL & HARRIS LLC**
    Michael L. Blumenthal
    KS Bar No.18582
    300 Wyandotte Street, Suite 430
    Kansas City, MO 64105
    Tel: 816-756-0700
    Fax:  816-756-3700


    */s/ Elise M. Bloom*
    **PROSKAUER ROSE LLP**
    Elise M. Bloom*
    Eleven Times Square
    New York, NY 10036
    Tel: 212-969-3410
    Fax: 212-969-2900
    (*Admitted *Pro Hac Vice*)

    *Attorneys for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of February, 2012, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

        Stueve Siegel Hanson LLP
        George A. Hanson
        460 Nichols Road, Suite 200
        Kansas City, Missouri 64112
        hanson@stuevesiegel.com

        Nichols Kaster, PLLP
        Donald H. Nichols
        Paul J. Lukas
        Michele R. Fisher
        4600 IDS Center, 80 South 8th Street
        Minneapolis, Minnesota 55402
        nichols@nka.com
        lukas@nka.com
        fisher@nka.com

        Respectfully submitted,

        */s/ Michael L. Blumenthal*
        Michael L. Blumenthal
        Kansas Bar No. 18582
        SEYFERTH, BLUMENTHAL & HARRIS LLC
        300 Wyandotte Street, Suite 430
        Kansas City, Missouri 64105
        Telephone: 816-756-0700
        Facsimile:  816-756-3700
        E-mail:  mike@sbhlaw.com