**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ROXIE SIBLEY, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No. 08-cv-2063 KHV/JPO |

### PLAINTIFFS' SIXTH AMENDED NOTICE OF DEPOSITION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 30(b)(6)

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of Defendants Sprint Nextel Corporation and Sprint/United Management Company (collectively referred to as "Sprint") through one or more of their corporate representatives most knowledgeable about the topics listed herein. These depositions will take place on the dates and at the locations identified herein and will continue thereafter by adjournment until completed. The depositions will be taken before a qualified court reporter and will be recorded stenographically and by video.

Deponent(s) provided by Sprint shall be knowledgeable about and prepared to answer questions relating to:

Topic 11.　　Investigations, complaints, inquiries, or communications through the Department of Labor or other governmental agencies regarding Sprint's compensation practices relating to Retail Sales Channel employee commissions from August 12, 2005 to present.

2

This deposition will be taken at RGB Technology Inc., 590 Herndon Parkway, Suite 500, Herndon, VA 20170, on March 9, 2012 beginning at 9:00 a.m. and continuing thereafter until adjournment.

Topic 12.   Lawsuits, or threatened lawsuits by Sprint's employees, third party dealers, or others regarding Sprint's compensation practices relating to commissions.

This deposition will be taken at RGB Technology Inc., 590 Herndon Parkway, Suite 500, Herndon, VA 20170, on March 9, 2012 beginning at 9:00 a.m. and continuing thereafter until adjournment.

Dated:  March 2, 2012                               STUEVE SIEGEL HANSON LLP

*/s/ Lee R. Anderson*
Lee R. Anderson
KS Bar No. 22755
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714-7101

NICHOLS KASTER, PLLP

/s/ *Michele R. Fisher*
Michele R. Fisher*
Paul J. Lukas*
Charles G. Frohman*
4600 IDS Center
80 South 8th Street
Minneapolis, Minnesota  55402
Tel: 612-256-3200
Fax: 612-215-6870
(*Admitted *Pro Hac Vice*)

ATTORNEYS FOR THE CLASS

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

Hunter Hughes
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
hrh@rh-law.com

Joseph H. Knittig
3000 NW 50th St.
Kansas City, MO 64150
816-547-1495
joek@c3missions.org

Steven D. Hurd
Jacqueline M. Dorn
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
jdorn@proskauer.com
shurd@proskauer.com

Nicole A. Eichberger
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
neichberger@proskauer.com

Thomas Mew
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
TMew@rh-law.com

Mark W. Batten
Proskauer Rose LLP
One International Place
Boston, Massachusetts 02110
mbatten@proskauer.com

Elise M. Bloom
Gregory Rasin
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
ebloom@proskauer.com
grasin@proskauer.com

Michael L. Blumenthal
Seyferth, Blumenthal & Harris LLC
300 Wyandotte, Suite 430
Kansas City, Missouri 64104
mike@sbhlaw.com

Dated: March 2, 2012

**STUEVE SIEGEL HANSON LLP**

*/s/ Lee R. Anderson*
Lee R. Anderson, KS Bar # 22755
Email: anderson@stuevesiegel.com
George A. Hanson, KS Bar # 16805
Email: hanson@stuevesiegel.com
Ashlea Schwarz, KS Bar # 23491
Email: ashlea@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112

Tel: (816) 714-7100
Fax: (816) 714 7101

**NICHOLS KASTER, PLLP**
Michele R. Fisher
Email: fisher@nka.com
Paul J. Lukas
Email: lukas@nka.com
Charles G. Frohman
Email: frohman@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Tel: (612) 256-3200
Fax: (612) 215-6870
(All Admitted *Pro Hac Vice*)

**ATTORNEYS FOR PLAINTIFFS**