**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated,<br><br>                  Plaintiffs,<br>v.<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation,<br><br>and<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,<br><br>                  Defendants. | Case No. 02:08-CV-02063-KHV/JPO |

**PLAINTIFFS' MOTION FOR PROTECTIVE ORDER**
**QUASHING NOTICE OF DEPOSITION**

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiffs hereby move the Court for a Protective Order quashing a deposition notice Defendants served on Plaintiffs that is directed to Plaintiffs' expert and encompasses the subject matter of Plaintiffs' expert's forthcoming expert report.

Plaintiffs' motion is based upon their memorandum of law and all other documents filed in support of this motion.

Dated: March 21, 2012                    **STUEVE SIEGEL HANSON LLP**

*/s/Lee R. Anderson*
Lee R. Anderson, KS Bar No. 22755
Email: anderson@stuevesiegel.com
George A. Hanson, KS Bar No. 16805
Email: hanson@stuevesiegel.com
Ashlea G. Schwarz, KS Bar No. 23491
Email: ashlea@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101

**NICHOLS KASTER, PLLP**
*/s/ Charles G. Frohman*
Michele R. Fisher, MN Bar No. 303069*
Email: fisher@nka.com
Donald H. Nichols, MN Bar No. 78918*
Email: nichols@nka.com
Paul J. Lukas, MN Bar No. 22084X*
Email: lukas@nka.com
Charles G. Frohman, MN Bar No. 386695*
Email: frohman@nka.com
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: 612-256-3200
Fax: 612-215-6870
*admitted pro hac vice

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

Hunter Hughes
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
hrh@rh-law.com

Joseph H. Knittig
3000 NW 50th St.
Kansas City, MO 64150
816-547-1495
joek@c3missions.org

Steven D. Hurd
Jacqueline M. Dorn
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
jdorn@proskauer.com
shurd@proskauer.com

Nicole A. Eichberger
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
neichberger@proskauer.com

Thomas Mew
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
TMew@rh-law.com

Mark W. Batten
Proskauer Rose LLP
One International Place
Boston, Massachusetts  02110
mbatten@proskauer.com

Elise M. Bloom
Gregory Rasin
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
ebloom@proskauer.com
grasin@proskauer.com

Michael L. Blumenthal
Seyferth, Blumenthal & Harris LLC
300 Wyandotte, Suite 430
Kansas City, Missouri 64104
mike@sbhlaw.com

Dated: March 21, 2012

**STUEVE SIEGEL HANSON LLP**
*/s/ Lee R. Anderson*
Lee R. Anderson, KS Bar # 22755
Email: anderson@stuevesiegel.com
George A. Hanson, KS Bar # 16805
Email: hanson@stuevesiegel.com
Ashlea Schwarz, KS Bar # 23491
Email: ashlea@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714 7101

**NICHOLS KASTER, PLLP**
Donald H. Nichols, MN Bar No. 78918*
Email: nichols@nka.com
Paul J. Lukas, MN Bar No. 22084X*
Email: lukas@nka.com
Michele R. Fisher, MN Bar No. 303069*
Email: fisher@nka.com
Charles G. Frohman, MN Bar No. 386695*
Email: frohman@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Tel: (612) 256-3200
Fax: (612) 215-6870
*admitted pro hac vice

**ATTORNEYS FOR PLAINTIFFS**

4