## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

------------------------------------- X
ROXIE SIBLEY, JEANNE NOEL, ERNESTO :
BENNETT, JAMIE WILLIAMS, GREG ST. :
JULIEN, TRACIE HERNANDEZ, JOHN :
JASINSKI, JAY RICHIE, and TEISHA KING, :
individually and on behalf of a class of others :
similarly situated, :
                                                       Plaintiffs, :
                                                             v. : Case No. 02:08-CV-02063-KHV/JPO
                                                       :
SPRINT NEXTEL CORPORATION, a Kansas :
corporation :
                                            and :
SPRINT/UNITED MANAGEMENT :
COMPANY, a Kansas corporation :
                                         Defendants. :
------------------------------------- X

**MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION
FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFFS'
MOTION FOR PROTECTIVE ORDER QUASHING NOTICE OF DEPOSITION**

### I.    INTRODUCTION

Defendants Sprint Nextel Corporation and Sprint/United Management Company ("Sprint" or "Defendants") have moved the Court for leave to file a sur-reply[1] in opposition to Plaintiffs' Motion for Protective Order Quashing Notice of Deposition (Doc. No. 311). Specifically, Defendants seek leave in order to apprise the Court of Defendants' compromise to resolve the instant discovery dispute that was proposed to Plaintiffs at their request following the filing of Defendants' Opposition to Plaintiffs' Motion for Protective Order Quashing Notice of

---

[1] A copy of the proposed sur-reply is attached to this motion as Exhibit A.

1

Deposition on April 4, 2012 (Doc. No. 314).  Plaintiffs' Reply Memorandum in Support of Motion for Protective Order Quashing Notice of Deposition, filed on April 16, 2012 (Doc. No. 316), does not reference Defendants' proposal.  This new proposal and factual development bears upon the underlying discovery dispute, addresses Plaintiffs' professed concerns regarding the potential impact of the noticed Rule 30(b)(1) deposition on the timing of expert discovery in this case, and goes to the parties' efforts to reach an out-of-court resolution.  Therefore, Defendants respectfully submit that good cause exists for leave to address this limited new issue in a brief sur-reply.

## II.  FACTUAL BACKGROUND & ARGUMENT

After Defendants filed their memorandum in opposition to Plaintiffs' motion, Plaintiffs' counsel initiated communications with Defendants' counsel on April 5, 2012 with respect to the scheduling and nature of the noticed Rule 30(b)(1) deposition at issue in the underlying motion and the possibility of resolving the motion without the need for further judicial intervention.  (See Exhibit 1 to the proposed sur-reply.)  Plaintiffs' inquiry made clear that part of Plaintiffs' opposition to the Rule 30(b)(1) deposition notice was an issue of timing and, thus, they were interested in negotiating with Defendants with respect to timing to resolve the dispute.  (Id.)

On April 9, 2012, and in response to Plaintiffs' inquiries, Defendants' counsel proposed a compromise agreement for purposes of resolving the discovery dispute.  (See id.)  To address Plaintiffs' concerns regarding the timing and impact of the noticed Rule 30(b)(1) deposition, Defendants proposed to postpone the deposition until *after* the parties' expert report disclosure deadline of May 21, 2012, subject to several caveats.  (Id.)  Plaintiffs did not respond to Defendants' proposal or engage Defendants in further negotiations with respect to the Rule 30(b)(1) deposition, and ultimately filed their Reply without reference to their communications

with Defendants' counsel or Defendants' proposal.  Because knowledge of this new proposal is essential to resolving the underlying motion, good cause exists for leave to file the proposed sur-reply.

### III.   CONCLUSION

Because Defendants' proposal and Plaintiffs' request for the proposal go to the heart of this discovery dispute and provide for an alternative resolution, Defendants respectfully submit that good cause exists for Defendants to address this limited new factual issue in a brief sur-reply, and respectfully request that this Court grant Defendants Motion for Leave to File Sur-Reply in Opposition to Plaintiffs' Motion for Protective Order Quashing Notice of Deposition.

Respectfully submitted this 19th day of April, 2012.

/s/ Michael L. Blumenthal
**SEYFERTH, BLUMENTHAL & HARRIS LLC**
Michael L. Blumenthal
KS Bar No.18582
300 Wyandotte Street, Suite 430
Kansas City, Missouri 64105
Tel: 816-756-0700
Fax:  816-756-3700


/s/ Elise M. Bloom
**PROSKAUER ROSE LLP**
Elise M. Bloom*
Eleven Times Square
New York, New York 10036
Tel: 212-969-3410
Fax: 212-969-2900
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April, 2012, the foregoing **Memorandum in Support of Defendants' Motion for Leave to File Sur-Reply In Opposition to Plaintiffs' Motion for Protective Order Quashing Notice of Deposition** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>Stueve Siegel Hanson LLP
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Donald H. Nichols
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>nichols@nka.com
>lukas@nka.com
>fisher@nka.com

>Respectfully submitted,
>
>*/s/ Michael L. Blumenthal*
>Michael L. Blumenthal
>Kansas Bar No. 18582
>SEYFERTH, BLUMENTHAL & HARRIS LLC
>300 Wyandotte Street, Suite 430
>Kansas City, Missouri 64105
>Telephone: 816-756-0700
>Facsimile:  816-756-3700
>E-mail:  mike@sbhlaw.com