**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation,<br><br>and<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,<br><br>      Defendants. | Case No. 02:08-CV-02063-KHV/JPO |

**PLAINTIFFS' OPPOSITION TO DEFENDANTS'**
**MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFFS'**
**MOTION FOR PROTECTIVE ORDER QUASHING NOTICE OF DEPOSITION**

Plaintiffs' Motion for Protective Order Quashing Notice of Deposition is fully briefed and pending before the Court. (See ECF Nos. 312 (Plfs.' Memo); 314 (Defs.' Opp.); 316 (Plfs.' Reply).) Defendants now seek leave to file a surreply. (ECF No. 321.) In their memorandum, Defendants do not point to any new arguments or points raised in Plaintiffs' reply that require a response; they simply reference the parties' failed attempt to resolve this dispute informally. Defendants highlight their offer, already addressed in their opposition to Plaintiffs' motion for protective order, that the disputed deposition be conducted after Plaintiffs' expert disclosures. (ECF No. 322.) Because Defendants already raised this issue, they have set forth no legitimate basis to justify a surreply, and their motion should be denied.

It seems Defendants merely wish to apprise the Court of the parties' unsuccessful efforts to resolve this matter outside of Court.  On April 5, 2012, Plaintiffs' counsel inquired if Defendants would withdraw the deposition notice, with the Plaintiffs' agreement that the noticed topics could be covered during the deposition of Plaintiffs' expert.  (See ECF No. 321-2 at 2 ("Are you agreeable to withdrawing your 30(b)(1) notice at this time, and doing the expert deposition after the issuance of the expert report with the understanding that the topics in your 30(b)(1) notice can be covered during the expert deposition?").)  In response, Defendants rejected Plaintiffs' proposal to withdraw the notice, offering instead simply to hold their noticed deposition after Plaintiffs' expert disclosures but before the expert deposition.  (Id.)  This is no different than the alternative argument Defendants already made in their opposition:

> Nevertheless, to the extent that this Court determines that allowing the deposition to proceed will significantly take away from Mr. Nickel's time to prepare his report, Defendants request that its Rule 30(b)(1) factual deposition be permitted after Plaintiffs' expert report is issued and that such a Rule 30(b)(1) deposition does not prevent the expert deposition that will be noticed as to Plaintiff's expert and his report.

(ECF No. 314 at 18.)  Thus, Defendants' emphasis on the "issue of timing" in this exchange (ECF No 322 at 2) adds nothing new to the parties' dispute.  Finding Defendants' insistence on going forward with two depositions of Plaintiffs' expert unsatisfactory (for all the reasons set forth in Plaintiffs' briefing), Plaintiffs filed their reply brief, clearly rejecting Defendants' counterproposal.

Defendants themselves have already addressed the supposed basis for their surreply.  Accordingly, Plaintiffs respectfully request that Defendants' motion for leave to file a surreply be denied.

Dated: April 20, 2012

**STUEVE SIEGEL HANSON LLP**

*/s/ Ashlea G. Schwarz*
Ashlea G. Schwarz, KS Bar No. 23491
Email: ashlea@stuevesiegel.com
Lee R. Anderson, KS Bar No. 22755
Email: anderson@stuevesiegel.com
George A. Hanson, KS Bar No. 16805
Email: hanson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101

**NICHOLS KASTER, PLLP**

*/s/ Charles G. Frohman*
Michele R. Fisher, MN Bar No. 303069*
Email: fisher@nka.com
Donald H. Nichols, MN Bar No. 78918*
Email: nichols@nka.com
Paul J. Lukas, MN Bar No. 22084X*
Email: lukas@nka.com
Charles G. Frohman, MN Bar No. 386695*
Email: frohman@nka.com
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: 612-256-3200
Fax: 612-215-6870
*admitted pro hac vice

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 20, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

Hunter Hughes
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
hrh@rh-law.com

Joseph H. Knittig
3000 NW 50th St.
Kansas City, MO 64150
816-547-1495
joek@c3missions.org

Steven D. Hurd
Jacqueline M. Dorn
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
jdorn@proskauer.com
shurd@proskauer.com

Nicole A. Eichberger
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
neichberger@proskauer.com

Thomas Mew
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
TMew@rh-law.com

Mark W. Batten
Proskauer Rose LLP
One International Place
Boston, Massachusetts  02110
mbatten@proskauer.com

Elise M. Bloom
Gregory Rasin
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
ebloom@proskauer.com
grasin@proskauer.com

Michael L. Blumenthal
Seyferth, Blumenthal & Harris LLC
300 Wyandotte, Suite 430
Kansas City, Missouri 64104
mike@sbhlaw.com

Dated: <u>April 20, 2012</u>       <u>*/s/ Ashlea G. Schwarz*</u>
               Attorney for Plaintiffs