**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SPRINT NEXTEL CORPORATION, a Kansas corporation, <br><br> and <br><br> SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation, <br><br> Defendants. | Case No. 02:08-CV-02063-KHV/JPO |

**PLAINTIFFS' UNOPPOSED MOTION TO MODIFY**
**THE COURT'S FOURTH AMENDED SCHEDULING ORDER**

For good cause, Plaintiffs hereby request that the Court modify the schedule set forth in the Court's June 13, 2011 Fourth Amended Scheduling Order (ECF No. 227). The proposed extension is to provide Plaintiffs' experts with sixty-five days of additional time to complete their analysis of the classwide commissions-related data and provide their expert report. Defendants do not object to the extension of deadlines sought by Plaintiffs.

Plaintiffs' motion is based upon their memorandum of law and all other documents filed in support of this motion.

Dated: <u>April 27, 2012</u>            **STUEVE SIEGEL HANSON LLP**
                                        */s/Ashlea G. Schwarz*
                                        Ashlea G. Schwarz, KS Bar No. 23491
                                        Email: ashlea@stuevesiegel.com
                                        George A. Hanson, KS Bar No. 16805
                                        Email: hanson@stuevesiegel.com
                                        460 Nichols Road, Suite 200
                                        Kansas City, Missouri 64112
                                        Tel: (816) 714-7100
                                        Fax: (816) 714-7101

                                        **NICHOLS KASTER, PLLP**
                                        */s/ Charles G. Frohman*
                                        Michele R. Fisher, MN Bar No. 303069*
                                        Email: fisher@nka.com
                                        Donald H. Nichols, MN Bar No. 78918*
                                        Email: nichols@nka.com
                                        Paul J. Lukas, MN Bar No. 22084X*
                                        Email: lukas@nka.com
                                        Charles G. Frohman, MN Bar No. 386695*
                                        Email: frohman@nka.com
                                        4600 IDS Center, 80 South 8th Street
                                        Minneapolis, MN 55402
                                        Tel: (612) 256-3200
                                        Fax: (612) 215-6870
                                        *admitted *pro hac vice*

                                        ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

Hunter Hughes
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
hrh@rh-law.com

Joseph H. Knittig
3000 NW 50th St.
Kansas City, MO 64150
816-547-1495
joek@c3missions.org

Steven D. Hurd
Jacqueline M. Dorn
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
jdorn@proskauer.com
shurd@proskauer.com

Nicole A. Eichberger
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
neichberger@proskauer.com

Thomas Mew
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
TMew@rh-law.com

Mark W. Batten
Proskauer Rose LLP
One International Place
Boston, Massachusetts  02110
mbatten@proskauer.com

Elise M. Bloom
Gregory Rasin
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
ebloom@proskauer.com
grasin@proskauer.com

Michael L. Blumenthal
Seyferth, Blumenthal & Harris LLC
300 Wyandotte, Suite 430
Kansas City, Missouri 64104
mike@sbhlaw.com

Dated: April 27, 2012                    /s/Ashlea G. Schwarz
                                         Counsel for Plaintiffs