IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation,<br><br>and<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,<br><br>        Defendants. | Case No. 02:08-CV-02063-KHV/JPO |

## **DECLARATION OF NILE L. NICKEL**

1. My Name is Nile L. Nickel. I am over the age of 21 and am competent to give this Declaration. The facts states herein are within my personal knowledge and are true and correct.

2. I am the president of Balance Engines LLC. Plaintiffs' Counsel has retained me as a wireless industry and data processing expert to review and analyze commissions-related data in this class action.

3. I have reviewed Defendants' expert disclosures and report. It appears that Defendants' expert relied on an alias of the EMPL_BA_ID identifier in her analysis. Defendants' expert stated in her report that "The named plaintiff POS and Walkin Transactions were identified using the sales rep id field, which identifies the id of the person who made the

sale . . . ." (ECF No. 282-2 at 37 n.42.) POS and Walkin Transactions refer to data in the RMS point of sale system. Defendants produced diagrams of the RMS system in discovery that show that the sales rep identifier to which Defendants' expert referred is known as SREP_BA_ID, and that in the RMS POS and Walkin data, SREP_BA_ID is an alias of EMPL_BA_ID.

4. When determining how long it would take to analyze the Stage 3 data and issue my expert report, I did not anticipate the delay associated with receiving a defective hard drive containing the Stage 3 data, the delay in receiving the EMPL_BA_ID identifiers for the class members, the need to analyze and respond to Defendants' preliminary expert report in conjunction with a motion for summary judgment, or the need to review a number of Stage 3 queries in the Harlow matter that Defendants modified after we initially approved them. These matters have caused more than sixty-five days of delay in my analysis. I will not be able to complete my analysis under the current deadline.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: 4-27-2012

Nile L. Nickel