# Exhibit 1

RMS Results                                                                                                                    Page 1

| COMMISSIONABLE EVENT | COMMENTS | PAID | IN PERIOD | ODR LINE | mthdt | yrmo | EMPL_BA_ID |
|---|---|---|---|---|---|---|---|
| Non-Commissionable | Return / Exchange or Upgrade not compensable in 2006 Comp Plan | NC | | | 2/2/2007 | 200702 | 9844292 |
| Non-Commissionable | Equipment Sale only, No Activation Record in Commissions | NC | - | - | 6/9/2007 | 200706 | 9844292 |
| Activation | Unable to locate on ODR, Activation record in Valid Trans, Activation verified in Billing Sys | N | | | 6/24/2007 | 200706 | 9844292 |
| Activation | | Y | 161 | 1660 | 2/14/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1666 | 2/21/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1667 | 2/9/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1668 | 2/7/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1669 | 2/14/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1670 | 2/5/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1671 | 2/1/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1673 | 2/7/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1674 | 2/24/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1675 | 2/17/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1676 | 2/14/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1677 | 2/10/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1678 | 2/8/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1680 | 2/22/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1681 | 2/22/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1682 | 2/22/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1683 | 2/24/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1684 | 2/5/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1685 | 2/3/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1686 | 2/21/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1687 | 2/3/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1688 | 2/16/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1690 | 2/12/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1691 | 2/18/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1692 | 2/8/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1693 | 2/10/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1694 | 2/9/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1696 | 2/24/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1697 | 2/24/2007 | 200702 | 9844292 |
| Activation | | Y | 161 | 1698 | 2/21/2007 | 200702 | 9844292 |
| Activation | | Y | 162 | 1705 | 3/4/2007 | 200703 | 9844292 |
| Activation | | Y | 162 | 1706 | 3/21/2007 | 200703 | 9844292 |
| Activation | | Y | 162 | 1715 | 3/1/2007 | 200703 | 9844292 |
| Activation | | Y | 162 | 1716 | 3/31/2007 | 200703 | 9844292 |
| Activation | | Y | 162 | 1717 | 3/6/2007 | 200703 | 9844292 |
| Activation | | Y | 162 | 1718 | 3/6/2007 | 200703 | 9844292 |
| Activation | | Y | 162 | 1719 | 3/7/2007 | 200703 | 9844292 |
| Activation | | Y | 162 | 1720 | 3/8/2007 | 200703 | 9844292 |
| Activation | | Y | 162 | 1721 | 3/8/2007 | 200703 | 9844292 |
| Activation | | Y | 162 | 1723 | 3/4/2007 | 200703 | 9844292 |
| Activation | | Y | 162 | 1724 | 3/30/2007 | 200703 | 9844292 |
| Activation | | Y | 162 | 1725 | 3/5/2007 | 200703 | 9844292 |
| Activation | | Y | 162 | 1726 | 3/28/2007 | 200703 | 9844292 |
| Activation | | Y | 162 | 1727 | 3/1/2007 | 200703 | 9844292 |
| Activation | | Y | 162 | 1728 | 3/4/2007 | 200703 | 9844292 |
| Activation | | Y | 162 | 1729 | 3/4/2007 | 200703 | 9844292 |
| Activation | | Y | 162 | 1730 | 3/5/2007 | 200703 | 9844292 |
| Activation | | Y | 162 | 1731 | 3/21/2007 | 200703 | 9844292 |

RMS Accessories                                                                                                                    Page 1

| COMMISSIONABLE EVENT | COMMENTS | Revenue | PAID | IN PERIOD | ODR LINE | mthdt | yrmo | EMPL_BA_ID | EMPLOYEE_CID | EMPLOYEE_FIRST_NAME |
|---|---|---|---|---|---|---|---|---|---|---|
| Accessory Sale | UNABLE TO LOCATE | -99.99 | N | | N/A | 2/24/2007 | 200702 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -99.99 | N | | N/A | 4/12/2007 | 200704 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -99.99 | N | | N/A | 4/14/2007 | 200704 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -99.99 | N | | N/A | 4/25/2007 | 200704 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -99.99 | N | | N/A | 4/26/2007 | 200704 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -99.99 | N | | N/A | 5/19/2007 | 200705 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -99.99 | N | | N/A | 5/21/2007 | 200705 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -89.99 | N | | N/A | 4/27/2007 | 200704 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -79.99 | N | | N/A | 5/30/2007 | 200705 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -69.99 | N | | N/A | 2/24/2007 | 200702 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -69.99 | N | | N/A | 2/24/2007 | 200702 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -69.99 | N | | N/A | 5/3/2007 | 200705 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -69.99 | N | | N/A | 5/19/2007 | 200705 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -69.99 | N | | N/A | 5/23/2007 | 200705 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -69.99 | N | | N/A | 6/9/2007 | 200706 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -59.99 | N | | N/A | 2/12/2007 | 200702 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -59.99 | N | | N/A | 6/29/2007 | 200706 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -39.99 | N | | N/A | 5/18/2007 | 200705 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -39.99 | N | | N/A | 6/29/2007 | 200706 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -33.74 | N | | N/A | 5/9/2007 | 200705 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -29.99 | N | | N/A | 2/10/2007 | 200702 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -29.99 | N | | N/A | 2/18/2007 | 200702 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -29.99 | N | | N/A | 3/6/2007 | 200703 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -29.99 | N | | N/A | 4/7/2007 | 200704 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -29.99 | N | | N/A | 4/14/2007 | 200704 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -29.99 | N | | N/A | 4/18/2007 | 200704 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -29.99 | N | | N/A | 4/20/2007 | 200704 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -29.99 | N | | N/A | 5/10/2007 | 200705 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -29.99 | N | | N/A | 5/10/2007 | 200705 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -29.99 | N | | N/A | 5/19/2007 | 200705 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -29.99 | N | | N/A | 5/25/2007 | 200705 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -29.99 | N | | N/A | 5/25/2007 | 200705 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -29.99 | N | | N/A | 5/26/2007 | 200705 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -29.99 | N | | N/A | 6/7/2007 | 200706 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -29.99 | N | | N/A | 6/18/2007 | 200706 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -29.99 | N | | N/A | 6/29/2007 | 200706 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -29.99 | N | | N/A | 7/2/2007 | 200707 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -29.99 | N | | N/A | 7/4/2007 | 200707 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -29.99 | N | | N/A | 7/9/2007 | 200707 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -22.49 | N | | N/A | 4/11/2007 | 200704 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -22.49 | N | | N/A | 5/1/2007 | 200705 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -19.99 | N | | N/A | 2/7/2007 | 200702 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -19.99 | N | | N/A | 2/8/2007 | 200702 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -19.99 | N | | N/A | 2/12/2007 | 200702 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -19.99 | N | | N/A | 3/8/2007 | 200703 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -14.99 | N | | N/A | 5/2/2007 | 200705 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | -14.99 | N | | N/A | 5/6/2007 | 200705 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | 0 | N | | N/A | 2/21/2007 | 200702 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | 0 | N | | N/A | 2/23/2007 | 200702 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | 0 | N | | N/A | 2/27/2007 | 200702 | 9844292 | 999260393 | ERNESTO |
| Accessory Sale | UNABLE TO LOCATE | 0 | N | | N/A | 3/1/2007 | 200703 | 9844292 | 999260393 | ERNESTO |