# Exhibit 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**RICK HARLOW, JON SCHOEFLIN, and MYRA LISA DAVIS,** individually and on behalf of a class of others similarly situated**,**

        **Plaintiffs,**

v.

**SPRINT NEXTEL CORPORATION,** a Kansas corporation, and **SPRINT/UNITED MANAGEMENT COMPANY,** a Kansas corporation**,**

        **Defendants.**

**CIVIL ACTION**

**Case No. 08-2222-KHV-DJW**

## FOURTH AMENDED SCHEDULING ORDER

Pending before the Court is the parties' Joint Motion to Modify the Court's Amended Scheduling Order (ECF No. 166).  The parties move the Court to amend the Amended Scheduling Order (ECF No. 95), as previously amended by the Second Amended Scheduling Order (ECF No. 100) and Third Amended Scheduling Order (ECF No. 128), by extending several deadlines and settings, including the trial setting.  After consulting with the District Judge and for good cause shown, the Motion is granted, and the following Scheduling Order deadlines amended:

| Event | Deadline/Setting |
| --- | --- |
| Parties to agree on scope of class, both temporal scope and job titles to be included, and confirm data necessary to perform commission analysis for class pull (subject to order subsequently issued by the Court on any motions filed relating to these issues) | July 29, 2011 |

| If an agreement cannot be reached, parties to file any necessary motions regarding temporal scope of class, job titles to be included, whether data will be produced for entire class or a sampling, what data will be produced for the class, and any other protections regarding data production analysis | August 15, 2011 |
|---|---|
| Defendants to produce the data for the class | January 31, 2012 |
| All factual discovery completed | January 31, 2013 |
| Expert disclosures and reports | April 1, 2013 |
| Rebuttal expert reports disclosures and reports | July 15, 2013 |
| Deadline for response to a rebuttal report, provided that the party that produced the rebuttal report did not produce a prior expert report | August 15, 2013 |
| All expert discovery completed | September 16, 2013 |
| Proposed pretrial order due | October 8, 2013 |
| Final Pretrial Conference | October 15, 2013 @ 10:00 a.m. |
| All dispositive motions | October 31, 2013 |
| Motions challenging the admissibility of expert testimony | November 29, 2013 |
| Trial | March 3, 2014 |

The schedule adopted in this Fourth Amended Scheduling Order shall not be modified except by leave of Court upon a showing of good cause.

**IT IS THEREFORE ORDERED** that the parties' Joint Motion to Modify the Court's Amended Scheduling Order (ECF No. 166) is granted as set forth herein.

**IT IS SO ORDERED.**

Dated in Kansas City, Kansas on this 15th day of July 2011.

s/ David J. Waxse
David J. Waxse
U.S. Magistrate Judge

cc: All counsel and *pro se* parties