IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 08-2063-KHV |
| ) | |
| SPRINT NEXTEL CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |

**FIFTH AMENDED SCHEDULING ORDER**

This case comes before the undersigned U.S. Magistrate Judge, James P. O'Hara, on plaintiffs' unopposed motion to amend the scheduling order[1] previously entered in this case **(doc. 325)**. For good cause shown, the motion is granted and the court now enters this fifth amended scheduling order as follows:

| SUMMARY OF DEADLINES AND SETTINGS ||
|---|---|
| Event | Deadline/Setting |
| All discovery completed | January 21, 2013 |
| Experts disclosed by the parties | July 25, 2012 |
| Rebuttal experts disclosed | November 25, 2012 |
| Response to rebuttal reports, provided that the party producing the rebuttal report did not produce an expert report | January 30, 2013 |
| Motions challenging admissibility of expert testimony | March 25, 2013 |
| All other potentially dispositive motions (e.g., summary judgment) | March 25, 2013 |
| Final pretrial conference | March 14, 2013, at 9:00 a.m. |

---

[1]Doc. 34, as amended by docs. 114, 138, 163, 197, 227.

O:\ORDERS\08-2063-KHV-326.wpd

| Event | Deadline/Setting |
|---|---|
| Proposed pretrial order due | March 4, 2013 |
| Trial | August 5, 2013, at 9:30 a.m. |

All other provisions of the previous scheduling orders shall remain in effect. The schedule adopted in this Fifth Amended Scheduling Order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated April 30, 2012, at Kansas City, Kansas.

s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge