**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SPRINT NEXTEL CORPORATION, a Kansas corporation, <br><br> and <br><br> SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation, <br><br> Defendants. | Case No. 02:08-CV-02063-KHV/JPO |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2012, true and correct copies of the following:

- **Plaintiffs' Requests for Admission to Defendants, Set III with Exhibit A**; and
- **Plaintiffs' Interrogatories to Defendants, Set VII**.

were served via email and that this Certificate of Service was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

| | |
|---|---|
| Hunter Hughes <br> Rogers & Hardin <br> 2700 International Tower, <br> Peachtree Center <br> 229 Peachtree Street, N.E. <br> Atlanta, Georgia 30303 <br> hrh@rh-law.com | Thomas Mew <br> Rogers & Hardin <br> 2700 International Tower, <br> Peachtree Center <br> 229 Peachtree Street, N.E. <br> Atlanta, Georgia 30303 <br> TMew@rh-law.com |

2

| | |
|---|---|
| Joseph H. Knittig<br>3000 NW 50th St.<br>Kansas City, MO 64150<br>816-547-1495<br>joek@c3missions.org | Mark W. Batten<br>Proskauer Rose LLP<br>One International Place<br>Boston, Massachusetts  02110<br>mbatten@proskauer.com |
| Steven D. Hurd<br>Jacqueline M. Dorn<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>jdorn@proskauer.com<br>shurd@proskauer.com | Elise M. Bloom<br>Gregory Rasin<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>ebloom@proskauer.com<br>grasin@proskauer.com |
| Nicole A. Eichberger<br>Proskauer Rose LLP<br>650 Poydras Street, Suite 1800<br>New Orleans, Louisiana 70130<br>neichberger@proskauer.com | Michael L. Blumenthal<br>Seyferth, Blumenthal & Harris LLC<br>300 Wyandotte, Suite 430<br>Kansas City, Missouri 64104<br>mike@sbhlaw.com |

Dated: May 2, 2012             **STUEVE SIEGEL HANSON LLP**
*/s/ Ashlea G. Schwarz*
Ashlea Schwarz, KS Bar No. 23491
Email: ashlea@stuevesiegel.com
George A. Hanson, KS Bar No. 16805
Email: hanson@stuevesiegel.com
Lee R. Anderson, KS Bar No. 22755
Email: anderson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714 7101

3

                **NICHOLS KASTER, PLLP**
                */s/ Michele R. Fisher*
                Michele R. Fisher, MN Bar No. 303069*
                Email: fisher@nka.com
                Donald H. Nichols, MN Bar No.78918*
                Email: nichols@nka.com
                Paul J. Lukas, MN Bar No. 22084X*
                Email: lukas@nka.com
                Charles G. Frohman, MN Bar No. 386695*
                Email: frohman@nka.com
                4600 IDS Center, 80 South 8th Street
                Minneapolis, MN 55402
                Tel: (612) 256-3200
                Fax: (612) 215-6870
                *admitted *pro hac vice*

                ATTORNEYS FOR PLAINTIFFS