# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated, | |
| Plaintiffs, | |
| v. | Case No. 02:08-CV-02063-KHV/JPO |
| SPRINT NEXTEL CORPORATION, a Kansas corporation | |
| and | |
| SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May, 2012, I served via electronic mail a true and correct copy of the following documents:

1. Defendants' Objections and Seventh Supplemental Responses to Plaintiffs' Requests for Production to Defendants, Set IV; and

2. Defendants' Objections and Sixth Supplemental Answers to Plaintiffs' Interrogatories to Defendants, Set V,

1

upon the following attorneys of record:

        Stueve Siegel Hanson LLP
        George A. Hanson
        460 Nichols Road, Suite 200
        Kansas City, Missouri 64112
        hanson@stuevesiegel.com

        Nichols Kaster, PLLP
        Donald H. Nichols
        Paul J. Lukas
        Michele R. Fisher
        4600 IDS Center, 80 South 8th Street
        Minneapolis, Minnesota 55402
        nichols@nka.com
        lukas@nka.com
        fisher@nka.com

Respectfully submitted this 9th day of May, 2012.

        */s/ Michael L. Blumenthal*
        **SEYFERTH, BLUMENTHAL & HARRIS LLC**
        Michael L. Blumenthal
        KS Bar No.18582
        300 Wyandotte Street, Suite 430
        Kansas City, MO 64105
        Tel: 816-756-0700
        Fax: 816-756-3700

        */s/ Elise M. Bloom*
        **PROSKAUER ROSE LLP**
        Elise M. Bloom*
        Eleven Times Square
        New York, NY 10036
        Tel: 212-969-3410
        Fax: 212-969-2900
        (*Admitted *Pro Hac Vice*)

        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May, 2012, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Stueve Siegel Hanson LLP
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Donald H. Nichols
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>nichols@nka.com
>lukas@nka.com
>fisher@nka.com

>Respectfully submitted,
>
>*/s/ Michael L. Blumenthal*
>Michael L. Blumenthal
>Kansas Bar No. 18582
>SEYFERTH, BLUMENTHAL & HARRIS LLC
>300 Wyandotte Street, Suite 430
>Kansas City, Missouri 64105
>Telephone: 816-756-0700
>Facsimile:  816-756-3700
>E-mail:  mike@sbhlaw.com