### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated, <br><br>     Plaintiffs, <br><br> v. <br><br> SPRINT NEXTEL CORPORATION, a Kansas corporation, <br><br> and <br><br> SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation, <br><br>     Defendants. | Case No. 02:08-CV-02063- KHV/JPO |

### PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF BILL PARKER

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of Bill Parker on Wednesday, May 23, 2012 at 9:00 AM at Hunton & Williams LLP, Riverfront Plaza, East Tower, 951 East Byrd Street, Richmond, VA 23219.

PLEASE TAKE FURTHER NOTICE that Mr. Parker's deposition will be conducted upon oral examination before a qualified court reporter duly authorized to administer oaths and will be recorded stenographically and by video. The deposition will be taken for the purpose of discovery, for use as evidence at trial, and for all other purposes and uses authorized by law. The deponent shall produce, at or prior to his deposition, any and all documents reviewed by the deponent in preparation for the deposition.

This deposition notice is being served on all parties, as reflected in the attached certificate of service.

Dated: May 17, 2012  **STUEVE SIEGEL HANSON LLP**

        */s/Ashlea G. Schwarz*
        Ashlea G. Schwarz, KS Bar No. 23491
        Email: ashlea@stuevesiegel.com
        Lee R. Anderson, KS Bar No. 22755
        Email: anderson@stuevesiegel.com
        George A. Hanson, KS Bar No. 16805
        Email: hanson@stuevesiegel.com
        460 Nichols Road, Suite 200
        Kansas City, Missouri 64112
        Tel: (816) 714-7100
        Fax: (816) 714-7101

**NICHOLS KASTER, PLLP**

        */s/Charles G. Frohman*
        Michele R. Fisher, MN Bar No. 303069*
        Email: fisher@nka.com
        Donald H. Nichols, MN Bar No. 78918*
        Email: nichols@nka.com
        Paul J. Lukas, MN Bar No. 22084X*
        Email: lukas@nka.com
        Charles G. Frohman, MN Bar No. 386695*
        Email: frohman@nka.com
        4600 IDS Center, 80 South 8th Street
        Minneapolis, MN 55402
        Tel: 612-256-3200
        Fax: 612-215-6870
        *admitted pro hac vice

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

Hunter Hughes
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
hrh@rh-law.com

Joseph H. Knittig
3000 NW 50th St.
Kansas City, MO 64150
816-547-1495
joek@c3missions.org

Steven D. Hurd
Jacqueline M. Dorn
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
jdorn@proskauer.com
shurd@proskauer.com

Nicole A. Eichberger
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
neichberger@proskauer.com

Thomas Mew
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
TMew@rh-law.com

Mark W. Batten
Proskauer Rose LLP
One International Place
Boston, Massachusetts 02110
mbatten@proskauer.com

Elise M. Bloom
Gregory Rasin
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
ebloom@proskauer.com
grasin@proskauer.com

Michael L. Blumenthal
Seyferth, Blumenthal & Harris LLC
300 Wyandotte, Suite 430
Kansas City, Missouri 64104
mike@sbhlaw.com

                                      */s/Ashlea Schwarz*
                                      Attorney for Plaintiffs