# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated, | |
| Plaintiffs, | Case No. 02:08-CV-02063- KHV/JPO |
| v. | |
| SPRINT NEXTEL CORPORATION, a Kansas corporation, | |
| and | |
| SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation, | |
| Defendants. | |

## PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF DENNIS PEERY

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of Dennis Peery on Friday, May 25, 2012 at 9:00 AM at Proskauer Rose, 1001 Pennsylvania Avenue, NW, Suite 400 South, Washington, DC 20004.

PLEASE TAKE FURTHER NOTICE that Mr. Peery's deposition will be conducted upon oral examination before a qualified court reporter duly authorized to administer oaths and will be recorded stenographically and by video. The deposition will be taken for the purpose of discovery, for use as evidence at trial, and for all other purposes and uses authorized by law. The deponent shall produce, at or prior to his deposition, any and all documents reviewed by the deponent in preparation for the deposition.

This deposition notice is being served on all parties, as reflected in the attached certificate of service.

Dated:  May 17, 2012                **STUEVE SIEGEL HANSON LLP**

        */s/Ashlea G. Schwarz*
        Ashlea G. Schwarz, KS Bar No. 23491
        Email: ashlea@stuevesiegel.com
        Lee R. Anderson, KS Bar No. 22755
        Email: anderson@stuevesiegel.com
        George A. Hanson, KS Bar No. 16805
        Email: hanson@stuevesiegel.com
        460 Nichols Road, Suite 200
        Kansas City, Missouri 64112
        Tel: (816) 714-7100
        Fax: (816) 714-7101

**NICHOLS KASTER, PLLP**

        */s/Charles G. Frohman*
        Michele R. Fisher, MN Bar No. 303069*
        Email: fisher@nka.com
        Donald H. Nichols, MN Bar No. 78918*
        Email: nichols@nka.com
        Paul J. Lukas, MN Bar No. 22084X*
        Email: lukas@nka.com
        Charles G. Frohman, MN Bar No. 386695*
        Email: frohman@nka.com
        4600 IDS Center, 80 South 8th Street
        Minneapolis, MN 55402
        Tel: 612-256-3200
        Fax: 612-215-6870
        *admitted pro hac vice

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that on May 17, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

| | |
|---|---|
| Hunter Hughes<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>hrh@rh-law.com | Thomas Mew<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>TMew@rh-law.com |
| Joseph H. Knittig<br>3000 NW 50th St.<br>Kansas City, MO 64150<br>816-547-1495<br>joek@c3missions.org | Mark W. Batten<br>Proskauer Rose LLP<br>One International Place<br>Boston, Massachusetts  02110<br>mbatten@proskauer.com |
| Steven D. Hurd<br>Jacqueline M. Dorn<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>jdorn@proskauer.com<br>shurd@proskauer.com | Elise M. Bloom<br>Gregory Rasin<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>ebloom@proskauer.com<br>grasin@proskauer.com |
| Nicole A. Eichberger<br>Proskauer Rose LLP<br>650 Poydras Street, Suite 1800<br>New Orleans, Louisiana 70130<br>neichberger@proskauer.com | Michael L. Blumenthal<br>Seyferth, Blumenthal & Harris LLC<br>300 Wyandotte, Suite 430<br>Kansas City, Missouri 64104<br>mike@sbhlaw.com |

                                              */s/Ashlea Schwarz*
                                              Attorney for Plaintiffs