## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ROXIE SIBLEY, JEANNE NOEL, ERNESTO  :
BENNETT, JAMIE WILLIAMS, GREG ST.  :
JULIEN, TRACIE HERNANDEZ, JOHN  :
JASINSKI, JAY RICHIE, and TEISHA KING,  :
individually and on behalf of a class of others  :
similarly situated,  :
                                                :
                 Plaintiffs,  :
                                                :
                  v.  :    Case No. 02:08-CV-02063-KHV/JPO
                                                :

SPRINT NEXTEL CORPORATION, a Kansas  :
corporation  :
                                                :
             and  :
                                                  :

SPRINT/UNITED MANAGEMENT  :
COMPANY, a Kansas corporation,  :
                                                :
                 Defendants.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2012, I served via electronic mail a true and

correct copy of the following documents:

       1.      Defendants' Objections and Tenth Supplemental Responses to Plaintiffs'

Requests for Production to Defendants, Set IV; and

       2.      Defendants' Objections and Ninth Supplemental Answers to Plaintiffs'

Interrogatories to Defendants, Set V,

1

upon the following attorneys of record:

> Stueve Siegel Hanson LLP
> George A. Hanson
> 460 Nichols Road, Suite 200
> Kansas City, Missouri 64112
> hanson@stuevesiegel.com
>
> Nichols Kaster, PLLP
> Donald H. Nichols
> Paul J. Lukas
> Michele R. Fisher
> 4600 IDS Center, 80 South 8th Street
> Minneapolis, Minnesota 55402
> nichols@nka.com
> lukas@nka.com
> fisher@nka.com

Respectfully submitted this 22nd day of June, 2012.

/s/ Michael L. Blumenthal
**SEYFERTH, BLUMENTHAL &
HARRIS LLC**
Michael L. Blumenthal
KS Bar No.18582
300 Wyandotte Street, Suite 430
Kansas City, MO 64105
Tel: 816-756-0700
Fax:  816-756-3700

/s/ Elise M. Bloom
**PROSKAUER ROSE LLP**
Elise M. Bloom*
Eleven Times Square
New York, NY 10036
Tel: 212-969-3410
Fax: 212-969-2900
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2012, the foregoing **Certificate of Service**

was electronically filed with the Clerk of the Court using the CM/ECF system, which will

automatically send e-mail notification of such filing to the following attorneys of record:

Stueve Siegel Hanson LLP
George A. Hanson
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
hanson@stuevesiegel.com

Nichols Kaster, PLLP
Donald H. Nichols
Paul J. Lukas
Michele R. Fisher
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
nichols@nka.com
lukas@nka.com
fisher@nka.com

Respectfully submitted,

*/s/ Michael L. Blumenthal*
Michael L. Blumenthal
Kansas Bar No. 18582
SEYFERTH, BLUMENTHAL & HARRIS LLC
300 Wyandotte Street, Suite 430
Kansas City, Missouri 64105
Telephone: 816-756-0700
Facsimile:  816-756-3700
E-mail:  mike@sbhlaw.com