IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
ROXIE SIBLEY, JEANNE NOEL, ERNESTO       :
BENNETT, JAMIE WILLIAMS, GREG ST.        :
JULIEN, TRACIE HERNANDEZ, JOHN           :
JASINSKI, JAY RICHIE, and TEISHA KING,   :
individually and on behalf of a class of others :
similarly situated,                      :
                                         :
              Plaintiffs,                :
                                         :
      v.                                 :    Case No. 02:08-CV-02063-KHV/JPO
                                         :
SPRINT NEXTEL CORPORATION, a Kansas      :
corporation                              :
                                         :
      and                                :
                                         :
SPRINT/UNITED MANAGEMENT                 :
COMPANY, a Kansas corporation            :
                                         :
              Defendants.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

**JOINT MOTION TO MODIFY THE COURT'S**
**FIFTH AMENDED SCHEDULING ORDER**

The Parties respectfully seek modification of the Court's Fifth Amended Scheduling Order. The grounds in support of this motion are set forth in the accompanying memorandum of law.

Respectfully submitted this 17th day of July, 2012.

1

*/s/     Ashlea Schwarz*
**STUEVE SIEGEL HANSON LLP**
Ashlea G. Schwarz, KS Bar No. 23491
Email: ashlea@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101

**NICHOLS KASTER, PLLP**
Michele R. Fisher*
Email: fisher@nka.com
Charles G. Frohman*
Email: frohman@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: 612-256-3200
Fax: 612-215-6870
(*Admitted *Pro Hac Vice*)
*Attorneys for Plaintiffs*

*/s/     Michael Blumenthal*
**SEYFERTH, BLUMENTHAL & HARRIS LLC**
Michael L. Blumenthal
KS Bar No.18582
300 Wyandotte, Suite 430
Kansas City, MO  64104
Tel: 816-756-0700
Fax:  816-756-3700

**PROSKAUER ROSE LLP**
Elise M. Bloom*
Email: ebloom@proskauer.com
Nicole A. Eichberger*
Email: neichberger@proskauer.com
Eleven Times Square
New York, NY 10036
Tel: 212-969-3410
Fax: 212-969-2900
(*Admitted *Pro Hac Vice*)
*Attorneys for Defendants*


*Attorneys for Defendants*

2

# **CERTIFICATE OF SERVICE**

      I hereby certify that on July 17, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

> Stueve Siegel Hanson LLP
> George A. Hanson
> 460 Nichols Road, Suite 200
> Kansas City, Missouri 64112
> hanson@stuevesiegel.com
>
> Nichols Kaster, PLLP
> Donald H. Nichols
> Paul J. Lukas
> Michele R. Fisher
> 4600 IDS Center, 80 South 8th Street
> Minneapolis, Minnesota 55402
> nichols@nka.com
> lukas@nka.com
> fisher@nka.com

    Respectfully submitted,

    */s/ Michael L. Blumenthal*
    Michael L. Blumenthal
    Kansas Bar No. 18582
    SEYFERTH, BLUMENTHAL & HARRIS LLC
    300 Wyandotte Street, Suite 430
    Kansas City, Missouri 64105
    Telephone: 816-756-0700
    Facsimile:  816-756-3700
    E-mail:  mike@sbhlaw.com