IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 08-2063-KHV |
| | ) |
| SPRINT NEXTEL CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

## **SIXTH AMENDED SCHEDULING ORDER**

This case comes before the court on parties' joint motion to amend the scheduling order[1] previously entered in this case **(doc. 341)**. For good cause shown, the motion is granted in part, and the court enters this sixth amended scheduling order as follows:

| SUMMARY OF DEADLINES AND SETTINGS ||
|---|---|
| Event | Deadline/Setting |
| All non-expert fact discovery completed | January 21, 2013 |
| All expert discovery completed | March 4, 2013 |
| Experts disclosed by the parties | September 10, 2012 |
| Rebuttal experts disclosed | January 10, 2013 |
| Motions challenging admissibility of expert testimony | March 25, 2013 |
| All other potentially dispositive motions (e.g., summary judgment) | March 25, 2013 |
| Final pretrial conference | March 14, 2013, at 9:00 a.m. |
| Proposed pretrial order due | March 4, 2013 |
| Trial | August 5, 2013, at 9:30 a.m. |

---

[1] Doc. 34, as amended by docs. 114, 138, 163, 197, 227, and 327.

Although the parties requested extensions of the deadlines governing dispositive motions, motions challenging expert testimony, the final pretrial conference, and trial, the undersigned concludes those dates need not be extended to allow for the extension of the other expert-related deadlines. Thus, the above table reflects no change in those dates. Further, as noted by the parties, both sides plan on filing expert reports. Accordingly, responses to rebuttal reports will not be needed, and that provision has been removed from this scheduling order. All other provisions of the previous scheduling orders shall remain in effect. The schedule adopted in this sixth amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated July 18, 2012, at Kansas City, Kansas.

s/ James P. O'Hara  
James P. O'Hara  
U.S. Magistrate Judge
