IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

```
----------------------------------- X
ROXIE SIBLEY, JEANNE NOEL, ERNESTO  :
BENNETT, JAMIE WILLIAMS, GREG ST.   :
JULIEN, TRACIE HERNANDEZ, JOHN      :
JASINSKI, JAY RICHIE, and TEISHA KING, :
individually and on behalf of a class of others :
similarly situated,                 :
                                    :
             Plaintiffs,            :
                                    :
      v.                            :  Case No. 02:08-CV-02063-KHV/JPO
                                    :
SPRINT NEXTEL CORPORATION, a Kansas :
corporation                         :
                                    :
      and                           :
                                    :
SPRINT/UNITED MANAGEMENT            :
COMPANY, a Kansas corporation,      :
                                    :
             Defendants.            :
----------------------------------- X
```

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2012, I served via electronic mail a true and correct copy of the following documents:

1. Defendants' Objections and Eleventh Supplemental Responses to Plaintiffs' Requests for Production to Defendants, Set IV; and

2. Defendants' Objections and Tenth Supplemental Answers to Plaintiffs' Interrogatories to Defendants, Set V,

1

upon the following attorneys of record:

        Stueve Siegel Hanson LLP
        George A. Hanson
        460 Nichols Road, Suite 200
        Kansas City, Missouri 64112
        hanson@stuevesiegel.com

        Nichols Kaster, PLLP
        Donald H. Nichols
        Paul J. Lukas
        Michele R. Fisher
        4600 IDS Center, 80 South 8th Street
        Minneapolis, Minnesota 55402
        nichols@nka.com
        lukas@nka.com
        fisher@nka.com

Respectfully submitted this 23rd day of July, 2012.

        */s/ Michael L. Blumenthal*
        **SEYFERTH, BLUMENTHAL & HARRIS LLC**
        Michael L. Blumenthal
        KS Bar No.18582
        300 Wyandotte Street, Suite 430
        Kansas City, MO 64105
        Tel: 816-756-0700
        Fax:  816-756-3700

        */s/ Elise M. Bloom*
        **PROSKAUER ROSE LLP**
        Elise M. Bloom*
        Eleven Times Square
        New York, NY 10036
        Tel: 212-969-3410
        Fax: 212-969-2900
        (*Admitted *Pro Hac Vice*)

        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July, 2012, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

        Stueve Siegel Hanson LLP
        George A. Hanson
        460 Nichols Road, Suite 200
        Kansas City, Missouri 64112
        hanson@stuevesiegel.com

        Nichols Kaster, PLLP
        Donald H. Nichols
        Paul J. Lukas
        Michele R. Fisher
        4600 IDS Center, 80 South 8th Street
        Minneapolis, Minnesota 55402
        nichols@nka.com
        lukas@nka.com
        fisher@nka.com

        Respectfully submitted,

        */s/ Michael L. Blumenthal*
        Michael L. Blumenthal
        Kansas Bar No. 18582
        SEYFERTH, BLUMENTHAL & HARRIS LLC
        300 Wyandotte Street, Suite 430
        Kansas City, Missouri 64105
        Telephone: 816-756-0700
        Facsimile:  816-756-3700
        E-mail:  mike@sbhlaw.com