IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation,<br><br>and<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,<br><br>      Defendants. | Case No. 02:08-CV-02063- KHV/JPO |

**PLAINTIFFS' NOTICE OF DEPOSITION OF MICHAEL PHILIPS**

PLEASE TAKE NOTICE that Plaintiffs will take the deposition of Michael Philips on Wednesday, September 12, 2012 at 9:00 AM at the offices of Proskauer Rose, LLP, 1001 Pennsylvania Avenue, NW, Suite 400 South, Washington, DC 20004-2533.

PLEASE TAKE FURTHER NOTICE that Mr. Philips' deposition will be conducted upon oral examination before a qualified court reporter duly authorized to administer oaths and will be recorded stenographically and by video. The deposition will be taken for the purpose of discovery, for use as evidence at trial, and for all other purposes and uses authorized by law. The deponent shall produce, at or prior to his deposition, any and all documents reviewed by the deponent in preparation for the deposition.

This deposition notice is being served on all parties, as reflected in the attached certificate of service.

Dated:  July 24, 2012                        **STUEVE SIEGEL HANSON LLP**

*/s/Ashlea G. Schwarz*
Ashlea G. Schwarz, KS Bar No. 23491
Email: ashlea@stuevesiegel.com
Lee R. Anderson, KS Bar No. 22755
Email: anderson@stuevesiegel.com
George A. Hanson, KS Bar No. 16805
Email: hanson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101

**NICHOLS KASTER, PLLP**

*/s/Michele R. Fisher*
Michele R. Fisher, MN Bar No. 303069*
Email: fisher@nka.com
Donald H. Nichols, MN Bar No. 78918*
Email: nichols@nka.com
Paul J. Lukas, MN Bar No. 22084X*
Email: lukas@nka.com
Charles G. Frohman, MN Bar No. 386695*
Email: frohman@nka.com
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: 612-256-3200
Fax: 612-215-6870
*admitted pro hac vice

ATTORNEYS FOR PLAINTIFFS

# CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

| | |
|---|---|
| Hunter Hughes<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>hrh@rh-law.com | Thomas Mew<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>TMew@rh-law.com |
| Joseph H. Knittig<br>3000 NW 50th St.<br>Kansas City, MO 64150<br>816-547-1495<br>joek@c3missions.org | Mark W. Batten<br>Proskauer Rose LLP<br>One International Place<br>Boston, Massachusetts 02110<br>mbatten@proskauer.com |
| Steven D. Hurd<br>Jacqueline M. Dorn<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>jdorn@proskauer.com<br>shurd@proskauer.com | Elise M. Bloom<br>Gregory Rasin<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>ebloom@proskauer.com<br>grasin@proskauer.com |
| Nicole A. Eichberger<br>Proskauer Rose LLP<br>650 Poydras Street, Suite 1800<br>New Orleans, Louisiana 70130<br>neichberger@proskauer.com | Michael L. Blumenthal<br>Seyferth, Blumenthal & Harris LLC<br>300 Wyandotte, Suite 430<br>Kansas City, Missouri 64104<br>mike@sbhlaw.com |

*/s/Ashlea Schwarz*
Attorney for Plaintiffs