**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation,<br><br>and<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,<br><br>      Defendants. | Case No. 02:08-CV-02063-KHV/JPO |

**PLAINTIFFS' MOTION TO EXTEND**
**EXPERT DISCLOSURES AND REPORTS DEADLINES**

  For good cause, Plaintiffs hereby request that the Court extend the deadlines for expert disclosures and reports and rebuttal expert disclosures and reports in the Court's July 18, 2012 Sixth Amended Scheduling Order (ECF No. 342). The proposed extension is to provide Plaintiffs' experts with 35 days of additional time to complete their analysis of the class-wide commissions-related data and provide their expert report.

  Plaintiffs' motion is based upon their memorandum of law and all other documents filed in support of this motion.

Dated: September 7, 2012       **STUEVE SIEGEL HANSON LLP**

*/s/Ashlea G. Schwarz*
Ashlea G. Schwarz, KS Bar No. 23491
Email: ashlea@stuevesiegel.com
George A. Hanson, KS Bar No. 16805
Email: hanson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101

**NICHOLS KASTER, PLLP**

*/s/Michele R. Fisher*
Michele R. Fisher, MN Bar No. 303069*
Email: fisher@nka.com
Donald H. Nichols, MN Bar No. 78918*
Email: nichols@nka.com
Paul J. Lukas, MN Bar No. 22084X*
Email: lukas@nka.com
Charles G. Frohman, MN Bar No. 386695*
Email: frohman@nka.com
Rebekah L. Bailey, MN Bar No. 389599**
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 215-6870
*admitted *pro hac vice*
**\*pro hac vice* application pending

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 7, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

| | |
|---|---|
| Hunter Hughes<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>hrh@rh-law.com | Thomas Mew<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>TMew@rh-law.com |
| Joseph H. Knittig<br>3000 NW 50th St.<br>Kansas City, MO 64150<br>816-547-1495<br>joek@c3missions.org | Mark W. Batten<br>Proskauer Rose LLP<br>One International Place<br>Boston, Massachusetts  02110<br>mbatten@proskauer.com |
| Steven D. Hurd<br>Jacqueline M. Dorn<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>jdorn@proskauer.com<br>shurd@proskauer.com | Elise M. Bloom<br>Gregory Rasin<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>ebloom@proskauer.com<br>grasin@proskauer.com |
| Nicole A. Eichberger<br>Proskauer Rose LLP<br>650 Poydras Street, Suite 1800<br>New Orleans, Louisiana 70130<br>neichberger@proskauer.com | Michael L. Blumenthal<br>Seyferth, Blumenthal & Harris LLC<br>300 Wyandotte, Suite 430<br>Kansas City, Missouri 64104<br>mike@sbhlaw.com |

Dated: <u>September 7, 2012</u>          <u>/s/Ashlea G. Schwarz</u>
                      Counsel for Plaintiffs