**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation,<br><br>and<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,<br><br>　　　　　　　　Defendants. | Case No. 02:08-CV-02063-KHV/JPO |

**NOTICE OF WITHDRAWAL OF APPEARANCE
OF DONALD H. NICHOLS AND CHARLES G. FROHMAN**

Donald H. Nichols and Charles G. Frohman respectfully request that their pro hac vice appearances as counsel of record for Plaintiffs in the above-captioned matter be withdrawn. Plaintiffs will continue to be represented in this matter by the remaining counsel of record, Ashlea G. Schwarz, George A. Hanson, and Lee R. Anderson of Stueve Siegel Hanson, LLP, and Michele R. Fisher, Paul J. Lukas, and Rebekah L. Bailey of Nichols Kaster, PLLP. Therefore, pursuant to Local Rules 83.5.5(b), the withdrawal of Mr. Nichols and Mr. Frohman does not require an order from the Court.

The instant Notice of Withdrawal of Appearance of Donald H. Nichols and Charles G. Frohman will be served on the class representatives and all counsel of record in this matter in accordance with the Local Rules.

Respectfully submitted this 10th day of September, 2012.

/s/Donald H. Nichols
Donald H. Nichols

/s/Charles G. Frohman
Charles G. Frohman


**STUEVE SIEGEL HANSON LLP**

/s/Ashlea G. Schwarz
Ashlea G. Schwarz, KS Bar No. 23491
Email: ashlea@stuevesiegel.com
George A. Hanson, KS Bar No. 16805
Email: hanson@stuevesiegel.com
Lee R. Anderson, KS Bar No. 22755
Email: anderson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101

**NICHOLS KASTER, PLLP**

/s/Michele R. Fisher
Michele R. Fisher, MN Bar No. 303069*
Email: fisher@nka.com
Paul J. Lukas, MN Bar No. 22084X*
Email: lukas@nka.com
Rebekah L. Bailey, MN Bar No. 389599**
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 215-6870
*admitted *pro hac vice*
**pro hac vice* application pending

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 10, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

Hunter Hughes
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
hrh@rh-law.com

Joseph H. Knittig
3000 NW 50th St.
Kansas City, MO 64150
816-547-1495
joek@c3missions.org

Steven D. Hurd
Jacqueline M. Dorn
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
jdorn@proskauer.com
shurd@proskauer.com

Nicole A. Eichberger
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
neichberger@proskauer.com

Thomas Mew
Rogers & Hardin
2700 International Tower,
Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
TMew@rh-law.com

Mark W. Batten
Proskauer Rose LLP
One International Place
Boston, Massachusetts 02110
mbatten@proskauer.com

Elise M. Bloom
Gregory Rasin
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
ebloom@proskauer.com
grasin@proskauer.com

Michael L. Blumenthal
Seyferth, Blumenthal & Harris LLC
300 Wyandotte, Suite 430
Kansas City, Missouri 64104
mike@sbhlaw.com

Dated: <u>September 10, 2012</u>            <u>*/s/Ashlea G. Schwarz*</u>
                                                                     Counsel for Plaintiffs