IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 08-2063-KHV |
| | ) |
| SPRINT NEXTEL CORPORATION, et al., | ) |
| | ) |
| Defendants. | ) |

**SEVENTH AMENDED SCHEDULING ORDER**

Plaintiffs have filed a motion asking the court to extend the expert disclosure deadlines set in the scheduling order[1] previously entered in this case **(doc. 350)**. In support of their motion, plaintiffs submit the declaration of their expert, who explains that due to the "sheer volume of commissions-related data produced and the characteristics of the data, it has taken longer to process the data than anticipated."[2] Although plaintiffs' experts distributed the data across eight servers to expedite processing, one of those servers has not yet finished processing. Plaintiffs state that based on the server's rate of progress, processing should be completed this week. Upon completion, plaintiffs' experts require time to validate the results, perform their analysis, and finalize their written reports. Plaintiffs request that the court extend the September 10, 2012 deadline for expert disclosures and reports by thirty-

---

[1] Doc. 34, as amended by docs. 114, 138, 163, 197, 227, 327, and 342.

[2] Doc. 351-2 at ¶ 2.

five days.

The court finds that plaintiffs have demonstrated good cause for the requested extension. And defendants have failed to convince the court that the extension will prejudice their ability to prepare their defense. Although defendants assert that the shortened time between rebuttal reports and the end of expert discovery will inhibit their ability to analyze the reports and depose the experts, the court will alleviate this concern by extending the deadline for expert discovery.[3] The court disagrees with defendants' contention that all other remaining deadlines need to be adjusted. The court finds it most effective, based on years of experience, to hold the final pretrial conference prior to the deadline for *Daubert* and dispositive motions, and the court declines defendants' invitation to modify the scheduling order in that respect.

Accordingly, plaintiffs' motion for extension of time is granted, and the court enters this seventh amended scheduling order as follows:[4]

| SUMMARY OF DEADLINES AND SETTINGS ||
|---|---|
| Event | Deadline/Setting |
| All non-expert fact discovery completed | January 21, 2013 |
| All expert discovery completed | **March 11, 2013** |
| Experts disclosed by the parties | **October 15, 2012** |
| Rebuttal experts disclosed | **February 14, 2013** |

---

[3]The court notes that, pursuant to the Sixth Amended Scheduling Order (doc. 342), no responses to rebuttal reports are contemplated.

[4]Revised deadlines are in bold.

| Event | Deadline/Setting |
|---|---|
| Motions challenging admissibility of expert testimony | March 25, 2013 |
| All other potentially dispositive motions (e.g., summary judgment) | March 25, 2013 |
| Final pretrial conference | March 14, 2013, at 9:00 a.m. |
| Proposed pretrial order due | March 4, 2013 |
| Trial | August 5, 2013, at 9:30 a.m. |

All other provisions of the previous scheduling orders shall remain in effect. The schedule adopted in this seventh amended scheduling order shall not be modified except by leave of court upon a showing of good cause.

IT IS SO ORDERED.

Dated September 11, 2012, at Kansas City, Kansas.

> s/ James P. O'Hara
> James P. O'Hara
> U.S. Magistrate Judge