IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
ROXIE SIBLEY, JEANNE NOEL, ERNESTO               :
BENNETT, JAMIE WILLIAMS, GREG ST.                :
JULIEN, TRACIE HERNANDEZ, JOHN                   :
JASINSKI, JAY RICHIE, and TEISHA KING,           :
individually and on behalf of a class of others  :
similarly situated,                              :
                                                 :
                 Plaintiffs,                     :
                                                 :
          v.                                     :   Case No. 02:08-CV-02063-KHV/JPO
                                                 :
SPRINT NEXTEL CORPORATION, a Kansas              :
corporation                                      :
                                                 :
          and                                    :
                                                 :
SPRINT/UNITED MANAGEMENT                         :
COMPANY, a Kansas corporation,                   :
                                                 :
                 Defendants.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

**STIPULATION REGARDING EXPERT ANALYSIS**

The parties in the above matter, through their respective counsel of record, hereby stipulate as follows:

**I.   Job Codes, Job Titles, and Their Corresponding MICGs and CAFS**

1.   The following Master Incentive Compensation Guides ("MICG") and Commission Acknowledgment Forms ("CAF") were in effect for the following periods of time during the class period:

| Type | Effective Dates | Bates Number |
|---|---|---|
| **2005-2006** | | |
| MICG | 7/1/2005-9/30/2005 | SPRSIB-0009066-9090 |
| MICG | 10/1/2005-4/30/2006 | SPRSIB-0001480-1504 |
| CAF | 6/1/2005-8/31/2005 | SPRSIB-0000998-1041 |
| CAF | 9/1/2005-4/30/2006 | SPRSIB-0001423-1479 |

| | | |
|---|---|---|
| **2006-2007** | | |
| MICG | 5/1/2006-5/31/2007 | SPRSIB-0001283-1305 |
| CAF | 5/1/2006-11/30/2006 | SPRSIB-0001042-1160 |
| CAF | 12/1/2006-1/31/2007 | SPRSIB-0001161-1265 |
| CAF | 2/1/2007-5/31/2007 | SPRSIB-0001266-1282 |
| **2007-2008** | | |
| MICG | 6/1/2007-6/30/2008 | SPRSIB-0001400-1422 |
| CAF | 6/1/2007-10/15/2007 | SPRSIB-0001306-1399 |
| CAF | 10/16/2007-2/29/2008 | SPRSIB-2646031-6128 |
| CAF | 3/1/2008-6/30/2008 | SPRSIB-2646129-6225 |
| **2008-2009** | | |
| MICG | 7/1/2008-9/30/2009 | SPRSIB-2646226-6248 |
| CAF | 7/1/2008-9/30/2008 | SPRSIB-2646319-6463 |
| CAF | 10/1/2008-12/31/2008 | SPRSIB-2646464-6531 |
| CAF | 1/1/2009-4/30/2009 | SPRSIB-2646249-6318 |
| CAF | 5/1/2009-9/30/2009 | SPRSIB-4343132-3196 |

2. The data relevant to this matter contains references to "job codes" and/or "job titles" and, for purposes of the parties' respective expert analyses, the job titles and job codes must correspond to a Commission Acknowledgment Form ("CAF").

3. The parties reviewed the Stage 3 Compensation Statement data to compile the list of relevant job titles and job codes held by class members during the class period that are encompassed by the class. Based on the data reviewed and Defendants' representations, Exhibit A reflects that list of job titles and job codes and identifies the corresponding CAFs applicable to them to be used for their respective expert analyses and reports.

