# Exhibit A

| | Job Titles on Compensation Statement with Corresponding Job Code, Master Incentive Compensation Guide and Commission Acknowledgement Form | | | |
|---|---|---|---|---|
| **Job Title in Compensation Data** | **Job Title In CAFs** | **Plan Year** | **Job Code** | **MICG/CAF Bates Number** |
| Assistant Retail Store Manager | Assistant Retail Store Manager | 2005 | ESS18A/SL099 | 2005 Master Incentive Compensation Guide (SPRSIB-0009066-9090; SPRSIB-0001480-1504), 2005 Sales Incentive Plans: Retail CAF Packet (SPRSIB-0000998-1041;SPRSIB-0001423-1479) |
| Retail Communications Consultant | Retail Communications Consultant (RCC) | 2005 | ML850/ML871A | 2005 Master Incentive Compensation Guide (SPRSIB-0009066-9090; SPRSIB-0001480-1504), 2005 Sales Incentive Plans: Retail CAF Packet (SPRSIB-0000998-1041;SPRSIB-0001423-1479) |
| Retail Sales Manager | Retail Sales Manager | 2005 | ESS17/SL116 | 2005 Master Incentive Compensation Guide (SPRSIB-0009066-9090; SPRSIB-0001480-1504), 2005 Sales Incentive Plans: Retail CAF Packet (SPRSIB-0000998-1041;SPRSIB-0001423-1479) |
| Retail Sales Manager N | Retail Sales Manager | 2005 | ESS17/SL116 | 2005 Master Incentive Compensation Guide (SPRSIB-0009066-9090; SPRSIB-0001480-1504), 2005 Sales Incentive Plans: Retail CAF Packet (SPRSIB-0000998-1041;SPRSIB-0001423-1479) |
| Retail Store Manager | Retail Store Manager | 2005 | ESS11A/SL100 | 2005 Master Incentive Compensation Guide (SPRSIB-0009066-9090; SPRSIB-0001480-1504), 2005 Sales Incentive Plans: Retail CAF Packet (SPRSIB-0000998-1041;SPRSIB-0001423-1479) |
| Senior Retail Communications Consultant | Sr. Retail Communications Consultant (SRCC) | 2005 | ML851 | 2005 Master Incentive Compensation Guide (SPRSIB-0009066-9090; SPRSIB-0001480-1504), 2005 Sales Incentive Plans: Retail CAF Packet (SPRSIB-0000998-1041;SPRSIB-0001423-1479) |
| Small Business Consultant | Small Business Consultant (SBC) | 2005 | ESN30B | 2005 Master Incentive Compensation Guide (SPRSIB-0009066-9090; SPRSIB-0001480-1504), 2005 Sales Incentive Plans: Retail CAF Packet (SPRSIB-0000998-1041;SPRSIB-0001423-1479) |
| Assistant Store Manager(A) | Assistant Retail Store Manager - A | 2006 | SA937 | 2006 Master Incentive Compensation Guide (SPRSIB-0001283-1305), 2006 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001042-1160; SPRSIB-0001161-1265) |
| Assistant Store Manager(B) | Assistant Retail Store Manager - B | 2006 | SA936 | 2006 Master Incentive Compensation Guide (SPRSIB-0001283-1305), 2006 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001042-1160; SPRSIB-0001161-1265) |
| Assistant Store Manager(C) | Assistant Retail Store Manager - C | 2006 | SA935 | 2006 Master Incentive Compensation Guide (SPRSIB-0001283-1305), 2006 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001042-1160; SPRSIB-0001161-1265) |
| Assistant Store Manager(G) | Assistant Retail Store Manager - G | 2006 | SA903 | 2006 Master Incentive Compensation Guide (SPRSIB-0001283-1305), 2006 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001042-1160; SPRSIB-0001161-1265) |
| Lead Retail Consultant | Lead Retail Consultant (LRC) | 2006 | SA933 | 2006 Master Incentive Compensation Guide (SPRSIB-0001283-1305), 2006 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001042-1160; SPRSIB-0001161-1265; SPRSIB-0001266-1282) |

| Job Title in Compensation Data | Job Title In CAFs | Plan Year | Job Code | MICG/CAF Bates Number |
|---|---|---|---|---|
