# Exhibit B

| | Job Codes and Titles to be Removed from Analysis | |
|---|---|---|
| C | | |
| Job Code | Job Title | Stipulation |
| SL192 | ASSISTANT STORE MGR (CP) | Position Paid a Guarantee |
| ESS66 | ASSISTANT STORE MGR-CP | Position Paid a Guarantee |
| ESS66 | ASST STORE MGR - CP | Position Paid a Guarantee |
| SA941 | ASST STORE MGR (TRAINING) | Position Paid a Guarantee |
| SA961 | ASST STUDIO STORE MGR | Position Paid a Guarantee in plan years 2005 - 2007 |
| SA962 | LEAD STUDIO CONSULTANT | Position Paid a Guarantee in plan years 2005 - 2007 |
| SA960 | MGR STUDIO STORE | Position Paid a Guarantee in plan years 2005 - 2007 |
| SL187 | RETAIL AMBASSADOR | Position Paid a Guarantee |
| SA906 | RETAIL STORE HOST | Position Paid a Guarantee in plan years 2005 and 2006 |
| ML860A | RETAIL STORE MGMT TRAINEE | Position Paid a Guarantee |
| SA906 | STORE HOST | Position Paid a Guarantee in plan years 2005 and 2006 |
| ESS65 | STORE MGR - CP | Position Paid a Guarantee |
| SL191 | STORE MGR (CP) | Position Paid a Guarantee |
| SL102 | STORE MGR IN TRAINING | Position Paid a Guarantee |
| SA963 | STUDIO CONSULTANT | Position Paid a Guarantee in plan years 2005 - 2007 |
| SA964 | STUDIO HOST | Position Paid a Guarantee in plan years 2005 - 2007 |
| SA970R | TECHNICAL CONSULTANT | Position Paid a Guarantee |
| ML900 | RETAIL STORE HOST | Position Paid a Guarantee in plan year 2005 |