# Exhibit C

| MONTH | REP ID | CID | FIRST NAME | LAST NAME | JOB TITLE |
|---|---|---|---|---|---|
| May-2009 | 105717 | 999336959 | NICHOLAS | REVELL | RET CONSULTANT |
| May-2009 | 106024 | 999337423 | ANDRE | GONZALEZ | RET CONSULTANT |
| May-2009 | 54791 | 999253300 | ELIAS | FLORES | MGR RET STORE(B) |
| May-2009 | 62305 | 999257008 | BRIAN | TEIPEN | RET CONSULTANT |
| May-2009 | 65000 | 999275104 | ROBERT | KANE | LEAD RET CONSULTANT |
| May-2009 | 71599 | 999289537 | JOANNA | STASIK | ASST STORE MGR |
| May-2009 | 77645 | 999231254 | MICHELLE | BUCHER | LEAD RET CONSULTANT |
| May-2009 | 95124 | 999307843 | EMMANUEL | WARDA | RET CONSULTANT |
| May-2009 | 97166 | 999313292 | SEAN | WOODS | RET CONSULTANT |
| May-2009 | 103549 | 999326838 | RICHARD | SMALL | RET CONSULTANT |
| May-2009 | 106157 | 999337659 | HECTOR | CARDENAS | RET CONSULTANT |
| May-2009 | 106765 | 999340188 | LUIS | GONZALEZ | RET CONSULTANT |
| May-2009 | 106829 | 999340715 | JOSHUA | THURMAN | RET CONSULTANT |
| May-2009 | 106908 | 999341039 | JAMES | ROBISON | RET CONSULTANT |
| May-2009 | 47178 | 999218587 | ULISES | SEGOVIA | MGR RET STORE(A) |
| May-2009 | 60666 | 999217274 | JOSHUA | SULLIVAN | ASST STORE MGR |
| May-2009 | 61020 | 999224728 | CARLOS | ARIAS | LEAD RET CONSULTANT |
| May-2009 | 62635 | 999201271 | GABRIEL | SANTOS | TECHNICAL CONSULTANT |
| May-2009 | 64122 | 999293352 | RYAN | STILLION | TECHNICAL CONSULTANT |
| May-2009 | 64291 | 999284350 | ELISHA | TORRES | TECHNICAL CONSULTANT |
| May-2009 | 76915 | 999258362 | AARON | FULLER | LEAD RET CONSULTANT |
| May-2009 | 77715 | 999211699 | ORLANDO | LUCERO | LEAD RET CONSULTANT |
| May-2009 | 88499 | 999236742 | DANIEL | HERNANDEZ | RET CONSULTANT |
| May-2009 | 94625 | 999307969 | LAURA | JUDY | RET CONSULTANT |
| May-2009 | 102719 | 999325927 | JOSEPH | ECKENRODE | RET CONSULTANT |
| May-2009 | 103150 | 999326659 | ALBERT | FOX | RET CONSULTANT |
| May-2009 | 103225 | 999326899 | NATALIE | SWAIN | RET CONSULTANT |
| May-2009 | 103428 | 999326318 | SAMANTHA | DELVESCIO | RET CONSULTANT |
| May-2009 | 41431 | 999237289 | NORMAN | YANEZ | TECHNICAL CONSULTANT |
| May-2009 | 41591 | 999278154 | VERINIA | RIVERA | TECHNICAL CONSULTANT |
| May-2009 | 42248 | 999204456 | CHRIS | BOWYER | TECHNICAL CONSULTANT |
| May-2009 | 52299 | 999275555 | CHRIS | MEZA | MGR RET STORE(A) |
| May-2009 | 55706 | 999202583 | JEFFREY | ROCKWELL | TECHNICAL CONSULTANT |
| May-2009 | 61778 | 999281517 | JOE | BETANCOURT | TECHNICAL CONSULTANT |
| May-2009 | 65076 | 999272942 | DAVE | MUSGRAVE | TECHNICAL CONSULTANT |
| May-2009 | 85160 | 999151957 | MICHAEL | WILSON | TECHNICAL CONSULTANT |
| May-2009 | 86411 | 999154550 | ROBERT | ALCURE | LEAD RET CONSULTANT |
| May-2009 | 89088 | 999158116 | ROBERT | ELLEFSEN | LEAD RET CONSULTANT |
| May-2009 | 90450 | 999623492 | JORDAN | PENNYWEIGHT | RET CONSULTANT |
| May-2009 | 92116 | 999301811 | REBECA | MARTINEZ | LEAD RET CONSULTANT |
| May-2009 | 94188 | 999307021 | SAMUEL | PUCKETT | ASST STORE MGR |
| May-2009 | 95343 | 999309671 | STACEY | STINSON | RET CONSULTANT |
| May-2009 | 97786 | 999314017 | ADAM | HILL | RET CONSULTANT |
| May-2009 | 102563 | 999138367 | RUPERTO | CALON | TECHNICAL CONSULTANT |
| May-2009 | 102991 | 999325963 | SEAN | GREEN | RET CONSULTANT |
| May-2009 | 106993 | 999341291 | MICHAEL | RADCLIFFE | RET CONSULTANT |
| May-2009 | 107087 | 999341290 | ANDRINA | PEREZ | TECHNICAL CONSULTANT |
| May-2009 | 30125 | 999244937 | BARBARA | NELSON-SHEDLER | LEAD RET CONSULTANT |
| May-2009 | 43266 | 999261537 | WILLIAM | HICKS | LEAD RET CONSULTANT |
| May-2009 | 43352 | 999253991 | KEITH | HEINZEROTH | Technical Consultant |
| May-2009 | 43609 | 999233278 | SUSIE | WOOD | TECHNICAL CONSULTANT |
| May-2009 | 56292 | 999220064 | MAUREENELIZABETH | CIRINCIONE | TECHNICAL CONSULTANT |
| May-2009 | 56382 | 999298976 | ADAM | BRAGG | RET CONSULTANT |
| May-2009 | 71930 | 999267909 | MARLENA | TERRAZAS | TECHNICAL CONSULTANT |
| May-2009 | 81693 | 999149544 | CHRISTINA | FAULKNER | ASST STORE MGR |
| May-2009 | 84381 | 999146675 | JULIAN | LYLE | TECHNICAL CONSULTANT |
| May-2009 | 84384 | 999151222 | SHERRY | BOHACH | RET CONSULTANT |
| May-2009 | 86392 | 999136963 | CHRISTINE | NELSON | MGR RET STORE(A) |

