# Exhibit D

| MONTH | REP ID | CID | FIRST NAME | LAST NAME | JOB TITLE | JOB CODE |
|---|---|---|---|---|---|---|
| Jun-2009 | 100147 | 999320805 | PRESTON | GRIMSHAW | RET CONSULTANT | SA934 |
| Jun-2009 | 101510 | 999324614 | MICHAEL | RIVERA | RET CONSULTANT | SA934 |
| Jun-2009 | 101966 | 999309885 | FELIX | GARCIA | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 102117 | 999296606 | JOHN | RODRIGUEZ | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 102688 | 999325813 | MARY | PERRY | RET CONSULTANT | SA934 |
| Jun-2009 | 103670 | 999327331 | CHRISTOPHER | GRIFFIN | RET CONSULTANT | SA934 |
| Jun-2009 | 104369 | 999327985 | JOSH | MOORE | RET CONSULTANT | SA934 |
| Jun-2009 | 104438 | 999328246 | WONGALA | MELVIN | RET CONSULTANT | SA934 |
| Jun-2009 | 25748 | 999269465 | TRENTON | RACKLEY | MGR RET STORE(A) | SA940 |
| Jun-2009 | 28793 | 999248124 | ANDRE | DONELSON | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 31977 | 999255324 | ANNA | HUNTER | ASST STORE MGR | SA945 |
| Jun-2009 | 44260 | 999218265 | DENISE | GOMEZ | RET CONSULTANT | SA934 |
| Jun-2009 | 47072 | 999293638 | WILLIAM | LANE | RET CONSULTANT | SA934 |
| Jun-2009 | 49170 | 999269763 | BEN | BERGNER | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 60760 | 999246802 | RYAN | KNIGHT | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 76076 | 999232778 | KIRBY | MCLAIN | ASST STORE MGR | SA945 |
| Jun-2009 | 87373 | 999288041 | ALLISON | HUTHMACHER | RET CONSULTANT | SA934 |
| Jun-2009 | 91332 | 999294723 | JOSE | NUNEZ | RET CONSULTANT | SA934 |
| Jun-2009 | 92195 | 999207959 | ROBERT | AVILA | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 100200 | 999320736 | SAMUEL | WILKERSON | RET CONSULTANT | SA934 |
| Jun-2009 | 102641 | 999325632 | MICHAEL | QUINTANILLA | RET CONSULTANT | SA934 |
| Jun-2009 | 104990 | 999335428 | BILL | STEPHENS | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 107117 | 999341644 | KEVIN | GANTZERT | RET CONSULTANT | SA934 |
| Jun-2009 | 107545 | 999342289 | BRENT | BILANSKY | RET CONSULTANT | SA934 |
| Jun-2009 | 107666 | 999325062 | TIMOTHY | RAFFERTY | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 36054 | 999214132 | CHRISTINA | MONTAGUE | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 44880 | 999286474 | DOUG | SCOTT | MGR RET STORE(A) | SA940 |
| Jun-2009 | 59703 | 999200771 | YIANNIS | ARESTIS | RET CONSULTANT | SA934 |
| Jun-2009 | 63782 | 999204984 | ELIZABETH | MEDINA | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 64792 | 999232941 | ANDRES | SALDANA | ASST STORE MGR | SA945 |
| Jun-2009 | 64793 | 999272406 | PAULA | SANDERS | Technical Consultant | SA970R |
| Jun-2009 | 76031 | 999227978 | MEAGHAN | STUPPY | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 79162 | 999244332 | WESLEY | TUBBS | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 92028 | 999301433 | TRAMAINE | MILLER | RET CONSULTANT | SA934 |
| Jun-2009 | 94698 | 999308091 | ARMAN | AFSHAR | RET CONSULTANT | SA934 |
| Jun-2009 | 95526 | 999309781 | MATTHEW | DUNFORD | RET CONSULTANT | SA934 |
| Jun-2009 | 96029 | 999311318 | MOHAMMAD | MOIN | RET CONSULTANT | SA934 |
| Jun-2009 | 97984 | 999314749 | BRIAN | PAIGE | ASST STORE MGR | SA945 |
| Jun-2009 | 98939 | 999317271 | JASON | THOMAS | RET CONSULTANT | SA934 |
| Jun-2009 | 101837 | 999213015 | JORGE | MORALES | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 102199 | 999314447 | ESTEBAN | MENDOZA | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 105307 | 999336210 | DANIEL | ZAMBRANA | RET CONSULTANT | SA934 |
| Jun-2009 | 107488 | 999342261 | MARSINA | GOVAN | MGR RET STORE(A) | SA940 |
| Jun-2009 | 37410 | 999241189 | MITCH | MEYER | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 40645 | 999246918 | MELISSA | ROSALES | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 41553 | 999280183 | CHARLES | CLEARY | MGR RET STORE(A) | SA940 |
| Jun-2009 | 43340 | 999283411 | EASTON | LEE | RET CONSULTANT | SA934 |
| Jun-2009 | 43668 | 999211730 | MARGARITA | PEDRAZA | RET CONSULTANT | SA934 |
| Jun-2009 | 43812 | 999296630 | ELIA | RAMOS | RET CONSULTANT | SA934 |
| Jun-2009 | 46041 | 999246660 | SARA | CANNON | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 55012 | 999222164 | DAVID | HERNANDEZ | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 55376 | 999263875 | GABRIELA | SALAS | RET CONSULTANT | SA934 |
| Jun-2009 | 59435 | 999209953 | KEVIN | NGUYEN | ASST STORE MGR | SA945 |
| Jun-2009 | 60269 | 999213190 | CHRIS | GIST | RET CONSULTANT | SA934 |
| Jun-2009 | 61084 | 999258696 | RICHARD | BARKER | RET CONSULTANT | SA934 |
| Jun-2009 | 61490 | 999271369 | ROBERT | DAVALOS | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 72327 | 999222186 | JOSE | DONOR | RET CONSULTANT | SA934 |
| Jun-2009 | 76021 | 999202038 | DREW | PLAZA | RET CONSULTANT | SA934 |

| Jun-2009 | 78477 | 999276470 | SANTOS | GARCIA | RET CONSULTANT | SA934 |
|---|---|---|---|---|---|---|
| Jun-2009 | 82373 | 999153860 | RICKEY | CORTIJO | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 82412 | 999140302 | CHAUNCY | SNEED | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 83483 | 999154599 | MIRIAM | ROSAS | ASST STORE MGR | SA945 |
| Jun-2009 | 83840 | 999153745 | DREW | HOWELL | RET CONSULTANT | SA934 |
| Jun-2009 | 84572 | 999153434 | ARMIDA | RIVERA | RET CONSULTANT | SA934 |
| Jun-2009 | 87316 | 999280526 | JUANA | GARCIA | RET CONSULTANT | SA934 |
| Jun-2009 | 87783 | 999282574 | ALEXANDRO | RAMIREZ | RET CONSULTANT | SA934 |
