**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated, <br><br>      Plaintiffs, <br><br> v. <br><br> SPRINT NEXTEL CORPORATION, a Kansas corporation, <br><br> and <br><br> SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation, <br><br>      Defendants. | Case No. 02:08-CV-02063-KHV/JPO |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2012, true and correct copies of the following:

- **Plaintiffs' Initial Rule 26(a) Expert Disclosures;**
- **Exhibit A – Expert Report of Balance Engines LLC; and**
- **Exhibit B – Expert Report of Margaret H. Dunham.**

were served via email on October 15, 2012, to the following attorneys for Defendant:

| | |
|---|---|
| Hunter Hughes <br> Rogers & Hardin <br> 2700 International Tower, <br> Peachtree Center <br> 229 Peachtree Street, N.E. <br> Atlanta, Georgia 30303 <br> hrh@rh-law.com | Thomas Mew <br> Rogers & Hardin <br> 2700 International Tower, <br> Peachtree Center <br> 229 Peachtree Street, N.E. <br> Atlanta, Georgia 30303 <br> TMew@rh-law.com |
| Joseph H. Knittig <br> 3000 NW 50th St. | Mark W. Batten <br> Proskauer Rose LLP |

<div style="display: flex;">
<div>

Kansas City, MO 64150  
816-547-1495  
joek@c3missions.org  

Steven D. Hurd  
Jacqueline M. Dorn  
Proskauer Rose LLP  
Eleven Times Square  
New York, New York 10036-8299  
jdorn@proskauer.com  
shurd@proskauer.com  

Nicole A. Eichberger  
Proskauer Rose LLP  
650 Poydras Street, Suite 1800  
New Orleans, Louisiana 70130  
neichberger@proskauer.com  

</div>
<div>

One International Place  
Boston, Massachusetts  02110  
mbatten@proskauer.com  

Elise M. Bloom  
Gregory Rasin  
Proskauer Rose LLP  
Eleven Times Square  
New York, New York 10036-8299  
ebloom@proskauer.com  
grasin@proskauer.com  

Michael L. Blumenthal  
Seyferth, Blumenthal & Harris LLC  
300 Wyandotte, Suite 430  
Kansas City, Missouri 64104  
mike@sbhlaw.com  

</div>
</div>

     I further certify that all Documents Relied Upon by Plaintiffs' experts will be provided via SFTP site or hard drives sent via Overnight FedEx.

Dated: October 15, 2012          **STUEVE SIEGEL HANSON LLP**

          */s/ Ashlea G. Schwarz*  
          Ashlea G. Schwarz, KS Bar No. 23491  
          Email: ashlea@stuevesiegel.com  
          George A. Hanson, KS Bar No. 16805  
          Email: hanson@stuevesiegel.com  
          Lee R. Anderson, KS Bar No. 22755  
          Email: anderson@stuevesiegel.com  
          460 Nichols Road, Suite 200  
          Kansas City, Missouri 64112  
          Tel: (816) 714-7100  
          Fax: (816) 714-7101  

          **NICHOLS KASTER, PLLP**

          */s/Michele R. Fisher*  
          Michele R. Fisher, MN Bar No. 303069*  
          Email: fisher@nka.com  
          Paul J. Lukas, MN Bar No. 22084X*  
          Email: lukas@nka.com  
          Rebekah L. Bailey, MN Bar No. 389599**  
          4600 IDS Center, 80 South 8th Street

Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 215-6870
*admitted *pro hac vice*
***pro hac vice* application pending

ATTORNEYS FOR PLAINTIFFS