## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X
ROXIE SIBLEY, JEANNE NOEL, ERNESTO            :
BENNETT, JAMIE WILLIAMS, GREG ST.             :
JULIEN, TRACIE HERNANDEZ, JOHN                :
JASINSKI, JAY RICHIE, and TEISHA KING,        :
individually and on behalf of a class of others   :
similarly situated,                           :
                                              :
                  Plaintiffs,                 :
                                              :
            v.                                :   Case No. 02:08-CV-02063-KHV/JPO
                                              :
SPRINT NEXTEL CORPORATION, a Kansas           :
corporation                                   :
                                              :
            and                               :
                                              :
SPRINT/UNITED MANAGEMENT                      :
COMPANY, a Kansas corporation                 :
                                              :
                  Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   X
```

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2012, **Defendants' Second Rule 26(a)**

**Expert Disclosure and the Affidavits of Janet R. Thornton, Ph.D. (dated December 22, 2011**

**and October 15, 2012)** were electronically served on the following attorneys of record

consistent with the parties' agreement and this Court's rules:

> Stueve Siegel Hanson LLP
> Ashlea G. Schwarz
> Lee R. Anderson
> George A. Hanson
> 460 Nichols Road, Suite 200
> Kansas City, Missouri 64112
> hanson@stuevesiegel.com
> ashlea@stuevesiegel.com
> anderson@stuevesiegel.com

1

Nichols Kaster, PLLP
Rebekah L. Bailey
Paul J. Lukas
Michele R. Fisher
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota  55402
lukas@nka.com
fisher@nka.com
bailey@nka.com

I further certify that all Documents Relied Upon by Defendants' expert will be provided

to Plaintiffs via overnight delivery.

Respectfully submitted,

*/s/ Michael L. Blumenthal*
Michael L. Blumenthal
Kansas Bar No. 18582
SEYFERTH, BLUMENTHAL & HARRIS LLC
300 Wyandotte Street, Suite 430
Kansas City, Missouri  64105
Telephone: 816-756-0700
Facsimile:  816-756-3700
E-mail:  mike@sbhlaw.com