**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually, and on behalf of a class of others similarly situated,

Plaintiffs,

v.

SPRINT NEXTEL CORPORATION, a Kansas Corporation

and

SPRINT/UNITED MANAGEMENT, a Kansas Corporation,

Defendants.

Case No. 08-CV-2063-KHV/JPO

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Attorney Hunter R. Hughes, III hereby withdraws as counsel of record for Defendants Sprint Nextel Corporation and Sprint/United Management Company pursuant to D. Kan. 83.5.5(b). Said party/parties will continue to be represented by Attorneys Michael L. Blumenthal of Seyferth Blumenthal & Harris LLC and by Elise M. Bloom, Gregory I. Rasin, Jacqueline M. Dorn, Steven D. Hurd, and Nicole A. Eichberger of Proskauer Rose LLP. In addition to service of this Notice on counsel of record and any pro se parties, a copy of this Notice has been mailed to, or otherwise served pursuant to Fed. R. Civ. P. 5(b)(2) on, Susan Z. Haller, Esq., Attorney/Labor & Employment, Sprint Corporation, 6450 Sprint Parkway, Mailstop: KSOPHNO304, Overland Park, Kansas, 66251.

Respectfully submitted this 29th day of October, 2012.

/s/ Hunter R. Hughes, III
Hunter R. Hughes, III
ROGERS & HARDIN LLP
2700 International Tower, Peachtree Center
229 Peachtree Street, N.E.
Atlanta, Georgia 30303
Tel.: (404) 522-4700
Fax: (404) 525-2224
Email: tmew@rh-law.com

/s/ Michael L. Blumenthal
Michael L. Blumenthal, KS Bar No. 18582
SEYFERTH, BLUMENTHAL &
HARRIS LLC
300 Wyandotte, Suite 430
Kansas City, Missouri 64105
Tel: (816) 756-0700
Fax: (816) 756-3700
Email: mike@sbhlaw.com

***Attorneys for Defendants***
***Sprint Nextel Corporation and***
***Sprint/United Management Company***

**CERTIFICATE OF SERVICE**

I certify that on this 29th day of October, 2012, I electronically filed this Notice of Withdrawal of Appearance with the Court using the CM/ECF system, which sent notice of electronic filing to the following:

George A. Hanson
Ashlea G. Schwarz
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
hanson@stuevesiegel.com
schwarz@stuevesiegel.com

Rebekah L. Bailey
Michele R. Fisher
Paul J. Lukas
Nichols Kaster, PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
bailey@nka.com
fisher@nka.com
lukas@nka.com

Elise M. Bloom
Jacqueline M. Dorn
Nicole A. Eichberger
Steve D. Hurd
Gregory I. Rasin
Proskaeur Rose LLP
11 Times Square
New York, New York 10036-8299
ebloom@proskauer.com
jdorn@proskauer.com
neichberger@proskauer.com
shurd@proskauer.com
grasin@proskauer.com

I also mailed a copy or otherwise served pursuant to Fed. R. Civ. P. 5(b)(2) to:

Susan Z. Haller, Esq.
Attorney/Labor & Employment
Sprint Corporation
6450 Sprint Parkway, Mailstop: KSOPHNO304
Overland Park, KS 66251

This 29th day of October, 2012.

/s/ *Michael L. Blumenthal*

Michael L. Blumenthal, KS Bar No. 18582
SEYFERTH, BLUMENTHAL &
HARRIS LLC
300 Wyandotte, Suite 430
Kansas City, Missouri 64105
Tel: (816) 756-070
Fax: (816) 756-3700
Email: mike@sbhlaw.com