**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
ROXIE SIBLEY, JEANNE NOEL, ERNESTO        :
BENNETT, JAMIE WILLIAMS, GREG ST.         :
JULIEN, TRACIE HERNANDEZ, JOHN            :
JASINSKI, JAY RICHIE, and TEISHA KING,    :
individually and on behalf of a class of others  :
similarly situated,                       :
                                          :
                Plaintiffs,               :
                                          :
        v.                                :   Case No. 02:08-CV-02063-KHV/JPO
                                          :
SPRINT NEXTEL CORPORATION, a Kansas       :
corporation                               :
                                          :
        and                               :
                                          :
SPRINT/UNITED MANAGEMENT                  :
COMPANY, a Kansas corporation,            :
                                          :
                Defendants.               :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of November, 2012, I served via electronic mail a

true and correct copy of the following documents:

1.    Defendants' Fourth Interrogatories to Plaintiffs; and

2.    Defendants' Fifth Request for Production of Document to Plaintiffs;

1

upon the following attorneys of record:

> Stueve Siegel Hanson LLP
> Ashlea G. Schwarz
> Lee R. Anderson
> George A. Hanson
> 460 Nichols Road, Suite 200
> Kansas City, Missouri 64112
> hanson@stuevesiegel.com
> ashlea@stuevesiegel.com
> anderson@stuevesiegel.com
>
> Nichols Kaster, PLLP
> Rebekah L. Bailey
> Paul J. Lukas
> Michele R. Fisher
> 4600 IDS Center, 80 South 8th Street
> Minneapolis, Minnesota 55402
> lukas@nka.com
> fisher@nka.com
> bailey@nka.com

Respectfully submitted this 28th day of November, 2012.

> */s/ Michael L. Blumenthal*
> **SEYFERTH, BLUMENTHAL &**
> **HARRIS LLC**
> Michael L. Blumenthal
> Kansas Bar No. 18582
> 300 Wyandotte Street, Suite 430
> Kansas City, Missouri 64105
> Tel: 816-756-0700
> Fax: 816-756-3700

3

/s/ Elise M. Bloom
**PROSKAUER ROSE LLP**
Elise M. Bloom*
Eleven Times Square
New York, New York 10036
Tel: 212-969-3410
Fax: 212-969-2900
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of November, 2012, the foregoing **Certificate of**

**Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which

will automatically send e-mail notification of such filing to the following attorneys of record:

Stueve Siegel Hanson LLP
Ashlea G. Schwarz
Lee R. Anderson
George A. Hanson
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
hanson@stuevesiegel.com
ashlea@stuevesiegel.com
anderson@stuevesiegel.com

Nichols Kaster, PLLP
Rebekah L. Bailey
Paul J. Lukas
Michele R. Fisher
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
lukas@nka.com
fisher@nka.com
bailey@nka.com

Respectfully submitted,

*/s/ Michael L. Blumenthal*
Michael L. Blumenthal
Kansas Bar No. 18582
SEYFERTH, BLUMENTHAL & HARRIS LLC
300 Wyandotte Street, Suite 430
Kansas City, Missouri 64105
Telephone: 816-756-0700
Facsimile: 816-756-3700
E-mail: mike@sbhlaw.com