IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

------------------------------------- X
ROXIE SIBLEY, JEANNE NOEL, ERNESTO   :
BENNETT, JAMIE WILLIAMS, GREG ST.    :
JULIEN, TRACIE HERNANDEZ, JOHN       :
JASINSKI, JAY RICHIE, and TEISHA KING,:
individually and on behalf of a class of others :
similarly situated,                   :
                                      :
             Plaintiffs,          :
                                      :
             v.                   :   Case No. 02:08-CV-02063-KHV/JPO
                                      :
SPRINT NEXTEL CORPORATION, a Kansas  :
corporation                           :
                                      :
             and                  :
                                      :
SPRINT/UNITED MANAGEMENT              :
COMPANY, a Kansas corporation,        :
                                      :
             Defendants.          :
------------------------------------- X

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of November, 2012, I served via electronic mail a true and correct copy of the following documents:

    1.    Defendants' First Requests for Production of Document to Class Member Bryan K. Haynes;

    2.    Defendants' First Requests for Production of Document to Class Member Dustin R. Rife;

1

3. Defendants' First Requests for Production of Document to Class Member Sarah Gean Craigen;

4. Defendants' First Requests for Production of Document to Class Member Georgene A. Nelson;

5. Defendants' First Requests for Production of Document to Class Member Ralph J. Biondi;

6. Defendants' First Requests for Production of Document to Class Member Willis Keaundrea Jackson;

7. Defendants' First Requests for Production of Document to Class Member Yvette R. Bey;

8. Defendants' First Requests for Production of Document to Class Member Thomas McFadden;

9. Defendants' First Requests for Production of Document to Class Member Hernand Valero-Lopera;

10. Defendants' First Requests for Production of Document to Class Member Shawn Darrell Andrews;

11. Defendants' First Requests for Production of Document to Class Member Justin Cobb;

12. Defendants' First Requests for Production of Document to Class Member Christopher M. Pierce;

13. Defendants' First Requests for Production of Document to Class Member Tim L. Venaglia

14. Defendants' First Requests for Production of Document to Class Member Jamie Merrell;

15. Defendants' First Requests for Production of Document to Class Member Dallas Gray;

16. Defendants' First Requests for Production of Document to Class Member Teresa Renee Fultz;

17. Defendants' First Requests for Production of Document to Class Member Rachelle Burrow;

18. Defendants' First Requests for Production of Document to Class Member William Berry;

19. Defendants' First Requests for Production of Document to Class Member Olubowale Akintimehin;

20. Defendants' First Requests for Production of Document to Class Member Christopher R. Mcauley;

21. Defendants' First Requests for Production of Document to Class Member Robert Gloria;

22. Defendants' First Requests for Production of Document to Class Member Blake Lewis;

23. Defendants' First Requests for Production of Document to Class Member Kevin J. Topper;

24. Defendants' First Requests for Production of Document to Class Member Amanda Bernabe;

25. Defendants' First Set of Interrogatories to Class Member Bryan K. Haynes;

26. Defendants' First Set of Interrogatories to Class Member Dustin R. Rife;

27. Defendants' First Set of Interrogatories to Class Member Class Member Sarah Gean Craigen;

28. Defendants' First Set of Interrogatories to Class Member Georgene A. Nelson;

29. Defendants' First Set of Interrogatories to Class Member Ralph J. Biondi;

30. Defendants' First Set of Interrogatories to Class Member Willis Keaundrea Jackson;

31. Defendants' First Set of Interrogatories to Class Member Yvette R. Bey;

32. Defendants' First Set of Interrogatories to Class Member Thomas McFadden;

33. Defendants' First Set of Interrogatories to Class Member Hernand Valero-Lopera;

34. Defendants' First Set of Interrogatories to Class Member Shawn Darrell Andrews;

35. Defendants' First Set of Interrogatories to Class Member Justin Cobb;

36. Defendants' First Set of Interrogatories to Class Member Christopher M. Pierce;

37. Defendants' First Set of Interrogatories to Class Member Tim L. Venaglia

38. Defendants' First Set of Interrogatories to Class Member Jamie Merrell;

39. Defendants' First Set of Interrogatories to Class Member Dallas Gray;

40. Defendants' First Set of Interrogatories to Class Member Teresa Renee Fultz;

41. Defendants' First Set of Interrogatories to Class Member Rachelle Burrow;

42. Defendants' First Set of Interrogatories to Class Member William Berry;

43. Defendants' First Set of Interrogatories to Class Member Olubowale Akintimehin;

44. Defendants' First Set of Interrogatories to Class Member Christopher R. Mcauley;

45. Defendants' First Set of Interrogatories to Class Member Robert Gloria;

46. Defendants' First Set of Interrogatories to Class Member Blake Lewis;

47. Defendants' First Set of Interrogatories to Class Member Kevin J. Topper; and

48. Defendants' First Set of Interrogatories to Class Member Amanda Bernabe;

upon the following attorneys of record:

>Stueve Siegel Hanson LLP
>Ashlea G. Schwarz
>Lee R. Anderson
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>ashlea@stuevesiegel.com
>anderson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Rebekah L. Bailey
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>lukas@nka.com
>fisher@nka.com
>bailey@nka.com

Respectfully submitted this 29th day of November, 2012.

>*/s/ Michael L. Blumenthal*
>**SEYFERTH, BLUMENTHAL & HARRIS LLC**
>Michael L. Blumenthal
>Kansas Bar No. 18582
>300 Wyandotte Street, Suite 430
>Kansas City, Missouri 64105
>Tel: 816-756-0700
>Fax: 816-756-3700

*/s/ Elise M. Bloom*
**PROSKAUER ROSE LLP**
Elise M. Bloom*
Eleven Times Square
New York, New York 10036
Tel: 212-969-3410
Fax: 212-969-2900
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of November, 2012, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Stueve Siegel Hanson LLP
>Ashlea G. Schwarz
>Lee R. Anderson
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>ashlea@stuevesiegel.com
>anderson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Rebekah L. Bailey
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>lukas@nka.com
>fisher@nka.com
>bailey@nka.com

>Respectfully submitted,
>
>*/s/ Michael L. Blumenthal*
>Michael L. Blumenthal
>Kansas Bar No. 18582
>SEYFERTH, BLUMENTHAL & HARRIS LLC
>300 Wyandotte Street, Suite 430
>Kansas City, Missouri 64105
>Telephone: 816-756-0700
>Facsimile: 816-756-3700
>E-mail: mike@sbhlaw.com