## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation,<br><br>and<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,<br><br>    Defendants. | Case No. 02:08-CV-02063-KHV/JPO |

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2012, true and correct copies of the following:

- **Plaintiffs' Supplemental Initial Rule 26(a) Expert Disclosures;**
- **Exhibit A – Supplemental Expert Report of Balance Engines LLC;** and
- **Exhibit B –Supplemental Expert Report of Margaret H. Dunham**

were served via electronic mail and that this Certificate of Servce was electronically filed with the Clerk of Court using the CM/ECF system on December 13, 2012, which will automatically send an email notification to the following attorneys of record:

| | |
|---|---|
| Elise M. Bloom | Steven D. Hurd |
| Gregory Rasin | Jacqueline M. Dorn |
| Proskauer Rose LLP | Proskauer Rose LLP |
| Eleven Times Square | Eleven Times Square |
| New York, New York 10036-8299 | New York, New York 10036-8299 |
| ebloom@proskauer.com | jdorn@proskauer.com |
| grasin@proskauer.com | shurd@proskauer.com |

Michael L. Blumenthal                     Nicole A. Eichberger
Seyferth, Blumenthal & Harris LLC          Proskauer Rose LLP
300 Wyandotte, Suite 430                   650 Poydras Street, Suite 1800
Kansas City, Missouri 64104                New Orleans, Louisiana 70130
mike@sbhlaw.com                            neichberger@proskauer.com

Mark W. Batten
Proskauer Rose LLP
One International Place
Boston, Massachusetts  02110
mbatten@proskauer.com


        I further certify that all Supplemental Documents Relied Upon by Plaintiffs' experts were
made available via SFTP site on December 12, 2012.

Dated: December 12, 2012            **STUEVE SIEGEL HANSON LLP**

                                    */s/Ashlea G. Schwarz*
                                    Ashlea G. Schwarz, KS Bar No. 23491
                                    Email: ashlea@stuevesiegel.com
                                    George A. Hanson, KS Bar No. 16805
                                    Email: hanson@stuevesiegel.com
                                    Lee R. Anderson, KS Bar No. 22755
                                    Email: anderson@stuevesiegel.com
                                    460 Nichols Road, Suite 200
                                    Kansas City, Missouri 64112
                                    Tel: (816) 714-7100
                                    Fax: (816) 714-7101

                                    **NICHOLS KASTER, PLLP**

                                    */s/Michele R. Fisher*
                                    Michele R. Fisher, MN Bar No. 303069*
                                    Email: fisher@nka.com
                                    Paul J. Lukas, MN Bar No. 22084X*
                                    Email: lukas@nka.com
                                    Rebekah L. Bailey, MN Bar No. 389599*
                                    4600 IDS Center, 80 South 8th Street
                                    Minneapolis, MN 55402
                                    Tel: (612) 256-3200
                                    Fax: (612) 215-6870
                                    *admitted *pro hac vice*

2

ATTORNEYS FOR PLAINTIFFS