## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
ROXIE SIBLEY, JEANNE NOEL, ERNESTO        :
BENNETT, JAMIE WILLIAMS, GREG ST.         :
JULIEN, TRACIE HERNANDEZ, JOHN            :
JASINSKI, JAY RICHIE, and TEISHA KING,    :
individually and on behalf of a class of others :
similarly situated,                       :
                                          :
              Plaintiffs,                 :
                                          :
       v.                                 :   Case No. 02:08-CV-02063-KHV/JPO
                                          :
SPRINT NEXTEL CORPORATION, a Kansas       :
corporation                               :
                                          :
       and                                :
                                          :
SPRINT/UNITED MANAGEMENT                  :
COMPANY, a Kansas corporation             :
                                          :
              Defendants.                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

### CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December, 2012, **Defendants' Amended Second Rule 26(a) Expert Disclosure and the Affidavit of Janet R. Thornton, Ph.D. (dated December 20, 2012)** were electronically served on the following attorneys of record consistent with the parties' agreement and this Court's rules:

> Stueve Siegel Hanson LLP
> Ashlea G. Schwarz
> Lee R. Anderson
> George A. Hanson
> 460 Nichols Road, Suite 200
> Kansas City, Missouri 64112
> hanson@stuevesiegel.com
> ashlea@stuevesiegel.com
> anderson@stuevesiegel.com

1

>Nichols Kaster, PLLP
>Rebekah L. Bailey
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota  55402
>lukas@nka.com
>fisher@nka.com
>bailey@nka.com

I further certify that all Documents Relied Upon by Defendants' expert were provided to Plaintiffs via overnight delivery in October 2012, contemporaneous with Defendants' Second Rule 26 Expert Disclosure.

>Respectfully submitted,
>
>*/s/ Michael L. Blumenthal*
>Michael L. Blumenthal
>Kansas Bar No. 18582
>SEYFERTH, BLUMENTHAL & HARRIS LLC
>300 Wyandotte Street, Suite 430
>Kansas City, Missouri  64105
>Telephone: 816-756-0700
>Facsimile:  816-756-3700
>E-mail:  mike@sbhlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of December, 2012, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Stueve Siegel Hanson LLP
>Ashlea G. Schwarz
>Lee R. Anderson
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>ashlea@stuevesiegel.com
>anderson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Rebekah L. Bailey
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota  55402
>lukas@nka.com
>fisher@nka.com
>bailey@nka.com

>*/s/ Michael L. Blumenthal*
>Attorney for Defendants