**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ROXIE SIBLEY, et al.,              Plaintiffs, <br><br> v. <br><br> SPRINT NEXTEL CORPORATION, et al., <br><br>              Defendants. | Case No. 08-cv-2063 KHV/JPO |

**PLAINTIFFS' AMENDED NOTICE OF DEPOSITION
PURSUANT TO FED. R. CIV. P. 30(b)(1)**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs will take the deposition of the following persons:

A person or persons most knowledgeable about the maintenance and storage of Defendants' SKU and SOC information from the timeframe of August 12, 2005 to January 31, 2010. Through this deposition, Plaintiffs are seeking, among other things, information about:

- Where Potentially Commissionable SKU classification information is stored;

- Where Potentially Commissionable SOC information, including, but not limited to, applicable MRCs and the timeframes those MRCs were in effect, are stored;

- The potentially commissionable SKU and SOC information housed in the Product Master Table and/or the Classifier Table;

- The Potentially Commissionable SKU and SOC information utilized by Stacy Franzen to prepare her May 30, 2008 declaration; and

- The contents and creation of the following documents:

    o Category trees for 65-current (Travis).xlsx;
    o List of SKUs for time period.xls;
    o Tsk # 86 Addon-Bundled Service Examples Worksheet.xls;
    o Tsk#88_P2K_MRC_Classifier_Info.xlsx;

- o   COS Retail Bundle Service Tree.xlsx;
- o   Task # 72_Ensemble_SOC_Bundle_findings.xlsx;
- o   Tsk # 77 Non commissionable Filtered Soc Codes.xlsx;
- o   Tsk # 77 P2K MRC classifiers Info.xlsx;
- o   Tsk #77 _NxPP_BUNDLED_PRICE_PLANS_LOCAL.xlsx; and
- o   Tsk #77_NxPP_SOC_MIN_TRX_AMT_LOCAL.xlsx.

The definitions set forth in Plaintiffs' Requests for Admission, Set IV, shall apply equally to this notice.

This deposition as it relates to SOCs will be conducted on January 18, 2013, commencing at 9:00 AM, at Stueve Siegel Hanson, LLP, 460 Nichols Road, Suite 200, Kansas City, MO 64221 and continuing thereafter until adjournment.

This deposition as it relates to SKUs will be conducted on January 22, 2013, commencing at 9:00 AM, at Stueve Siegel Hanson, LLP, 460 Nichols Road, Suite 200, Kansas City, MO 64221 and continuing thereafter until adjournment.

This deposition will be conducted upon oral examination before a qualified court reporter duly authorized to administer oaths and will be recorded stenographically and by video. The deposition will be taken for the purpose of discovery, for use as evidence at trial, and for all other purposes and uses authorized by law. The deponent shall produce, at or prior to this deposition, any and all documents reviewed in preparation for the deposition.

This deposition notice is being served on all parties, as reflected in the attached certificate of service.

Dated:  January 10, 2013	**STUEVE SIEGEL HANSON LLP**

*/s/Ashlea G. Schwarz*
Ashlea G. Schwarz, KS Bar No. 23491
ashlea@stuevesiegel.com
George A. Hanson, KS Bar No. 16805
hanson@stuevesiegel.com
Lee R. Anderson, KS Bar No. 22755
anderson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101


**NICHOLS KASTER, PLLP**

*/s/Michele R. Fisher*
Michele R. Fisher, MN Bar No. 303069*
Email: fisher@nka.com
Paul J. Lukas, MN Bar No. 22084X*
Email: lukas@nka.com
Rebekah L. Bailey, MN Bar No. 389599*
bailey@nka.com
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 215-6870
*admitted pro hac vice

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I hereby certify that on January 10, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

| | |
|---|---|
| Michael L. Blumenthal<br>Seyferth, Blumenthal & Harris LLC<br>300 Wyandotte, Suite 430<br>Kansas City, Missouri 64104<br>mike@sbhlaw.com | Mark W. Batten<br>Proskauer Rose LLP<br>One International Place<br>Boston, Massachusetts  02110<br>mbatten@proskauer.com |
| Steven D. Hurd<br>Jacqueline M. Dorn<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>jdorn@proskauer.com<br>shurd@proskauer.com | Elise M. Bloom<br>Gregory Rasin<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>ebloom@proskauer.com<br>grasin@proskauer.com |
| Nicole A. Eichberger<br>Proskauer Rose LLP<br>650 Poydras Street, Suite 1800<br>New Orleans, Louisiana 70130<br>neichberger@proskauer.com | |

Dated:  January 10, 2013                                      */s/Ashlea Schwarz*
                                                                                  Attorney for Plaintiffs