IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | X |  |
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated, | : : : : : : : |  |
| Plaintiffs, | : : |  |
| v. | : : | Case No. 02:08-CV-02063-KHV/JPO |
| SPRINT NEXTEL CORPORATION, a Kansas corporation | : : : |  |
| and | : : |  |
| SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation | : : : |  |
| Defendants. | : : |  |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | X |  |

**NOTICE OF DEPOSITION OF EXPERT NILE NICKEL**

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Defendants Sprint Nextel Corporation and Sprint/United Management Company, by and through their attorneys, Proskauer Rose LLP, will take the deposition upon oral examination of Nile Nickel on March 8, 2013 beginning at 9:00 a.m. and continuing from day-to-day until completed. The deposition will take place at the offices of Seyferth, Blumenthal and Harris LLC, 300 Wyandotte Street, Suite 430, Kansas City, MO 64105.

The deposition will be taken before an officer authorized to administer oaths. The deposition will be recorded by stenographic means and may also be recorded by sound and

visual (videotape) means. The deposition will be taken for the purpose of discovery, for use as evidence at trial, and for all other purposes and uses authorized by law. The deponent shall produce, at or prior to his deposition, any and all documents reviewed by the deponent in preparation for the deposition.

This 10th day of January, 2013.

*/s/ Michael L. Blumenthal*
**SEYFERTH, BLUMENTHAL & HARRIS LLC**
Michael L. Blumenthal
KS Bar No.18582
300 Wyandotte Street, Suite 430
Kansas City, MO 64105
Tel: 816-756-0700
Fax: 816-756-3700


*/s/ Elise M. Bloom*
**PROSKAUER ROSE LLP**
Elise M. Bloom*
Eleven Times Square
New York, NY 10036
Tel: 212-969-3410
Fax: 212-969-2900
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of January, 2013, the foregoing **Notice of Deposition of Expert Nile Nickel** was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>Stueve Siegel Hanson LLP
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Donald H. Nichols
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>nichols@nka.com
>lukas@nka.com
>fisher@nka.com

>Respectfully submitted,
>
>*/s/ Michael L. Blumenthal*
>Michael L. Blumenthal
>Kansas Bar No. 18582
>SEYFERTH, BLUMENTHAL & HARRIS LLC
>300 Wyandotte Street, Suite 430
>Kansas City, Missouri 64105
>Telephone: 816-756-0700
>Facsimile: 816-756-3700
>E-mail: mike@sbhlaw.com