## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

```
------------------------------- X
ROXIE SIBLEY, JEANNE NOEL, ERNESTO      :
BENNETT, JAMIE WILLIAMS, GREG ST.       :
JULIEN, TRACIE HERNANDEZ, JOHN          :
JASINSKI, JAY RICHIE, and TEISHA KING,  :
individually and on behalf of a class of others :
similarly situated,                     :
                                        :
                 Plaintiffs,            :
                                        :
         v.                             :   Case No. 02:08-CV-02063-KHV/JPO
                                        :
SPRINT NEXTEL CORPORATION, a Kansas     :
corporation                             :
                                        :
         and                            :
                                        :
SPRINT/UNITED MANAGEMENT                :
COMPANY, a Kansas corporation,          :
                                        :
                 Defendants.            :
------------------------------- X
```

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of January, 2013, I served via electronic mail a true and correct copy of the following documents:

1. Defendants' Objections and Answers to Plaintiffs' Requests for Admission to Defendants, Set IV; and

2. Defendants' Objections and Responses to Plaintiffs' Requests for Production to Defendants, Set VI;

1

upon the following attorneys of record:

>Stueve Siegel Hanson LLP
>Ashlea G. Schwarz
>Lee R. Anderson
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>ashlea@stuevesiegel.com
>anderson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Rebekah L. Bailey
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>lukas@nka.com
>fisher@nka.com
>bailey@nka.com

Respectfully submitted this 14th day of January, 2013.

>*/s/ Michael L. Blumenthal*
>**SEYFERTH, BLUMENTHAL & HARRIS LLC**
>Michael L. Blumenthal
>Kansas Bar No. 18582
>300 Wyandotte Street, Suite 430
>Kansas City, Missouri 64105
>Tel: 816-756-0700
>Fax: 816-756-3700
>
>
>*/s/ Elise M. Bloom*
>**PROSKAUER ROSE LLP**
>Elise M. Bloom*
>Eleven Times Square
>New York, New York 10036
>Tel: 212-969-3410
>Fax: 212-969-2900
>(*Admitted *Pro Hac Vice*)
>
>*Attorneys for Defendants*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of January, 2013, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Stueve Siegel Hanson LLP
>Ashlea G. Schwarz
>Lee R. Anderson
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>ashlea@stuevesiegel.com
>anderson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Rebekah L. Bailey
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>lukas@nka.com
>fisher@nka.com
>bailey@nka.com

>Respectfully submitted,
>
>*/s/ Michael L. Blumenthal*
>Michael L. Blumenthal
>Kansas Bar No. 18582
>SEYFERTH, BLUMENTHAL & HARRIS LLC
>300 Wyandotte Street, Suite 430
>Kansas City, Missouri 64105
>Telephone: 816-756-0700
>Facsimile: 816-756-3700
>E-mail:  mike@sbhlaw.com