IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

```
------------------------------- X
ROXIE SIBLEY, JEANNE NOEL, ERNESTO          :
BENNETT, JAMIE WILLIAMS, GREG ST.           :
JULIEN, TRACIE HERNANDEZ, JOHN              :
JASINSKI, JAY RICHIE, and TEISHA KING,      :
individually and on behalf of a class of others :
similarly situated,                         :
                                            :
                Plaintiffs,                 :
                                            :
        v.                                  :   Case No. 02:08-CV-02063-KHV/JPO
                                            :
SPRINT NEXTEL CORPORATION, a Kansas         :
corporation                                 :
                                            :
        and                                 :
                                            :
SPRINT/UNITED MANAGEMENT                    :
COMPANY, a Kansas corporation,              :
                                            :
                Defendants.                 :
------------------------------- X
```

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2013, I served via electronic mail a true and correct copy of the following documents:

1.　　Defendants' Objections and Sixteenth Supplemental Responses to Plaintiffs' Requests for Production to Defendants, Set IV; and

2.　　Defendants' Objections and Fifteenth Supplemental Answers to Plaintiffs' Interrogatories to Defendants, Set V,

1

upon the following attorneys of record:

        Stueve Siegel Hanson LLP
        Ashlea G. Schwarz
        Lee R. Anderson
        George A. Hanson
        460 Nichols Road, Suite 200
        Kansas City, Missouri 64112
        hanson@stuevesiegel.com
        ashlea@stuevesiegel.com
        anderson@stuevesiegel.com

        Nichols Kaster, PLLP
        Rebekah L. Bailey
        Paul J. Lukas
        Michele R. Fisher
        4600 IDS Center, 80 South 8th Street
        Minneapolis, Minnesota 55402
        lukas@nka.com
        fisher@nka.com
        bailey@nka.com

Respectfully submitted this 16th day of January, 2013.

        */s/ Michael L. Blumenthal*
        **SEYFERTH, BLUMENTHAL & HARRIS LLC**
        Michael L. Blumenthal
        Kansas Bar No. 18582
        300 Wyandotte Street, Suite 430
        Kansas City, Missouri 64105
        Tel: 816-756-0700
        Fax: 816-756-3700

*/s/ Elise M. Bloom*
**PROSKAUER ROSE LLP**
Elise M. Bloom*
Eleven Times Square
New York, New York 10036
Tel: 212-969-3410
Fax: 212-969-2900
(*Admitted *Pro Hac Vice*)

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of January, 2013, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Stueve Siegel Hanson LLP
>Ashlea G. Schwarz
>Lee R. Anderson
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>ashlea@stuevesiegel.com
>anderson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Rebekah L. Bailey
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>lukas@nka.com
>fisher@nka.com
>bailey@nka.com

>Respectfully submitted,
>
>*/s/ Michael L. Blumenthal*
>Michael L. Blumenthal
>Kansas Bar No. 18582
>SEYFERTH, BLUMENTHAL & HARRIS LLC
>300 Wyandotte Street, Suite 430
>Kansas City, Missouri 64105
>Telephone: 816-756-0700
>Facsimile: 816-756-3700
>E-mail:  mike@sbhlaw.com