# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

ROXIE SIBLEY, JEANNE NOEL,
ERNESTO BENNETT, JAMIE WILLIAMS,
GREG ST. JULIEN, TRACIE HERNANDEZ,
JOHN JASINSKI, JAY RICHIE, and TEISHA
KING, individually and on behalf of a class of
others similarly situated,

        Plaintiffs,

v.

SPRINT NEXTEL CORPORATION,
a Kansas corporation,

and

SPRINT/UNITED MANAGEMENT
COMPANY, a Kansas corporation,

        Defendants.

Case No. 02:08-CV-02063-KHV/JPO

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2013, true and correct copies of the following:

- **Plaintiff William Berry's Answers to Defendants' First Request For Production of Documents (NKA1306295-6300);**
- **Plaintiff Lucien Blountt's Answers to Defendants' First Request For Production of Documents (NKA1306301-6306);**
- **Class Member Luchien Blountt's Answers to Defendants' First Interrogatories (NKA1306272-6277);**
- **Class Member Rachelle Burrow's Answers to Defendants' First Interrogatories (NKA10362267-6271);**
- **Class Member William Berry's Answers to Defendants' First Interrogatories (NKA1306284-6288);**
- **Class Member Paul Grod's Answers to Defendants' First Interrogatories (NKA1306261-6266);**
- **Class Member Janae (Sauceda) Ruiz's First Amended Answers to Defendants' First Interrogatories (NKA1306278-6283);**

- **Class Member Olandis Layne's responsive documents (NKA1306212-6260);**
- **Class Member Travis Bremmeyer's responsive documents (NKA154318-4499);**
- **Plaintiff Jeanne Noel's Answers to Defendants' Second Interrogatories (NKA123526-3527);** and
- **Plaintiff Tracie Hernandez's Answers to Defendants' Second Interrogatories (NKA123528-3529)**

were served via electronic mail and that this Certificate of Servce was electronically filed with the Clerk of Court using the CM/ECF system on January 17, 2013, which will automatically send an email notification to the following attorneys of record:

| | |
|---|---|
| Elise M. Bloom | Steven D. Hurd |
| Gregory Rasin | Jacqueline M. Dorn |
| Proskauer Rose LLP | Proskauer Rose LLP |
| Eleven Times Square | Eleven Times Square |
| New York, New York 10036-8299 | New York, New York 10036-8299 |
| ebloom@proskauer.com | jdorn@proskauer.com |
| grasin@proskauer.com | shurd@proskauer.com |
| | |
| Michael L. Blumenthal | Nicole A. Eichberger |
| Seyferth, Blumenthal & Harris LLC | Proskauer Rose LLP |
| 300 Wyandotte, Suite 430 | 650 Poydras Street, Suite 1800 |
| Kansas City, Missouri 64104 | New Orleans, Louisiana 70130 |
| mike@sbhlaw.com | neichberger@proskauer.com |

Mark W. Batten
Proskauer Rose LLP
One International Place
Boston, Massachusetts 02110
mbatten@proskauer.com

Dated: January 17, 2013

**STUEVE SIEGEL HANSON LLP**

*/s/Ashlea G. Schwarz*
Ashlea G. Schwarz, KS Bar No. 23491
Email: ashlea@stuevesiegel.com
George A. Hanson, KS Bar No. 16805
Email: hanson@stuevesiegel.com
Lee R. Anderson, KS Bar No. 22755
Email: anderson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101

**NICHOLS KASTER, PLLP**

*/s/Michele R. Fisher*
Michele R. Fisher, MN Bar No. 303069*
Email: fisher@nka.com
Paul J. Lukas, MN Bar No. 22084X*
Email: lukas@nka.com
Rebekah L. Bailey, MN Bar No. 389599*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 215-6870
*admitted *pro hac vice*

ATTORNEYS FOR PLAINTIFFS