IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation,<br><br>and<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,<br><br>                    Defendants. | Case No. 02:08-CV-02063-KHV/JPO |

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2013, true and correct copies of the following:

- **Plaintiff Christopher Mcauley's Answers to Defendants' First Request for Production of Documents (NKA1306313-318);**
- **Class Member Shawn Andrews' Answers to Defendants' First Interrogatories [unexecuted] (NKA1306346-350);**
- **Plaintiff Shawn Andrews' Answers to Defendants' First Request for Production of Documents (NKA1306351-356);**
- **Class Member Amanda Bernabe's Answers to Defendants' First Interrogatories [unexecuted] (NKA1306357-361);**
- **Plaintiff Amanda Bernabe's Answers to Defendants' First Request for Production of Documents (NKA1306362-367);**
- **Class Member Robert Gloria's Answers to Defendants' First Interrogatories [unexecuted] (NKA1306368-372);**
- **Class Member Dallas Gray's Answers to Defendants' First Interrogatories [unexecuted] (NKA1306373-1306377);**
- **Class Member Bryan Haynes' Answers to Defendants' First Interrogatories [unexecuted] (NKA1306378-382);**

- **Plaintiff Bryan Haynes' Answers to Defendants' First Request for Production of Documents (NKA1306383-388);**
- **Class Member Christopher Mcauley's Answers to Defendants' First Interrogatories (NKA1306389-393);**
- **Class Member Thomas McFadden's Answers to Defendants' First Interrogatories [unexecuted] (NKA1306394-398);**
- **Plaintiff Thomas McFadden's Answers to Defendants' First Request for Production of Documents (NKA1306399-404);**
- **Class Member Georgene Nelson's Answers to Defendants' First Interrogatories [unexecuted] (NKA1306405-1306409);**
- **Class Member Dustin Rife's Answers to Defendants' First Interrogatories [unexecuted] (NKA1306410-414);**
- **Plaintiff Dustin Rife's Answers to Defendants' First Request for Production of Documents (NKA1306415-420)** and
- **Class Member Tim Venaglia's Answers to Defendants' First Interrogatories [unexecuted] (NKA1306421-425)**

were served via electronic mail and that this Certificate of Servce was electronically filed with the Clerk of Court using the CM/ECF system on January 23, 2013, which will automatically send an email notification to the following attorneys of record:

Elise M. Bloom
Gregory Rasin
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
ebloom@proskauer.com
grasin@proskauer.com

Steven D. Hurd
Jacqueline M. Dorn
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
jdorn@proskauer.com
shurd@proskauer.com

Michael L. Blumenthal
Seyferth, Blumenthal & Harris LLC
300 Wyandotte, Suite 430
Kansas City, Missouri 64104
mike@sbhlaw.com

Nicole A. Eichberger
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
neichberger@proskauer.com

Mark W. Batten
Proskauer Rose LLP
One International Place
Boston, Massachusetts  02110
mbatten@proskauer.com

Dated: January 23, 2013  **STUEVE SIEGEL HANSON LLP**
*/s/Ashlea G. Schwarz*
Ashlea G. Schwarz, KS Bar No. 23491
Email: ashlea@stuevesiegel.com
George A. Hanson, KS Bar No. 16805
Email: hanson@stuevesiegel.com
Lee R. Anderson, KS Bar No. 22755
Email: anderson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101

**NICHOLS KASTER, PLLP**
*/s/Michele R. Fisher*
Michele R. Fisher, MN Bar No. 303069*
Email: fisher@nka.com
Paul J. Lukas, MN Bar No. 22084X*
Email: lukas@nka.com
Rebekah L. Bailey, MN Bar No. 389599*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 215-6870
*admitted *pro hac vice*

ATTORNEYS FOR PLAINTIFFS