# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

ROXIE SIBLEY, JEANNE NOEL,
ERNESTO BENNETT, JAMIE WILLIAMS,
GREG ST. JULIEN, TRACIE HERNANDEZ,
JOHN JASINSKI, JAY RICHIE, and TEISHA
KING, individually and on behalf of a class of
others similarly situated,

    Plaintiffs,

v.

SPRINT NEXTEL CORPORATION,
a Kansas corporation,

and

SPRINT/UNITED MANAGEMENT
COMPANY, a Kansas corporation,

    Defendants.

Case No. 02:08-CV-02063-KHV/JPO

## CERTIFICATE OF SERVICE

   I hereby certify that on January 25, 2013, true and correct copies of the following:

- **Class Member Shawn Andrews' Answers to Defendants' First Interrogatories [executed] (NKA1306426-430)**;
- **Class Member Ralph Biondi's Answers to Defendants' First Interrogatories [executed] (NKA1306431-435)**;
- **Plaintiff Rachelle Burrow's Answers to Defendants' First Request for Production of Documents (NKA1306436-441)**;
- **Plaintiff Sarah Craigen's Answers to Defendants' First Request for Production of Documents (NKA1306442-447)**; and
- **Class Member Bryan Haynes' Answers to Defendants' First Interrogatories [executed] (NKA1306448-452).**

were served via electronic mail and that this Certificate of Servce was electronically filed with the Clerk of Court using the CM/ECF system on January 25, 2013, which will automatically send an email notification to the following attorneys of record:

Elise M. Bloom
Gregory Rasin
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
ebloom@proskauer.com
grasin@proskauer.com

Michael L. Blumenthal
Seyferth, Blumenthal & Harris LLC
300 Wyandotte, Suite 430
Kansas City, Missouri 64104
mike@sbhlaw.com

Mark W. Batten
Proskauer Rose LLP
One International Place
Boston, Massachusetts  02110
mbatten@proskauer.com

Steven D. Hurd
Jacqueline M. Dorn
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
jdorn@proskauer.com
shurd@proskauer.com

Nicole A. Eichberger
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
neichberger@proskauer.com

Dated: January 25, 2013

**STUEVE SIEGEL HANSON LLP**
*/s/Lee R. Anderson*
Ashlea G. Schwarz, KS Bar No. 23491
Email: ashlea@stuevesiegel.com
George A. Hanson, KS Bar No. 16805
Email: hanson@stuevesiegel.com
Lee R. Anderson, KS Bar No. 22755
Email: anderson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101

**NICHOLS KASTER, PLLP**
*/s/Michele R. Fisher*
Michele R. Fisher, MN Bar No. 303069*
Email: fisher@nka.com
Paul J. Lukas, MN Bar No. 22084X*
Email: lukas@nka.com
Rebekah L. Bailey, MN Bar No. 389599*
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 215-6870
*admitted *pro hac vice*

ATTORNEYS FOR PLAINTIFFS