# EXHIBIT 1

| No. | Relevant Portion of Interrogatory | Relevant Portion of Plaintiffs' Answer |
|---|---|---|
| 18 | "Identify each type or set of data that 'Sprint failed to produce or did not produce in the same format as promised.'" | "These are just examples. The expert reports, supplemental reports, and the data produced with them, contain information about many problems Balance Engines encountered relating to incomplete data and data formatting issues." |
| 19 | "Identify the basis, including but not limited to the data sets, files and/or tables, underlying the assertion that 'Sprint is missing much of the data and information needed" to conduct a "straight forward analysis.'" | "Balance Engines' expert report describes why a 'straight forward analysis' . . . could not be performed in this case. . . . This is just one example. The expert reports, supplemental reports, and the data produced with them, contain information about many problems Balance Engines encountered relating to missing data." |
| 20 | "Identify all instances in which the alleged employee identifier issues 'affected Sprint's ability to identify, track, and accurately pay transactions . . . .'" | "This is just one example. The expert reports, supplemental reports, and the data produced with them, contain information about many problems Balance Engines [sic] relating to employee identifiers." |
| 21 | "Identify all instances supporting the assertion that 'employee identifiers were missing or overwritten by Sprint's systems,' including but not limited to being overwritten with 'A# codes.'" | This is just an example. The expert reports, supplemental reports, and the data produced with them, contain information about many problems Balance Engines [sic] relating to employee identifiers." |
| 22 | "Define the term 'join errors' and identify all instances supporting the assertion that Balance Engines 'noticed join errors in the way that Sprint processed commissions . . . .'" | "Balance Engines already describe the join errors in its expert report." |
| 23 | "Identify the basis, including but not limited to the data sets, tables, files, and/or programs, underlying the assertion that 5,048,538 RMS transactional records 'could not be linked to any employees.'" | "Balance Engines already describes this problem with the transactional records that could not be linked in its expert report." |

| No. | Relevant Portion of Interrogatory | Relevant Portion of Plaintiffs' Answer |
|---|---|---|
| 24 | "Identify all instances supporting the assertion that '[Balance Engines] also found problems with Sprint's use of annual versus monthly Target Incentive Compensation figures.'" | "Balance Engines identified irregularities in annual and monthly target incentive compensation in CAFs where annual target incentive compensation for a particular position did not equal the monthly target incentive compensation when multiplied by twelve.  For example . . ." |
| 25 | "Identify all of the data that Sprint allegedly had agreed to but failed to provide causing 'situations where [Balance Engines] could not follow the CAF's precisely.'" | "Balance Engines provided this information in its expert report and accompanying data." |
| 26 | "Identify all of the Balance Engines calculations involving 'averages' as that term is used by Balance Engines . . . and explain in all instances how Balance Engines created these 'averages.'" | "Balance Engines provided this information in its expert report and accompanying data." |