# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
ROXIE SIBLEY, JEANNE NOEL, ERNESTO      :
BENNETT, JAMIE WILLIAMS, GREG ST.       :
JULIEN, TRACIE HERNANDEZ, JOHN          :
JASINSKI, JAY RICHIE, and TEISHA KING,  :
individually and on behalf of a class of others :
similarly situated,                     :
                                        :
             Plaintiffs,                :
                                        :
      v.                                :   Case No. 02:08-CV-02063-KHV/JPO
                                        :
SPRINT NEXTEL CORPORATION, a Kansas     :
corporation                             :
                                        :
      and                               :
                                        :
SPRINT/UNITED MANAGEMENT                :
COMPANY, a Kansas corporation           :
                                        :
             Defendants.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2013, Defendants electronically served their expert rebuttal report, **Affidavit of Janet R. Thornton, Ph.D.** (dated February 14, 2013), and its accompanying attachments on the following attorneys of record consistent with the parties' agreement and this Court's rules:

> Stueve Siegel Hanson LLP
> Ashlea G. Schwarz
> Lee R. Anderson
> George A. Hanson
> 460 Nichols Road, Suite 200
> Kansas City, Missouri 64112
> hanson@stuevesiegel.com
> ashlea@stuevesiegel.com
> anderson@stuevesiegel.com

1

Nichols Kaster, PLLP
Rebekah L. Bailey
Paul J. Lukas
Michele R. Fisher
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota  55402
lukas@nka.com
fisher@nka.com
bailey@nka.com

        Respectfully submitted,

        */s/ Michael L. Blumenthal*
        Michael L. Blumenthal
        Kansas Bar No. 18582
        SEYFERTH, BLUMENTHAL & HARRIS LLC
        300 Wyandotte Street, Suite 430
        Kansas City, Missouri  64105
        Telephone: 816-756-0700
        Facsimile:  816-756-3700
        E-mail:  mike@sbhlaw.com