**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated, <br><br>　　　　　　Plaintiffs, <br><br>v. <br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation, <br><br>and <br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation, <br><br>　　　　　　Defendants. | Case No. 02:08-CV-02063-KHV/JPO |

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2013, true and correct copies of the following:

- **Rebuttal Report of Dr. Margaret H. Dunham**; and
- **Rebuttal Report of Balance Engines LLC.**

were served via electronic mail and that this Certificate of Servce was electronically filed with the Clerk of Court using the CM/ECF system on February 14, 2013, which will automatically send an email notification to the following attorneys of record:

Elise M. Bloom  
Gregory Rasin  
Proskauer Rose LLP  
Eleven Times Square  
New York, New York 10036-8299  
ebloom@proskauer.com  
grasin@proskauer.com  

Steven D. Hurd  
Jacqueline M. Dorn  
Proskauer Rose LLP  
Eleven Times Square  
New York, New York 10036-8299  
jdorn@proskauer.com  
shurd@proskauer.com

| | |
|---|---|
| Michael L. Blumenthal<br>Seyferth, Blumenthal & Harris LLC<br>300 Wyandotte, Suite 430<br>Kansas City, Missouri 64104<br>mike@sbhlaw.com | Nicole A. Eichberger<br>Proskauer Rose LLP<br>650 Poydras Street, Suite 1800<br>New Orleans, Louisiana 70130<br>neichberger@proskauer.com |
| Mark W. Batten<br>Proskauer Rose LLP<br>One International Place<br>Boston, Massachusetts  02110<br>mbatten@proskauer.com | Gregory I. Rasin<br>Proskauer Rose LLP<br>11 Times Square,<br>New York, New York 10036-8299<br>212-969-3940<br>Fax: 212-969-2900<br>Email: grasin@proskauer.com |

Dated: February 18, 2013          **STUEVE SIEGEL HANSON LLP**
*/s/Lee Anderson*
Ashlea G. Schwarz, KS Bar No. 23491
Email: ashlea@stuevesiegel.com
George A. Hanson, KS Bar No. 16805
Email: hanson@stuevesiegel.com
Lee R. Anderson, KS Bar No. 22755
Email: anderson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101

**NICHOLS KASTER, PLLP**
*/s/Michele R. Fisher*
Michele R. Fisher, MN Bar No. 303069*
Email: fisher@nka.com
Paul J. Lukas, MN Bar No. 22084X*
Email: lukas@nka.com
Rebekah L. Bailey, MN Bar No. 389599*
Email: bailey@nka.com
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 215-6870
*admitted *pro hac vice*

ATTORNEYS FOR PLAINTIFFS