## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation,<br><br>and<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,<br><br>     Defendants. | Case No. 02:08-CV-02063-KHV/JPO |

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2013, true and correct copies of the following:

- **Class Member Christopher Pierce's Answers to Defendants' First Interrogatories (NKA1383794-798).**

were served via electronic mail and that this Certificate of Servce was electronically filed with the Clerk of Court using the CM/ECF system on March 4, 2013, which will automatically send an email notification to the following attorneys of record:

| | |
|---|---|
| Elise M. Bloom<br>Gregory Rasin<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>ebloom@proskauer.com<br>grasin@proskauer.com | Steven D. Hurd<br>Jacqueline M. Dorn<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>jdorn@proskauer.com<br>shurd@proskauer.com |

| | |
|---|---|
| Michael L. Blumenthal<br>Seyferth, Blumenthal & Harris LLC<br>300 Wyandotte, Suite 430<br>Kansas City, Missouri 64104<br>mike@sbhlaw.com | Nicole A. Eichberger<br>Proskauer Rose LLP<br>650 Poydras Street, Suite 1800<br>New Orleans, Louisiana 70130<br>neichberger@proskauer.com |
| Mark W. Batten<br>Proskauer Rose LLP<br>One International Place<br>Boston, Massachusetts 02110<br>mbatten@proskauer.com | Gregory I. Rasin<br>Proskauer Rose LLP<br>11 Times Square,<br>New York, New York 10036-8299<br>212-969-3940<br>Fax: 212-969-2900<br>Email: grasin@proskauer.com |

Dated: March 4, 2013     **STUEVE SIEGEL HANSON LLP**
  */s/Ashlea G. Schwarz*
  Ashlea G. Schwarz, KS Bar No. 23491
  Email: ashlea@stuevesiegel.com
  George A. Hanson, KS Bar No. 16805
  Email: hanson@stuevesiegel.com
  Lee R. Anderson, KS Bar No. 22755
  Email: anderson@stuevesiegel.com
  460 Nichols Road, Suite 200
  Kansas City, Missouri 64112
  Tel: (816) 714-7100
  Fax: (816) 714-7101

  **NICHOLS KASTER, PLLP**
  */s/Michele R. Fisher*
  Michele R. Fisher, MN Bar No. 303069*
  Email: fisher@nka.com
  Paul J. Lukas, MN Bar No. 22084X*
  Email: lukas@nka.com
  Rebekah L. Bailey, MN Bar No. 389599*
  Email: bailey@nka.com
  4600 IDS Center, 80 South 8th Street
  Minneapolis, MN 55402
  Tel: (612) 256-3200
  Fax: (612) 215-6870
  *admitted *pro hac vice*

  ATTORNEYS FOR PLAINTIFFS