## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation,<br><br>and<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,<br><br>     Defendants. | Case No. 02:08-CV-02063-KHV/JPO |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2013, true and correct copies of the following:

- **Plaintiffs' Second Supplemental Responses to Defendants' Second Requests for Production of Documents Nos. 2 and 3 (NKA1383799 - NKA1384161).**

were served via electronic mail and that this Certificate of Servce was electronically filed with the Clerk of Court using the CM/ECF system on March 5, 2013, which will automatically send an email notification to the following attorneys of record:

| | |
|---|---|
| Elise M. Bloom | Steven D. Hurd |
| Gregory Rasin | Jacqueline M. Dorn |
| Proskauer Rose LLP | Proskauer Rose LLP |
| Eleven Times Square | Eleven Times Square |
| New York, New York 10036-8299 | New York, New York 10036-8299 |

| | |
|---|---|
| ebloom@proskauer.com | jdorn@proskauer.com |
| grasin@proskauer.com | shurd@proskauer.com |
| | |
| Michael L. Blumenthal | Nicole A. Eichberger |
| Seyferth, Blumenthal & Harris LLC | Proskauer Rose LLP |
| 300 Wyandotte, Suite 430 | 650 Poydras Street, Suite 1800 |
| Kansas City, Missouri 64104 | New Orleans, Louisiana 70130 |
| mike@sbhlaw.com | neichberger@proskauer.com |
| | |
| Mark W. Batten | Gregory I. Rasin |
| Proskauer Rose LLP | Proskauer Rose LLP |
| One International Place | 11 Times Square, |
| Boston, Massachusetts 02110 | New York, New York 10036-8299 |
| mbatten@proskauer.com | 212-969-3940 |
| | Email: grasin@proskauer.com |

Dated: March 5, 2013

**STUEVE SIEGEL HANSON LLP**
*/s/Ashlea G. Schwarz*
Ashlea G. Schwarz, KS Bar No. 23491
Email: ashlea@stuevesiegel.com
George A. Hanson, KS Bar No. 16805
Email: hanson@stuevesiegel.com
Lee R. Anderson, KS Bar No. 22755
Email: anderson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100

**NICHOLS KASTER, PLLP**
*/s/Michele R. Fisher*
Michele R. Fisher, MN Bar No. 303069*
Email: fisher@nka.com
Paul J. Lukas, MN Bar No. 22084X*
Email: lukas@nka.com
Rebekah L. Bailey, MN Bar No. 389599*
Email: bailey@nka.com
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 215-6870
*admitted *pro hac vice*

ATTORNEYS FOR PLAINTIFFS