**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of a class of others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, a Kansas corporation,<br><br>and<br><br>SPRINT/UNITED MANAGEMENT COMPANY, a Kansas corporation,<br><br>     Defendants. | Case No. 02:08-CV-02063-KHV/JPO |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2013, a true and correct copy of

**Plaintiffs' Third Supplemental Responses to Defendants' Second Request for Production of Documents Nos. 2 & 3**

was served via electronic mail and that this Certificate of Servce was electronically filed with the Clerk of Court using the CM/ECF system on March 7, 2013, which will automatically send an email notification to the following attorneys of record:

| | |
|---|---|
| Elise M. Bloom | Steven D. Hurd |
| Gregory Rasin | Jacqueline M. Dorn |
| Proskauer Rose LLP | Proskauer Rose LLP |
| Eleven Times Square | Eleven Times Square |
| New York, New York 10036-8299 | New York, New York 10036-8299 |
| ebloom@proskauer.com | jdorn@proskauer.com |
| grasin@proskauer.com | shurd@proskauer.com |

| | |
|---|---|
| Michael L. Blumenthal<br>Seyferth, Blumenthal & Harris LLC<br>300 Wyandotte, Suite 430<br>Kansas City, Missouri 64104<br>mike@sbhlaw.com | Nicole A. Eichberger<br>Proskauer Rose LLP<br>650 Poydras Street, Suite 1800<br>New Orleans, Louisiana 70130<br>neichberger@proskauer.com |
| Mark W. Batten<br>Proskauer Rose LLP<br>One International Place<br>Boston, Massachusetts  02110<br>mbatten@proskauer.com | Gregory I. Rasin<br>Proskauer Rose LLP<br>11 Times Square,<br>New York, New York 10036-8299<br>212-969-3940<br>Fax: 212-969-2900<br>Email: grasin@proskauer.com |

Dated: March 7, 2013          **STUEVE SIEGEL HANSON LLP**
　　　　　　　　　　　　　　　　*/s/Ashlea G. Schwarz*
　　　　　　　　　　　　　　　Ashlea G. Schwarz, KS Bar No. 23491
　　　　　　　　　　　　　　　Email: ashlea@stuevesiegel.com
　　　　　　　　　　　　　　　George A. Hanson, KS Bar No. 16805
　　　　　　　　　　　　　　　Email: hanson@stuevesiegel.com
　　　　　　　　　　　　　　　Lee R. Anderson, KS Bar No. 22755
　　　　　　　　　　　　　　　Email: anderson@stuevesiegel.com
　　　　　　　　　　　　　　　460 Nichols Road, Suite 200
　　　　　　　　　　　　　　　Kansas City, Missouri 64112
　　　　　　　　　　　　　　　Tel: (816) 714-7100
　　　　　　　　　　　　　　　Fax: (816) 714-7101

　　　　　　　　　　　　　　　**NICHOLS KASTER, PLLP**
　　　　　　　　　　　　　　　*/s/Michele R. Fisher*
　　　　　　　　　　　　　　　Michele R. Fisher, MN Bar No. 303069*
　　　　　　　　　　　　　　　Email: fisher@nka.com
　　　　　　　　　　　　　　　Paul J. Lukas, MN Bar No. 22084X*
　　　　　　　　　　　　　　　Email: lukas@nka.com
　　　　　　　　　　　　　　　Rebekah L. Bailey, MN Bar No. 389599*
　　　　　　　　　　　　　　　Email: bailey@nka.com
　　　　　　　　　　　　　　　4600 IDS Center, 80 South 8th Street
　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　Tel: (612) 256-3200
　　　　　　　　　　　　　　　Fax: (612) 215-6870
　　　　　　　　　　　　　　　*admitted *pro hac vice*

　　　　　　　　　　　　　　　ATTORNEYS FOR PLAINTIFFS