## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, et al, | Case No. 02:08-CV-2063-KHV/JPO |
| Plaintiffs, | |
| v. | |
| SPRINT NEXTEL CORPORATION, and SPRINT/UNITED MANAGEMENT COMPANY, | |
| Defendants. | |

### PLAINTIFFS' MOTION TO SUPPLEMENT EXPERT REPORTS

Plaintiffs hereby request that the Court permit them to file second supplemental expert reports on or before April 16, 2013.

Plaintiffs' motion is based upon their memorandum of law, the record of this case, accompanying declarations, and all other documents filed in support of this motion.

Dated: <u>March 11, 2013</u>

STUEVE SIEGEL HANSON LLP

<u>/s/ Ashlea G. Schwarz</u>
George A. Hanson, KS Bar No. 16805
Email: hanson@stuevesiegel.com
Ashlea G. Schwarz, KS Bar No. 23491
Email: ashlea@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100
Fax: 816-714-7101

NICHOLS KASTER, PLLP

/s/ *Michele R. Fisher*
Michele R. Fisher*
Email: fisher@nka.com
Paul J. Lukas*
Email: lukas@nka.com
Rebekah L. Bailey*
Email: bailey@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Tel: 612-256-3200
Fax: 612-215-6870
(*Admitted *Pro Hac Vice*)

ATTORNEYS FOR PLAINTIFFS AND THE CLASS

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 11, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

Elise M. Bloom
Gregory Rasin
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
ebloom@proskauer.com
grasin@proskauer.com

Steven D. Hurd
Jacqueline M. Dorn
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036-8299
jdorn@proskauer.com
shurd@proskauer.com

Michael L. Blumenthal
Seyferth, Blumenthal & Harris LLC
300 Wyandotte, Suite 430
Kansas City, Missouri 64104
mike@sbhlaw.com

Nicole A. Eichberger
Proskauer Rose LLP
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
neichberger@proskauer.com

Mark W. Batten
Proskauer Rose LLP
One International Place
Boston, Massachusetts  02110
mbatten@proskauer.com

Dated: <u>March 11, 2013</u>

<u>/s/Ashlea G. Schwarz</u>
Counsel for Plaintiffs