## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X<br>ROXIE SIBLEY, JEANNE NOEL, ERNESTO :<br>BENNETT, JAMIE WILLIAMS, GREG ST. :<br>JULIEN, TRACIE HERNANDEZ, JOHN :<br>JASINSKI, JAY RICHIE, and TEISHA KING, :<br>individually and on behalf of a class of others :<br>similarly situated, :<br>   :<br>          Plaintiffs, :<br>   :<br>   v. :<br>   :<br>SPRINT NEXTEL CORPORATION, a Kansas :<br>corporation :<br>   :<br>          and :<br>   :<br>SPRINT/UNITED MANAGEMENT :<br>COMPANY, a Kansas corporation :<br>   :<br>          Defendants. :<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X | Case No. 02:08-CV-02063-KHV/JPO |

### **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of March, 2013, Defendants electronically served their expert rebuttal report, **Affidavit of Janet R. Thornton, Ph.D.** (dated March 11, 2013), and its accompanying attachments on the following attorneys of record consistent with the parties' agreement and this Court's rules:

>Stueve Siegel Hanson LLP
>Ashlea G. Schwarz
>Lee R. Anderson
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>ashlea@stuevesiegel.com
>anderson@stuevesiegel.com

1

        Nichols Kaster, PLLP
        Rebekah L. Bailey
        Paul J. Lukas
        Michele R. Fisher
        4600 IDS Center, 80 South 8th Street
        Minneapolis, Minnesota 55402
        lukas@nka.com
        fisher@nka.com
        bailey@nka.com

        Respectfully submitted,

        */s/ Michael L. Blumenthal*
        Michael L. Blumenthal
        Kansas Bar No. 18582
        SEYFERTH, BLUMENTHAL & HARRIS LLC
        300 Wyandotte Street, Suite 430
        Kansas City, Missouri 64105
        Telephone: 816-756-0700
        Facsimile: 816-756-3700
        E-mail: mike@sbhlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of March, 2013, the foregoing **Certificate of Service** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

>Stueve Siegel Hanson LLP
>Ashlea G. Schwarz
>Lee R. Anderson
>George A. Hanson
>460 Nichols Road, Suite 200
>Kansas City, Missouri 64112
>hanson@stuevesiegel.com
>ashlea@stuevesiegel.com
>anderson@stuevesiegel.com
>
>Nichols Kaster, PLLP
>Rebekah L. Bailey
>Paul J. Lukas
>Michele R. Fisher
>4600 IDS Center, 80 South 8th Street
>Minneapolis, Minnesota 55402
>lukas@nka.com
>fisher@nka.com
>bailey@nka.com

        Respectfully submitted,

          s/ Michael Blumenthal
        Michael L. Blumenthal
        Kansas Bar No. 18582
        SEYFERTH, BLUMENTHAL & HARRIS LLC
        300 Wyandotte Street, Suite 430
        Kansas City, Missouri 64105
        Telephone: 816-756-0700
        Facsimile:  816-756-3700
        E-mail:  mike@sbhlaw.com