# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, et al, <br><br> Plaintiffs, <br><br> v. <br><br> SPRINT NEXTEL CORPORATION, and SPRINT/UNITED MANAGEMENT COMPANY, <br><br> Defendants. | Case No. 02:08-CV-2063-KHV/JPO |

### PLAINTIFFS' MOTION TO STRIKE 3/11/13 AFFIDAVIT OF JANET R. THORNTON

Plaintiffs hereby request that the Court strike the March 11, 2013 report filed by Defendants' expert Janet R. Thornton.

Plaintiffs' motion is based upon their memorandum of law, the record of this case, accompanying declarations, and all other documents filed in support of this motion.

Dated: March 18, 2013            STUEVE SIEGEL HANSON LLP

                                 */s/ Lee Anderson*
                                 George A. Hanson, KS Bar No. 16805
                                 Email: hanson@stuevesiegel.com
                                 Ashlea G. Schwarz, KS Bar No. 23491
                                 Email: ashlea@stuevesiegel.com
                                 460 Nichols Road, Suite 200
                                 Kansas City, Missouri 64112
                                 Tel: 816-714-7100
                                 Fax: 816-714-7101

2

NICHOLS KASTER, PLLP

/s/ *Michele R. Fisher*
Michele R. Fisher*
Email: fisher@nka.com
Paul J. Lukas*
Email: lukas@nka.com
Rebekah L. Bailey*
Email: bailey@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402
Tel: 612-256-3200
Fax: 612-215-6870
(*Admitted *Pro Hac Vice*)

ATTORNEYS FOR PLAINTIFFS AND THE CLASS

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 18, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

| | |
|---|---|
| Elise M. Bloom<br>Gregory Rasin<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>ebloom@proskauer.com<br>grasin@proskauer.com | Steven D. Hurd<br>Jacqueline M. Dorn<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, New York 10036-8299<br>jdorn@proskauer.com<br>shurd@proskauer.com |
| Michael L. Blumenthal<br>Seyferth, Blumenthal & Harris LLC<br>300 Wyandotte, Suite 430<br>Kansas City, Missouri 64104<br>mike@sbhlaw.com | Nicole A. Eichberger<br>Proskauer Rose LLP<br>650 Poydras Street, Suite 1800<br>New Orleans, Louisiana 70130<br>neichberger@proskauer.com |
| Mark W. Batten<br>Proskauer Rose LLP<br>One International Place<br>Boston, Massachusetts 02110<br>mbatten@proskauer.com | |

Dated: <u>March 18, 2013</u>            <u>/s/Lee Anderson</u>
                    Counsel for Plaintiffs