# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SPRINT NEXTEL CORPORATION, )<br>a Kansas Corporation )<br>)<br>and )<br>)<br>SPRINT/UNITED MANAGEMENT, )<br>a Kansas Corporation, )<br>)<br>Defendants. ) | Case No. 08-CV-2063-KHV/JPO |

## ENTRY OF APPEARANCE

COMES NOW Gregory T. Wolf of the law firm of SNR Denton US LLP, and enter his appearance in this matter on behalf of all Defendants.

Respectfully submitted,

                                                                                  SNR DENTON US LLP

                                                                                  By:  */s/ Gregory T. Wolf*
                                                                                   Gregory T. Wolf, (17372)
                                                                                   Adam T. Pankratz (22613)
                                                                                   4520 Main Street, Suite 1100
                                                                                   Kansas City, MO 64111
                                                                                   Telephone: 816-460-2400
                                                                                   Facsimile:  816-531-7545
                                                                                   Email: gregory.wolf@snrdenton.com
                                                                                  Email:  adam.pankratz@snrdenton.com

                                                                                  Elise M. Bloom, *(Admitted Pro Hac Vice)*
                                                                                  Proskauer Rose LLP
                                                                                  11 Times Square
                                                                                  New York, New York 10036-8299
                                                                                  Telephone:  212-969-2900
                                                                                  Facsimile:  212-969-3900
                                                                                  Email:  ebloom@proskauer.com

                                                                            **ATTORNEYS FOR DEFENDANTS**

21514730\V-1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of March, 2013, the foregoing Entry of Appearance was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

George A. Hanson
Ashlea G. Schwarz
Lee R. Anderson
Stueve Siegel Hanson LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112

Donald H. Nichols
Paul J. Lukas
Michele R. Fisher
Rebekah L. Bailey
Charles G. Frohman
Nichols Kaster & Anderson, PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402

           /s/ Gregory T. Wolf
           An Attorney for Defendants