**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

```
------------------------------- X
ROXIE   SIBLEY,   JEANNE   NOEL,  :
ERNESTO BENNETT, JAMIE WILLIAMS,  :
GREG ST. JULIEN, TRACIE HERNANDEZ,:
JOHN JASINSKI, JAY RICHIE, and TEISHA :
KING, individually and on behalf of a class of :
others similarly situated,        :
                                  :
              Plaintiffs,         :
                                  :
         v.                       :   Case No. 02:08-CV-02063-KHV/JPO
                                  :
SPRINT   NEXTEL   CORPORATION, a  :
Kansas corporation,               :
                                  :
              and                 :
                                  :
SPRINT/UNITED         MANAGEMENT  :
COMPANY, a Kansas corporation,    :
                                  :
              Defendants.         :
------------------------------- X
```

**JOINT STIPULATION SPECIFYING TWENTY-ONE (21)-DAY RESPONSE PERIOD**

This Joint Stipulation ("Joint Stipulation") was made and entered into by and among the Named Plaintiffs, on behalf of themselves and all class members (collectively, "Plaintiffs"), and Defendants Sprint Nextel Corporation and Sprint/United Management Company (collectively, "Defendants"). Plaintiffs and Defendants stipulate as follows:

1. The Court's Seventh Amended Scheduling Order, Docket ("Dkt.") #355, set forth the parties' deadlines to file dispositive motions and *Daubert* motions in the captioned matter.

2. On March 25, 2013, Plaintiffs filed their Motion for Partial Summary Judgment, and supporting pleadings, and their Motion to Exclude Expert Testimony, and supporting pleadings.  Dkt. # 443, 444, 453, 454.

3. On March 25, 2013, Defendants filed their Motion for Summary Judgment, and supporting pleadings, and their Motion to Exclude Expert Testimony, and supporting pleadings.  Dkt. # 445, 446, 447, 448, 449.  In addition, on March 25, 2013, Defendants filed their Motion for Decertification, and supporting pleadings.  Dkt. # 450, 451, 452.

4. The responses for all motions filed on March 25, 2013, other than dispositive motions, must be filed, pursuant to Local Rule 6.1, on or before April 8, 2013.  There have been no prior extensions requested for responding to the Motions listed above, and extending the time to respond will not cause either party prejudice or interfere with any other deadlines.

5. On March 29, 2013, the parties jointly agreed that all responses to the parties' respectively filed March 25, 2013 pleadings (*i.e.*, dispositive motions, *Daubert* motions, and decertification motion) shall be due twenty-one (21) days from March 25, 2013, which is Monday, April 15, 2013.  The parties have agreed to this extension to permit sufficient time for all parties to fully respond to the numerous motions filed on March 25, 2013.

6. As a result, the parties agree that their replies to their respective motions shall be due fourteen (14) days later, on April 29, 2013.

Dated: April 1, 2013

/s/ Michele R. Fisher _____
**STUEVE SIEGEL HANSON LLP**
George A. Hanson, KS Bar No. 16805
Ashlea G. Schwarz, KS Bar No. 23491
460 Nichols Road, Suite 200
Kansas City, MO 64112
Tel: 816-714-7100
Fax: 816-714-7101

**NICHOLS KASTER, PLLP**
Michele R. Fisher*
Paul J. Lukas*
Rebekah L. Bailey*
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Tel: 612-256-3200
Fax: 612-215-6870
(*Admitted *Pro Hac Vice*)

*Attorneys for Plaintiffs*

/s/ Adam T. Pankratz _____
**DENTONS US LLP**
Gregory T. Wolf, KS Bar No. 17372
Adam T. Pankratz, KS Bar No. 22613
4520 Main Street, Suite 1100
Kansas City, MO 64111
Tel: 816-460-2400
Fax: 816-531-7545

**PROSKAUER ROSE LLP**
Elise M. Bloom*
Eleven Times Square
New York, NY 10036
Tel: 212-969-3410
Fax: 212-969-2900

and

Nicole A. Eichberger*
650 Poydras St., Suite 1800
New Orleans, LA 70130
Tel: 504-310-2024
Fax: 504-310-2022
(*Admitted *Pro Hac Vice*)

**SEYFERTH, BLUMENTHAL & HARRIS LLC**
Michael L. Blumenthal
KS Bar No.18582
300 Wyandotte, Suite 430
Kansas City, MO 64104
Tel: 816-756-0700
Fax: 816-756-3700

*Attorneys for Defendants*