# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, et al.,<br><br>　　　　　Defendants. | CIVIL ACTION<br><br>No. 08-2063-KHV |

## ORDER

This matter comes before the Court on Plaintiffs' Motion For Leave To File Exhibits Conventionally (Doc. #469) filed April 15, 2013.  See D. Kan. R. 5.4.1.  The Court finds that the following exhibits are voluminous and not conveniently formatted for filing through the Electronic Filing System, and thus plaintiffs shall submit two copies of these exhibits to the Court on DVD discs:

In support of Plaintiffs' Memorandum In Opposition To Defendants' Motion For Summary Judgment (Doc. #467) filed April 15, 2013:

> EXHIBIT 28 – NKA1401177, Second supplemental class damages calculation summary (Sibley_All_Capped_VerS2_Analysis) (April 15, 2013); and

> EXHIBIT 30 – NKA1401179, First supplemental class damages calculation summary (Sibley_All_Capped_VerS1_Analysis);In support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Decertify the Class.

In support of Plaintiffs' Memorandum In Opposition To Defendants' Motion To Decertify The Class (Doc. #462) filed April 15, 2013:

> EXHIBIT 33 – April 15, 2013 Second Supplemental Class Damages Calculation Summary (Sibley_All_Capped_VerS2_Analysis); and

EXHIBIT 35 – First Supplemental Class Damages Calculation Summary (Sibley_All_Capped_VerS1_Analysis).

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion For Leave To File Exhibits Conventionally (Doc. #469) filed April 15, 2013 be and is hereby is **SUSTAINED**.

Dated this 17th day of April, 2013 at Kansas City, Kansas.

                                                s/Kathryn H. Vratil
                                                Kathryn H. Vratil
                                                United States District Judge