IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ROXIE SIBLEY, et al,

        Plaintiffs,

v.

SPRINT NEXTEL CORPORATION, and
SPRINT/UNITED MANAGEMENT
COMPANY,

        Defendants.

Case No. 02:08-CV-2063-KHV/JPO

**SUPPLEMENTAL DECLARATION OF MICHELE R. FISHER**

1.    My name is Michele R. Fisher. I am one of the attorneys representing the class in this matter.

2.    This Declaration relates to Plaintiffs' Motion to Supplement Expert Reports, ECF No. 432, filed on March 11, 2013. In that motion, Plaintiffs requested leave of the Court, to produce second supplemental expert reports with revisions to their damages calculations. At the time of the filing of that request, Plaintiffs did not have the completed second supplemental expert reports to attach to the motion because they were not complete. Now they are complete.

3.    Pursuant to Local Rule 15.1, attached are true and correct copies of the following for the Court's consideration in relation to Plaintiffs' motion:

Exhibit A    Second Supplemental Expert Report of Balance Engines LLC; and

Exhibit B    Second Supplemental Expert Report of Dr. Margaret H. Dunham.

4.    If the Court grants Plaintiffs' motion, they will serve the reports and appendix materials on Sprint immediately.

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  4/17/13

_____
Michele R. Fisher