# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, et al, <br><br> Plaintiffs, <br><br> v. <br><br> SPRINT NEXTEL CORPORATION, and SPRINT/UNITED MANAGEMENT COMPANY, <br><br> Defendants. | Case No. 02:08-CV-2063-KHV/JPO |

## DECLARATION OF MICHELE R. FISHER

1. My name is Michele R. Fisher. I am one of the attorneys representing the class in this matter.

2. Attached are true and correct copies of the following:

Exhibit 1   Excerpts from the deposition transcript of Plaintiffs' Expert Margaret H. Dunham (Mar. 1, 2013); and

Exhibit 2   Excerpts from the deposition transcript of Defendants' expert Janet R. Thornton (Feb. 28, 2013).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2013

_____
Michele R. Fisher