**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ROXIE SIBLEY, JEANNE NOEL, ERNESTO : 
BENNETT, JAMIE WILLIAMS, GREG ST. :
JULIEN, TRACIE HERNANDEZ, JOHN :
JASINSKI, JAY RICHIE, and TEISHA KING, :
individually and on behalf of a class of others :
similarly situated, :
                                    :

            Plaintiffs, :

            v. :      Case No. 02:08-CV-02063-KHV/JPO

SPRINT NEXTEL CORPORATION, a Kansas :
corporation :

           and :

SPRINT/UNITED MANAGEMENT :
COMPANY, a Kansas corporation :

           Defendants. :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**DECLARATION AND DOCUMENTS IN SUPPORT OF DEFENDANTS'**
**REPLY MEMORANDA OF LAW IN SUPPORT OF THE FOLLOWING MOTIONS:**
**DEFENDANTS' *DAUBERT* MOTION, DEFENDANTS' MOTION FOR SUMMARY**
**JUDGMENT & DEFENDANTS' MOTION TO DECERTIFY THE CLASS**

       1.      Defendants Sprint Nextel Corporation and Sprint/United Management Company,

and/or their subsidiaries, (collectively, "Sprint" or "defendants") hereby submit, in an effort to

convenience the Court by filing these documents once, the following Declaration and Documents

in support of Defendants' Reply Memoranda of Law in Support of the following Motions:

Defendants' *Daubert* Motion (Dkt. #445), Defendants' Motion for Summary Judgment (Dkt.

#447) & Motion to Decertify the Class (Dkt. #450).

       Attached herein are the following:

1.  Declaration of Nicole A. Eichberger, Esq., dated April 15, 2013

    Attachments to the Declaration are as follows:

| Exhibit | Description |
|---|---|
| A | Excerpts from Plaintiffs' First Supplemental Class Damages Calculation Summary (NKA1401179).  *See* Dkt. #470, p. 2 at ¶3 (containing plaintiffs' request for leave to conventionally file a spreadsheet entitled "Sibley_All_Capped_VerS1_Analysis" (NKA1401179)). |
| B | Excerpts from Plaintiffs' Second Supplemental Class Damages Calculation Summary (NKA1401177).  *See* Dkt. #470, p. 2 at ¶4 (containing plaintiffs' request for leave to conventionally file a spreadsheet entitled "Sibley_All_Capped_VerS2_Analysis" (NKA1401177)). |
| C | Affidavit of Janet Thornton, dated March 11, 2013. |
| D | Additional relevant portions of the transcript from Janet Thornton's deposition, taken on February 28, 2013. |
| E | Relevant portions of the transcript from Jay Richie's deposition, taken on March 1, 2010. |

Respectfully submitted this 29th day of April, 2013.

 s/ Gregory T. Wolf
**DENTONS US LLP**
Gregory T. Wolf, KS Bar No. 17372
Adam T. Pankratz, KS Bar No. 22613
4520 Main Street, Suite 1100
Kansas City, MO  64111
Tel: 816-460-2400
Email: gregory.wolf@dentons.com
Email: adam.pankratz@dentons.com

  s/  Elise M. Bloom
**PROSKAUER ROSE LLP**
Elise M. Bloom*
Steven D. Hurd*
Nicole A. Eichberger*
Eleven Times Square
New York, NY  10036
Tel: 212-969-3410
Fax: 212-969-2900
(*Admitted *Pro Hac Vice*)

  s/ Michael L. Blumenthal
**SEYFERTH, BLUMENTHAL &**
**HARRIS LLC**
Michael L. Blumenthal, KS Bar No. 18582
300 Wyandotte Street, Suite 430
Kansas City, MO  64105
Tel: 816-756-0700
Fax: 816-756-3700

*Attorneys for Defendants*

3

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 29th day of April, 2013, the foregoing **Declaration and Documents in support of Defendants' Reply Memoranda of Law in Support of the following Motions: Defendants'** *Daubert* **Motion (Dkt. #445), Defendants' Motion for Summary Judgment (Dkt. #447) & Motion to Decertify the Class (Dkt. #450)** was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Stueve Siegel Hanson LLP
Ashlea G. Schwarz
Lee R. Anderson
George A. Hanson
460 Nichols Road, Suite 200
Kansas City, MO  64112
ashlea@stuevesiegel.com
anderson@stuevesiegel.com
hanson@stuevesiegel.com

Nichols Kaster, PLLP
Rebekah L. Bailey
Paul J. Lukas
Michele R. Fisher
4600 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
bailey@nka.com
lukas@nka.com
fisher@nka.com

Respectfully submitted,

  s/ Gregory T. Wolf
Gregory T. Wolf, KS Bar No. 17372
Adam T. Pankratz, KS Bar No. 22613
DENTONS US LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111
Tel: 816-460-2428
E-mail: gregory.wolf@dentons.com

4