# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
ROXIE SIBLEY, JEANNE NOEL, ERNESTO       :
BENNETT, JAMIE WILLIAMS, GREG ST.        :
JULIEN, TRACIE HERNANDEZ, JOHN           :
JASINSKI, JAY RICHIE, and TEISHA KING,   :
individually and on behalf of a class of others :
similarly situated,                      :
                                         :
              Plaintiffs,                :
                                         :
       v.                                :    Case No. 02:08-CV-02063-KHV/JPO
                                         :
SPRINT NEXTEL CORPORATION, a Kansas      :
corporation                              :
                                         :
       and                               :
                                         :
SPRINT/UNITED MANAGEMENT                 :
COMPANY, a Kansas corporation            :
                                         :
              Defendants.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

### DECLARATION OF NICOLE A. EICHBERGER, ESQ. IN SUPPORT OF DEFENDANTS' REPLY MEMORANDA OF LAW IN SUPPORT OF THE FOLLOWING MOTIONS: DEFENDANTS' *DAUBERT* MOTION, DEFENDANTS' MOTION FOR SUMMARY JUDGMENT & DEFENDANTS' <u>MOTION TO DECERTIFY THE CLASS</u>

Nicole A. Eichberger, Esq. declares, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, that the following is true and correct:

1. I am an attorney at the law firm Proskauer Rose, LLP, one of the counsel of record for defendants Sprint Nextel Corporation and Sprint/United Management Company, and/or their subsidiaries (collectively, "Sprint" or "defendants") in this action. I make this Declaration on personal knowledge and submit it in support of Defendants' Reply Memoranda of

1

Law in Support of the following Motions: Defendants' *Daubert* Motion (Dkt. #445), Defendants' Motion for Summary Judgment (Dkt. #447) & Motion to Decertify the Class (Dkt. #450).

## I. DOCUMENTS ATTACHED

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from plaintiffs' First Supplemental Class Damages Calculation Summary (NKA1401179). *See* Dkt. #470, p. 2 at ¶3 (containing plaintiffs' request for leave to conventionally file a spreadsheet entitled "Sibley_All_Capped_VerS1_Analysis" (NKA1401179)).

3. Attached hereto as Exhibit B is a true and correct copy of excerpts from plaintiffs' Second Supplemental Class Damages Calculation Summary (NKA1401177). *See* Dkt. #470, p. 2 at ¶4 (containing plaintiffs' request for leave to conventionally file a spreadsheet entitled "Sibley_All_Capped_VerS2_Analysis" (NKA1401177)).

4. Attached hereto as Exhibit C is a true and correct copy of the Affidavit of Janet Thornton, dated March 11, 2013.

5. Attached hereto as Exhibit D is a true and correct copy of the additional relevant portions of the transcript from Janet Thornton's deposition, taken on February 28, 2013.

6. Attached hereto as Exhibit E is a true and correct copy of the relevant portions of the transcript from Jay Richie's deposition, taken on March 1, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 29, 2013

_____
Nicole A. Eichberger, Esq.

2