THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of the class,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, and SPRINT/UNITED MANAGEMENT COMPANY,<br><br>Defendants. | Case No. 02:08–CV–2063–KHV |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs, Roxie Sibley, Jeanne Noel, Ernesto Bennett, Jamie Williams, Greg St. Julien, Tracie Hernandez, John Jasinski, Jay Ritchie and Teisha King, individually and on behalf of a class of 34,909 members ("Plaintiffs"), through their counsel Nichols Kaster, PLLP ("Class Counsel"), bring this motion for final approval of the settlement of this Rule 23 certified class action. The settlement will resolve the claims asserted against Defendants Sprint Nextel Corporation and Sprint/United Management Co. (collectively, "Sprint") for $30,500,000.00.

Plaintiffs respectfully request that the Court grant their motion for final approval of the settlement, so checks can be disbursed to the Settlement Class members in early 2019. Defendants do not oppose this motion.

This motion is based on the points and authorities cited in Plaintiffs' accompanying Memorandum of Law; the contemporaneously-filed declaration of Michele R. Fisher; the arguments of counsel; and all files, records and proceedings in this matter.

Dated: 12/6/18

**STUEVE SIEGEL HANSON LLP**
*/s/ George A. Hanson*
George A. Hanson, KS Bar No. 16805
Email: hanson@stuevesiegel.com
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: 816-714-7100

**NICHOLS KASTER, PLLP**
/s/ *Michele R. Fisher*
Michele R. Fisher*
Email: fisher@nka.com
Paul J. Lukas*
Email: lukas@nka.com
4600 IDS Center, 80 South 8th Street
Minneapolis, Minnesota 55402
Tel: 612-256-3200
 (*Admitted *Pro Hac Vice*)

*Attorneys for the Class*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 6, 2018, I electronically filed the foregoing **Plaintiffs' Motion for Final Approval of Class Action Settlement** with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification to the following attorneys of record:

| | |
|---|---|
| Gregory T. Wolf<br>SNR Denton US LLP<br>4520 Main Street, Suite 1100<br>Kansas City, MO 64111<br>gregory.wolf@snrdenton.com | Michael Blumenthal<br>Seyferth, Blumenthal & Harris, LLC<br>Michael L. Blumenthal, KS Bar No. 18582<br>300 Wyandotte Street, Suite 430<br>Kansas City, MO 64105 |

Elise M. Bloom
Steven D. Hurd
Mark W. Batten
Nicole A. Eichberger
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036–8299
ebloom@proskauer.com
shurd@proskauer.com
mbatten@proskauer.com
neichberger@proskauer.com


Dated: 12/6/18                                */s/George Hanson*
                                                                     Attorney for the Class