# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROXIE SIBLEY, JEANNE NOEL, ERNESTO BENNETT, JAMIE WILLIAMS, GREG ST. JULIEN, TRACIE HERNANDEZ, JOHN JASINSKI, JAY RICHIE, and TEISHA KING, individually and on behalf of the class,<br><br>Plaintiffs,<br><br>v.<br><br>SPRINT NEXTEL CORPORATION, and SPRINT/UNITED MANAGEMENT COMPANY,<br><br>Defendants. | Case No. 02:08–CV–2063–KHV |

**DECLARATION OF MICHELE R. FISHER IN SUPPORT OF MOTION FOR FINAL APROVAL OF SETTLEMENT**

1. My name is Michele R. Fisher, and I am one of the attorneys representing the class. Defendant does not oppose Plaintiffs' Motion for Final Approval of Class Action Settlement.

2. In approximately March 2009, we mailed notice to class members of the lawsuit.

3. In 2014, we sent notices which described these limitations to individuals who had received the 2009 certification letter and to new potential class members.

4. On September 21, 2018, fourteen days after the Notice of Settlement mailing, we sent an email to Settlement Class Members for whom we had an email address, notifying them of the settlement. We have email addresses for 11,047 class members. We have a total of 11,465 email addresses on file. We tried sending the email to all 10,394 because the software identified 1,071 email accounts that blocked our email (either because the email address was

invalid, they unsubscribed to our previous emails, or their email provider identified our mass email as spam). In total, the email was delivered to 9,870 email accounts. The relevant stats are attached in Ex. 2.

5. On July 6, 2018, we issued a nationwide press release regarding the settlement. The press release and report are attached in Exhibit 5.

6. Throughout the notice process, we have assisted the Settlement Administrator by locating updated addresses for Settlement Class Members the Settlement Administrator was unable to locate. The Settlement Administrator identified 45 such individuals. We searched address locator databases, called and/or emailed those individuals with phone numbers and/or emails addresses, and attempted contact via social media if no valid phone or email were available. We found that 6 of them were deceased. Of the remaining 45, we located updated addresses for 9 of them and provided them to the Settlement Administrator for remailings of settlement documents. We were unable to find updated addresses for the remaining 30 Settlement Class Members. Since the Settlement Administrator mailed the Notices of Settlement, 670 Settlement Class Members contacted us regarding their addresses. 211 confirmed their address was correct and 459 provided an updated address which we provided to the Settlement Administrator. This is in addition to the 1,712 Settlement Class Members who previously contacted us regarding their addresses in response to the Settlement Postcard mailing.

7. We maintain two websites with details about the settlement, one on our firm website (www.nka.com/case/sprintretailsettlement/) and the other on a neutral website (www.sprintretailsettlement.com). The websites contain information about the settlement, how to request exclusion or object, and how Settlement Class Members can update their contact

information.  The websites also provide links to settlement related documents, including a spreadsheet with the settlement allocations for each Settlement Class Member.

8. As of December 3, 2018, we have expended more than 40,527.33 hours on this case.  A summary of the hours is below:

| Name | Hours | Rate | Total |
| --- | --- | --- | --- |
| Michele Fisher (Partner) | 6,466 | $550.00 | $3,556,300.00 |
| Paul Lukas (Partner) | 3,797.1 | $650.00 | $2,468,115.00 |
| Alex Baggio (Associate) | 4,946.9 | $375.00 | $1,855,087.50 |
| Charles Frohman (Associate) | 2,753.3 | $375.00 | $1,032,487.50 |
| Rebekah Bailey (Partner) | 1,403.6 | $450.00 | $631,620.00 |
| Donald Nichols (Partner) | 459.6 | $600.00 | $275,760.00 |
| Robert Schug (Partner) | 95.62 | $475.00 | $45,419.50 |
| Doc. Review & Research Attorneys | 11,337.31 | $250.00 | $2,834,327.50 |
| Staff | 9,267.9 | $175.00 | $1,621,882.5 |
| **Total:** | **40,527.33** | | **$14,320,999.50** |

Based on our standard hourly rates, the reasonable value of this time (on a lodestar basis) is $14,320,999.50.  We exercised billing judgment, and omitted time for those who performed less than 20 hours of work.  Local counsel, Stueve Siegel Hanson LLP, also performed minimal work that is not included.

9. The hours our attorneys and staff dedicated to this case included many tasks, such as investigating claims, interviewing and communicating with class members, preparing and responding to discovery, preparing for taking and defending depositions, analyzing data, damages, and documents, working with and meeting with experts, drafting and responding to motions, responding to a motion for interlocutory appeal, hearings, travel, file organization and management, legal research, management of the client database and data, case strategy, and mediation.