4. The parties agree that there are two job titles for which there is not a corresponding CAF that contains these titles: 2005 Retail Sales Manager N and 2006-2007 MGR Retail Store (CG). The parties further agree that in light of the fact that these job titles appear in the Compensation Statement data and that the Compensation Statement data shows that the 2005 Retail Sales Manager N appears to paid in the same way as a 2005 Retail Sales Manager and the 2006-2007 MGR Retail Store (CG) is paid similarly to a 2006-2007 MGR Retail Store (G), the

parties' respective experts will associate the 2005 Retail Sales Manager N with the 2005 Retail Sales Manager CAF and the 2006-2007 MGR Retail Store (CG) with the 2006-2007 MGR Retail Store (G) CAF for their experts' analyses and reports.

## II.     Guarantees and Ramp-Up

5.     The parties agree that those job titles and job codes that were paid incentive compensation solely on a guarantee basis are not encompassed in the class, and the parties' respective experts will not analyze the guarantee-based compensation of class members during the time they held those positions.  Exhibit B identifies those job titles and their corresponding job codes that were paid incentive compensation solely on a guarantee basis.

6.     In light of Paragraph 5, the parties further agree that for any month, whether in whole or in part, that Defendants paid a class member on a guarantee or ramp-up basis, the parties' respective experts will not analyze that guarantee or ramp-up based compensation.

7.     In light of the parties' agreements set forth in Paragraphs 5 and 6, the parties agree that if a class member has zero/no-at risk compensation amount in the Compensation Statement data for a given month, then the parties' respective experts are unable to analyze that class member's commissions for that corresponding month.

## III.    Legacy Sprint Retail Ambassador and Legacy Nextel Retail Ambassador

8.     The incentive compensation for the Legacy Sprint Retail Ambassador and Legacy Nextel Retail Ambassador job titles was based in part on historical Legacy Nextel store data, including Legacy Nextel store quota data, which Defendants do not possess.  Consequently, the parties agree that their respective experts will not analyze any class member's monthly compensation for those months in 2005 in which they worked as a Legacy Sprint Retail Ambassador (job code ML966) or Legacy Nextel Retail Ambassador (job code ML965).

3

**IV.     Partial Months Worked**

9.      The parties agree that the Stage 3 data shows that a class member may have worked a partial month due to any of the following: leave of absence, short-term disability, jury duty, military leave, bereavement leave, vacation and/or termination.

10.     Pursuant to Paragraph 9, the parties agree that when a class member worked a partial month due to leave of absence, short-term disability, jury duty, military leave, or bereavement leave, the sales incentive compensation related to that class member for that month will not be analyzed by the parties' respective experts, either in the primary or rebuttal reports.

11.     The parties agree that they were unable to reach agreement as to analyzing class members who worked a partial month due to vacation or termination; thus, their respective experts have already conducted an analysis based on the parties' respective positions as to class members who worked a partial month due to vacation or termination. Therefore, the parties agree that their respective experts may address the parties' respective positions in their rebuttal reports.

**V.      Class Members Who Participated in Phoenix and/or Team Trials**

12.     During the class liability period, some class members participated in the Phoenix and/or Team Trial programs, wherein these individuals were paid incentive compensation on a guarantee basis. The Phoenix Trial ran from May 2009 to September 2009. The Team Trial ran from June 2009 to September 2009.

13.     Exhibit C lists the class members who Defendants identified as having participated in the Phoenix Trial and the months of their participation during the class period. Exhibit D lists the class members who Defendants identified as having participated in the Team Trial and the months of their participation during the class period. In light of the parties'

agreement regarding guarantee-based compensation in Paragraphs 5-6, the parties' respective experts will not analyze the compensation paid in relation to the Trials to those class members identified in Exhibits C and D who participated in the Phoenix and/or Team Trials for the months they participated in those programs.

**VI.      Duplicate Names on Class List**

14.     For certain class members, the class lists Defendants produced in August and December 2011 contain duplicate entries for the same class member.  Exhibit E contains the class members that the parties agree are duplicate entries on those class lists.  The class members with the same "Duplicate Counter Number" in Exhibit E will be treated as the same individual for purposes of the parties' expert analyses and reports.  This agreement does not prevent the parties' experts from treating others as duplicates in their analyses and reports.