| Lead Retail Consultant(G) | Lead Retail Consultant (LRC) - G | 2006 | SA905 | 2006 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001042-1160; SPRSIB-0001161-1265) |
| Mgr Retail Sales | Retail Sales Manager | 2006 | SA901 | 2006 Master Incentive Compensation Guide (SPRSIB-0001283-1305), 2006 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001042-1160; SPRSIB-0001161-1265) |
| Mgr Retail Store(A) | Retail Store Manager - A | 2006 | SA940 | 2006 Master Incentive Compensation Guide (SPRSIB-0001283-1305), 2006 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001042-1160; SPRSIB-0001161-1265) |
| Mgr Retail Store(B) | Retail Store Manager - B | 2006 | SA939 | 2006 Master Incentive Compensation Guide (SPRSIB-0001283-1305), 2006 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001042-1160; SPRSIB-0001161-1265) |
| Mgr Retail Store(C) | Retail Store Manager - C | 2006 | SA938 | 2006 Master Incentive Compensation Guide (SPRSIB-0001283-1305), 2006 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001042-1160; SPRSIB-0001161-1265) |
| **Mgr Retail Store(CG)** | **Retail Store Manager - G** | **2006** | **SA954** | **2006 Master Incentive Compensation Guide (SPRSIB-0001283-1305), 2006 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001042-1160; SPRSIB-0001161-1265)** |
| Mgr Retail Store(G) | Retail Store Manager - G | 2006 | SA902 | 2006 Master Incentive Compensation Guide (SPRSIB-0001283-1305), 2006 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001042-1160; SPRSIB-0001161-1265) |
| Retail Consultant | Retail Consultant (RC) | 2006 | SA934 | 2006 Master Incentive Compensation Guide (SPRSIB-0001283-1305), 2006 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001042-1160; SPRSIB-0001161-1265; SPRSIB-0001266-1282) |
| Retail Consultant(G) | Retail Consultant (RC) - G | 2006 | SA904 | 2006 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001042-1160; SPRSIB-0001161-1265) |
| Account Services Rep | Retail Account Services Representative | 2007 | Upon review of the employees in this job title in the compensation statement, they have job code SA959 which is also the job code for Retail Customer Rep.  Account Services Reps appear to be paid on store results similar to a manager and the SA959 Retail Customer Rep appears to be paid like a Retail Consultant. | 2007 Sales Incentive Plan: Retail CAF Packet (SPRSIB-2646031-2646128) |
| Assistant Store Manager(A) | Assistant Retail Store Manager - A | 2007 | SA937 | 2007 Master Incentive Compensation Guide (SPRSIB-0001400-1422), 2007 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001306-1399; SPRSIB-2646031-2646128; SPRSIB-2646129-2646225) |

| Job Title in Compensation Data | Job Title In CAFs | Plan Year | Job Code | MICG/CAF Bates Number |
|---|---|---|---|---|
| Assistant Store Manager(B) | Assistant Retail Store Manager - B | 2007 | SA936 | 2007 Master Incentive Compensation Guide (SPRSIB-0001400-1422), 2007 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001306-1399; SPRSIB-2646031-2646128; SPRSIB-2646129-2646225) |
| Assistant Store Manager(C) | Assistant Retail Store Manager - C | 2007 | SA935 | 2007 Master Incentive Compensation Guide (SPRSIB-0001400-1422), 2007 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001306-1399; SPRSIB-2646031-2646128; SPRSIB-2646129-2646225) |
| Assistant Store Manager(G) | Assistant Retail Store Manager - G | 2007 | SA903 | 2007 Master Incentive Compensation Guide (SPRSIB-0001400-1422), 2007 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001306-1399; SPRSIB-2646031-2646128; SPRSIB-2646129-2646225) |