Exhibit C - Phoenix Trial List                              Page 1

| Month | Emp# | ID | First | Last | Role |
|---|---|---|---|---|---|
| May-2009 | 88763 | 999232949 | CRYSTAL | ALLEN | RET CONSULTANT |
| May-2009 | 90761 | 999254650 | STEVE | DISCIASCIO | RET CONSULTANT |
| May-2009 | 94437 | 999307476 | ROBERT | ZAJAC | RET CONSULTANT |
| May-2009 | 94468 | 999235928 | STEPHEN | BREAKFIELD | TECHNICAL CONSULTANT |
| May-2009 | 97546 | 999313357 | BRYCE | BECKER | RET CONSULTANT |
| May-2009 | 106365 | 999338475 | ROSEMARY | AGUILAR | RET CONSULTANT |
| May-2009 | 59695 | 999241328 | FRANCISCO | LAGUNAS | MGR RET STORE(B) |
| May-2009 | 71619 | 999220321 | PATRICK | MARCELLO | LEAD RET CONSULTANT |
| May-2009 | 83851 | 999150477 | PATRICK | ZORSKY | RET CONSULTANT |
| May-2009 | 83852 | 999151832 | ROBERT | BRESEE | RET CONSULTANT |
| May-2009 | 83853 | 999154939 | BRITTANY | WASHER | RET CONSULTANT |
| May-2009 | 84525 | 999151592 | MATT | HAY | RET CONSULTANT |
| May-2009 | 85157 | 999154672 | DERRICK | POSTERARO | LEAD RET CONSULTANT |
| May-2009 | 101194 | 999323989 | JOHN | WINTERMUTE | RET CONSULTANT |
| May-2009 | 105750 | 999337097 | DUSTIN | SUNDBY | RET CONSULTANT |
| May-2009 | 106524 | 999339773 | AMIR | BEHROUZIAN | RET CONSULTANT |
| May-2009 | 106525 | 999288126 | ABBY | YOUNG | RET CONSULTANT |
| May-2009 | 47736 | 999201582 | JOSEPH | METZ | MGR RET STORE(B) |
| May-2009 | 87192 | 999157291 | AMANDA | KORAN | LEAD RET CONSULTANT |
| May-2009 | 87508 | 999205655 | ALYSSA | DEL VESCIO | RET CONSULTANT |
| May-2009 | 94555 | 999307655 | MATTHEW | PERGOLA | RET CONSULTANT |
| May-2009 | 95255 | 999309204 | ANA | MAVRIS | RET CONSULTANT |
| May-2009 | 96109 | 999311605 | CJ | NELSON | LEAD RET CONSULTANT |
| May-2009 | 101459 | 999324464 | CHRISTINA | MILLER | RET CONSULTANT |
| May-2009 | 101777 | 999325065 | TERESA | NELSON | RET CONSULTANT |
| May-2009 | 106493 | 999339464 | EDWARD | KREBS | RET CONSULTANT |
| May-2009 | 106594 | 999340019 | DERRICK | GORY | RET CONSULTANT |
| May-2009 | 60380 | 999231546 | SEAN | GERNER | MGR RET STORE(B) |
| May-2009 | 94475 | 999307567 | PABLO | CORRALES | RET CONSULTANT |
| May-2009 | 96408 | 999311781 | EDDIE | RUSH | RET CONSULTANT |
| May-2009 | 100980 | 999323586 | ARTURO | GARCIA | RET CONSULTANT |
| May-2009 | 101197 | 999324006 | ROBERT | AGUILAR | RET CONSULTANT |
| May-2009 | 78639 | 999287553 | RAYMOND | ZEAMAN | LEAD RET CONSULTANT |
| May-2009 | 84735 | 999135314 | KATHRYN | HAUCK | MGR RET STORE(C) |
| May-2009 | 91936 | 999301064 | DAVID | JOHNSON | LEAD RET CONSULTANT |
| May-2009 | 94518 | 999307542 | LACEY | PERONI | RET CONSULTANT |
| May-2009 | 98157 | 999315314 | ERIN | GRANT | RET CONSULTANT |
| May-2009 | 56505 | 999240404 | DUSTIN | KAVELARIS | MGR RET STORE(B) |
| May-2009 | 61533 | 999253197 | ERIN | VANLANDINGHAM | RET CONSULTANT |
| May-2009 | 72123 | 999243963 | CHRISTOPHER | MYATT | LEAD RET CONSULTANT |
| May-2009 | 75412 | 999256955 | TARA | SYVERTSEN | LEAD RET CONSULTANT |
| May-2009 | 81611 | 999235516 | PEDRO | RIVAS | RET CONSULTANT |
| May-2009 | 82428 | 999152504 | RODOLFO | MARQUEZ | RET CONSULTANT |
| May-2009 | 89727 | 999285893 | JEANNETTE | GARCIA | RET CONSULTANT |
| May-2009 | 100804 | 999323078 | BRIAN | CONTRERAS | RET CONSULTANT |
| May-2009 | 102819 | 999325880 | MANUEL | BAYZE | LEAD RET CONSULTANT |
| May-2009 | 104600 | 999333041 | PHILIP | SEGURA | RET CONSULTANT |
| May-2009 | 106484 | 999339409 | JEFFREY | MUNGER | LEAD RET CONSULTANT |
| May-2009 | 46174 | 999238571 | JENNIFER | CORRIGAN | MGR RET STORE(B) |
| May-2009 | 80485 | 999282535 | MICHELLE | GERNER | RET CONSULTANT |
| May-2009 | 95840 | 999310504 | STEPHEN | GREEN | LEAD RET CONSULTANT |
| May-2009 | 96560 | 999311999 | KEVIN | JOHNSON | RET CONSULTANT |
| May-2009 | 103906 | 999327652 | RAMIEL | WARDA | RET CONSULTANT |
| May-2009 | 103921 | 999327642 | NATALIE | GWERDER | RET CONSULTANT |
| May-2009 | 23288 | 999222007 | SHERRY | ISLER | LEAD RET CONSULTANT |
| May-2009 | 77761 | 999216490 | JEFFREY | BASTIAN | LEAD RET CONSULTANT |
| May-2009 | 80479 | 999262114 | ERIC | CULSHAW | RET CONSULTANT |
| May-2009 | 94588 | 999307790 | TODD | LAWSON | RET CONSULTANT |
| May-2009 | 96573 | 999311857 | JONATHAN | PATRICK | MGR RET STORE(C) |

Exhibit C - Phoenix Trial List                                                                                                   Page 2