| Jun-2009 | 89246 | 999158522 | JULIA | ESPINO | RET CONSULTANT | SA934 |
| Jun-2009 | 93973 | 999306568 | SCOTT | RICHMOND | RET CONSULTANT | SA934 |
| Jun-2009 | 102293 | 999313470 | DINH | PHAN | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 103071 | 999326320 | GUS | PEDROSO | RET CONSULTANT | SA934 |
| Jun-2009 | 103106 | 999326128 | WESLEY | HUCKABY | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 105447 | 999336539 | CHARLES | REIDL | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 105532 | 999336695 | DANIEL | BRADLEY | RET CONSULTANT | SA934 |
| Jun-2009 | 106331 | 999338343 | REBEKAH | WALSH | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 33419 | 999288753 | LEO | FRAGA | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 46021 | 999261639 | PATRICK | MENDOZA | RET CONSULTANT | SA934 |
| Jun-2009 | 49876 | 999216778 | DAVID | STRUNK | MGR RET STORE(A) | SA940 |
| Jun-2009 | 65128 | 999221542 | DANIEL | KOSMACH | ASST STORE MGR | SA945 |
| Jun-2009 | 72208 | 999297108 | BRANDON | LEDENHAM | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 87652 | 999221910 | JUAN | RIVAS | RET CONSULTANT | SA934 |
| Jun-2009 | 93549 | 999305426 | TUYET | LE | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 97514 | 999271134 | OLUMIDE | JINADU | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 103880 | 999327567 | ISALY | BARNES | RET CONSULTANT | SA934 |
| Jun-2009 | 104433 | 999226054 | ALBERT | BOTA | RET CONSULTANT | SA934 |
| Jun-2009 | 104753 | 999335094 | CRYSTAL | DE LA GARZA | RET CONSULTANT | SA934 |
| Jun-2009 | 107112 | 999341626 | JEREMY | O'HARA | RET CONSULTANT | SA934 |
| Jun-2009 | 41496 | 999257755 | PAUL | BAUGH | RET CONSULTANT | SA934 |
| Jun-2009 | 56102 | 999293629 | HARRISON | VERRETT | ASST STORE MGR | SA945 |
| Jun-2009 | 76578 | 999249773 | KARINA | CORDOVA | RET CONSULTANT | SA934 |
| Jun-2009 | 83458 | 999114240 | MELANIE | ECKHOUT | MGR RET STORE(A) | SA940 |
| Jun-2009 | 90195 | 999288063 | VERONICA | CASTRO | RET CONSULTANT | SA934 |
| Jun-2009 | 91304 | 999298256 | JESSICA | NOREZ | RET CONSULTANT | SA934 |
| Jun-2009 | 93707 | 999305728 | JUSTIN | CAFFEY | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 94684 | 999308067 | OSVALDO | ESTRADA | RET CONSULTANT | SA934 |
| Jun-2009 | 94883 | 999273595 | STEPHANIE | MURRAY | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 103811 | 999327426 | NATHANIEL | JOHNS | RET CONSULTANT | SA934 |
| Jun-2009 | 104399 | 999328151 | TREVER | HANKS | RET CONSULTANT | SA934 |
| Jun-2009 | 59321 | 999249394 | JAMES | VALERA | RET CONSULTANT | SA934 |
| Jun-2009 | 61353 | 999264654 | JASON | JOSEPH | RET CONSULTANT | SA934 |
| Jun-2009 | 71422 | 999289060 | WILLIAM | DELANEY | MGR RET STORE(B) | SA939 |
| Jun-2009 | 75431 | 999227615 | COURTNEY | BEACHAM | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 77820 | 999233207 | JOMAR | VILLANUEVA | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 91494 | 999159611 | JOHN | EDMOND | RET CONSULTANT | SA934 |
| Jun-2009 | 99782 | 999319822 | RONALD | MYLES | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 103082 | 999326071 | FELIX | VILLEGAS | RET CONSULTANT | SA934 |
| Jun-2009 | 39721 | 999293913 | BRANDON | SHAVER | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 42711 | 999299207 | TERRANCE | WOODSON | ASST STORE MGR | SA945 |
| Jun-2009 | 59046 | 999253451 | CHRISTY | MOLINA | RET CONSULTANT | SA934 |
| Jun-2009 | 60766 | 999218358 | JEREMY | TARVES | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 90561 | 999607137 | DENNIS | CHESSER | MGR RET STORE(B) | SA939 |
| Jun-2009 | 90714 | 999285319 | WILLIAM | RODRIGUEZ | RET CONSULTANT | SA934 |
| Jun-2009 | 97945 | 999314528 | RHONDA | GIVENS | RET CONSULTANT | SA934 |
| Jun-2009 | 99422 | 999318999 | LAURIE | BYERS | RET CONSULTANT | SA934 |
| Jun-2009 | 101461 | 999324198 | CASEY | LOPEZ | RET CONSULTANT | SA934 |
| Jun-2009 | 105664 | 999336049 | AUDREY | RILEY | RET CONSULTANT | SA934 |
| Jun-2009 | 105667 | 999336758 | WILLIAM | TUCKER | RET CONSULTANT | SA934 |
| Jun-2009 | 107180 | 999341676 | TEDARRIUS | KING | TECHNICAL CONSULTANT | SA970R |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jun-2009 | 107386 | 999342256 | RENALDO | BROWN | RET CONSULTANT | SA934 |
| Jun-2009 | 107467 | 999341862 | BRUCE | LUU | RET CONSULTANT | SA934 |
| Jun-2009 | 107711 | 999342563 | CHANDRA | GOVAN | MGR RET STORE(A) | SA940 |
| Jun-2009 | 63942 | 999283358 | DYLAN | DUNN | MGR RET STORE(A) | SA940 |
| Jun-2009 | 74996 | 999236814 | PETER | TU | RET CONSULTANT | SA934 |
| Jun-2009 | 75581 | 999275086 | ASHLEY | ANDIA | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 76977 | 999257250 | BONNIE | YOUNTS | ASST STORE MGR | SA945 |
| Jun-2009 | 77547 | 999216517 | ANTHONY | MORENO | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 82146 | 999151196 | WHITNEY | PICKENS | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 86451 | 999147090 | ALYSSIA | SAMUELS | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 89337 | 999158260 | ANTHONY | ARENT | RET CONSULTANT | SA934 |
| Jun-2009 | 91619 | 999298292 | EDUARDO | QUINONES | RET CONSULTANT | SA934 |
| Jun-2009 | 102658 | 999325145 | KIMBERLY | DUFFY | RET CONSULTANT | SA934 |
| Jun-2009 | 103687 | 999326055 | JONATHAN | FRANKLIN | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 105833 | 999337210 | ROMINA | PONCE | RET CONSULTANT | SA934 |
| Jun-2009 | 107352 | 999342291 | BRYAN | HARRIS | MGR RET STORE(A) | SA940 |