10. At the time of preliminary approval, our firm has spent $6,449,293.12 to prosecute this case, and anticipated spending approximately $123,854.04 more. We have since incurred more than the anticipated $123,854.04 in costs, ($48,502.28 more) but only seek reimbursement for the $6,573,147.16 in costs previously requested. A summary of those costs is below:

| Costs at Preliminary Approval | |
|---|---:|
| Printing | $25,650.03 |
| Advertising | $4,184.87 |
| Photocopies | $21,616.04 |
| Postage Mailings | $59,163.67 |
| Travel | $269,716.26 |
| Depositions/Transcripts | $84,146.89 |
| Balance Engines | $4,235,230.40 |
| Margaret Dunham | $1,092,515.20 |
| Federal Express/Courier | $12,281.93 |
| Court Costs | $1,436.67 |
| Office Supplies | $372.10 |
| Conference Calls | $1,777.94 |
| Equipment/Software | $33,942.47 |
| Westlaw | $11,249.80 |
| Pacer | $1,165.92 |
| FOIA | $339.35 |
| Mock Trial | $33,046.40 |
| Press Release/PR News | $2,070.00 |
| Special Master | $83,236.63 |
| Technical Advisor | $449,451.85 |
| Miscellaneous | $1,443.70 |
| Technical Support | $255.00 |
| Mediation | $25,000.00 |
| **Total** | **$6,449,293.12** |
| **Costs Post Preliminary Approval** | |
| Photocopies | $207.69 |
| Postage | $0.47 |
| Travel | $1,747.79 |
| Transcript | $27.45 |
| Balance Engines | $110,629.31 |

| | |
|---|---:|
| Westlaw | $484.42 |
| Lexis Nexis | $1,337.75 |
| Pacer | $37.40 |
| Federal Express | $212.94 |
| Press Release/PR News | $2,335.00 |
| Technical Advisor | $29,734.88 |
| Sibley/Harlow Postcard Mailing | $24,638.00 |
| Miscellaneous | $413.00 |
| Hotel Final Approval | $258.00 |
| Cab/Meals Final Approval | $175.00 |
| Expert Closing Costs | TBD |
| Web Domain Charges | $117.22 |
| **Total Add'l Costs** | **$172,356.32** |
| **Grand Total** | **$6,621,649.44** |

The Costs Detail is provided as Exhibit 4.

11.     In addition to Class Counsel and the Class's three experts, class representative Jay Richie (who worked as a Sprint retail district manager) attended the a-day mediation in January 2018 on behalf of the class.

12.     We attempted to contact Jerome Daniels regarding his objection but were unable to reach him.

13.     We confirmed in our records that objector James B. Williams was sent the 2014 class notice describing the exclusions from this case.  The following information is an excerpt from the Class Expert damages calculation for Mr. Williams:

| Employee UEID | Employee Name | Period | Month | Position | Class Member Damages (Under, Correctly & Overpaid) |
|---|---|---|---|---|---:|
| 38488 | Williams,James B. | 147 | 6-May | RM-B | 379.27 |
| 38488 | Williams,James B. | 148 | 6-Jun | RM-B | 200.97 |
| 38488 | Williams,James B. | 149 | 6-Jul | RM-B | 204.85 |
| 38488 | Williams,James B. | 150 | 6-Aug | RM-B | -573.77 |
| | | | | | **211.32** |

5

14. Attached are true and correct copies of the following:

| | |
|---|---|
| Exhibit 1 | 8/2018 Notice of Settlement Template; |
| Exhibit 2 | Email Report; |
| Exhibit 3 | Email Notice; |
| Exhibit 4 | 12/2018 Costs Detail; |
| Exhibit 5 | Press Release & Report; |
| Exhibit 6 | Timely Exclusion Requests for Eman Fokhori, Bret Larson, Robert Gonzales, and Brian Howard; |
| Exhibit 7 | *Lengel v. HomeAdvisor, Inc.*, No. 15-2198-KHV, Order, (D. Kan. Oct. 31, 2017); |
| Exhibit 8 | Timely Objection from James Williams; |
| Exhibit 9 | Untimely Objection from Jerome Daniels; |
| Exhibit 10 | Williams Employment Detail; |
| Exhibit 11 | Daniels Employee Status History; |
| Exhibit 12 | 12/2018 Reallocations for First Check Distribution; and |
| Exhibit 13 | Declaration of Patrick Hughes for Rust Consulting, Inc. |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: 12/6/18                                         *s/Michele R. Fisher*
                                                      Michele R. Fisher