**VII.     Compensation Statement Data**

15.     The parties agree that the Stage 3 Compensation Statement data will be used as the sole source of data for purposes of their respective expert analyses and reports for class member quotas.  However, this does not preclude the experts from using Quota Files for other information related to their analyses and reports (e.g. guarantee and ramp up flag).

16.     CSAT and SPIFF payment information also appears in the Compensation Statement data.  The parties' respective experts will not analyze the class members' CSAT and SPIFF commission payments for the purpose of their respective commissions analyses.

17.     The parties agree that for purposes of their respective expert analyses and reports, the Stage 3 Compensation Statement data regarding commissions payments in a given month will be used in addition to the payroll data for a given month to confirm the amount of commissions paid in that month.

This 12th day of September, 2012.

| | |
|---|---|
| **SEYFERTH, BLUMENTHAL & HARRIS LLC** | **STUEVE SIEGEL HANSON LLP** |
| */s/Michael L. Blumenthal* | */s/Ashlea G. Schwarz* |
| Michael L. Blumenthal | Ashlea G. Schwarz |
| Email: mike@sbhlaw.com | Email: ashlea@stuevesiegel.com |
| 300 Wyandotte Street, Suite 430 | 460 Nichols Road, Suite 200 |
| Kansas City, MO 64105 | Kansas City, Missouri 64112 |
| Email: mike@sbhlaw.com | Tel: (816) 714-7100 |
| Tel: (816) 756-0700 | Fax: (816) 714-7101 |
| Fax: (816)756-3700 | |
| | |
| **PROSKAUER ROSE LLP** | **NICHOLS KASTER, PLLP** |
| */s/Nicole A. Eichberger* | */s/Michele R. Fisher* |
| Elise M. Bloom* | Michele R. Fisher* |
| Email: ebloom@proskauer.com | Email: fisher@nka.com |
| Nicole A. Eichberger* | Rebekah L. Bailey* |
| Email: neichberger@proskauer.com | Email: bailey@nka.com |
| Eleven Times Square | 4600 IDS Center, 80 South 8th Street |
| New York, NY 10036 | Minneapolis, MN 55402 |
| Tel: (212) 969-3410 | Email: fisher@nka.com |
| Fax: (212) 969-2900 | Tel: (612) 256-3200 |
| *admitted *pro hac vice* | Fax: (612) 215-6870 |
| | *admitted *pro hac vice* |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

6

## **CERTIFICATE OF SERVICE**

   I hereby certify that on September 12, 2012, I electronically filed the foregoing **Stipulation Regarding Expert Analysis** with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

| | |
|---|---|
| Hunter Hughes<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>hrh@rh-law.com | Thomas Mew<br>Rogers & Hardin<br>2700 International Tower,<br>Peachtree Center<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>TMew@rh-law.com |
| Joseph H. Knittig<br>3000 NW 50th St.<br>Kansas City, MO 64150<br>816-547-1495<br>joek@c3missions.org | Mark W. Batten<br>Proskauer Rose LLP<br>One International Place<br>Boston, Massachusetts 02110<br>mbatten@proskauer.com |
| Steven D. Hurd<br>Jacqueline M. Dorn<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>jdorn@proskauer.com<br>shurd@proskauer.com | Elise M. Bloom<br>Gregory Rasin<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>ebloom@proskauer.com<br>grasin@proskauer.com |
| Nicole A. Eichberger<br>Proskauer Rose LLP<br>650 Poydras Street, Suite 1800<br>New Orleans, Louisiana 70130<br>neichberger@proskauer.com | Michael L. Blumenthal<br>Seyferth, Blumenthal & Harris LLC<br>300 Wyandotte, Suite 430<br>Kansas City, Missouri 64104<br>mike@sbhlaw.com |

Dated: September 12, 2012           */s/Ashlea G. Schwarz*
                            Counsel for Plaintiffs