| District Manager | District Manager | 2007 | SA901 | 2007 Master Incentive Compensation Guide (SPRSIB-0001400-1422), 2007 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001306-1399; SPRSIB-2646031-2646128; SPRSIB-2646129-2646225) |
| Lead Retail Consultant | Lead Retail Consultant (LRC) | 2007 | SA933 | 2007 Master Incentive Compensation Guide (SPRSIB-0001400-1422), 2007 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001306-1399; SPRSIB-2646031-2646128; SPRSIB-2646129-2646225) |
| Mgr Retail Store(A) | Retail Store Manager - A | 2007 | SA940 | 2007 Master Incentive Compensation Guide (SPRSIB-0001400-1422), 2007 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001306-1399; SPRSIB-2646031-2646128; SPRSIB-2646129-2646225) |
| Mgr Retail Store(B) | Retail Store Manager - B | 2007 | SA939 | 2007 Master Incentive Compensation Guide (SPRSIB-0001400-1422), 2007 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001306-1399; SPRSIB-2646031-2646128; SPRSIB-2646129-2646225) |
| Mgr Retail Store(C) | Retail Store Manager - C | 2007 | SA938 | 2007 Master Incentive Compensation Guide (SPRSIB-0001400-1422), 2007 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001306-1399; SPRSIB-2646031-2646128; SPRSIB-2646129-2646225) |
| Mgr Retail Store(CG) | Retail Store Manager - G | 2007 | SA954 | 2007 Master Incentive Compensation Guide (SPRSIB-0001400-1422), 2007 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001306-1399; SPRSIB-2646031-2646128; SPRSIB-2646129-2646225) |
| Mgr Retail Store(G) | Retail Store Manager - G | 2007 | SA902 | 2007 Master Incentive Compensation Guide (SPRSIB-0001400-1422), 2007 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001306-1399; SPRSIB-2646031-2646128; SPRSIB-2646129-2646225) |
| Retail Consultant | Retail Consultant (RC) | 2007 | SA934 | 2007 Master Incentive Compensation Guide (SPRSIB-0001400-1422), 2007 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001306-1399; SPRSIB-2646031-2646128; SPRSIB-2646129-2646225) |
| Retail Customer Rep | Retail Customer Representative | 2007 | SA959 | 2007 Sales Incentive Plan: Retail CAF Packet (SPRSIB-2646129-2646225) |

| Job Title in Compensation Data | Job Title In CAFs | Plan Year | Job Code | MICG/CAF Bates Number |
|---|---|---|---|---|
| Store Host | Retail Store Host | 2007 | SA906 | 2007 Sales Incentive Plans: Retail CAF Packets (SPRSIB-0001306-1399; SPRSIB-2646031-2646128; SPRSIB-2646129-2646225) |
| Assistant Store Manager | Assistant Store Manager | 2008 | SA945 | 2008 Sales Incentive Plans: Retail CAF Packets (SPRSIB-2646249-2646318; SPRSIB-2646464-2646531; SPRSIB-4343132-4343196). |
| Assistant Store Manager(A) | Assistant Store Manager A | 2008 | SA937 | 2008 Master Incentive Compensation Guide (SPRSIB-2646226-2646248), 2008 Sales Incentive Plan: Retail CAF Packet (SPRSIB-2646319-2646463) |
| Assistant Store Manager(B) | Assistant Store Manager B | 2008 | SA936 | 2008 Master Incentive Compensation Guide (SPRSIB-2646226-2646248), 2008 Sales Incentive Plan: Retail CAF Packet (SPRSIB-2646319-2646463) |
| Assistant Store Manager(C) | Assistant Store Manager C | 2008 | SA935 | 2008 Master Incentive Compensation Guide (SPRSIB-2646226-2646248), 2008 Sales Incentive Plan: Retail CAF Packet (SPRSIB-2646319-2646463) |
| Assistant Store Manager(G) | Assistant Store Manager G | 2008 | SA903 | 2008 Master Incentive Compensation Guide (SPRSIB-2646226-2646248), 2008 Sales Incentive Plan: Retail CAF Packet (SPRSIB-2646319-2646463) |