| Month | ID1 | ID2 | First | Last | Role |
|---|---|---|---|---|---|
| May-2009 | 97032 | 999312965 | CHRIS | HERONEMUS | RET CONSULTANT |
| May-2009 | 38147 | 999210204 | TRAMISHA | FENSTERMACHER | LEAD RET CONSULTANT |
| May-2009 | 75922 | 999245804 | SAMANTHA | COLLINS | LEAD RET CONSULTANT |
| May-2009 | 82136 | 999147220 | ERIN | MULLEN | RET CONSULTANT |
| May-2009 | 8632 | 999229135 | JEFFREY | HARTIG | RET CONSULTANT |
| May-2009 | 91696 | 999288640 | LENORA | BROWN | RET CONSULTANT |
| May-2009 | 93401 | 999303335 | RYAN | SANT | MGR RET STORE(C) |
| May-2009 | 94844 | 999308552 | TERRY | LILLY | RET CONSULTANT |
| May-2009 | 53260 | 999252046 | SCOTT | FORD | MGR RET STORE(C) |
| May-2009 | 77133 | 999204866 | MICHAEL | VARGAS | LEAD RET CONSULTANT |
| May-2009 | 84382 | 999152558 | JASON | FRIELING | RET CONSULTANT |
| May-2009 | 91518 | 999159512 | NICOLE | KEY | RET CONSULTANT |
| May-2009 | 91855 | 999288177 | CASEY | MCCUTCHAN | LEAD RET CONSULTANT |
| May-2009 | 92547 | 999302417 | JESSICA | ARTEAGA | RET CONSULTANT |
| May-2009 | 97150 | 999313393 | JAUNNA | MAHONEY | RET CONSULTANT |
| May-2009 | 105853 | 999337021 | SONNY | GRIEGO | RET CONSULTANT |
| May-2009 | 106012 | 999337540 | JUSTIN | WHITTEN | RET CONSULTANT |
| May-2009 | 39538 | 999232072 | SARAH | MCKENDRICK-PEKAU | MGR RET STORE(B) |
| May-2009 | 75111 | 999142893 | MELISSA | RUGGIERO | RET CONSULTANT |
| May-2009 | 91443 | 999299094 | BRYAN | SULICH | LEAD RET CONSULTANT |
| May-2009 | 93929 | 999306316 | IBRAHIM | CHAMI | RET CONSULTANT |
| May-2009 | 95564 | 999309724 | RANDI | CONANT | LEAD RET CONSULTANT |
| May-2009 | 100821 | 999322847 | DANIEL | ROSENBERG | RET CONSULTANT |
| May-2009 | 104101 | 999327682 | EVAN | BOBO | RET CONSULTANT |
| May-2009 | 25030 | 999244146 | TIM | BARABE | LEAD RET CONSULTANT |
| May-2009 | 55885 | 999294090 | KRISTI | HOWELL | MGR RET STORE(C) |
| May-2009 | 95349 | 999309693 | CESAR | GUEVARA | RET CONSULTANT |
| May-2009 | 95838 | 999310500 | JESSICA | BERNSTEIN | LEAD RET CONSULTANT |
| May-2009 | 101492 | 999324636 | CHARLES | TISDALE | RET CONSULTANT |
| May-2009 | 105974 | 999337535 | ERIC | TOMES | RET CONSULTANT |
| May-2009 | 77794 | 999243979 | ANTHONY | SANCHEZ | LEAD RET CONSULTANT |
| May-2009 | 89099 | 999692447 | NANCY | SOTO | LEAD RET CONSULTANT |
| May-2009 | 92814 | 999303102 | CAROL | DRESDEN | RET CONSULTANT |
| May-2009 | 101883 | 999301164 | CHRISTOPHER | CUMMINS | TECHNICAL CONSULTANT |
| May-2009 | 101885 | 999315824 | THOMAS | LA | TECHNICAL CONSULTANT |
| May-2009 | 102403 | 999321972 | CHRISTOPHER | ALDECOA | TECHNICAL CONSULTANT |
| May-2009 | 102408 | 999322150 | DANIEL | DIAZ-ROMERO | TECHNICAL CONSULTANT |
| May-2009 | 103168 | 999326745 | MELANIE | CORBIT | RET CONSULTANT |
| May-2009 | 103259 | 999324801 | DEREK | PASSMORE | TECHNICAL CONSULTANT |
| May-2009 | 104807 | 999335197 | SCOTT | SILVER | RET CONSULTANT |
| May-2009 | 31711 | 999204040 | GAYLE | BLACK | TECHNICAL CONSULTANT |
| May-2009 | 40796 | 999249867 | RYAN | REDFORD | MGR RET STORE(A) |
| May-2009 | 62158 | 999255421 | MARIO | ORNELAS | LEAD RET CONSULTANT |
| May-2009 | 71927 | 999205804 | AMBER | TOONE | ASST STORE MGR |
| May-2009 | 72974 | 999295563 | WILL | ROBINSON | RET CONSULTANT |
| May-2009 | 75420 | 999270204 | GUADALUPE | MATA | LEAD RET CONSULTANT |
| May-2009 | 77562 | 999267081 | CARLOS | LLAMAS | RET CONSULTANT |
| May-2009 | 80484 | 999250656 | MONICA | MIDOCK | LEAD RET CONSULTANT |
| May-2009 | 87608 | 999293222 | BORIS | HEGNER | RET CONSULTANT |
| May-2009 | 89759 | 999158844 | ANDREW | MENDOZA | RET CONSULTANT |
| May-2009 | 93643 | 999305570 | ANTHONY | MARTINEZ | RET CONSULTANT |
| May-2009 | 95785 | 999310927 | LAURA | GUTIERREZ | TECHNICAL CONSULTANT |
| May-2009 | 96737 | 999312250 | NIEDRA | CRAWFORD | RET CONSULTANT |
| May-2009 | 97035 | 999313029 | CECILIA | ACOSTA | RET CONSULTANT |
| May-2009 | 97847 | 999314216 | ROBERT | KREBS | RET CONSULTANT |
| May-2009 | 98375 | 999315703 | ERIKA | HOLLAND | RET CONSULTANT |
| May-2009 | 100801 | 999323037 | NATHANAEL | SMITH | TECHNICAL CONSULTANT |
| May-2009 | 101911 | 999255199 | BRANDON | BOMAR | TECHNICAL CONSULTANT |
| May-2009 | 101937 | 999315339 | LEOBARDO | BOLANOS | TECHNICAL CONSULTANT |