| Jun-2009 | 107489 | 999342351 | RAMON | ROGERS | RET CONSULTANT | SA934 |
| Jun-2009 | 107658 | 999342674 | DANIEL | BEDOLLA | RET CONSULTANT | SA934 |
| Jun-2009 | 49321 | 999259738 | SCOTT | HOFACKER | RET CONSULTANT | SA934 |
| Jun-2009 | 62072 | 999238968 | MARISSA | DAY | RET CONSULTANT | SA934 |
| Jun-2009 | 71393 | 999207016 | TOBIAS | WILLIAMS | MGR RET STORE(A) | SA940 |
| Jun-2009 | 80632 | 999248716 | SANA | FATIMA | RET CONSULTANT | SA934 |
| Jun-2009 | 85565 | 999151811 | BRIAN | HARVILLE | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 89669 | 999221401 | KRYSTAL | GARCIA | ASST STORE MGR | SA945 |
| Jun-2009 | 92377 | 999301157 | TABITHA | PURYEAR | RET CONSULTANT | SA934 |
| Jun-2009 | 96858 | 999312453 | CATHERINE | TREVINO | RET CONSULTANT | SA934 |
| Jun-2009 | 99424 | 999318998 | JORDON | MCGEE | RET CONSULTANT | SA934 |
| Jun-2009 | 104382 | 999328073 | GRACIELA | CASTANEDA | RET CONSULTANT | SA934 |
| Jun-2009 | 104398 | 999328113 | ERIN | BATES | RET CONSULTANT | SA934 |
| Jun-2009 | 104889 | 999335490 | JOHN | COX | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 104970 | 999335732 | LAMINGUS | MAYTUBBIE | RET CONSULTANT | SA934 |
| Jun-2009 | 107552 | 999342349 | JARED | MAUCK | RET CONSULTANT | SA934 |
| Jun-2009 | 40452 | 999299660 | CHARLIE | NEWTON | MGR RET STORE(A) | SA940 |
| Jun-2009 | 43523 | 999284745 | MATTHEW | UZZLE | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 60583 | 999225179 | DENNIS | PETERSEN | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 61075 | 999255231 | JON | ALMON | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 80876 | 999283155 | TANITA | WINCHESTER | RET CONSULTANT | SA934 |
| Jun-2009 | 90498 | 999650658 | ANDREA | RAMOS | RET CONSULTANT | SA934 |
| Jun-2009 | 100657 | 999322212 | SHELBY | PETTY | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 100662 | 999322293 | CHARLES | JOHN | RET CONSULTANT | SA934 |
| Jun-2009 | 101515 | 999324299 | JULIO | LUCIANO | RET CONSULTANT | SA934 |
| Jun-2009 | 104402 | 999328174 | MIGUEL | BARRAZA | RET CONSULTANT | SA934 |
| Jun-2009 | 104603 | 999328274 | BRITTANY | REYNOLDS | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 107740 | 999343034 | JUSTIN | STCLAIR | RET CONSULTANT | SA934 |
| Jun-2009 | 107741 | 999343035 | SEBASTIAN | CHUNN | RET CONSULTANT | SA934 |
| Jun-2009 | 54670 | 999280295 | CARLOS | LOERA | ASST STORE MGR | SA945 |
| Jun-2009 | 81038 | 999278992 | CONNIE | MILLER | MGR RET STORE(A) | SA940 |
| Jun-2009 | 85046 | 999153554 | JESSICA | CRAWFORD | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 92600 | 999302567 | VICTOR | NUNEZ | RET CONSULTANT | SA934 |
| Jun-2009 | 93561 | 999305449 | CLAUDIA | RODRIGUEZ | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 96954 | 999312526 | NESTOR | RODRIGUEZ | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 101907 | 999317115 | ULYSIS | STARLING | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 102162 | 999313854 | DESMOND | LITTLETON | RET CONSULTANT | SA934 |
| Jun-2009 | 103829 | 999327349 | MICHELLE | WITHERSPOON | RET CONSULTANT | SA934 |
| Jun-2009 | 104367 | 999327957 | BETHANY | TUBBS | RET CONSULTANT | SA934 |
| Jun-2009 | 104430 | 999328066 | ALFRED | FIGUEROA | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 104920 | 999327178 | DANNY | SANCHEZ | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 105411 | 999336508 | SHAUN | HERNANDEZ | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 105666 | 999336509 | STEPHANIE | LEMON | RET CONSULTANT | SA934 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jun-2009 | 107351 | 999342260 | HERMAN | ASCHER | MGR RET STORE(A) | SA940 |
| Jun-2009 | 84849 | 999151014 | ROLAND | VILLARREAL | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 87815 | 999224599 | TOMAS | BERRIOS | RET CONSULTANT | SA934 |
| Jun-2009 | 89013 | 999655592 | LARRY | ALLBRITTON | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 90977 | 999159276 | AUBRY | HART | MGR RET STORE(A) | SA940 |
| Jun-2009 | 91990 | 999301256 | ROBERT | GONZALES | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 97981 | 999314753 | THOMAS | CORLEY | RET CONSULTANT | SA934 |
| Jun-2009 | 99841 | 999319953 | MICHAEL | MARTIN | ASST STORE MGR | SA945 |
| Jun-2009 | 101021 | 999322958 | JAIME | ROSA ALFARO | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 103409 | 999327239 | LINDSAY | JONES | RET CONSULTANT | SA934 |
| Jun-2009 | 105446 | 999336043 | MARTIN | PENA | RET CONSULTANT | SA934 |
| Jun-2009 | 106656 | 999340112 | STEPHANIE | WELLS | RET CONSULTANT | SA934 |
| Jun-2009 | 29352 | 999292857 | THEODROS | FURLOW | MGR RET STORE(B) | SA939 |
| Jun-2009 | 82016 | 999279727 | MELISSA | OCHOA | RET CONSULTANT | SA934 |
| Jun-2009 | 93747 | 999305251 | JASON | HUGHES | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 93751 | 999305946 | RAYMUNDO | PENA | RET CONSULTANT | SA934 |
| Jun-2009 | 98143 | 999315017 | CLIFFORD | GARLAND | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 105646 | 999336728 | DE'NIESE | MOORE | RET CONSULTANT | SA934 |
| Jun-2009 | 107444 | 999342169 | JONATHAN | ASHLEY | RET CONSULTANT | SA934 |
| Jun-2009 | 25391 | 999251302 | ADESH | MOHAMED | MGR RET STORE(B) | SA939 |
| Jun-2009 | 44441 | 999283651 | ZACHARY | HAGER | ASST STORE MGR | SA945 |
| Jun-2009 | 53490 | 999279492 | CHAMP | OVERSTREET | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 78527 | 999266019 | KRISTON | STECHER | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 81695 | 999152106 | CAMISHIA | PRICE | RET CONSULTANT | SA934 |