| Asst Studio Store Mgr | Assistant Studio Store Manager | 2008 | SA961 | 2008 Master Incentive Compensation Guide (SPRSIB-2646226-2646248), 2008 Sales Incentive Plan: Retail CAF Packet (SPRSIB-2646319-2646463) |
| District Manager | District Manager | 2008 | SA901 | 2008 Master Incentive Compensation Guide (SPRSIB-2646226-2646248), 2008 Sales Incentive Plans: Retail CAF Packets (SPRSIB-2646249-2646318; SPRSIB-2646464-2646531; SPRSIB-2646319-2646463; SPRSIB-4343132-4343196). |
| Lead Retail Consultant | Lead Retail Consultant | 2008 | SA933 | 2008 Master Incentive Compensation Guide (SPRSIB-2646226-2646248), 2008 Sales Incentive Plans: Retail CAF Packets (SPRSIB-2646249-2646318; SPRSIB-2646464-2646531; SPRSIB-2646319-2646463; SPRSIB-4343132-4343196). |
| Lead Studio Consultant | Lead Studio Consultant | 2008 | SA962 | 2008 Master Incentive Compensation Guide (SPRSIB-2646226-2646248), 2008 Sales Incentive Plan: Retail CAF Packet (SPRSIB-2646319-2646463) |
| Mgr Retail Store(A) | Store Manager A | 2008 | SA940 | 2008 Master Incentive Compensation Guide (SPRSIB-2646226-2646248), 2008 Sales Incentive Plans: Retail CAF Packets (SPRSIB-2646249-2646318; SPRSIB-2646464-2646531; SPRSIB-2646319-2646463; SPRSIB-4343132-4343196). |
| Mgr Retail Store(B) | Store Manager B | 2008 | SA939 | 2008 Master Incentive Compensation Guide (SPRSIB-2646226-2646248), 2008 Sales Incentive Plans: Retail CAF Packets (SPRSIB-2646249-2646318; SPRSIB-2646464-2646531; SPRSIB-2646319-2646463; SPRSIB-4343132-4343196). |

| Job Title in Compensation Data | Job Title In CAFs | Plan Year | Job Code | MICG/CAF Bates Number |
|---|---|---|---|---|
| Mgr Retail Store(C) | Store Manager C | 2008 | SA938 | 2008 Master Incentive Compensation Guide (SPRSIB-2646226-2646248), 2008 Sales Incentive Plans: Retail CAF Packets (SPRSIB-2646249-2646318; SPRSIB-2646464-2646531; SPRSIB-2646319-2646463; SPRSIB-4343132-4343196). |
| Mgr Retail Store(CG) | Store Manager CG | 2008 | SA954 | 2008 Master Incentive Compensation Guide (SPRSIB-2646226-2646248), 2008 Sales Incentive Plan: Retail CAF Packet (SPRSIB-2646319-2646463) |
| Mgr Retail Store(G) | Store Manager G | 2008 | SA902 | 2008 Master Incentive Compensation Guide (SPRSIB-2646226-2646248), 2008 Sales Incentive Plan: Retail CAF Packet (SPRSIB-2646319-2646463) |
| Mgr Studio Store | Studio Store Manager | 2008 | SA960 | 2008 Master Incentive Compensation Guide (SPRSIB-2646226-2646248), 2008 Sales Incentive Plan: Retail CAF Packet (SPRSIB-2646319-2646463) |
| Retail Consultant | Retail Consultant | 2008 | SA934 | 2008 Master Incentive Compensation Guide (SPRSIB-2646226-2646248), 2008 Sales Incentive Plans: Retail CAF Packets (SPRSIB-2646249-2646318; SPRSIB-2646464-2646531; SPRSIB-2646319-2646463; SPRSIB-4343132-4343196). |
| Retail Customer Rep | Retail Customer Representative | 2008 | SA959 | 2008 Master Incentive Compensation Guide (SPRSIB-2646226-2646248), 2008 Sales Incentive Plan: Retail CAF Packet (SPRSIB-2646319-2646463) |
| Store Host | Store Host | 2008 | SA906 | 2008 Master Incentive Compensation Guide (SPRSIB-2646226-2646248), 2008 Sales Incentive Plans: Retail CAF Packets (SPRSIB-2646249-2646318; SPRSIB-2646464-2646531; SPRSIB-2646319-2646463) |
| Studio Consultant | Studio Consultant | 2008 | SA963 | 2008 Master Incentive Compensation Guide (SPRSIB-2646226-2646248), 2008 Sales Incentive Plan: Retail CAF Packet (SPRSIB-2646319-2646463) |
| Studio Host | Studio Store Host | 2008 | SA964 | 2008 Master Incentive Compensation Guide (SPRSIB-2646226-2646248), 2008 Sales Incentive Plan: Retail CAF Packet (SPRSIB-2646319-2646463) |