Exhibit C - Phoenix Trial List                    Page 3

| Month | | | | | | |
|---|---|---|---|---|---|---|
| May-2009 | 102566 | 999139023 | JAVIER | ESPARZA | TECHNICAL CONSULTANT |
| May-2009 | 102694 | 999325529 | CHRISTOPHER | GUY | LEAD RET CONSULTANT |
| May-2009 | 103152 | 999326388 | LEBNAN | ABDULHADI | RET CONSULTANT |
| May-2009 | 103158 | 999326641 | ALYSSA | DONGELL | RET CONSULTANT |
| May-2009 | 105503 | 999336351 | BENJAMIN | JOHNSTON | RET CONSULTANT |
| May-2009 | 106154 | 999337559 | SALVADOR | MENDEZ | RET CONSULTANT |
| May-2009 | 106177 | 999337948 | SAMEERA | MOHAMMED | TECHNICAL CONSULTANT |
| May-2009 | 30124 | 999218936 | JESSICA | GROMOFF | TECHNICAL CONSULTANT |
| May-2009 | 36397 | 999284436 | STEVEN | WOODS | TECHNICAL CONSULTANT |
| May-2009 | 38100 | 999283756 | ROBERT | JIMENEZ | TECHNICAL CONSULTANT |
| May-2009 | 46107 | 999286567 | FLAVIA | NUNEZ | TECHNICAL CONSULTANT |
| May-2009 | 62025 | 999206149 | CRAIG | SACKETT | TECHNICAL CONSULTANT |
| May-2009 | 75410 | 999271112 | AVE | MOYNAHAN | ASST STORE MGR |
| May-2009 | 80990 | 999276070 | ERIC | CAVAZOS | RET CONSULTANT |
| May-2009 | 81609 | 999262213 | RYAN | THOMPSON | LEAD RET CONSULTANT |
| May-2009 | 92184 | 999301981 | CHRISTOPHER | UMSTADTER | RET CONSULTANT |
| May-2009 | 95428 | 999309782 | NICHOLE | EMMONS | RET CONSULTANT |
| May-2009 | 95476 | 999309247 | PAULINA | VO | RET CONSULTANT |
| May-2009 | 96951 | 999312553 | JOHN | DREXLER | MGR RET STORE(A) |
| May-2009 | 101157 | 999323825 | MARIA | ESCARCEGA | RET CONSULTANT |
| May-2009 | 101239 | 999324162 | TAYLOR | WINNINGHAM | LEAD RET CONSULTANT |
| May-2009 | 101893 | 999316307 | DEREK | DER | TECHNICAL CONSULTANT |
| May-2009 | 102180 | 999240787 | RYAN | BARSTAD | TECHNICAL CONSULTANT |
| May-2009 | 106052 | 999237135 | KRISTOPER | BARKER | RET CONSULTANT |
| May-2009 | 37108 | 999215750 | ANDREW | WOOD | TECHNICAL CONSULTANT |
| May-2009 | 53333 | 999254110 | BRETT | MCCUTCHAN | MGR RET STORE(A) |
| May-2009 | 59273 | 999229872 | MICHAEL | TURNER | ASST STORE MGR |
| May-2009 | 64985 | 999219476 | JOEL | DOOLIN | TECHNICAL CONSULTANT |
| May-2009 | 65596 | 999228395 | TODD | OHLENDORF | TECHNICAL CONSULTANT |
| May-2009 | 78787 | 999215604 | GREGORY | MARX | RET CONSULTANT |
| May-2009 | 81792 | 999298971 | EDWIN | TASSY | RET CONSULTANT |
| May-2009 | 86393 | 999151955 | NICHOLAS | HARRIS | TECHNICAL CONSULTANT |
| May-2009 | 94808 | 999308498 | JONATHAN | RAMIREZ | RET CONSULTANT |
| May-2009 | 95193 | 999308590 | JUSTIN | BROWN | LEAD RET CONSULTANT |
| May-2009 | 97862 | 999314215 | RICK | FACIO | RET CONSULTANT |
| May-2009 | 100520 | 999322164 | JEREMY | CAMPBELL | MGR RET STORE(B) |
| May-2009 | 100927 | 999323219 | MARK | WELLESLEY | RET CONSULTANT |
| May-2009 | 103722 | 999326913 | KIRK | FREELAND | RET CONSULTANT |
| May-2009 | 106537 | 999339824 | ALLIE | BERRY | RET CONSULTANT |
| May-2009 | 106540 | 999339867 | BRIAN | TEMELKO | RET CONSULTANT |
| May-2009 | 106541 | 999339868 | JARED | MCDONALD | RET CONSULTANT |
| May-2009 | 77649 | 999253851 | TERESA | EUZARRAGA-MORGAN | LEAD RET CONSULTANT |
| May-2009 | 102078 | 999270205 | EZRA | TORRES | TECHNICAL CONSULTANT |
| May-2009 | 102253 | 999064374 | ARCHIE | ANDERSON | TECHNICAL CONSULTANT |
| May-2009 | 102593 | 999146652 | LORI | THOMAS | TECHNICAL CONSULTANT |
| May-2009 | 104960 | 999335693 | JOSH | HILL | TECHNICAL CONSULTANT |
| May-2009 | 29490 | 999257045 | CHRIS | DIONISI | TECHNICAL CONSULTANT |
| May-2009 | 49809 | 999298549 | ZACHARY | MILLER | MGR RET STORE(B) |
| May-2009 | 56041 | 999225333 | JOHN | MARINO | TECHNICAL CONSULTANT |
| May-2009 | 64646 | 999229494 | SHAWN | DILLON | TECHNICAL CONSULTANT |
| May-2009 | 64683 | 999201404 | MARY | BROWN | TECHNICAL CONSULTANT |
| May-2009 | 73262 | 999245924 | JOHN | ROTHLEUTNER | RET CONSULTANT |
| May-2009 | 83961 | 999151192 | GARY | ARAGON | ASST STORE MGR |
| May-2009 | 92465 | 999302110 | NATALIE | NAVARRO | LEAD RET CONSULTANT |
| May-2009 | 96767 | 999312236 | SOY | MORA | RET CONSULTANT |
| May-2009 | 101490 | 999324627 | KEELA | POTTER | RET CONSULTANT |
| May-2009 | 101516 | 999324239 | ALMADELIA | LARIOS-APARICIO | RET CONSULTANT |
| May-2009 | 101757 | 999325544 | TURAN | ORAL | RET CONSULTANT |
| May-2009 | 104813 | 999335252 | MIGUEL | ZEPEDA | RET CONSULTANT |

Exhibit C - Phoenix Trial List                                                                                                   Page 4

| Month | ID1 | ID2 | First | Last | Role |
|---|---|---|---|---|---|
| May-2009 | 104966 | 999335493 | STEVE | MENDOZA | MGR RET STORE(B) |
| May-2009 | 78080 | 999201191 | SHAWN | DIX | LEAD RET CONSULTANT |
| May-2009 | 90272 | 999257203 | JESSICA | CHEATHAM | LEAD RET CONSULTANT |
| May-2009 | 94177 | 999307063 | JOHN | PUDLAS | RET CONSULTANT |
| May-2009 | 94438 | 999307479 | ASHLEY | PENDRICK | RET CONSULTANT |
| May-2009 | 21930 | 999224946 | BRYAN | MILLER | District Manager |
| May-2009 | 3559 | 999244034 | MARIA ELENA | MINACAPELLI-TOROMAZOTE | District Manager |
| May-2009 | 106928 | 999341093 | JESSICA | ARVAYO | RET CONSULTANT |
| May-2009 | 81257 | 999280652 | AMELIA | ALCOVERDE | RET CONSULTANT |
| May-2009 | 81260 | 999252395 | DAVID | CARRILLO | LEAD RET CONSULTANT |
| May-2009 | 81660 | 999249472 | CATHERINE | BAKER | MGR RET STORE(A) |
| May-2009 | 88560 | 999218116 | BRITTANI | MAHR | RET CONSULTANT |
| May-2009 | 88917 | 999293739 | ALBERTO | VASQUEZ | LEAD RET CONSULTANT |
| May-2009 | 90181 | 999227026 | MATTHEW | AMES | RET CONSULTANT |
| May-2009 | 92476 | 999302272 | JESSICA | ORTIZ | RET CONSULTANT |
| May-2009 | 106513 | 999339616 | ADAM | ANDRADA | RET CONSULTANT |
| May-2009 | 81578 | 999255782 | CHARLES | OWENS | MGR RET STORE(B) |
| May-2009 | 87455 | 999263375 | ALEJANDRO | ORTIZ | RET CONSULTANT |
| May-2009 | 87606 | 999223384 | MICHAEL | PARKS | LEAD RET CONSULTANT |
| May-2009 | 90958 | 999241466 | ADAM | ARNOLD | LEAD RET CONSULTANT |
| May-2009 | 93864 | 999306154 | CHERYL | MEYER | RET CONSULTANT |