| Jun-2009 | 92408 | 999151115 | ASHLEY | PIPPETT | RET CONSULTANT | SA934 |
| Jun-2009 | 92502 | 999302147 | JUSTIN | IBARRA | RET CONSULTANT | SA934 |
| Jun-2009 | 93518 | 999305277 | CINTHIA | RODRIGUEZ | RET CONSULTANT | SA934 |
| Jun-2009 | 94538 | 999307693 | JAMES | CARDENAS | RET CONSULTANT | SA934 |
| Jun-2009 | 99439 | 999318873 | EDWARD | TOVAR | RET CONSULTANT | SA934 |
| Jun-2009 | 103694 | 999327259 | STEFFEN | RANDLE | RET CONSULTANT | SA934 |
| Jun-2009 | 104997 | 999335487 | ANTHONY | CROWE | RET CONSULTANT | SA934 |
| Jun-2009 | 33357 | 999263420 | JANICE | DENSON | ASST STORE MGR | SA945 |
| Jun-2009 | 59465 | 999202864 | RUBEN | DE LA PAZ | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 64246 | 999278344 | MARY | HUNT | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 72986 | 999290966 | RUBEN | ORTIZ | RET CONSULTANT | SA934 |
| Jun-2009 | 82369 | 999152919 | RAYLENE | MENDEZ | RET CONSULTANT | SA934 |
| Jun-2009 | 83839 | 999147099 | LINDA | STEPTOE | MGR RET STORE(B) | SA939 |
| Jun-2009 | 93464 | 999305248 | ESTEBAN | CAMBRON | RET CONSULTANT | SA934 |
| Jun-2009 | 100656 | 999322253 | GEOFFREY | WHITFIELD | RET CONSULTANT | SA934 |
| Jun-2009 | 101929 | 999298848 | HENRY | RIVERA | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 102057 | 999314214 | ANTHONY | MARTINEZ | RET CONSULTANT | SA934 |
| Jun-2009 | 102574 | 999309398 | NICKOLAUS | COVARRUBIO | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 103091 | 999325885 | MARIO | MARTINEZ | RET CONSULTANT | SA934 |
| Jun-2009 | 104309 | 999327657 | ASHLEY | HILL | RET CONSULTANT | SA934 |
| Jun-2009 | 104352 | 999327645 | DEBORAH | GROVES | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 104364 | 999327594 | NICOLAS | CORDOVA | RET CONSULTANT | SA934 |
| Jun-2009 | 104414 | 999328043 | CRYSTAL | CIGARROA | RET CONSULTANT | SA934 |
| Jun-2009 | 106646 | 999340116 | THUY | CHU | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 30738 | 999295218 | NUZLY | CUBERO-LEIVA | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 39861 | 999272071 | EDUARDO | LUGO | MGR RET STORE(A) | SA940 |
| Jun-2009 | 49620 | 999231174 | BENJAMIN | SPILLMAN | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 64278 | 999222708 | JEREMIAH | WARREN | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 64612 | 999290398 | REBECCA | GAITAN | RET CONSULTANT | SA934 |
| Jun-2009 | 83402 | 999147263 | VERONICA | LOPEZ-CAVAZOS | RET CONSULTANT | SA934 |
| Jun-2009 | 87303 | 999222755 | STEVE | GARCIA | ASST STORE MGR | SA945 |
| Jun-2009 | 97856 | 999314196 | KIRK | MANGUM | RET CONSULTANT | SA934 |
| Jun-2009 | 100483 | 999321251 | ARTHUR | ZILBERBERG | RET CONSULTANT | SA934 |
| Jun-2009 | 101030 | 999323408 | NGOC | KHUU | RET CONSULTANT | SA934 |
| Jun-2009 | 101485 | 999324427 | DEREK | EDWARDS | RET CONSULTANT | SA934 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Jun-2009 | 101493 | 999324638 | JORDAN | WADE | RET CONSULTANT | SA934 |
| Jun-2009 | 104228 | 999144152 | REGNALD | TAYLOR | ASST STORE MGR | SA945 |
| Jun-2009 | 104379 | 999328045 | TIFFANY | SCOTT | RET CONSULTANT | SA934 |
| Jun-2009 | 105672 | 999336885 | LAWRENCE | MANN | RET CONSULTANT | SA934 |
| Jun-2009 | 29351 | 999262600 | QUAN | LIEU | ASST STORE MGR | SA945 |
| Jun-2009 | 29630 | 999226840 | THOMAS | SMOTHERMON | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 32016 | 999200765 | STEVEN | GRAY | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 33471 | 999227148 | ART | BUSTILLOS | MGR RET STORE(A) | SA940 |
| Jun-2009 | 34626 | 999239421 | JOSHUA | FLOYD | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 49467 | 999270718 | PATTI | POWELL | RET CONSULTANT | SA934 |
| Jun-2009 | 54624 | 999224963 | SYLVIA | BUTTRESS | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 62090 | 999212895 | JEREMY | CAMP | Technical Consultant | SA970R |
| Jun-2009 | 75432 | 999245198 | KELVIN | OLDEN | RET CONSULTANT | SA934 |
| Jun-2009 | 87047 | 999270221 | BRITTNEY | WILLIAMS | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 92618 | 999302521 | JARED | PALMER | RET CONSULTANT | SA934 |
| Jun-2009 | 94922 | 999308657 | CHRISTOPHER | ARCE | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 99398 | 999318634 | RALSTON | CARTER | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 101934 | 999270868 | GILVEN | EMRICK | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 102978 | 999326261 | JOSH | WATTLER | RET CONSULTANT | SA934 |
| Jun-2009 | 103264 | 999223094 | ADAM | DAVIS | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 103553 | 999326790 | STUART | ALDRIDGE | RET CONSULTANT | SA934 |
| Jun-2009 | 104362 | 999328216 | TIFFANY | GRIMES | RET CONSULTANT | SA934 |
| Jun-2009 | 106035 | 999337537 | MEGAN | THOMPSON | RET CONSULTANT | SA934 |
| Jun-2009 | 106047 | 999337607 | JOHN | CROFT | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 106251 | 999337963 | JOSUE | RODRIGUEZ | RET CONSULTANT | SA934 |
| Jun-2009 | 106579 | 999339892 | BRENT | DORENBECKER | MGR RET STORE(A) | SA940 |
| Jun-2009 | 56010 | 999269949 | MAURICIO | TRAVESI | RET CONSULTANT | SA934 |
| Jun-2009 | 64840 | 999262282 | URIS | YOUNG | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 72283 | 999214424 | BOBBY | ANDERSON | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 76213 | 999224193 | TROY | MALONE | ASST STORE MGR | SA945 |
| Jun-2009 | 85688 | 999148030 | SCOTT | CARRINGTON | RET CONSULTANT | SA934 |