Exhibit C - Phoenix Trial List    Page 5

| JOB CODE | SCID | COST CENTER | HIRE DATE | TERM DATE | GUARANTEE | RAMP | STATUS |
|---|---|---|---|---|---|---|---|
| SA934 | 00266PHOENIX | 66660 | 10/6/2008 | | 0 | 0 | A |
| SA934 | 00266PHOENIX | 66660 | 10/20/2008 | | 0 | 0 | A |
| SA939 | 00266PHOENIX | 66660 | 3/15/2004 | | 0 | 0 | A |
| SA934 | 00266PHOENIX | 66660 | 10/19/2004 | | 0 | 0 | A |
| SA933 | 00266PHOENIX | 66660 | 1/26/2005 | | 0 | 0 | A |
| SA945 | 00266PHOENIX | 66660 | 6/7/2005 | | 0 | 0 | A |
| SA933 | 00266PHOENIX | 66660 | 11/7/2005 | | 0 | 0 | A |
| SA934 | 00266PHOENIX | 66660 | 6/2/2007 | | 0 | 0 | A |
| SA934 | 00266PHOENIX | 66660 | 9/14/2007 | 5/28/2009 | 0 | 0 | T |
| SA934 | 00491PHOENIX | 66621 | 8/1/2008 | | 0 | 0 | A |
| SA934 | 00491PHOENIX | 66621 | 11/1/2008 | | 0 | 0 | A |
| SA934 | 00491PHOENIX | 66621 | 4/1/2009 | | 0 | 0 | A |
| SA934 | 00491PHOENIX | 66621 | 4/6/2009 | | 0 | 0 | A |
| SA934 | 00491PHOENIX | 66621 | 4/14/2009 | | 1 | 0 | A |
| SA940 | 00491PHOENIX | 66621 | 9/1/2003 | | 0 | 0 | A |
| SA945 | 00491PHOENIX | 66621 | 8/24/2004 | | 0 | 0 | A |
| SA933 | 00491PHOENIX | 66621 | 9/6/2004 | | 0 | 0 | A |
| SA970R | 00491PHOENIX | 66621 | 11/2/2004 | | 0 | 0 | A |
| SA970R | 00491PHOENIX | 66621 | 12/13/2004 | | 0 | 0 | A |
| SA970R | 00491PHOENIX | 66621 | 12/20/2004 | | 0 | 0 | A |
| SA933 | 00491PHOENIX | 66621 | 10/11/2005 | | 0 | 0 | A |
| SA933 | 00491PHOENIX | 66621 | 11/7/2005 | | 0 | 0 | A |
| SA934 | 00491PHOENIX | 66621 | 8/31/2006 | | 0 | 0 | A |
| SA934 | 00491PHOENIX | 66621 | 6/1/2007 | | 0 | 0 | A |
| SA934 | 00497MESAAZ | 66650 | 7/5/2008 | | 0 | 0 | A |
| SA934 | 00497MESAAZ | 66650 | 7/22/2008 | | 0 | 0 | A |
| SA934 | 00497MESAAZ | 66650 | 7/26/2008 | | 0 | 0 | A |
| SA934 | 00497MESAAZ | 66650 | 8/2/2008 | | 0 | 0 | A |
| SA970R | 00497MESAAZ | 66650 | 7/22/2002 | | 0 | 0 | A |
| SA970R | 00497MESAAZ | 66650 | 8/1/2002 | | 0 | 0 | A |
| SA970R | 00497MESAAZ | 66650 | 9/9/2002 | | 0 | 0 | A |
| SA940 | 00497MESAAZ | 66650 | 1/19/2004 | | 0 | 0 | A |
| SA970R | 00497MESAAZ | 66650 | 4/13/2004 | | 0 | 0 | A |
| SA970R | 00497MESAAZ | 66650 | 10/1/2004 | | 0 | 0 | A |
| SA970R | 00497MESAAZ | 66650 | 2/7/2005 | | 0 | 0 | A |
| SA970R | 00497MESAAZ | 66650 | 8/1/2005 | | 0 | 0 | A |
| SA933 | 00497MESAAZ | 66650 | 11/12/2005 | | 0 | 0 | A |
| SA933 | 00497MESAAZ | 66650 | 9/1/2006 | | 0 | 0 | A |
| SA934 | 00497MESAAZ | 66650 | 11/4/2006 | | 0 | 0 | A |
| SA933 | 00497MESAAZ | 66650 | 1/20/2007 | | 0 | 0 | A |
| SA945 | 00497MESAAZ | 66650 | 5/8/2007 | | 0 | 0 | A |
| SA934 | 00497MESAAZ | 66650 | 7/4/2007 | | 0 | 0 | A |
| SA934 | 00497MESAAZ | 66650 | 10/2/2007 | | 0 | 0 | A |
| SA970R | 00541GLENDALE | 66620 | 6/30/2003 | | 0 | 0 | A |
| SA934 | 00541GLENDALE | 66620 | 7/19/2008 | | 0 | 0 | A |
| SA934 | 00541GLENDALE | 66620 | 5/1/2009 | | 1 | 0 | A |
| SA970R | 00541GLENDALE | 66620 | 5/1/2009 | | 1 | 0 | A |
| SA933 | 00541GLENDALE | 66620 | 4/28/2000 | | 0 | 0 | A |
| SA933 | 00541GLENDALE | 66620 | 12/1/2002 | | 0 | 0 | A |
| SA970R | 00541GLENDALE | 66620 | 11/9/2002 | | 0 | 0 | A |
| SA970R | 00541GLENDALE | 66620 | 12/20/2002 | | 0 | 0 | A |
| SA970R | 00541GLENDALE | 66620 | 2/2/2004 | | 0 | 0 | A |
| SA934 | 00541GLENDALE | 66620 | 6/7/2004 | | 0 | 0 | A |
| SA970R | 00541GLENDALE | 66620 | 6/21/2005 | | 0 | 0 | A |
| SA945 | 00541GLENDALE | 66620 | 2/2/2005 | | 0 | 0 | A |
| SA970R | 00541GLENDALE | 66620 | 9/27/2004 | | 0 | 0 | A |
| SA934 | 00541GLENDALE | 66620 | 6/20/2005 | | 0 | 0 | A |
| SA940 | 00541GLENDALE | 66620 | 3/31/2003 | | 0 | 0 | A |