| Jun-2009 | 87806 | 999249777 | NOEL | ANDIA | RET CONSULTANT | SA934 |
| Jun-2009 | 88743 | 999210866 | CHARLES | SMITH | RET CONSULTANT | SA934 |
| Jun-2009 | 89802 | 999254370 | MARNAY | HARRIS | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 97985 | 999314671 | PHILLIP | SCHELDT | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 98444 | 999315369 | JAMES | ROSS | RET CONSULTANT | SA934 |
| Jun-2009 | 99397 | 999318626 | KEITH | TATE | RET CONSULTANT | SA934 |
| Jun-2009 | 105647 | 999336128 | LILIANA | SALINAS | RET CONSULTANT | SA934 |
| Jun-2009 | 105694 | 999336760 | IMENE | LEHACHI | RET CONSULTANT | SA934 |
| Jun-2009 | 44476 | 999233578 | JEREMY | PRICE | MGR RET STORE(B) | SA939 |
| Jun-2009 | 81032 | 999279612 | SUEDY | ESCALONA | RET CONSULTANT | SA934 |
| Jun-2009 | 82883 | 999154320 | FELIPE | GARCIA | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 83484 | 999137500 | MARIA | RICO | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 85684 | 999154598 | FIDEL | CARDONA | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 100631 | 999321901 | ESMERALDA | GONZALEZ | RET CONSULTANT | SA934 |
| Jun-2009 | 101100 | 999323613 | STEPHANIE | TORRES | RET CONSULTANT | SA934 |
| Jun-2009 | 102275 | 999043015 | JESUS | PAZ | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 102517 | 999146783 | RUBEN | CORREA | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 102527 | 999307520 | JILLIAN | WATKINS | RET CONSULTANT | SA934 |
| Jun-2009 | 102558 | 999136394 | CHRISTOPHER | GOODLET | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 102685 | 999325795 | CARMEN | CERVANTES | RET CONSULTANT | SA934 |
| Jun-2009 | 105062 | 999335768 | EBELIM | RIVAS | RET CONSULTANT | SA934 |
| Jun-2009 | 105830 | 999337198 | JAMES | VARNEY | RET CONSULTANT | SA934 |
| Jun-2009 | 25698 | 999239985 | ROY | GUSHWA | MGR RET STORE(A) | SA940 |
| Jun-2009 | 34851 | 999231176 | SAMMIE | EL-KURD | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 49837 | 999244288 | JOSHUA | RICE | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 59322 | 999203517 | JACQUELYNN | RHODES | RET CONSULTANT | SA934 |
| Jun-2009 | 60232 | 999276073 | WESLEY | PROFFITT | ASST STORE MGR | SA945 |
| Jun-2009 | 77503 | 999209343 | MICHAEL | GUILLORY | LEAD RET CONSULTANT | SA933 |

| Jun-2009 | 81400 | 999262109 | JOSEPH | HENLEY | ASST STORE MGR | SA945 |
|---|---|---|---|---|---|---|
| Jun-2009 | 82180 | 999141267 | BRIAN | WHITE | RET CONSULTANT | SA934 |
| Jun-2009 | 88703 | 999244749 | STEPHEN | FRIEDMAN | RET CONSULTANT | SA934 |
| Jun-2009 | 101985 | 999325670 | ERIKA | SALINAS | RET CONSULTANT | SA934 |
| Jun-2009 | 105729 | 999337068 | ANALILIA | VALDEZ | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 106936 | 999340912 | MIGUEL | MARTINEZ | MGR RET STORE(B) | SA939 |
| Jun-2009 | 107255 | 999341864 | FELIPE | ORTIZ | RET CONSULTANT | SA934 |
| Jun-2009 | 60920 | 999256021 | ADIEL | QUIROZ | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 93342 | 999302992 | DIANA | VILLATORO | RET CONSULTANT | SA934 |
| Jun-2009 | 98945 | 999317218 | DOUGLAS | AVILA | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 99467 | 999319110 | LORENZO | GARZA | RET CONSULTANT | SA934 |
| Jun-2009 | 102496 | 999311735 | MITCHELL | SPRUIELL | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 104887 | 999335184 | MIKEL | BARNHILL | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 106373 | 999338656 | MARGARET | BURGESS | RET CONSULTANT | SA934 |
| Jun-2009 | 106396 | 999338789 | AMANDA | GRESHAM | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 106514 | 999339597 | BRIAN | BECK | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 106556 | 999339894 | TAMIE | SWINBURNE | RET CONSULTANT | SA934 |
| Jun-2009 | 106572 | 999339926 | NICHOLAS | STEWARD | RET CONSULTANT | SA934 |
| Jun-2009 | 107437 | 999342133 | LINDSAY | WHITTINGTON | RET CONSULTANT | SA934 |
| Jun-2009 | 107464 | 999342227 | ANDY | MORENO | RET CONSULTANT | SA934 |
| Jun-2009 | 81418 | 999264271 | TERESA | MINDERMAN | MGR RET STORE(A) | SA940 |
| Jun-2009 | 81454 | 999246464 | ROBERT | CAUSEY | ASST STORE MGR | SA945 |
| Jun-2009 | 81455 | 999255763 | JONATHAN | BECK | TECHNICAL CONSULTANT | SA970R |
| Jun-2009 | 93275 | 999303265 | MARGARET | ELERICK | ASST STORE MGR | SA945 |
| Jun-2009 | 99498 | 999319149 | DETRICK | CADE | RET CONSULTANT | SA934 |
| Jun-2009 | 99898 | 999320272 | SAMUEL | LAX | LEAD RET CONSULTANT | SA933 |
| Jun-2009 | 21917 | 999213704 | ALEX | WHITE | DIST MGR RET SLS | SA901 |
| Jun-2009 | 106350 | 999338542 | KENNETH | BOWERS | DIST MGR RET SLS | SA901 |

| SCID | COST CENTER | HIRE DATE | TERM DATE | GUARANTEE | RAMP | STATUS |
|------|-------------|-----------|-----------|-----------|------|--------|
| 00355DALLAS | 65206 | 3/3/2008 | | 1 | 0 | A |
| 00355DALLAS | 65206 | 6/10/2008 | | 1 | 0 | A |
| 00355DALLAS | 65206 | 7/7/2007 | | 1 | 0 | A |
| 00355DALLAS | 65206 | 11/6/2006 | | 1 | 0 | A |
| 00355DALLAS | 65206 | 7/7/2008 | | 1 | 0 | A |
| 00355DALLAS | 65206 | 8/4/2008 | | 1 | 0 | A |
| 00355DALLAS | 65206 | 8/18/2008 | | 1 | 0 | A |
| 00355DALLAS | 65206 | 8/18/2008 | | 1 | 0 | A |
| 00355DALLAS | 65206 | 4/5/2002 | | 1 | 0 | A |
| 00355DALLAS | 65206 | 11/15/1999 | | 1 | 0 | A |
| 00355DALLAS | 65206 | 8/14/2000 | | 1 | 0 | A |
| 00355DALLAS | 65206 | 2/17/2003 | | 1 | 0 | A |
| 00355DALLAS | 65206 | 9/1/2003 | | 1 | 0 | A |
| 00355DALLAS | 65206 | 12/1/2003 | | 1 | 0 | A |
| 00355DALLAS | 65206 | 8/30/2004 | | 1 | 0 | A |