Exhibit C - Phoenix Trial List                                                                                                                           Page 6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SA934 | 00541GLENDALE | 66620 | 9/22/2006 | | 0 | 0 | A |
| SA934 | 00541GLENDALE | 66620 | 11/1/2006 | | 0 | 0 | A |
| SA934 | 00541GLENDALE | 66620 | 5/21/2007 | | 0 | 0 | A |
| SA970R | 00541GLENDALE | 66620 | 1/27/2003 | | 0 | 0 | A |
| SA934 | 00541GLENDALE | 66620 | 9/21/2007 | | 0 | 0 | A |
| SA934 | 00546CHANDLER | 66630 | 12/6/2008 | | 0 | 0 | A |
| SA939 | 00546CHANDLER | 66630 | 7/28/2004 | | 0 | 0 | A |
| SA933 | 00546CHANDLER | 66630 | 6/7/2005 | | 0 | 0 | A |
| SA934 | 00546CHANDLER | 66630 | 4/2/2005 | | 0 | 0 | A |
| SA934 | 00546CHANDLER | 66630 | 7/30/2005 | | 0 | 0 | A |
| SA934 | 00546CHANDLER | 66630 | 12/6/2005 | | 0 | 0 | A |
| SA934 | 00546CHANDLER | 66630 | 6/27/2005 | | 0 | 0 | A |
| SA933 | 00546CHANDLER | 66630 | 11/23/2005 | | 0 | 0 | A |
| SA934 | 00549SCOTTSDALE | 66640 | 5/18/2008 | | 0 | 0 | A |
| SA934 | 00549SCOTTSDALE | 66640 | 10/4/2008 | | 0 | 0 | A |
| SA934 | 00549SCOTTSDALE | 66640 | 2/28/2009 | | 0 | 0 | A |
| SA934 | 00549SCOTTSDALE | 66640 | 12/18/2006 | | 0 | 0 | A |
| SA939 | 00549SCOTTSDALE | 66640 | 10/1/2003 | | 0 | 0 | A |
| SA933 | 00549SCOTTSDALE | 66640 | 6/23/2006 | | 0 | 0 | A |
| SA934 | 00549SCOTTSDALE | 66640 | 7/31/2006 | | 0 | 0 | A |
| SA934 | 00549SCOTTSDALE | 66640 | 6/1/2007 | | 0 | 0 | A |
| SA934 | 00549SCOTTSDALE | 66640 | 7/1/2007 | | 0 | 0 | A |
| SA933 | 00549SCOTTSDALE | 66640 | 8/10/2007 | | 0 | 0 | A |
| SA934 | 00966TUCSON | 66612 | 6/9/2008 | | 0 | 0 | A |
| SA934 | 00966TUCSON | 66612 | 7/1/2008 | | 0 | 0 | A |
| SA934 | 00966TUCSON | 66612 | 2/7/2009 | | 0 | 0 | A |
| SA934 | 00966TUCSON | 66612 | 3/14/2009 | | 0 | 0 | A |
| SA939 | 00966TUCSON | 66612 | 7/31/2004 | | 0 | 0 | A |
| SA934 | 00966TUCSON | 66612 | 5/21/2007 | 5/6/2009 | 0 | 0 | T |
| SA934 | 00966TUCSON | 66612 | 8/18/2007 | | 0 | 0 | A |
| SA934 | 01005Surprise | 66670 | 5/10/2008 | | 0 | 0 | A |
| SA934 | 01005Surprise | 66670 | 5/23/2008 | | 0 | 0 | A |
| SA933 | 01005Surprise | 66670 | 12/5/2005 | | 0 | 0 | A |
| SA938 | 01005Surprise | 66670 | 12/3/2002 | | 0 | 0 | A |
| SA933 | 01005Surprise | 66670 | 1/8/2007 | | 0 | 0 | A |
| SA934 | 01005Surprise | 66670 | 5/28/2007 | | 0 | 0 | A |
| SA934 | 01005Surprise | 66670 | 10/20/2007 | | 0 | 0 | A |
| SA939 | 01042MESA | 66680 | 6/16/2004 | | 0 | 0 | A |
| SA934 | 01042MESA | 66680 | 9/25/2004 | | 0 | 0 | A |
| SA933 | 01042MESA | 66680 | 7/1/2005 | | 0 | 0 | A |
| SA933 | 01042MESA | 66680 | 8/30/2005 | | 0 | 0 | A |
| SA934 | 01042MESA | 66680 | 11/20/2005 | | 0 | 0 | A |
| SA934 | 01042MESA | 66680 | 8/15/2005 | | 0 | 0 | P |
| SA934 | 01042MESA | 66680 | 10/16/2006 | | 0 | 0 | A |
| SA934 | 01059TUCSON | 66613 | 5/1/2008 | | 0 | 0 | A |
| SA933 | 01059TUCSON | 66613 | 7/12/2008 | | 0 | 0 | A |
| SA934 | 01059TUCSON | 66613 | 8/23/2008 | | 0 | 0 | A |
| SA933 | 01059TUCSON | 66613 | 2/2/2009 | | 0 | 0 | A |
| SA939 | 01059TUCSON | 66613 | 6/30/2003 | | 0 | 0 | A |
| SA934 | 01059TUCSON | 66613 | 2/1/2006 | | 0 | 0 | A |
| SA933 | 01059TUCSON | 66613 | 8/1/2007 | | 0 | 0 | A |
| SA934 | 01059TUCSON | 66613 | 8/20/2007 | | 0 | 0 | A |
| SA934 | 01104PHOENIX | 66696 | 8/6/2008 | | 0 | 0 | A |
| SA934 | 01104PHOENIX | 66696 | 8/6/2008 | | 0 | 0 | A |
| SA933 | 01104PHOENIX | 66696 | 7/19/1999 | | 0 | 0 | A |
| SA933 | 01104PHOENIX | 66696 | 11/8/2005 | | 0 | 0 | A |
| SA934 | 01104PHOENIX | 66696 | 2/2/2006 | | 0 | 0 | A |
| SA934 | 01104PHOENIX | 66696 | 6/1/2007 | | 0 | 0 | A |
| SA938 | 01104PHOENIX | 66696 | 8/20/2007 | | 0 | 0 | A |