| 00355DALLAS | 65206 | 9/20/2005 | | 1 | 0 | A |
| 00355DALLAS | 65206 | 7/24/2006 | | 1 | 0 | A |
| 00355DALLAS | 65206 | 12/6/2006 | | 1 | 0 | A |
| 00355DALLAS | 65206 | 5/22/2006 | | 1 | 0 | A |
| 00423FRISCOTX | 65115 | 3/3/2008 | | 1 | 0 | A |
| 00423FRISCOTX | 65115 | 7/7/2008 | | 1 | 0 | A |
| 00423FRISCOTX | 65115 | 9/8/2008 | | 1 | 0 | A |
| 00423FRISCOTX | 65115 | 5/4/2009 | | 1 | 0 | A |
| 00423FRISCOTX | 65115 | 6/8/2009 | | 1 | 0 | A |
| 00423FRISCOTX | 65115 | 7/21/2008 | | 1 | 0 | A |
| 00423FRISCOTX | 65115 | 6/27/2001 | | 1 | 0 | P |
| 00423FRISCOTX | 65115 | 4/2/2003 | | 1 | 0 | A |
| 00423FRISCOTX | 65115 | 7/24/2004 | | 1 | 0 | A |
| 00423FRISCOTX | 65115 | 12/1/2004 | | 1 | 0 | A |
| 00423FRISCOTX | 65115 | 1/17/2005 | | 1 | 0 | A |
| 00423FRISCOTX | 65115 | 1/20/2005 | | 1 | 0 | P |
| 00423FRISCOTX | 65115 | 9/18/2005 | | 1 | 0 | A |
| 00423FRISCOTX | 65115 | 1/9/2006 | | 1 | 0 | A |
| 00423FRISCOTX | 65115 | 1/5/2007 | | 1 | 0 | A |
| 00423FRISCOTX | 65115 | 6/4/2007 | | 1 | 0 | A |
| 00423FRISCOTX | 65115 | 7/9/2007 | | 1 | 0 | A |
| 00423FRISCOTX | 65115 | 8/6/2007 | | 1 | 0 | A |
| 00423FRISCOTX | 65115 | 10/8/2007 | | 1 | 0 | A |
| 00423FRISCOTX | 65115 | 12/3/2007 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 9/25/2005 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 10/8/2007 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 9/22/2008 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 6/5/2009 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 9/27/2001 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 6/13/2002 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 5/13/2002 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 10/18/1999 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 1/2/2003 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 1/15/2003 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 6/16/2003 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 3/29/2004 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 4/23/2004 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 7/11/2004 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 8/1/2004 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 9/6/2004 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 9/21/2004 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 7/12/2005 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 9/15/2005 | | 1 | 0 | A |

| | | | | | | |
|---|---|---|---|---|---|---|
| 00426MESQUITE | 65160 | 12/5/2005 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 10/13/2005 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 10/19/2003 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 11/15/2005 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 9/27/2005 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 9/27/2005 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 7/10/2006 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 8/14/2006 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 9/18/2006 | | 1 | 0 | A |
| 00426MESQUITE | 65160 | 4/26/2007 | | 1 | 0 | A |
| 00427SOUTHLAKE | 65170 | 9/21/2007 | | 1 | 0 | A |
| 00427SOUTHLAKE | 65170 | 7/21/2008 | | 1 | 0 | A |
| 00427SOUTHLAKE | 65170 | 7/22/2008 | | 1 | 0 | A |
| 00427SOUTHLAKE | 65170 | 10/1/2008 | | 1 | 0 | A |
| 00427SOUTHLAKE | 65170 | 10/1/2008 | | 1 | 0 | A |
| 00427SOUTHLAKE | 65170 | 11/22/2008 | | 1 | 0 | A |
| 00427SOUTHLAKE | 65170 | 8/1/2000 | | 1 | 0 | A |
| 00427SOUTHLAKE | 65170 | 6/16/2003 | | 1 | 0 | A |
| 00427SOUTHLAKE | 65170 | 1/13/2004 | | 1 | 0 | A |
| 00427SOUTHLAKE | 65170 | 1/24/2005 | | 1 | 0 | A |
| 00427SOUTHLAKE | 65170 | 7/12/2005 | | 1 | 0 | A |
| 00427SOUTHLAKE | 65170 | 8/14/2006 | | 1 | 0 | A |
| 00427SOUTHLAKE | 65170 | 4/2/2007 | | 1 | 0 | A |
| 00427SOUTHLAKE | 65170 | 10/2/2006 | | 1 | 0 | A |
| 00437HURSTTX | 65125 | 8/4/2008 | | 1 | 0 | A |
| 00437HURSTTX | 65125 | 8/18/2008 | | 1 | 0 | A |
| 00437HURSTTX | 65125 | 9/1/2008 | 6/15/2009 | 1 | 0 | T |
| 00437HURSTTX | 65125 | 5/4/2009 | | 1 | 0 | A |
| 00437HURSTTX | 65125 | 7/31/2002 | | 1 | 0 | A |
| 00437HURSTTX | 65125 | 6/1/2004 | | 1 | 0 | A |
| 00437HURSTTX | 65125 | 10/3/2005 | | 1 | 0 | A |
| 00437HURSTTX | 65125 | 10/25/1999 | | 1 | 0 | P |
| 00437HURSTTX | 65125 | 11/1/2006 | | 1 | 0 | A |
| 00437HURSTTX | 65125 | 12/4/2006 | | 1 | 0 | A |
| 00437HURSTTX | 65125 | 4/4/2007 | | 1 | 0 | A |
| 00437HURSTTX | 65125 | 6/4/2007 | | 1 | 0 | A |
| 00437HURSTTX | 65125 | 1/9/2006 | | 1 | 0 | P |
| 00447DALLASTX | 65203 | 8/4/2008 | | 1 | 0 | A |
| 00447DALLASTX | 65215 | 8/18/2008 | | 1 | 0 | A |
| 00447DALLASTX | 65203 | 7/8/2004 | | 1 | 0 | A |
| 00447DALLASTX | 65203 | 9/17/2004 | 6/1/2009 | 0 | 0 | T |
| 00447DALLASTX | 65203 | 5/17/2005 | | 1 | 0 | A |
| 00447DALLASTX | 65203 | 9/1/2005 | | 1 | 0 | A |
| 00447DALLASTX | 65203 | 11/7/2005 | | 1 | 0 | A |
| 00447DALLASTX | 65203 | 12/1/2006 | | 1 | 0 | A |
| 00447DALLASTX | 65203 | 2/1/2008 | | 1 | 0 | A |
| 00450ROCKWALL | 65196 | 7/21/2008 | | 1 | 0 | A |
| 00450ROCKWALL | 65196 | 3/21/2002 | | 1 | 0 | A |
| 00450ROCKWALL | 65196 | 11/1/2002 | | 1 | 0 | A |
| 00450ROCKWALL | 65196 | 6/30/2004 | | 1 | 0 | A |
| 00450ROCKWALL | 65196 | 8/16/2004 | | 1 | 0 | A |
| 00450ROCKWALL | 65196 | 11/6/2006 | | 1 | 0 | A |
| 00450ROCKWALL | 65196 | 11/6/2006 | | 1 | 0 | A |
| 00450ROCKWALL | 65196 | 10/8/2007 | | 1 | 0 | A |
| 00450ROCKWALL | 65196 | 1/7/2008 | | 1 | 0 | A |
| 00458DENTON | 65208 | 6/9/2008 | | 1 | 0 | A |