Exhibit C - Phoenix Trial List    Page 7

| | | | | | | |
|---|---|---|---|---|---|---|
| SA934 | 01104PHOENIX | 66696 | 9/7/2007 | 0 | 0 | A |
| SA933 | 01117PHOENIX | 66697 | 11/6/2001 | 0 | 0 | P |
| SA933 | 01117PHOENIX | 66697 | 9/13/2005 | 0 | 0 | P |
| SA934 | 01117PHOENIX | 66697 | 11/8/2004 | 0 | 0 | A |
| SA934 | 01117PHOENIX | 66697 | 3/9/1998 | 0 | 0 | A |
| SA934 | 01117PHOENIX | 66697 | 12/22/2006 | 0 | 0 | A |
| SA938 | 01117PHOENIX | 66697 | 3/20/2007 | 0 | 0 | A |
| SA934 | 01117PHOENIX | 66697 | 6/12/2007 | 0 | 0 | A |
| SA938 | 01120PHOENIX | 66695 | 2/1/2004 | 0 | 0 | A |
| SA933 | 01120PHOENIX | 66695 | 10/19/2005 | 0 | 0 | A |
| SA934 | 01120PHOENIX | 66695 | 8/22/2005 | 0 | 0 | A |
| SA934 | 01120PHOENIX | 66695 | 11/6/2006 | 0 | 0 | A |
| SA933 | 01120PHOENIX | 66695 | 1/1/2007 | 0 | 0 | A |
| SA934 | 01120PHOENIX | 66695 | 2/7/2007 | 0 | 0 | A |
| SA934 | 01120PHOENIX | 66695 | 9/13/2007 | 0 | 0 | A |
| SA934 | 01127GILBERT | 66690 | 10/13/2008 | 0 | 0 | P |
| SA934 | 01127GILBERT | 66690 | 10/20/2008 | 0 | 0 | A |
| SA939 | 01127GILBERT | 66690 | 3/19/2002 | 0 | 0 | A |
| SA934 | 01127GILBERT | 66690 | 3/29/2004 | 0 | 0 | P |
| SA933 | 01127GILBERT | 66690 | 12/19/2006 | 0 | 0 | A |
| SA934 | 01127GILBERT | 66690 | 4/26/2007 | 0 | 0 | A |
| SA933 | 01127GILBERT | 66690 | 7/10/2007 | 0 | 0 | A |
| SA934 | 01172CHANDLER | 72511 | 5/1/2008 | 0 | 0 | A |
| SA934 | 01172CHANDLER | 72511 | 8/11/2008 | 0 | 0 | A |
| SA933 | 01172CHANDLER | 72511 | 12/17/1999 | 0 | 0 | A |
| SA938 | 01172CHANDLER | 72511 | 5/16/2004 | 0 | 0 | A |
| SA934 | 01172CHANDLER | 72511 | 7/3/2007 | 0 | 0 | A |
| SA933 | 01172CHANDLER | 72511 | 8/1/2007 | 0 | 0 | A |
| SA934 | 01197PHOENIX | 72512 | 6/9/2008 | 0 | 0 | A |
| SA934 | 01197PHOENIX | 72512 | 10/18/2008 | 0 | 0 | A |
| SA933 | 01197PHOENIX | 72512 | 11/7/2005 | 0 | 0 | A |
| SA933 | 01197PHOENIX | 72512 | 10/3/2006 | 0 | 0 | A |
| SA934 | 01197PHOENIX | 72512 | 3/5/2007 | 0 | 0 | A |
| SA970R | 05510PHO TUCSON | 66601 | 1/8/2007 | 0 | 0 | A |
| SA970R | 05510PHO TUCSON | 66601 | 11/5/2007 | 0 | 0 | A |
| SA970R | 05510PHO TUCSON | 66601 | 4/3/2008 | 0 | 0 | A |
| SA970R | 05510PHO TUCSON | 66601 | 4/9/2008 | 0 | 0 | A |
| SA934 | 05510PHO TUCSON | 66601 | 7/25/2008 | 0 | 0 | A |
| SA970R | 05510PHO TUCSON | 66601 | 6/15/2008 | 0 | 0 | A |
| SA934 | 05510PHO TUCSON | 66601 | 9/1/2008 | 0 | 0 | A |
| SA970R | 05510PHO TUCSON | 66601 | 8/2/2000 | 0 | 0 | A |
| SA940 | 05510PHO TUCSON | 66601 | 3/9/1998 | 0 | 0 | A |
| SA933 | 05510PHO TUCSON | 66601 | 10/15/2004 | 0 | 0 | A |
| SA945 | 05510PHO TUCSON | 66601 | 6/21/2005 | 0 | 0 | A |
| SA934 | 05510PHO TUCSON | 66601 | 7/18/2005 | 0 | 0 | A |
| SA933 | 05510PHO TUCSON | 66601 | 8/30/2005 | 0 | 0 | A |
| SA934 | 05510PHO TUCSON | 66601 | 11/1/2005 | 0 | 0 | A |
| SA933 | 05510PHO TUCSON | 66601 | 2/1/2006 | 0 | 0 | A |
| SA934 | 05510PHO TUCSON | 66601 | 8/7/2006 | 0 | 0 | A |
| SA934 | 05510PHO TUCSON | 66601 | 10/11/2006 | 0 | 0 | A |
| SA934 | 05510PHO TUCSON | 66601 | 4/1/2007 | 0 | 0 | A |
| SA970R | 05510PHO TUCSON | 66601 | 8/1/2007 | 0 | 0 | A |
| SA934 | 05510PHO TUCSON | 66601 | 8/27/2007 | 0 | 0 | A |
| SA934 | 05510PHO TUCSON | 66601 | 9/6/2007 | 0 | 0 | A |
| SA934 | 05510PHO TUCSON | 66601 | 10/2/2007 | 0 | 0 | P |
| SA934 | 05510PHO TUCSON | 66601 | 11/1/2007 | 0 | 0 | A |
| SA970R | 05519PHO PHOENIX | 66610 | 5/1/2008 | 0 | 0 | A |
| SA970R | 05519PHO PHOENIX | 66610 | 9/18/2006 | 0 | 0 | A |
| SA970R | 05519PHO PHOENIX | 66610 | 11/12/2007 | 0 | 0 | A |

Exhibit C - Phoenix Trial List                                                                                                      Page 8