| 00458DENTON | 65208 | 10/6/2008 | | 1 | 0 | A |
| 00458DENTON | 65208 | 10/6/2008 | | 1 | 0 | A |
| 00458DENTON | 65208 | 5/4/2009 | | 1 | 0 | A |

| | | | | | | |
|---|---|---|---|---|---|---|
| 00458DENTON | 65208 | 6/1/2009 | | 1 | 0 | A |
| 00458DENTON | 65208 | 6/1/2009 | 6/4/2009 | 1 | 0 | T |
| 00458DENTON | 65208 | 6/23/2009 | | 1 | 0 | A |
| 00458DENTON | 65208 | 12/6/2004 | | 1 | 0 | A |
| 00458DENTON | 65208 | 8/23/2005 | | 1 | 0 | A |
| 00458DENTON | 65208 | 9/6/2005 | | 1 | 0 | A |
| 00458DENTON | 65208 | 10/11/2005 | | 1 | 0 | A |
| 00458DENTON | 65208 | 11/1/2005 | | 1 | 0 | A |
| 00458DENTON | 65208 | 6/13/2005 | | 1 | 0 | A |
| 00458DENTON | 65208 | 10/20/2004 | | 1 | 0 | A |
| 00458DENTON | 65208 | 9/18/2006 | | 1 | 0 | A |
| 00458DENTON | 65208 | 12/4/2006 | | 1 | 0 | A |
| 00770PLANO | 65215 | 7/7/2008 | | 1 | 0 | A |
| 00770PLANO | 65215 | 8/4/2008 | | 1 | 0 | A |
| 00770PLANO | 65215 | 10/13/2008 | | 1 | 0 | A |
| 00770PLANO | 65215 | 6/1/2009 | | 1 | 0 | A |
| 00770PLANO | 65215 | 6/5/2009 | | 1 | 0 | A |
| 00770PLANO | 65215 | 6/15/2009 | | 1 | 0 | A |
| 00770PLANO | 65215 | 12/4/2003 | | 1 | 0 | A |
| 00770PLANO | 65215 | 10/1/2004 | | 1 | 0 | A |
| 00770PLANO | 65215 | 5/17/2005 | | 1 | 0 | A |
| 00770PLANO | 65215 | 2/6/2006 | | 1 | 0 | A |
| 00770PLANO | 65215 | 7/28/2005 | | 1 | 0 | A |
| 00770PLANO | 65215 | 10/12/2006 | | 1 | 0 | A |
| 00770PLANO | 65215 | 1/5/2007 | | 1 | 0 | A |
| 00770PLANO | 65215 | 9/1/2007 | | 1 | 0 | A |
| 00770PLANO | 65215 | 1/7/2008 | | 1 | 0 | A |
| 01063SHERMAN | 65218 | 8/18/2008 | | 1 | 0 | A |
| 01063SHERMAN | 65218 | 8/18/2008 | | 1 | 0 | A |
| 01063SHERMAN | 65218 | 9/4/2008 | | 1 | 0 | A |
| 01063SHERMAN | 65218 | 10/1/2008 | | 1 | 0 | A |
| 01063SHERMAN | 65218 | 6/8/2009 | | 1 | 0 | A |
| 01063SHERMAN | 65218 | 6/6/2002 | | 1 | 0 | A |
| 01063SHERMAN | 65218 | 11/15/2002 | | 1 | 0 | A |
| 01063SHERMAN | 65218 | 8/20/2004 | | 1 | 0 | A |
| 01063SHERMAN | 65218 | 8/31/2004 | | 1 | 0 | A |
| 01063SHERMAN | 65218 | 2/20/2006 | | 1 | 0 | A |
| 01063SHERMAN | 65218 | 11/4/2006 | | 1 | 0 | A |
| 01064DALLAS | 65219 | 4/14/2008 | | 1 | 0 | A |
| 01064DALLAS | 65219 | 4/14/2008 | | 1 | 0 | A |
| 01064DALLAS | 65219 | 6/11/2008 | | 1 | 0 | A |
| 01064DALLAS | 65219 | 8/18/2008 | | 1 | 0 | A |
| 01064DALLAS | 65219 | 8/25/2008 | | 1 | 0 | A |
| 01064DALLAS | 65219 | 6/29/2009 | | 1 | 0 | A |
| 01064DALLAS | 65219 | 6/29/2009 | | 1 | 0 | A |
| 01064DALLAS | 65219 | 3/8/2004 | | 1 | 0 | A |
| 01064DALLAS | 65219 | 2/27/2006 | | 1 | 0 | A |
| 01064DALLAS | 65219 | 10/1/2005 | | 1 | 0 | A |
| 01064DALLAS | 65219 | 2/8/2007 | | 1 | 0 | A |
| 01064DALLAS | 65219 | 4/2/2007 | | 1 | 0 | A |
| 01064DALLAS | 65219 | 9/3/2007 | | 1 | 0 | A |
| 01096MCKINNEY | 65220 | 11/10/2007 | | 1 | 0 | A |
| 01096MCKINNEY | 65220 | 9/29/2007 | | 1 | 0 | A |
| 01096MCKINNEY | 65220 | 8/5/2008 | | 1 | 0 | A |
| 01096MCKINNEY | 65220 | 8/18/2008 | | 1 | 0 | A |
| 01096MCKINNEY | 65220 | 8/18/2008 | | 1 | 0 | A |
| 01096MCKINNEY | 65220 | 8/8/2008 | | 1 | 0 | A |
| 01096MCKINNEY | 65220 | 9/29/2008 | | 1 | 0 | A |
| 01096MCKINNEY | 65220 | 10/6/2008 | | 1 | 0 | A |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01096MCKINNEY | 65220 | 6/1/2009 | | 1 | 0 | A |
| 01096MCKINNEY | 65220 | 6/2/2005 | | 1 | 0 | A |
| 01096MCKINNEY | 65220 | 8/14/2006 | | 1 | 0 | A |
| 01096MCKINNEY | 65220 | 10/2/2006 | | 1 | 0 | A |
| 01096MCKINNEY | 65220 | 11/10/2006 | | 1 | 0 | A |
| 01096MCKINNEY | 65215 | 1/8/2007 | | 1 | 0 | A |
| 01096MCKINNEY | 65220 | 10/8/2007 | | 1 | 0 | A |
| 01096MCKINNEY | 65220 | 2/4/2008 | | 1 | 0 | A |
| 01224LEWISVILLE | 65223 | 5/12/2008 | | 1 | 0 | A |
| 01224LEWISVILLE | 65223 | 8/1/2008 | | 1 | 0 | A |
| 01224LEWISVILLE | 65223 | 10/1/2008 | | 1 | 0 | A |
| 01224LEWISVILLE | 65223 | 3/23/2009 | | 1 | 0 | A |
| 01224LEWISVILLE | 65223 | 2/22/2000 | | 1 | 0 | A |
| 01224LEWISVILLE | 65223 | 4/3/2006 | | 1 | 0 | A |
| 01224LEWISVILLE | 65224 | 3/30/2007 | | 1 | 0 | A |
| 01224LEWISVILLE | 65223 | 4/14/2007 | | 1 | 0 | A |
| 01224LEWISVILLE | 65223 | 10/22/2007 | | 1 | 0 | A |
| 01227DALLAS | 65224 | 10/6/2008 | 6/12/2009 | 1 | 0 | T |
| 01227DALLAS | 65224 | 6/1/2009 | | 1 | 0 | A |
| 01227DALLAS | 65224 | 1/15/2000 | | 1 | 0 | A |
| 01227DALLAS | 65224 | 3/3/2003 | | 1 | 0 | A |
| 01227DALLAS | 65224 | 2/1/2004 | | 1 | 0 | A |
| 01227DALLAS | 65224 | 12/5/2005 | | 1 | 0 | A |
| 01227DALLAS | 65224 | 8/2/2005 | | 1 | 0 | A |
| 01227DALLAS | 65224 | 2/1/2007 | | 1 | 0 | A |
| 01227DALLAS | 65224 | 2/5/2007 | | 1 | 0 | A |
| 01227DALLAS | 65224 | 4/2/2007 | | 1 | 0 | A |
| 01227DALLAS | 65224 | 5/22/2007 | | 1 | 0 | A |
| 01227DALLAS | 65224 | 1/7/2008 | | 1 | 0 | A |
| 01335GARLAND | 65221 | 8/4/2008 | | 1 | 0 | A |
| 01335GARLAND | 65221 | 9/8/2008 | | 1 | 0 | A |
| 01335GARLAND | 65221 | 11/13/2000 | | 1 | 0 | A |
| 01335GARLAND | 65221 | 7/16/2004 | | 1 | 0 | A |
| 01335GARLAND | 65221 | 12/18/2004 | | 1 | 0 | A |
| 01335GARLAND | 65221 | 7/25/2005 | | 1 | 0 | A |
| 01335GARLAND | 65221 | 9/5/2005 | | 1 | 0 | A |
| 01335GARLAND | 65221 | 10/25/2004 | | 1 | 0 | A |
| 01335GARLAND | 65221 | 3/20/2007 | | 1 | 0 | A |
| 04409DALL AIRPORT | 65120 | 4/14/2008 | | 1 | 0 | A |
| 04409DALL AIRPORT | 65120 | 1/1/2006 | | 1 | 0 | A |
| 04409DALL AIRPORT | 65120 | 10/15/2007 | | 1 | 0 | A |
| 04409DALL AIRPORT | 65120 | 6/29/2007 | | 1 | 0 | A |
| 04409DALL AIRPORT | 65120 | 7/21/2008 | | 1 | 0 | A |
| 04409DALL AIRPORT | 65120 | 8/16/2008 | | 1 | 0 | P |