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SA970R | 05519PHO PHOENIX | 66610 | 8/13/2003 | | 0 | 0 | A |
| SA933 | 05519PHO PHOENIX | 66610 | 7/8/2008 | | 0 | 0 | A |
| SA934 | 05519PHO PHOENIX | 66610 | 7/24/2008 | | 0 | 0 | A |
| SA934 | 05519PHO PHOENIX | 66610 | 7/24/2008 | | 0 | 0 | A |
| SA934 | 05519PHO PHOENIX | 66610 | 10/1/2008 | | 0 | 0 | A |
| SA934 | 05519PHO PHOENIX | 66610 | 11/1/2008 | | 0 | 0 | A |
| SA970R | 05519PHO PHOENIX | 66610 | 11/1/2008 | | 0 | 0 | A |
| SA970R | 05519PHO PHOENIX | 66610 | 5/1/2000 | | 0 | 0 | A |
| SA970R | 05519PHO PHOENIX | 66610 | 7/23/2001 | | 0 | 0 | A |
| SA970R | 05519PHO PHOENIX | 66610 | 11/1/2001 | | 0 | 0 | A |
| SA970R | 05519PHO PHOENIX | 66610 | 6/23/2003 | | 0 | 0 | A |
| SA970R | 05519PHO PHOENIX | 66610 | 10/8/2004 | | 0 | 0 | A |
| SA945 | 05519PHO PHOENIX | 66610 | 8/28/2005 | | 0 | 0 | A |
| SA934 | 05519PHO PHOENIX | 66610 | 11/25/2001 | | 0 | 0 | A |
| SA933 | 05519PHO PHOENIX | 66610 | 5/8/2005 | | 0 | 0 | A |
| SA934 | 05519PHO PHOENIX | 66610 | 1/22/2007 | | 0 | 0 | A |
| SA934 | 05519PHO PHOENIX | 66610 | 7/7/2007 | | 0 | 0 | A |
| SA934 | 05519PHO PHOENIX | 66610 | 7/9/2007 | | 0 | 0 | A |
| SA940 | 05519PHO PHOENIX | 66610 | 9/3/2007 | | 0 | 0 | A |
| SA934 | 05520PHO PHOENIX | 66600 | 5/17/2008 | | 0 | 0 | A |
| SA933 | 05520PHO PHOENIX | 66600 | 5/24/2008 | | 0 | 0 | A |
| SA970R | 05520PHO PHOENIX | 66600 | 11/12/2007 | | 0 | 0 | A |
| SA970R | 05520PHO PHOENIX | 66600 | 9/5/2006 | | 0 | 0 | A |
| SA934 | 05520PHO PHOENIX | 66600 | 10/20/2008 | | 0 | 0 | A |
| SA970R | 05520PHO PHOENIX | 66600 | 9/4/2001 | | 0 | 0 | A |
| SA940 | 05520PHO PHOENIX | 66600 | 2/1/2004 | | 0 | 0 | A |
| SA945 | 05520PHO PHOENIX | 66600 | 7/6/2004 | | 0 | 0 | A |
| SA970R | 05520PHO PHOENIX | 66600 | 2/2/2005 | | 0 | 0 | A |
| SA970R | 05520PHO PHOENIX | 66600 | 3/8/2005 | | 0 | 0 | A |
| SA934 | 05520PHO PHOENIX | 66600 | 12/16/2005 | | 0 | 0 | P |
| SA934 | 05520PHO PHOENIX | 66600 | 3/13/2006 | | 0 | 0 | A |
| SA970R | 05520PHO PHOENIX | 66600 | 8/2/2005 | | 0 | 0 | A |
| SA934 | 05520PHO PHOENIX | 66600 | 6/12/2007 | | 0 | 0 | A |
| SA933 | 05520PHO PHOENIX | 66600 | 7/1/2007 | | 0 | 0 | A |
| SA934 | 05520PHO PHOENIX | 66600 | 10/2/2007 | | 0 | 0 | A |
| SA939 | 1467PHOENIX | 49399 | 4/7/2008 | | 0 | 0 | A |
| SA934 | 1467PHOENIX | 49399 | 5/1/2008 | | 0 | 0 | A |
| SA934 | 1467PHOENIX | 49399 | 8/4/2008 | | 0 | 0 | A |
| SA934 | 1467PHOENIX | 49399 | 3/1/2009 | | 0 | 0 | A |
| SA934 | 1467PHOENIX | 49399 | 3/1/2009 | | 0 | 0 | A |
| SA934 | 1467PHOENIX | 49399 | 3/2/2009 | | 0 | 0 | A |
| SA933 | 1467PHOENIX | 49399 | 11/4/2005 | | 0 | 0 | A |
| SA970R | N2230PHOENIX | 54546 | 2/7/2006 | | 0 | 0 | A |
| SA970R | N2230PHOENIX | 54546 | 12/26/2000 | | 0 | 0 | A |
| SA970R | N2230PHOENIX | 54546 | 10/11/2004 | | 0 | 0 | A |
| SA970R | N2230PHOENIX | 54546 | 9/6/2008 | | 0 | 0 | A |
| SA970R | N2230PHOENIX | 54546 | 2/21/2000 | | 0 | 0 | A |
| SA939 | N2230PHOENIX | 54546 | 1/5/2004 | | 0 | 0 | A |
| SA970R | N2230PHOENIX | 54546 | 5/26/2004 | | 0 | 0 | A |
| SA970R | N2230PHOENIX | 54546 | 1/10/2005 | | 0 | 0 | A |
| SA970R | N2230PHOENIX | 54546 | 3/5/2001 | | 0 | 0 | A |
| SA934 | N2230PHOENIX | 54546 | 8/8/2005 | | 0 | 0 | A |
| SA945 | N2230PHOENIX | 54546 | 6/10/2005 | | 0 | 0 | A |
| SA933 | N2230PHOENIX | 54546 | 2/3/2007 | | 0 | 0 | A |
| SA934 | N2230PHOENIX | 54546 | 8/29/2007 | | 0 | 0 | A |
| SA934 | N3721TOLLESON | 54975 | 6/10/2008 | | 0 | 0 | A |
| SA934 | N3721TOLLESON | 54975 | 6/3/2008 | | 0 | 0 | A |
| SA934 | N3721TOLLESON | 54975 | 7/1/2008 | | 0 | 0 | A |
| SA934 | N3721TOLLESON | 54975 | 9/1/2008 | 5/30/2009 | 0 | 0 | T |

Exhibit C - Phoenix Trial List    Page 9

| | | | | | | |
|---|---|---|---|---|---|---|
| SA939 | N3721TOLLESON | 54975 | 9/8/2008 | 0 | 0 | A |
| SA933 | N3721TOLLESON | 54975 | 11/14/2005 | 0 | 0 | A |
| SA933 | N3721TOLLESON | 54975 | 10/30/2006 | 0 | 0 | A |
| SA934 | N3721TOLLESON | 54975 | 5/7/2007 | 0 | 0 | A |
| SA934 | N3721TOLLESON | 66670 | 5/21/2007 | 0 | 0 | A |
| SA901 | REGIONAL | 45000 | 2/1/1999 | 0 | 0 | A |
| SA901 | REGIONAL | 45000 | 6/9/1997 | 0 | 0 | P |
| SA934 | S3293SIERRAVISTA | 65231 | 4/18/2009 | 1 | 0 | A |
| SA934 | S3293SIERRAVISTA | 65231 | 3/23/2004 | 0 | 0 | A |
| SA933 | S3293SIERRAVISTA | 65231 | 6/21/2005 | 0 | 0 | A |
| SA940 | S3293SIERRAVISTA | 65231 | 3/1/2004 | 0 | 0 | A |
| SA934 | S3293SIERRAVISTA | 65231 | 9/11/2006 | 0 | 0 | A |
| SA933 | S3293SIERRAVISTA | 65231 | 10/2/2006 | 0 | 0 | A |
| SA934 | S3293SIERRAVISTA | 65231 | 11/1/2006 | 0 | 0 | A |
| SA934 | S3293SIERRAVISTA | 65231 | 2/1/2007 | 0 | 0 | A |
| SA934 | S3296PRESCOTT | 65566 | 2/13/2009 | 0 | 0 | A |
| SA939 | S3296PRESCOTT | 65566 | 8/1/2002 | 0 | 0 | A |
| SA934 | S3296PRESCOTT | 65566 | 7/22/2006 | 0 | 0 | A |
| SA933 | S3296PRESCOTT | 65566 | 8/5/2006 | 0 | 0 | A |
| SA933 | S3296PRESCOTT | 65566 | 10/17/2005 | 0 | 0 | A |
| SA934 | S3296PRESCOTT | 65566 | 4/19/2007 | 0 | 0 | A |

Exhibit C - Phoenix Trial List                                                                 Page 10