| 04409DALL AIRPORT | 65120 | 8/18/2008 | | 1 | 0 | A |
| 04409DALL AIRPORT | 65120 | 8/18/2008 | | 1 | 0 | A |
| 04409DALL AIRPORT | 65120 | 8/18/2008 | | 1 | 0 | A |
| 04409DALL AIRPORT | 65120 | 3/23/2009 | | 1 | 0 | A |
| 04409DALL AIRPORT | 65120 | 5/30/2000 | | 1 | 0 | A |
| 04409DALL AIRPORT | 65120 | 4/8/2002 | | 1 | 0 | A |
| 04409DALL AIRPORT | 65120 | 12/17/2003 | | 1 | 0 | A |
| 04409DALL AIRPORT | 65120 | 12/15/2004 | | 1 | 0 | A |
| 04409DALL AIRPORT | 65120 | 1/7/2005 | | 1 | 0 | A |
| 04409DALL AIRPORT | 65120 | 10/27/2004 | | 1 | 0 | A |
| 04409DALL AIRPORT | 65120 | 7/6/2006 | | 1 | 0 | A |
| 04409DALL AIRPORT | 65120 | 10/1/2007 | | 1 | 0 | A |
| 04411DAL 1913 PRSTN | 65110 | 4/1/2008 | | 1 | 0 | A |
| 04411DAL 1913 PRSTN | 65110 | 5/12/2008 | | 1 | 0 | A |
| 04411DAL 1913 PRSTN | 65110 | 6/10/2008 | | 1 | 0 | A |

| | | | | | | |
|---|---|---|---|---|---|---|
| 04411DAL 1913 PRSTN | 65110 | 6/10/2008 | | 1 | 0 | A |
| 04411DAL 1913 PRSTN | 65110 | 8/15/2008 | 6/26/2009 | 1 | 0 | T |
| 04411DAL 1913 PRSTN | 65110 | 8/18/2008 | | 1 | 0 | A |
| 04411DAL 1913 PRSTN | 65110 | 10/6/2008 | | 1 | 0 | A |
| 04411DAL 1913 PRSTN | 65110 | 2/22/2000 | | 1 | 0 | A |
| 04411DAL 1913 PRSTN | 65110 | 3/6/2000 | | 1 | 0 | A |
| 04411DAL 1913 PRSTN | 65110 | 8/24/2000 | | 1 | 0 | A |
| 04411DAL 1913 PRSTN | 65110 | 11/26/2000 | | 1 | 0 | A |
| 04411DAL 1913 PRSTN | 65110 | 2/5/2001 | | 1 | 0 | A |
| 04411DAL 1913 PRSTN | 65110 | 12/9/2003 | | 1 | 0 | A |
| 04411DAL 1913 PRSTN | 65110 | 3/1/2004 | | 1 | 0 | A |
| 04411DAL 1913 PRSTN | 65110 | 10/11/2004 | | 1 | 0 | A |
| 04411DAL 1913 PRSTN | 65110 | 9/1/2005 | | 1 | 0 | A |
| 04411DAL 1913 PRSTN | 65110 | 6/19/2006 | | 1 | 0 | A |
| 04411DAL 1913 PRSTN | 65110 | 2/15/2007 | | 1 | 0 | A |
| 04411DAL 1913 PRSTN | 65110 | 6/18/2007 | | 1 | 0 | A |
| 04411DAL 1913 PRSTN | 65110 | 1/5/2008 | | 1 | 0 | A |
| 04414DALLAS | 65130 | 11/28/2005 | | 1 | 0 | A |
| 04414DALLAS | 65130 | 7/18/2008 | | 1 | 0 | A |
| 04414DALLAS | 65130 | 11/3/2005 | | 1 | 0 | A |
| 04414DALLAS | 65130 | 8/2/2008 | | 1 | 0 | A |
| 04414DALLAS | 65130 | 8/18/2008 | | 1 | 0 | A |
| 04414DALLAS | 65130 | 10/21/2008 | | 1 | 0 | A |
| 04414DALLAS | 65130 | 10/19/2008 | | 1 | 0 | A |
| 04414DALLAS | 65130 | 11/3/2008 | | 1 | 0 | A |
| 04414DALLAS | 65130 | 3/9/2009 | | 1 | 0 | A |
| 04414DALLAS | 65130 | 5/24/2004 | | 1 | 0 | A |
| 04414DALLAS | 65130 | 1/17/2005 | | 1 | 0 | A |
| 04414DALLAS | 65130 | 7/12/2005 | | 1 | 0 | A |
| 04414DALLAS | 65130 | 9/28/2005 | | 1 | 0 | A |
| 04414DALLAS | 65130 | 11/18/2004 | | 1 | 0 | A |
| 04414DALLAS | 65130 | 8/14/2006 | | 1 | 0 | A |
| 04414DALLAS | 65130 | 9/21/2006 | | 1 | 0 | A |
| 04414DALLAS | 65130 | 10/16/2006 | | 1 | 0 | A |
| 04414DALLAS | 65130 | 10/11/2007 | | 1 | 0 | A |
| 04414DALLAS | 65130 | 11/5/2007 | | 1 | 0 | A |
| 04414DALLAS | 65130 | 1/5/2008 | | 1 | 0 | A |
| 1349DALLAS | 48629 | 10/6/2008 | | 1 | 0 | A |
| 1349DALLAS | 48629 | 10/7/2008 | | 1 | 0 | A |
| 1349DALLAS | 48629 | 3/6/2003 | | 1 | 0 | A |
| 1349DALLAS | 48629 | 2/24/2006 | | 1 | 0 | A |
| 1349DALLAS | 48629 | 10/24/2005 | | 1 | 0 | A |
| 1349DALLAS | 48629 | 5/8/2003 | | 1 | 0 | A |
| 1349DALLAS | 48629 | 11/15/2005 | | 1 | 0 | A |
| N0296IRVING | 54182 | 4/14/2008 | | 1 | 0 | A |
| N0296IRVING | 54182 | 5/13/2008 | | 1 | 0 | A |
| N0296IRVING | 54182 | 9/25/2000 | | 1 | 0 | A |
| N0296IRVING | 54182 | 10/11/2004 | | 1 | 0 | A |
| N0296IRVING | 54182 | 5/15/2007 | | 1 | 0 | A |
| N0296IRVING | 54182 | 2/10/2003 | | 1 | 0 | A |
| N0296IRVING | 54182 | 7/8/2008 | | 1 | 0 | A |
| N0296IRVING | 54182 | 9/9/2008 | | 1 | 0 | A |
| N0296IRVING | 54182 | 10/13/2008 | | 1 | 0 | A |
| N0296IRVING | 54182 | 1/25/2000 | | 1 | 0 | A |
| N0296IRVING | 54182 | 2/19/2001 | | 1 | 0 | A |
| N0296IRVING | 54182 | 1/1/2004 | | 1 | 0 | A |
| N0296IRVING | 54182 | 7/7/2004 | | 1 | 0 | A |
| N0296IRVING | 54182 | 8/3/2004 | | 1 | 0 | A |
| N0296IRVING | 54182 | 11/1/2005 | | 1 | 0 | A |

| | | | | | | |
|---|---|---|---|---|---|---|
| N0296IRVING | 54182 | 1/2/2005 | | 1 | 0 | A |
| N0296IRVING | 54182 | 12/10/2003 | | 1 | 0 | A |
| N0296IRVING | 54182 | 9/18/2006 | | 1 | 0 | A |
| N3715DALLAS | 54971 | 7/5/2008 | | 1 | 0 | A |
| N3715DALLAS | 54971 | 10/6/2008 | | 1 | 0 | A |
| N3715DALLAS | 54971 | 4/20/2009 | | 1 | 0 | A |
| N3715DALLAS | 54971 | 5/15/2009 | 6/9/2009 | 1 | 0 | T |
| N3715DALLAS | 54971 | 9/1/2004 | | 1 | 0 | A |
| N3715DALLAS | 54971 | 3/1/2007 | | 1 | 0 | A |
| N3715DALLAS | 54971 | 12/3/2007 | | 1 | 0 | A |
| N3715DALLAS | 54971 | 1/8/2008 | 6/9/2009 | 1 | 0 | T |
| S3273WICHITA FALLS | 65234 | 8/15/2007 | | 1 | 0 | A |
| S3273WICHITA FALLS | 65234 | 9/3/2008 | 6/27/2009 | 1 | 0 | T |
| S3273WICHITA FALLS | 65234 | 12/11/2008 | | 1 | 0 | A |
| S3273WICHITA FALLS | 65234 | 1/3/2009 | | 1 | 0 | A |
| S3273WICHITA FALLS | 65234 | 2/21/2009 | | 1 | 0 | A |
| S3273WICHITA FALLS | 65234 | 3/2/2009 | | 1 | 0 | A |
| S3273WICHITA FALLS | 65234 | 3/9/2009 | | 1 | 0 | A |
| S3273WICHITA FALLS | 65234 | 6/1/2009 | | 1 | 0 | A |
| S3273WICHITA FALLS | 65234 | 6/1/2009 | | 1 | 0 | A |
| S3273WICHITA FALLS | 65234 | 8/16/2002 | | 1 | 0 | A |
| S3273WICHITA FALLS | 65234 | 9/26/2002 | | 1 | 0 | A |
| S3273WICHITA FALLS | 65234 | 2/16/2004 | | 1 | 0 | A |
| S3273WICHITA FALLS | 65234 | 3/12/2007 | | 1 | 0 | A |
| S3273WICHITA FALLS | 65234 | 1/12/2008 | | 1 | 0 | A |
| S3273WICHITA FALLS | 65234 | 2/6/2008 | | 1 | 0 | A |
| REGIONAL | 45000 | 3/1/1999 | | 1 | 0 | A |
| REGIONAL | 45000 | 12/1/2008 | | 1 | 0 | A |